UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEXIA SA/NV, et al.<br><br>                    Plaintiffs,<br><br>        v.<br><br>BEAR, STEARNS & CO., INC., et al.<br><br>                    Defendants. | 12-cv-4761(JSR)<br><br>ECF CASE |

STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiffs state that:

(a)     Plaintiff Dexia SA/NV is a publicly traded limited liability company organized under Belgian law. Plaintiff Dexia SA/NV has no parent corporation, and no publicly traded corporation owns 10% or more of its stock.

(b)     Plaintiff Dexia Crédit Local SA is a French banking institution having a branch in New York which is licensed by the New York State Banking Department, and a wholly-owned subsidiary of plaintiff Dexia SA/NV.

(c)     Plaintiff Dexia Holdings, Inc. is a Delaware corporation with its principal place of business in New York and a subsidiary of plaintiff Dexia Crédit Local SA.

(d)     Plaintiff FSA Asset Management LLC is a Delaware limited liability company and a wholly-owned subsidiary of Dexia FP Holdings Inc. Dexia FP Holdings Inc. is a Delaware corporation and a wholly-owned subsidiary of plaintiff Dexia Holdings, Inc.

Dated: New York, New York
June 28, 2012

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

By: _____
William C. Fredericks
Jeroen van Kwawegen
Katherine A. Stefanou
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444
bill@blbglaw.com
jeroen@blbglaw.com
katherine.stefanou@blglaw.com

- and -

Timothy A. DeLange (*pro hac vice* to be filed)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
timothyd@blbglaw.com

*Counsel for Plaintiffs Dexia SA/NV, Dexia Holdings, Inc., FSA Asset Management LLC, Dexia Crédit Local SA*
