```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
DEXIA SA/NV; DEXIA HOLDINGS, INC.;        :
FSA ASSET MANAGEMENT LLC; DEXIA           :
CRÉDIT LOCAL SA,                          :
                                          :   12 Civ. 4761 (JSR)
        Plaintiffs,                       :
                                          :   ORDER
                                          :
            -v-                           :
                                          :
BEAR, STEARNS & CO., INC.; THE BEAR       :
STEARNS COMPANIES, INC.; BEAR             :
STEARNS ASSET BACKED SECURITIES I         :
LLC; EMC MORTGAGE LLC (f/k/a EMC          :
MORTGAGE CORPORATION); STRUCTURED         :
ASSET MORTGAGE INVESTMENTS II INC.;       :
J.P. MORGAN ACCEPTANCE CORPORATION        :
I; J.P. MORGAN MORTGAGE ACQUISITION       :
CORPORATION; J.P. MORGAN SECURITIES       :
LLC (f/k/a JPMORGAN SECURITIES INC.);     :
WAMU ASSET ACCEPTANCE CORP.; WAMU         :
CAPITAL CORP.; WAMU MORTGAGE              :
SECURITIES, JPMORGAN CHASE & CO.,         :
and JPMORGAN CHASE BANK, N.A.,            :
                                          :
        Defendants.                       :
-----------------------------------------x
```



JED S. RAKOFF, U.S.D.J.

On January 19, 2012, Plaintiffs Dexia SA/NV, Dexia Holdings, Inc., FSA Asset Management LLC, and Dexia Crédit Local SA filed this action in the Supreme Court of the State of New York, New York County, and Defendants filed a notice of removal to this Court on June 18, 2012. On July 18, 2012, Plaintiffs moved for an order remanding the action back to the Supreme Court of the State of New York. After carefully considering the parties' written submissions and oral argument, the Court hereby denies Plaintiffs' motion to

remand. An opinion explaining the reasons for this ruling will issue in due course.

The parties are reminded that they should call Chambers tomorrow, Wednesday, September 12, 2012, at 3:30 p.m. to discuss any outstanding discovery issues. The parties are further reminded that the Court will issue its decision on the pending motion to dismiss no later than the end of this month.

SO ORDERED.

Dated: New York, NY
September 11, 2012

_____
JED S. RAKOFF, U.S.D.J.