# EXHIBIT 59

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


-----------------------------------------x

DEXIA SA/NV, et al.,

                         Plaintiffs,

              vs.

BEAR STEARNS AND CO., INC., et al.,

                         Defendants.

-----------------------------------------x




          C O N F I D E N T I A L

     DEPOSITION OF MICHAEL B. NIERENBERG

          New York, New York

        Tuesday, January 15, 2013




Reported by:   David Henry

JOB NO. 57338

1                Nierenberg - CONFIDENTIAL

2      instruction from your lawyer to not answer

3      on the basis of privilege, if you

4      understand the question you are supposed to

5      just go ahead and answer it, okay?

6           A.    Yes.

7           Q.    You were co-head of mortgage

8      trading at Bear Stearns along with Jeffrey

9      Verschleiser, right?

10          A.    Yes.

11          Q.    When was the last time you spoke

12     with Mr. Verschleiser?

13          A.    Last week.

14          Q.    When last week did you speak with

15     him?

16          A.    I actually received an e-mail

17     from him.

18          Q.    What was the e-mail about?

19          A.    APAC.

20          Q.    APAC?

21          A.    Yes.

22          Q.    He is involved in APAC?

23          A.    Yes, he is.

24          Q.    Were you involved in APAC?

25          A.    I have a meeting set up to meet

1                    Nierenberg - CONFIDENTIAL

2       look at the whole thing.

3            Q.    But I guess your point is that

4       today volumes of RMBS issuance is

5       significantly down?

6            A.    Yes.

7            Q.    So let's focus now on Bear

8       Stearns mortgage securitization business,

9       and I'll generally be focused on RMBS.   If

10      you ever feel the need to distinguish types

11      of mortgages or anything like that, just

12      let me know.

13           A.    Sure.

14           Q.    I'm just going to speak about

15      RMBS, okay?   Can you just explain to me the

16      different ways that Bear Stearns made money

17      through the origination of mortgages

18      through the securitizing and issuing

19      mortgage-backed securities?

20           A.    Sure.   Well, there is a number of

21      different ways.   One is we used to buy

22      mortgage loans in bulk from different

23      mortgage originators, so we would buy them

24      and there is two ways to distribute them.

25      One is you could do a securitization where

1              Nierenberg - CONFIDENTIAL

2    conduit?  What generally are you referring

3    to?

4         A.   The conduit to me I think about

5    more as a flow seller and then I think

6    about bulk seller as a bulk seller.

7         Q.   Okay, we got a bit diverted.  We

8    were talking about there was some business

9    that Bear had in actually originating the

10   mortgages, that's the Bear Res made some

11   money off of originating mortgages, right?

12        A.   That was the intent.

13        Q.   That was the intent.  Why don't

14   you go through the other ways that Bear

15   made money through the mortgage, or the

16   process of originating mortgages through

17   structuring a security structure,

18   securitizing it and issuing securities.

19        A.   Sure.  So to keep it simple,

20   you'd go out and originate or buy a package

21   of loans let's say at a dollar.  You then

22   take that package of loans and you'd cut it

23   up into different tranches and the hope was

24   that the sum was greater than the -- the

25   sum of the parts was greater than the whole

1          Nierenberg - CONFIDENTIAL
2   and that would be the so-called arbitrage.
3   So if you bought something at a dollar and
4   you sold it at a dollar and a quarter,
5   that's how we made our profit.
6          Q.    And were there specific types of
7   fees or margins that you got to create that
8   hopeful quarter of profit or whatever the
9   profit was?  In other words you'd have
10  different types of fees, structuring fees,
11  origination fees, underwriting fees, things
12  like that?
13         A.    When you buy -- for example when
14  you buy in bulk, again using that example,
15  you buy for a dollar, there is no
16  necessarily -- there wasn't a structuring
17  fee or an origination fee.  You'd buy it at
18  a dollar, we'd package it and then we'd
19  distribute it to the marketplace and
20  hopefully we'd get more than we paid for
21  it.  So that's the whole premise around
22  buying the loans, whether it be in bulk or
23  in the conduit, and then once you
24  securitize them or sell them as loans
25  because you could do that too, hopefully

1            Nierenberg - CONFIDENTIAL

2    your margin where you sell it is above

3    where you had originated.

4         Q.    And you made a comment about

5    Bear's effort to originate mortgages.  I

6    just want to ask you, is it fair to say

7    that the vast majority of the money that

8    Bear made in the 2005 to 2007 period in the

9    mortgage business came through the

10   securitization of mortgages?

11        A.    I don't know that that's the case

12   because there are many other parts of the

13   mortgage business, we had a commercial --

14   we had commercial mortgage securities on

15   one side, we had agency mortgage businesses

16   where you bought and sold Fannie Mae,

17   Freddie Mac and Ginnie Mae securities, so

18   I'm not sure the exact breakout of where

19   our profitability came from.

20        Q.    Did you also trade certificates

21   at RMBS?    In other words besides actually

22   issuing the securities you also --

23        A.    Yes, we traded secondary mortgage

24   securities.

25        Q.    You also made money through

1            Nierenberg - CONFIDENTIAL

2    would drive the margins up, right?

3         A.   Sure.

4         Q.   So and the point being it wasn't

5    a situation where you could just say we're

6    going to demand a double the price that the

7    other market players are demanding, right?

8         A.   No.

9         Q.   So then am I correct that because

10   the market dictated pricing the principal

11   way for you to make more money for Bear

12   Stearns in the RMBS securitization business

13   was to increase the volume of issuance,

14   right?

15        A.   Only to the extent it was

16   profitable, right?   So if there was no

17   profit margin in buying that package of

18   loans and doing a securitization, we

19   wouldn't obviously go out and try to buy

20   more.

21        Q.   And during the I guess 04 to 07

22   period it was profitable, right?

23        A.   Most of the time.

24        Q.   Far more profitable to issue RMBS

25   during that time period than it is today,

```
 1                Nierenberg - CONFIDENTIAL
 2    right?
 3         A.    I don't know that that's the
 4    case.
 5         Q.    Well, the market has simply
 6    changed today from what it was back then?
 7         A.    The market has changed.  There is
 8    still profit margins today.
 9         Q.    So then let me clarify.  The size
10    of the market in 04 to 07 was much larger
11    than it is today as far as issuing RMBS?
12         A.    On the residential side, yes.
13         Q.    Let's talk about your
14    compensation a little bit and get that out
15    of the way.
16         A.    That's okay.
17         Q.    From -- as best you recall, can
18    you just tell me what you are compensated
19    from Bear from 2002 to 2008?  And if you
20    can, break out -- well, let me make it a
21    little easier.  The base salary was
22    relatively constant during that time
23    period, right?
24         A.    I believe so.
25         Q.    Okay, did you have a fixed base
```

Page 50

1               Nierenberg - CONFIDENTIAL

2    based on who the issuer of the security is?

3        A.    I think if we acted as an

4    underwriter the process is -- I don't know

5    what the exact process was, but typically

6    when you're acting as an underwriter you're

7    getting paid a fee by an issuer to go out

8    and sell securities into the marketplace on

9    behalf of that client.

10       Q.    You make money a different way

11   when you are just the underwriter?

12       A.    Correct.   It would typically be

13   more fee based than it would be spread

14   based.

15       Q.    But in terms of the work that you

16   did from the time that -- let me put it

17   this way.

18             Whether you were acting as

19   underwriter or as issuer Bear did basically

20   the same work in terms of structuring the

21   security, right?

22       A.    Not necessarily.   Sometimes an

23   issuer would tell you this is the kind of

24   structure that they would want to use and

25   this is the way that they envisioned it

Page 52

1              Nierenberg - CONFIDENTIAL

2          A.    Yes.

3          Q.    Bear -- in general is it fair to

4    say that Bear was not in the business of

5    holding individual, you know, mortgages on

6    its balance sheet, right?

7          A.    Is there a period of time

8    associated with that?

9          Q.    Fair enough.  Unless I give you a

10   different time we could talk about the 05

11   to 07 period.  Up until the time that you

12   left to go do the commodities and

13   currencies.  So during that 05 to 07

14   period, is it fair to say that Bear

15   acquired individual mortgages with the

16   strategy of making money by selling those

17   mortgages either in securitizations or

18   whole loan sales, right?

19         A.    Yes.

20         Q.    And to the extent that individual

21   mortgage loans were not securitized but

22   were in Bear's inventory, that left Bear at

23   the risk of loss if there was a default on

24   the mortgage, right?

25         A.    Yes.

Page 64

1            Nierenberg - CONFIDENTIAL

2   carry.   So his point was, I'm speculating

3   again, is we're not going to use the firm's

4   balance sheet just to sit with positions

5   when we need to turn them over and sell

6   them.

7        Q.   The firm wasn't looking to be an

8   investor in RMBS certificates, right?

9        A.   Well, reading the e-mail it's

10  like we're in the moving business, there

11  were times that we would make strategic

12  plays to hold on to certain things.

13       Q.   But we're in the moving business,

14  not storing.   You don't take long-term

15  positions in RMBS.

16       A.   For the most part, no.

17       Q.   Okay.   And then in the end of the

18  last paragraph he writes as I finalize each

19  desk your age book will appear next to your

20  bonus pool when I meet with Mayer and

21  Overlander.   Do you see that?

22       A.   Yes.

23       Q.   who are Mayer and Overlander?

24       A.   They coheaded fixed income, Jeff

25  Mayer and Craig Overlander.

1              Nierenberg - CONFIDENTIAL

2        Q.   Do you know who Jo Karen Whitlock

3   is?

4        A.   I know her and I remember her.

5        Q.   Who is she?

6        A.   She worked at EMC.

7        Q.   In Texas?

8        A.   In Texas.

9        Q.   You smiled when you said you

10   remember her.

11        A.   I remember her, but I forgot

12   exactly what her role was.

13              (Exhibit 326, JPMC DEX

14        8889342-596, marked for

15        identification.)

16        Q.   I've got a document I'm marking

17   as Exhibit 326.  I'm again just asking you

18   about the e-mail.  Have you seen this

19   document before?

20        A.   Not that I am aware of.

21        Q.   There will be some documents that

22   your name doesn't appear, I'm just going to

23   ask you to explain, you know, translate for

24   me.  I'm a lawyer, not a banker.  So there

25   is first an e-mail from Frank Waylang to

1          Nierenberg - CONFIDENTIAL

2    speculating.  If in fact our volumes were

3    dropping, I think again speculating, I

4    think Mary wants to know why were our

5    volumes dropping.

6              (Exhibit 327, JPMC DEX

7          9268572-825, marked for

8          identification.)

9          Q.   This is 327.  You see this is a

10   February 2nd e-mail from Jo Karen to Steve

11   Kelly forwarding an e-mail that she got

12   from Mary Haggerty.  Do you see that?

13        A.   Yes.

14        Q.   And then again in the first

15   e-mail from Frank, he writes conduit

16   purchase 499 loans totalling almost 78

17   million today, do you see that?

18        A.   Yes.

19        Q.   So you see Mary Haggerty asked Jo

20   Karen, hi Jo, why so few loans?

21        A.   Yes.

22        Q.   Now, Jo Karen writes to Steve

23   Kelly, so do you know who Steve Kelly is?

24        A.   I don't.

25        Q.   Jo Karen writes to Steve Kelly,

Page 72

```
 1              Nierenberg - CONFIDENTIAL
 2   diligence they did, I don't know.
 3        Q.   What is the purpose of the
 4   diligence?
 5        A.   Ensuring that the data and the
 6   way the loan was represented is correct.
 7        Q.   Why is that important?
 8        A.   So you understand what you're
 9   buying.
10        Q.   Okay.   And are there certain
11   problems you face if the data that's
12   represented to investors and securities is
13   not correct?
14        A.   Certain problems if the data that
15   was represented --
16        Q.   Well, you said data.   When you
17   say ensuring that the data and the way the
18   loan was represented is correct, let me
19   step back, that was your answer.   So
20   represented to whom?
21        A.   To us, the purchaser.
22        Q.   Okay.
23        A.   So just to clarify, if in fact we
24   thought we were buying a pool of mortgage
25   loans and for example the borrower said he
```

Page 73

1                  Nierenberg - CONFIDENTIAL

2     was an EDLTV or the seller to us said it

3     was an EDLTV, you'd want to ensure it was

4     an EDLTV, or if the type of loan had

5     certain deposits in their bank account

6     you'd want to ensure that.

7          Q.    And that's because -- the

8     diligence gave you comfort that the loans

9     were more likely than not to perform within

10    expectations based on the representations

11    made about what's in the loans, right?

12         A.    Yes.   You always made -- if you

13    buy a loan you are always going to make

14    certain assumptions about losses.   So if

15    for example we're buying a loan from

16    company A, you want to look at that loan

17    based on what you think your assumptions

18    were to make sure that the loan that

19    they're selling to you is that loan.

20         Q.    Right, because the assumptions

21    about losses that you make are driven by

22    certain --

23         A.    LTV and income, et cetera.

24         Q.    And so if the diligence that you

25    performed is reliable, then that will give

1           Nierenberg - CONFIDENTIAL

2      you more comfort that the loans will

3      perform consistent with the assumptions you

4      make based on the characteristics of the

5      loan?

6           A.   At the time you purchase them,

7      yes.

8           Q.   And if the diligence that you

9      perform is not reliable, then that will

10     increase the likelihood that the loans

11     performed in some way that's inconsistent

12     with the assumptions you draw based on the

13     way the loan is represented, right?

14          A.   Yeah, you just don't know what

15     the loan is then.

16          Q.   So you did diligence when you

17     were buying loans, right?   When Bear was

18     acquiring loans either in bulk or through

19     the flow conduit?

20          A.   To the best of my knowledge, yes.

21          Q.   If Bear was acting as an

22     underwriter for an RMBS offering did it

23     also do diligence on the loans?

24          A.   I believe so, yes.

25          Q.   What is the purpose of doing

1              Nierenberg - CONFIDENTIAL

2    represents 0.04 percent, do you see that?

3         A.   Yes.

4         Q.   And just as co-head of the

5    mortgage business, do you have any

6    understanding why Bear would perform its QC

7    process on only 13 out of over 36 thousand

8    loans it acquired from Countrywide?

9         A.   No, none.  I don't know.

10        Q.   Okay.  I may have asked you this,

11   but are you aware of any difference between

12   the diligence that Bear performed on

13   mortgages when it served solely as

14   underwriter versus the diligence it did

15   when it was sponsor?

16        A.   No, I'm not aware.

17        Q.   Are you aware whether there were

18   certain sellers of mortgages that Bear for

19   its own internal acquisition purposes had

20   suspended?

21        A.   I believe we did, but I'm not

22   sure who they were or when we did that.

23        Q.   Okay.  I can show you documents

24   but let's see if maybe I can get your

25   memory.  Do you remember if the Fremont

```
 1            Nierenberg - CONFIDENTIAL
 2    document?
 3         A.   I really didn't look at these
 4    kind of documents.
 5         Q.   Okay.  So I mean, you ran the
 6    business based on your understanding of
 7    just the economics of the deal.  You didn't
 8    really read the contract itself, is that
 9    it?
10         A.   Yes.
11         Q.   Okay.  So I just want to ask you
12    probably just one or two questions about
13    this.  Just turn to section 4B, page 5 of
14    the document.  You see it says pursuant to
15    various conveyancing documents to be
16    executed on the closing date and pursuant
17    to the pooling and servicing agreement the
18    purchaser will assign on the closing date
19    all of its right, title and interest in and
20    to the mortgage loans to the trustee for
21    the benefit of the certificate holders, do
22    you see that?
23         A.   Yes.
24         Q.   And that's consistent with your
25    understanding that every right that EMC had
```

1            Nierenberg - CONFIDENTIAL

2    in and to the mortgages was being

3    transferred to the trust.

4          A.    Yes.

5          Q.    And it was being transferred for

6    the benefit of the certificate holders,

7    right?

8          A.    That's the way I read it.

9          Q.    And now SAMI played the role as

10   purchaser of mortgages and also as the

11   depositor of the mortgages conveying them

12   to the trust, right?  Is that how it

13   worked?

14         A.    I'm not sure of the logistics.  I

15   know we issued as a SAMI deal, so SAMI

16   would be the issuer.

17         Q.    Right.  So did you understand

18   that the first step in the process was to

19   transfer mortgages and the right, title and

20   interest in the mortgages to SAMI and then

21   SAMI would in turn transfer rights to the

22   trust and the trustee?  Is that your

23   understanding of the economics of how these

24   deals took place?

25         A.    I mean, quite frankly we bought