# EXHIBIT 63

**From:** Amarante, Anthony (Exchange) <AAMARANTE@bear.com>
**Sent:** Monday, November 20, 2006 1:06 PM
**To:** Eichel, Scott (Exchange) <eichel@bear.com>
**Subject:** RE: projected aged ending 11-10-06.pdf
**Attach:** projected aged ending 11-17-06.xls

---

**From:** Eichel, Scott (Exchange)
**Sent:** Monday, November 20, 2006 8:42 AM
**To:** Marano, Tom (Exchange); Lombardo, Philip (Exchange); Amarante, Anthony (Exchange); Grouev, Peter s. (Exchange); Dietche, David (Exchange); van Lingen, Paul (Exchange)
**Subject:** RE: projected aged ending 11-10-06.pdf

Tony,
Now that we have the 6 accounts broken out. Can we can an updated aged sheet in excel with all the credit stuff.

Thank you
Eich

---

**From:** Marano, Tom (Exchange)
**Sent:** Sunday, November 19, 2006 10:25 AM
**To:** Weintraub, Joshua (Exchange); Nierenberg, Michael (Exchange); Eichel, Scott (Exchange); Verschleiser, Jeff (Exchange); Sedmak, Craig (Exchange); Babkow, Jonathan (Exchange); Fink, Aaron (Exchange); Scott, Brad (Exchange); Schwarting, Carsten (Exchange); Siegel, Adam (Fixed Income) (Exchange); Katke, Matthew (Exchange); Rahbar, Perry (Exchange); Lucas, Douglas (Exchange); Aggarwal, Sheil (Exchange); Antoci, Ross (Exchange); Gordon, Steve - CMBS (Exchange); Gargiulo, Stephen (Exchange); Fagas, Jayme (Exchange); Scott, Chris - Fixed Income (Exchange); Brooks, Brant (Exchange); Misra, Peeyush (Exchange); Ryan, John Buckley (Exchange); Stein, Peter (Exchange)
**Cc:** Lombardo, Philip (Exchange)
**Subject:** FW: projected aged ending 11-10-06.pdf

Attached you will find a projected aged of $6 billion. THAT IS NOT GOING TO HAPPEN.

Everybody start to unload. Use the salesforce. Use the dealer desk. Get on your game. We have 2 weeks to finalize bonuses and if one person comes to see me about comp without an outsized projected aged it will not be a pleasant experience. You do not get paid for using the firm's balance sheet to earn carry . We are a moving company NOT a storage company.

Sales credits are down 3% this year. Let's see if the sales force can still sell and incent them appropriaely because if you have a big aged its gonna cot you **personally** more than a few extra ticks. As i finalize each desk your aged will appear next to your bonus ppol when I meet with mayer and overlander.

Let's Start Writing Pink Tix!

---

**From:** Degroat, Brian (Exchange)
**Sent:** Friday, November 17, 2006 8:49 AM
**To:** Lombardo, Philip (Exchange); Marano, Tom (Exchange); Schrader, John (Exchange)
**Cc:** Kost, Timo (Exchange); Amarante, Anthony (Exchange); Degroat, Brian (Exchange); Ciecka, Peter (Exchange); Larkin, Maura (Exchange); Nir, Noam (Exchange); Siatkowski, Jonathan (Exchange)

EXHIBIT 325 1/15/13
PENGAD 800-631-6989

**Subject:** projected aged ending 11-10-06.pdf

**Overall aged positon is down ($275mm):**

**ABS/CDO warehouse**: ($182mm) collateral for the ACA 2006-2 deal
**Agency CMO desk**: ($89mm) from various fixed rate sales
**Residential Sub-desk**: ($4mm) FXAC sale

**Document provided in native format**

Confidential
JPMC_DEX_001487076

*BEAR STEARNS* AGED INVENTORY REPORT *Risk Management*

| ADP | PORT |
|---|---|
| ADJR | 015-08878 |

MORTGAGE DEPARTMENT
SUB-DEBT DESK
Close of Business Thursday, 11/30/06
Prepared by A.Amarante/E. Jankoje at x7681/x5228

| Absolute market value in million $ | 90-149 | 150-179 | 180-239 | 240-269 | 270+ | Total 90+ |
|---|---|---|---|---|---|---|
| Current Month Summary | 680.0 | 187.4 | 240.7 | 54.3 | 646.7 | 1809.2 |
| Prior Month Summary | 603.3 | 169.7 | 129.9 | 115.8 | 573.8 | 1592.5 |
| Monthly Change | 76.6 | 17.7 | 110.8 | (61.4) | 72.9 | 216.7 |

**Projected Aged 11/30/2006 as of 11/17/2006**

| Settlement | Portfolio | Oldest Lot | Description | Ratings | Shelf Series | | Current Face | Price | Aged MV in mm | 90-149 MV in mm | 150-179 MV in mm | 180-239 MV in mm | 240-269 MV in mm | 270+ MV in mm | Recent Liquidating Activity (mm) | Exit Strategy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | *ARMs SUB breakdown* | | | | | | | | | | | | | | | |
| 4/26/2000 | ADJR | 04/25/00 | Floaters | AA | BSSP 0001 1B 5.1815 | | 1,227,400 | 100.000 | 1.23 | 0.00 | 0.00 | 0.00 | 0.00 | 1.23 | None | Holding - Almost Callable Oddlot |
| 7/24/2006 | ADJR | 07/13/06 | Fixed | AA | BSSP 0619DA1 0.2166 | | 2,400,866 | 100.000 | 2.40 | 2.40 | 0.00 | 0.00 | 0.00 | 0.00 | None | |
| 8/24/2006 | ADJR * | 08/23/06 | Floaters | AA | BSSP 0620BA1 6.5000 | | 2,292,321 | 100.000 | 2.29 | 2.29 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| | | | | | | | TOTAL "AA" AGE | | 5.92 | 4.69 | 0.00 | 0.00 | 0.00 | 1.23 | | |
| 9/23/2004 | ADJR | 04/13/06 | Fixed | A | BSSP 0414 A1 5.5000 | | 2,660,699 | 97.000 | 2.58 | 0.00 | 0.00 | 2.58 | 0.00 | 0.00 | None | |
| 3/28/2006 | ADJR | 02/03/06 | Fixed | A | BSSP 0612 A1 6.5000 | | 4,343,667 | 100.000 | 4.34 | 0.00 | 0.00 | 0.00 | 0.00 | 4.34 | None | Holding - Partnership Residual |
| 3/24/2006 | ADJR | 06/28/06 | Fixed | A | BSSP 0609 A1 6.5000 | | 3,616,780 | 100.000 | 3.62 | 0.00 | 3.62 | 0.00 | 0.00 | 0.00 | None | Holding - Partnership Residual |
| 4/28/2006 | ADJR | 04/05/06 | Fixed | A | BSSP 0616CA2 6.5000 | | 1,874,995 | 99.172 | 1.86 | 0.00 | 0.00 | 1.86 | 0.00 | 0.00 | None | Holding - Partnership Residual |
| 4/28/2006 | ADJR | 03/28/06 | Fixed | A | BSSP 0616DA1 6.5000 | | 5,140,472 | 100.000 | 4.48 | 0.00 | 0.00 | 0.00 | 4.48 | 0.00 | None | Holding with residual |
| 6/9/2006 | ADJR | 05/23/06 | Fixed | A | BSSP 0617AA2 6.5000 | | 3,382,178 | 99.453 | 3.36 | 0.00 | 0.00 | 3.36 | 0.00 | 0.00 | None | Holding with residual - Marketing |
| 6/9/2006 | ADJR | 06/06/06 | Fixed | A | BSSP 0617DA1 6.5000 | | 8,957,142 | 100.000 | 8.96 | 0.00 | 8.96 | 0.00 | 0.00 | 0.00 | S 09/28/06 | Holding - Partnership Residual |
| 6/30/2006 | ADJR | 06/22/06 | Fixed | A | BSSP 0618 A1 6.5000 | | 5,043,725 | 100.000 | 4.39 | 0.00 | 4.39 | 0.00 | 0.00 | 0.00 | None | Holding - Partnership Residual |
| 7/24/2006 | ADJR | 07/13/06 | Fixed | A | BSSP 0619AA1 6.5000 | | 22,448,508 | 100.000 | 22.45 | 22.45 | 0.00 | 0.00 | 0.00 | 0.00 | None | |
| 7/24/2006 | ADJR | 07/24/06 | Fixed | A | BSSP 0619DA2 6.5000 | | 9,265,000 | 99.813 | 9.25 | 9.25 | 0.00 | 0.00 | 0.00 | 0.00 | None | |
| 8/24/2006 | ADJR * | 08/23/06 | Fixed | A | BSSP 0620AA1 6.5000 | | 7,870,043 | 100.000 | 7.46 | 7.46 | 0.00 | 0.00 | 0.00 | 0.00 | None | |
| 8/24/2006 | ADJR * | 08/23/06 | Fixed | A | BSSP 0620BA2 6.5000 | | 4,700,000 | 99.797 | 4.69 | 4.69 | 0.00 | 0.00 | 0.00 | 0.00 | None | |
| 8/24/2006 | ADJR * | 08/23/06 | Fixed | A | BSSP 0620DA1 6.5000 | | 11,862,622 | 100.000 | 11.86 | 11.86 | 0.00 | 0.00 | 0.00 | 0.00 | None | |
| **11/21/2006** | **S67M *** | **09/22/06** | **Floaters** | **A** | **BSSP-0623F A1 (6A1)** | **BSSP 0621 R1** | **54,034,000** | **100.000** | **54.03** | **54.03** | **0.00** | **0.00** | **0.00** | **0.00** | **11/17/06** | |
| 9/22/2006 | ADJR | 07/13/06 | Fixed | A | BSSP 0621 A1 6.5000 | | 17,175,204 | 100.000 | 17.18 | 17.18 | 0.00 | 0.00 | 0.00 | 0.00 | None | |
| | | | | | | | TOTAL "AA" AGE | | 160.50 | 126.91 | 16.96 | 7.80 | 4.48 | 4.34 | | |
| 7/30/1999 | ADJR | 06/28/99 | Floaters | B | SACO 9904 D 6.1705 | | 1,581,300 | 67.781 | 1.07 | 0.00 | 0.00 | 0.00 | 0.00 | 1.07 | None | Offering out/ Actively Marketing |
| 12/13/2005 | ADJR | 12/13/05 | Floaters | B | BSSP 0301 B5 6.4312 | | 1,802,868 | 82.000 | 1.48 | 0.00 | 0.00 | 0.00 | 0.00 | 1.48 | None | Offering out/ Actively Marketing |
| 9/30/2003 | ADJ2 | 08/31/05 | Floaters | B | BSARM 0307 B5 4.7479 | | 2,277,094 | 81.625 | 1.86 | 0.00 | 0.00 | 0.00 | 0.00 | 1.86 | None | Offering out/ Actively Marketing |
| 11/30/2004 | ADJ2 | 10/13/04 | Floaters | B | BALTA 0412BB5 4.9280 | | 1,659,921 | 72.516 | 1.20 | 0.00 | 0.00 | 0.00 | 0.00 | 1.20 | None | |
| 3/31/2005 | ADJ2 | 03/28/05 | Floaters | B | BALTA 0503 B7 5.3243 | | 6,145,200 | 70.047 | 4.30 | 0.00 | 0.00 | 0.00 | 0.00 | 4.30 | None | Slated for BBB/BB CDO ALLADIN |
| 4/29/2005 | ADJ2 | 05/23/06 | Floaters | B | BALTA 0504BB5 5.3566 | | 10,751,619 | 69.516 | 7.47 | 0.00 | 0.00 | 7.47 | 0.00 | 0.00 | None | |
| 4/29/2005 | ADJ2 | 04/12/05 | Floaters | B | WFMBS 05AR8B5 4.4850 | | 2,895,363 | 76.156 | 2.20 | 0.00 | 0.00 | 0.00 | 0.00 | 2.20 | None | Slated for BBB/BB CDO ALLADIN |
| 7/29/2005 | ADJ2 | 06/19/06 | Floaters | B | BALTA 0507BBB 5.5739 | | 12,860,384 | 67.047 | 8.62 | 0.00 | 8.62 | 0.00 | 0.00 | 0.00 | None | |
| 8/31/2005 | ADJ2 | 08/04/05 | Floaters | B | BALTA 0508BB6 5.6171 | | 5,851,746 | 66.203 | 3.87 | 0.00 | 0.00 | 0.00 | 0.00 | 3.87 | None | Slated for BBB/BB CDO ALLADIN |
| 9/30/2005 | ADJ2 | 09/28/05 | Floaters | B | BALTA 0509BB4 5.7158 | | 11,160,348 | 66.406 | 7.41 | 0.00 | 0.00 | 0.00 | 0.00 | 7.41 | None | Slated for BBB/BB CDO ALLADIN |
| 1/30/2006 | ADJ2 | 03/16/06 | Floaters | B | RALI 06QO1B2 6.8200 | | 8,550,311 | 54.688 | 4.67 | 0.00 | 0.00 | 0.00 | 4.67 | 0.00 | None | |
| 3/30/2006 | ADJ2 | 03/01/06 | Floaters | B | WFMBS 06AR6B5 5.1048 | | 2,670,610 | 70.844 | 1.89 | 0.00 | 0.00 | 0.00 | 0.00 | 1.89 | None | |
| 4/28/2006 | ADJR | 04/21/06 | Fixed | B | BSSP 0616DA4 6.5000 | | 1,310,350 | 85.578 | 1.12 | 0.00 | 0.00 | 1.12 | 0.00 | 0.00 | None | Holding with residual |
| 6/9/2006 | ADJR | 06/06/06 | Floaters | B | BSSP 0617DA4 6.5000 | | 2,380,000 | 86.781 | 2.07 | 0.00 | 2.07 | 0.00 | 0.00 | 0.00 | S 09/28/06 | Holding - Partnership Residual |
| **2/28/2006** | **ADJR** | **03/29/06** | **Floaters** | **B** | **BSARM 0602 B5 5.9605** | | **SOLD ALL** | | | | | | | | **S 11/02/06 2.1** | |
| 5/31/2006 | ADJC | 05/26/06 | Floaters | B | SAMI 06AR5B3 7.4700 | | 3,427,430 | 64.125 | 2.20 | 0.00 | 0.00 | 2.20 | 0.00 | 0.00 | None | |
| 6/30/2006 | ADJR | 06/22/06 | Floaters | B | BSSP 0618 A4 6.5000 | | 2,500,000 | 92.047 | 2.30 | 0.00 | 2.30 | 0.00 | 0.00 | 0.00 | None | Holding - Partnership Residual |
| 7/24/2006 | ADJR | 07/24/06 | Floaters | B | BSSP 0619AA4 0.2166 | | 2,230,000 | 81.219 | 1.81 | 1.81 | 0.00 | 0.00 | 0.00 | 0.00 | None | |
| 8/24/2006 | ADJR * | 08/23/06 | Floaters | B | BSSP 0620AA4 6.5000 | | 3,821,250 | 91.922 | 3.51 | 3.51 | 0.00 | 0.00 | 0.00 | 0.00 | None | |
| | | | | | | | TOTAL "B" AGED | | 59.08 | 5.32 | 12.99 | 10.79 | 4.67 | 25.30 | | |

*BEAR STEARNS* AGED INVENTORY REPORT *Risk Management*

| ADP | PORT |
|---|---|
| ADJR | 015-08878 |

MORTGAGE DEPARTMENT
SUB-DEBT DESK
Close of Business Thursday, 11/30/06
Prepared by A.Amarante/E. Jankojc at x7681/x5228

| Absolute market value in million $ | 90-149 | 150-179 | 180-239 | 240-269 | 270+ | Total 90+ |
|---|---|---|---|---|---|---|
| Current Month Summary | 680.0 | 187.4 | 240.7 | 54.3 | 646.7 | 1809.2 |
| Prior Month Summary | 603.3 | 169.7 | 129.9 | 115.8 | 573.8 | 1592.5 |
| Monthly Change | 76.6 | 17.7 | 110.8 | (61.4) | 72.9 | 216.7 |

**Projected Aged 11/30/2006 as of 11/17/2006**

| Settlement | Portfolio | | Oldest Lot | Description | Ratings | Shelf Series | Current Face | Price | Aged MV in mm | 90-149 MV in mm | 150-179 MV in mm | 180-239 MV in mm | 240-269 MV in mm | 270+ MV in mm | Recent Liquidating Activity (mm) | | Exit Strategy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/30/1999 | ADJR | | 10/04/04 | Floaters | BB | SACO 9904 C 6.1705 | 4,237,700 | 90.000 | 3.81 | 0.00 | 0.00 | 0.00 | 0.00 | 3.81 | None | | Holding - Almost Callable Oddlot |
| 12/13/2005 | ADJR | | 12/13/05 | Floaters | BB | BSSP 0301 B4 6.4312 | 1,217,486 | 92.000 | 1.12 | 0.00 | 0.00 | 0.00 | 0.00 | 1.12 | None | | Holding - IO Hedge |
| 8/31/2004 | ADJC | | 07/13/04 | Floaters | BB | SAMI 04R5BB4 6.8536 | 2,669,153 | 80.000 | 2.14 | 0.00 | 0.00 | 0.00 | 0.00 | 2.13 | None | | Holding - IO Hedge |
| 11/30/2005 | ADJ2 | | 12/08/05 | Floaters | BB | BALTA 0412BB4 4.9280 | 5,719,609 | 87.266 | 4.99 | 0.00 | 0.00 | 0.00 | 0.00 | 4.99 | None | | Slated for BBB/BB CDO ALLADIN |
| 3/31/2005 | ADJ2 | | 02/01/05 | Fixed | BB | BALTA 0503 B6 5.3243 | 9,830,925 | 85.609 | 8.42 | 0.00 | 0.00 | 0.00 | 0.00 | 8.42 | None | | Slated for BBB/BB CDO ALLADIN |
| 4/29/2005 | ADJ2 | | 05/23/06 | Floaters | BB | BALTA 0504BB4 5.3566 | 13,233,989 | 85.625 | 11.33 | 0.00 | 0.00 | 11.33 | 0.00 | 0.00 | None | | |
| 5/18/2005 | ADJ2 | | 04/12/05 | Floaters | BB | WFMBS 05AR8B4 4.4850 | 4,343,044 | 89.422 | 3.88 | 0.00 | 0.00 | 0.00 | 0.00 | 3.88 | None | | Slated for BBB/BB CDO ALLADIN |
| 7/29/2005 | ADJ2 | | 12/27/05 | Floaters | BB | BALTA 0507 B3 7.4200 | 9,231,000 | 85.125 | 7.86 | 0.00 | 0.00 | 0.00 | 0.00 | 7.86 | None | | Holding - IO Hedge |
| 7/29/2005 | ADJ2 | | 06/19/06 | Floaters | BB | BALTA 0507BBA 5.5739 | 17,146,181 | 84.047 | 14.41 | 0.00 | 14.41 | 0.00 | 0.00 | 0.00 | None | | |
| 8/23/2005 | ADJR | | 12/28/05 | Floaters | BB | BSSP 0517 A3 6.0000 | 4,375,000 | 97.706 | 4.27 | 0.00 | 0.00 | 0.00 | 0.00 | 4.27 | None | | Holding - IO Hedge |
| 8/31/2005 | ADJ2 | | 12/19/05 | Floaters | BB | BALTA 0508 B3 7.4200 | 5,917,000 | 85.000 | 5.03 | 0.00 | 0.00 | 0.00 | 0.00 | 5.03 | None | | Holding - IO Hedge |
| 8/31/2005 | ADJ2 | | 08/04/05 | Floaters | BB | BALTA 0508BB5 5.6171 | 5,165,033 | 83.969 | 4.34 | 0.00 | 0.00 | 0.00 | 0.00 | 4.34 | S 08/23/06 | | |
| 9/30/2005 | ADJ2 | | 09/28/05 | Floaters | BB | BALTA 0509BB3 5.7158 | 15,452,890 | 84.000 | 12.98 | 0.00 | 0.00 | 0.00 | 0.00 | 12.98 | None | | Slated for BBB/BB CDO ALLADIN |
| 3/28/2006 | ADJR | | 02/03/06 | Floaters | BB | BSSP 0612 A3 6.5000 | 1,950,000 | 89.625 | 1.75 | 0.00 | 0.00 | 0.00 | 0.00 | 1.75 | None | | Holding - Partnership Residual |
| 3/24/2006 | ADJR | | 06/28/06 | Floaters | BB | BSSP 0609 A3 6.5000 | 2,325,000 | 98.091 | 2.28 | 0.00 | 2.28 | 0.00 | 0.00 | 0.00 | None | | |
| 4/7/2006 | ADJ2 | | 03/01/06 | Fixed | BB | WFMBS 06AR6B4 5.1048 | 3,562,144 | 85.516 | 3.05 | 0.00 | 0.00 | 0.00 | 0.00 | 3.05 | None | | Marketing |
| 4/28/2006 | ADJR | | 04/21/06 | Fixed | BB | BSSP 0616CA3 6.5000 | 2,200,000 | 95.578 | 2.10 | 0.00 | 0.00 | 2.10 | 0.00 | 0.00 | None | | Holding - Partnership Residual |
| 4/28/2006 | ADJR | | 04/21/06 | Fixed | BB | BSSP 0616DA3 6.5000 | 1,759,100 | 91.094 | 1.60 | 0.00 | 0.00 | 1.60 | 0.00 | 0.00 | None | | Holding with residual |
| 6/9/2006 | ADJR | | 05/23/06 | Floaters | BB | BSSP 0617AA4 6.5000 | 2,000,000 | 96.516 | 1.93 | 0.00 | 0.00 | 1.93 | 0.00 | 0.00 | None | | Holding with Residual - Marketing |
| 06/09/06 | ADJR | | 06/06/06 | Floaters | BB | BSSP 0617DA3 6.5000 | 3,208,000 | 93.906 | 3.01 | 0.00 | 3.01 | 0.00 | 0.00 | 0.00 | S 09/28/06 | | Holding - Partnership Residual |
| 6/9/2006 | ADJR | | 05/03/06 | Floaters | BB | BSSP 0614AA2 7.8200 | 4,300,000 | 92.000 | 3.96 | 0.00 | 0.00 | 3.96 | 0.00 | 0.00 | None | | |
| 7/24/2006 | ADJR | | 07/24/06 | Floaters | BB | BSSP 0614 A2 7.8200 | 36,200,000 | 85.000 | 30.77 | 30.77 | 0.00 | 0.00 | 0.00 | 0.00 | None | | |
| **5/31/2006** | **ADJR** | | **03/29/06** | **Floaters** | **BB** | **BSARM 0602 B4 5.9605** | **SOLD ALL** | | | | | | | | **S 11/01/06** | **3.1** | |
| 5/31/2006 | ADJC | | 05/26/06 | Floaters | BB | SAMI 06AR5B2 7.4700 | 5,712,051 | 78.047 | 4.46 | 0.00 | 0.00 | 4.46 | 0.00 | 0.00 | None | | Holding for Resec with IOs |
| 6/30/2006 | ADJ2 | | 05/17/06 | Floaters | BB | BALTA 0604 B3 7.4700 | 15,852,000 | 82.719 | 13.11 | 0.00 | 0.00 | 13.11 | 0.00 | 0.00 | None | | Holding for Resec with IOs |
| 7/24/2006 | ADJR | | 07/24/06 | Floaters | BB | BSSP 0619AA3 0.2166 | 9,515,000 | 92.188 | 8.77 | 8.77 | 0.00 | 0.00 | 0.00 | 0.00 | None | | |
| 7/24/2006 | ADJR | | 07/24/06 | Floaters | BB | BSSP 0619DA4 6.5000 | 14,290,000 | 96.016 | 13.72 | 13.72 | 0.00 | 0.00 | 0.00 | 0.00 | None | | |
| 7/31/2006 | ADJ2 | | 07/28/06 | Floaters | BB | BSMF 06A1BB3 7.4800 | 8,485,000 | 74.703 | 6.34 | 6.34 | 0.00 | 0.00 | 0.00 | 0.00 | None | | |
| 8/24/2006 | ADJR | * | 08/23/06 | Floaters | BB | BSSP 0620AA3 6.5000 | 3,667,500 | 96.125 | 3.53 | 3.53 | 0.00 | 0.00 | 0.00 | 0.00 | None | | |
| 8/24/2006 | ADJR | * | 08/23/06 | Floaters | BB | BSSP 0620BA4 6.5000 | 6,785,000 | 92.703 | 6.29 | 6.29 | 0.00 | 0.00 | 0.00 | 0.00 | None | | |
| 8/24/2006 | ADJR | * | 08/23/06 | Floaters | BB | BSSP 0620DA3 6.5000 | 4,230,000 | 73.750 | 3.12 | 3.12 | 0.00 | 0.00 | 0.00 | 0.00 | None | | |
| 8/24/2006 | ADJR | * | 08/23/06 | Floaters | BB | BSSP 0620EA3 6.5000 | 4,165,000 | 87.609 | 3.65 | 3.65 | 0.00 | 0.00 | 0.00 | 0.00 | None | | |
| | | | | | | | TOTAL "BB" AGEI | | 198.02 | 76.18 | 19.71 | 38.49 | 0.00 | 63.63 | | | |

*BEAR STEARNS* AGED INVENTORY REPORT *Risk Management*

| ADP | PORT | MORTGAGE DEPARTMENT |
|---|---|---|
| | | SUB-DEBT DESK |
| ADJR | 015-08878 | Close of Business Thursday, 11/30/06 |
| | | Prepared by A.Amarante/E. Jankojc at x7681/x5228 |
| | | **Projected Aged 11/30/2006 as of 11/17/2006** |

| Absolute market value in million $ | 90-149 | 150-179 | 180-239 | 240-269 | 270+ | Total 90+ |
|---|---|---|---|---|---|---|
| Current Month Summary | 680.0 | 187.4 | 240.7 | 54.3 | 646.7 | 1809.2 |
| Prior Month Summary | 603.3 | 169.7 | 129.9 | 115.8 | 573.8 | 1592.5 |
| Monthly Change | 76.6 | 17.7 | 110.8 | (61.4) | 72.9 | 216.7 |

| Settlement | Portfolio | Oldest Lot | Description | Ratings | Shelf | Series | Current Face | Price | Aged MV in mm | 90-149 MV in mm | 150-179 MV in mm | 180-239 MV in mm | 240-269 MV in mm | 270+ MV in mm | Recent Liquidating Activity (mm) | Exit Strategy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/30/1999 | ADJR | 09/24/04 | Floaters | BBB | SACO 9904 B | 6.1705 | 1,118,946 | 97.938 | 1.10 | 0.00 | 0.00 | 0.00 | 0.00 | 1.10 | None | |
| 8/27/2005 | ADJR | 12/28/05 | Fixed | BBB | BSSP 0517 A2 | 6.0000 | 1,848,689 | 99.600 | 1.84 | 0.00 | 0.00 | 0.00 | 0.00 | 1.84 | None | Balta 05-7 NIM Marketing |
| 1/23/2006 | ADJR | 06/28/06 | Floaters | BBB | BSSP 0601 A3 | 6.5000 | 1,182,520 | 97.677 | 1.16 | 0.00 | 1.16 | 0.00 | 0.00 | 0.00 | None | Holding with residual |
| **3/15/2006** | **ADJR** | **02/22/06** | **Floaters** | **BBB** | **BSSP 0604 A** | **6.5000** | **SOLD AGED PORTION** | | | | | | | | **S 11/01/06 1.0** | |
| 3/28/2006 | ADJR | 02/03/06 | Floaters | BBB | BSSP 0612 A2 | 6.5000 | 4,937,500 | 98.875 | 4.88 | 0.00 | 0.00 | 0.00 | 0.00 | 4.88 | None | Holding - Partnership Residual |
| 3/24/2006 | ADJR | 06/28/06 | Floaters | BBB | BSSP 0609 A2 | 6.5000 | 4,750,000 | 99.090 | 4.71 | 0.00 | 4.71 | 0.00 | 0.00 | 0.00 | None | Holding - Partnership Residual |
| 3/28/2006 | ADJR | 03/23/06 | Floaters | BBB | BSSP 0615 A2 | 6.5000 | 1,094,034 | 99.172 | 1.08 | 0.00 | 0.00 | 0.00 | 1.08 | 0.00 | None | Holding - Partnership Residual |
| 4/28/2006 | ADJR | 02/07/06 | Fixed | BBB | BSSP 0613 A1 | 0.0100 | 5,720,649 | 100.000 | 5.72 | 0.00 | 0.00 | 0.00 | 0.00 | 5.72 | None | Holding with residual |
| 4/28/2006 | ADJR | 04/21/06 | Fixed | BBB | BSSP 0616CA4 | 6.5000 | 2,200,000 | 91.969 | 2.02 | 0.00 | 0.00 | 2.02 | 0.00 | 0.00 | None | Holding - Partnership Residual |
| 4/28/2006 | ADJR | 03/28/06 | Floaters | BBB | BSSP 0616DA2 | 6.5000 | 1,956,550 | 98.000 | 1.92 | 0.00 | 0.00 | 0.00 | 1.92 | 0.00 | None | Holding - Partnership Residual |
| 6/9/2006 | ADJR | 05/23/06 | Floaters | BBB | BSSP 0617AA3 | 6.5000 | 2,150,000 | 97.938 | 2.11 | 0.00 | 0.00 | 2.11 | 0.00 | 0.00 | None | Holding with residual |
| 6/9/2006 | ADJR | 06/06/06 | Floaters | BBB | BSSP 0617DA2 | 6.5000 | 4,761,000 | 97.688 | 4.65 | 0.00 | 4.65 | 0.00 | 0.00 | 0.00 | S 09/28/06 | |
| 7/24/2006 | ADJR | 07/24/06 | Floaters | BBB | BSSP 0619AA2 | 6.5000 | 9,705,000 | 98.813 | 9.59 | 9.59 | 0.00 | 0.00 | 0.00 | 0.00 | None | |
| 7/24/2006 | ADJR | 07/24/06 | Floaters | BBB | BSSP 0619DA3 | 6.5000 | 7,880,000 | 99.438 | 7.84 | 7.84 | 0.00 | 0.00 | 0.00 | 0.00 | None | |
| 8/24/2006 | ADJR * | 08/23/06 | Floaters | BBB | BSSP 0620BA3 | 6.5000 | 3,250,000 | 99.313 | 3.23 | 3.23 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 8/24/2006 | ADJR * | 08/23/06 | Floaters | BBB | BSSP 0620DA2 | 6.5000 | 4,955,000 | 99.016 | 4.91 | 4.91 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 8/24/2006 | ADJR * | 08/23/06 | Floaters | BBB | BSSP 0620EA1 | 6.5000 | 5,735,356 | 100.000 | 5.74 | 5.74 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 8/24/2006 | ADJR * | 08/23/06 | Floaters | BBB | BSSP 0620EA2 | 6.5000 | 2,180,000 | 99.016 | 2.16 | 2.16 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 8/24/2006 | ADJR * | 08/23/06 | Floaters | BBB | BSSP 0620ER1 | 0.0000 | 509,798,379 | 2.028 | 10.34 | 10.34 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 9/5/2006 | ADJ2 | 06/29/06 | Floaters | BBB | SAMI 06AR7B4 | 6.7200 | 27,708,000 | 99.500 | 27.57 | 0.00 | 27.57 | 0.00 | 0.00 | 0.00 | S 10/19/06 | |
| 9/5/2006 | ADJ2 | 06/29/06 | Floaters | BBB | SAMI 06AR7B5 | 7.4200 | 8,539,000 | 97.984 | 8.37 | 0.00 | 8.37 | 0.00 | 0.00 | 0.00 | S 10/19/06 | |
| **11/30/2006** | **RP50** | **10/17/06** | **Floaters** | **BBB** | **BSSP 0624 A1** | | **50,000,000** | **100.000** | **50.00** | **50.00** | **0.00** | **0.00** | **0.00** | **0.00** | **10/17/06** | |
| | | | | | | | TOTAL "BBB" AGI | | 160.91 | 93.79 | 46.45 | 4.13 | 3.00 | 13.54 | | |
| 12/13/2005 | ADJR | 12/13/05 | Floaters | Unrated | BSSP 0301 B6 | 6.4312 | 6,896,101 | 47.000 | 3.24 | 0.00 | 0.00 | 0.00 | 0.00 | 3.24 | None | Actively Marketing |
| 3/31/2005 | ADJ2 | 03/28/05 | Floaters | Unrated | BALTA 0503 B8 | 5.3243 | 4,576,273 | 22.031 | 1.01 | 0.00 | 0.00 | 0.00 | 0.00 | 1.01 | None | Actively Marketing |
| 4/29/2005 | ADJ2 | 05/23/06 | Floaters | Unrated | BALTA 0504BB6 | 5.3566 | 7,318,098 | 26.844 | 1.96 | 0.00 | 0.00 | 1.96 | 0.00 | 0.00 | None | |
| **6/30/2005** | **ADJR** | **06/28/05** | **Floaters** | **Unrated** | **BSARM 0504 B6** | **5.1521** | **SOLD ALL** | | | | | | | | **S 11/01/06 1.2** | |
| 7/29/2005 | ADJ2 | 06/19/06 | Floaters | Unrated | BALTA 0507BBC | 5.5739 | 8,521,568 | 25.281 | 2.15 | 0.00 | 2.15 | 0.00 | 0.00 | 0.00 | None | |
| 8/31/2005 | ADJ2 | 08/29/05 | Floaters | Unrated | BALTA 0508BB7 | 5.6171 | 3,901,200 | 27.344 | 1.07 | 0.00 | 0.00 | 0.00 | 0.00 | 1.07 | None | Actively Marketing |
| 9/30/2005 | ADJ2 | 09/28/05 | Floaters | Unrated | BALTA 0509BB5 | 5.7158 | 7,725,679 | 25.594 | 1.98 | 0.00 | 0.00 | 0.00 | 0.00 | 1.98 | None | Actively Marketing |
| **10/31/2005** | **ADJR** | **10/26/05** | **Floaters** | **Unrated** | **BSARM 0510 B7** | **4.7994** | **SOLD ALL** | | | | | | | | **S 11/01/06 1.0** | |
| 3/30/2006 | ADJ2 | 03/01/06 | Residual | Unrated | WFMBS 06AR6B6 | 5.1048 | 3,566,693 | 30.469 | 1.09 | 0.00 | 0.00 | 0.00 | 0.00 | 1.09 | None | Actively Marketing |
| | | | | | | | TOTAL "Unrated" . | | 12.50 | 0.00 | 2.15 | 1.96 | 0.00 | 8.38 | | |
| | | | | | | | Subtotal ARMs Aged MV excluding resid | | 896.92 | 306.90 | 98.26 | 63.18 | 12.15 | 116.42 | | |
| 10/31/2006 | S68M * | 08/16/06 | Residual | Unrated | SAMI 06AR8C | 0.0000 | 1,742,996,158 | 3.719 | 64.82 | 64.82 | 0.00 | 0.00 | 0.00 | 0.00 | None | |
| 5/20/2004 | ADJR | 07/08/05 | Residual | Unrated | BSSP 0405 R | 0.0000 | 943,610,757 | 1.153 | 10.88 | 0.00 | 0.00 | 0.18 | 0.00 | 10.70 | None | Holding - Backend Residual |
| 6/30/2004 | ADJR | 07/08/05 | Residual | Unrated | BSSP 0406 R | 0.0000 | 373,366,079 | 3.847 | 14.36 | 0.00 | 0.00 | 0.00 | 0.00 | 14.36 | None | Holding - Backend Residual |
| 11/5/2004 | ADJR | 10/05/04 | Residual | Unrated | BSSP 415 R1 | 0.0000 | 50,000,000 | 31.797 | 15.90 | 0.00 | 0.00 | 0.00 | 0.00 | 15.90 | None | Holding - Backend Residual |
| 11/5/2004 | ADJR | 10/05/04 | Residual | Unrated | BSSP 415 R2 | 0.0000 | 50,000,000 | 26.472 | 13.24 | 0.00 | 0.00 | 0.00 | 0.00 | 13.24 | None | Holding - Backend Residual |
| 6/24/2005 | ADJR | 03/23/05 | Residual | Unrated | BSSP 0508 R1 | 0.0000 | 231,487,436 | 0.673 | 1.56 | 0.00 | 0.00 | 0.00 | 0.00 | 1.56 | None | Holding - Backend Residual |
| 5/27/2005 | ADJR | 05/23/05 | Residual | Unrated | BSSP 0512 R1 | 0.0000 | 199,477,464 | 1.006 | 2.01 | 0.00 | 0.00 | 0.00 | 0.00 | 2.01 | None | Holding - Backend Residual |
| 6/24/2005 | ADJR | 06/23/05 | Residual | Unrated | BSSP 0514 R1 | 0.0000 | 443,332,289 | 1.553 | 6.89 | 0.00 | 0.00 | 0.00 | 0.00 | 6.89 | None | Holding - Backend Residual |
| 8/23/2005 | ADJR | 08/22/05 | Residual | Unrated | BSSP 0517 R1 | 0.0000 | 1,173,343,848 | 0.959 | 11.26 | 0.00 | 0.00 | 0.00 | 0.00 | 11.26 | None | Holding - Backend Residual |
| 8/30/2005 | ADJR | 05/09/05 | Residual | Unrated | BSSP 0510 R | 0.0000 | 59,500,000 | 9.566 | 5.69 | 0.00 | 0.00 | 0.00 | 0.00 | 5.69 | None | Holding - Backend Residual |
| 9/23/2005 | ADJR | 09/22/05 | Residual | Unrated | BSSP 0519 R1 | 0.0000 | 737,918,297 | 1.338 | 9.87 | 0.00 | 0.08 | 0.00 | 0.00 | 9.79 | None | Holding - Backend Residual |
| 10/24/2005 | ADJR | 10/24/05 | Residual | Unrated | BSSP 0522 R1 | 0.0000 | 348,187,647 | 1.447 | 5.04 | 0.00 | 0.00 | 0.00 | 0.00 | 5.04 | 02/22/06 | Restructured 11/14/05 |
| 8/23/2005 | ADJR | 08/23/05 | Residual | Unrated | BSSP 0520 R | 0.0000 | 125,500,000 | 24.725 | 31.03 | 0.00 | 0.00 | 0.00 | 0.00 | 31.03 | 11/14 | Restructured 11/14/05 |
| 1/23/2006 | ADJR | 01/20/06 | Residual | Unrated | BSSP 0601 R1 | 0.0000 | 559,805,571 | 2.070 | 11.59 | 0.00 | 0.00 | 0.00 | 0.00 | 11.59 | None | Offering Backend Residual |
| 3/13/2006 | ADJR | 02/14/06 | Residual | Unrated | BSSP 0602 R1 | 0.0000 | 107,870,286 | 8.098 | 8.74 | 0.00 | 0.00 | 0.00 | 0.00 | 8.74 | None | Holding - Backend Residual |
| 3/13/2006 | ADJR | 02/14/06 | Residual | Unrated | BSSP 0602 R2 | 0.0000 | 107,870,267 | 6.772 | 7.30 | 0.00 | 0.00 | 0.00 | 0.00 | 7.30 | None | Holding - Backend Residual |
| 3/15/2006 | ADJR | 02/22/06 | Residual | Unrated | BSSP 0604 R1 | 0.0000 | 354,247,228 | 2.544 | 9.01 | 0.00 | 0.00 | 0.00 | 0.00 | 9.01 | None | Holding - Partnership Residual |
| 3/24/2006 | ADJR | 03/23/06 | Residual | Unrated | BSSP 0612 R1 | 0.0000 | 567,508,797 | 1.753 | 9.95 | 0.00 | 0.00 | 0.00 | 9.95 | 0.00 | None | Holding - Partnership Residual |
| 3/28/2006 | ADJR | 03/01/06 | Residual | Unrated | BSSP 0609 R1 | 0.0000 | 603,784,897 | 1.109 | 6.70 | 0.00 | 0.00 | 0.00 | 0.00 | 6.70 | None | Holding - Partnership Residual |
| 3/28/2006 | ADJR | 03/23/06 | Residual | Unrated | BSSP 0615 R1 | 0.0000 | 171,749,847 | 2.150 | 3.69 | 0.00 | 0.00 | 0.00 | 3.69 | 0.00 | None | Holding - Partnership Residual |
| 4/24/2006 | ADJR | 05/12/06 | Residual | Unrated | BSSP 0613 R1 | 0.0000 | 19,369,229 | 85.572 | 16.57 | 0.00 | 0.00 | 16.57 | 0.00 | 0.00 | None | Holding - Backend Residual |
| 4/28/2006 | ADJR | 04/05/06 | Residual | Unrated | BSSP 0616CR1 | 0.0000 | 531,309,398 | 1.994 | 10.59 | 0.00 | 0.00 | 10.59 | 0.00 | 0.00 | None | Holding - Backend Residual |
| 4/28/2006 | ADJR | 03/28/06 | Residual | Unrated | BSSP 0616DR1 | 0.0000 | 431,259,233 | 1.244 | 5.36 | 0.00 | 0.00 | 1.77 | 3.60 | 0.00 | None | Holding - Partnership Residual |
| 6/9/2006 | ADJR | 05/23/06 | Residual | Unrated | BSSP 0617AR1 | 0.0000 | 770,595,676 | 2.106 | 16.23 | 0.00 | 0.00 | 16.23 | 0.00 | 0.00 | S 09/28/06 | Holding - Backend Residual |
| 6/9/2006 | ADJR | 05/10/06 | Residual | Unrated | BSSP 0617DR1 | 0.0000 | 746,434,504 | 1.625 | 12.13 | 0.00 | 0.00 | 12.13 | 0.00 | 0.00 | S 09/28/06 | Holding - Partnership Residual |

*BEAR STEARNS* AGED INVENTORY REPORT *Risk Management*

| ADP | PORT |
|---|---|
| ADJR | 015-08878 |

MORTGAGE DEPARTMENT
SUB-DEBT DESK
Close of Business Thursday, 11/30/06
Prepared by A.Amarante/E. Jankojc at x7681/x5228

| Absolute market value in million $ | 90-149 | 150-179 | 180-239 | 240-269 | 270+ | Total 90+ |
|---|---|---|---|---|---|---|
| Current Month Summary | 680.0 | 187.4 | 240.7 | 54.3 | 646.7 | 1809.2 |
| Prior Month Summary | 603.3 | 169.7 | 129.9 | 115.8 | 573.8 | 1592.5 |
| Monthly Change | 76.6 | 17.7 | 110.8 | (61.4) | 72.9 | 216.7 |

**Projected Aged 11/30/2006 as of 11/17/2006**

| Settlement | Portfolio | | Oldest Lot | Description | Ratings | Shelf | Series | | Current Face | Price | Aged MV in mm | 90-149 MV in mm | 150-179 MV in mm | 180-239 MV in mm | 240-269 MV in mm | 270+ MV in mm | Recent Liquidating Activity (mm) | | Exit Strategy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/24/2006 | ADJR | * | 08/09/06 | Residual | Unrated | BSSP 0614AR1 | 0.0000 | | 21,292,543 | 27.981 | 5.96 | 5.96 | 0.00 | 0.00 | 0.00 | 0.00 | None | | |
| 5/24/2006 | ADJR | | 05/03/06 | Residual | Unrated | BSSP 0614 R1 | 0.0000 | | 145,145,158 | 3.619 | 5.25 | 0.00 | 0.00 | 5.25 | 0.00 | 0.00 | None | | |
| 6/30/2006 | ADJR | | 06/22/06 | Residual | Unrated | BSSP 0618 R1 | 0.0000 | | 871,243,519 | 1.772 | 15.30 | 0.00 | 15.30 | 0.00 | 0.00 | 0.00 | None | | **Holding - Partnership Residual** |
| 7/24/2006 | ADJR | | 07/13/06 | Residual | Unrated | BSSP 0619AR1 | 0.0000 | | 1,519,953,596 | 0.994 | 15.10 | 15.10 | 0.00 | 0.00 | 0.00 | 0.00 | None | | |
| 7/24/2006 | ADJR | | 07/13/06 | Residual | Unrated | BSSP 0619DR1 | 0.0000 | | 2,402,693,035 | 2.091 | 50.23 | 50.23 | 0.00 | 0.00 | 0.00 | 0.00 | None | | |
| 8/24/2006 | ADJR | * | 08/23/06 | Residual | Unrated | BSSP 0620AR1 | 0.0000 | | 1,155,127,637 | 2.206 | 25.49 | 25.49 | 0.00 | 0.00 | 0.00 | 0.00 | None | | |
| 8/24/2006 | ADJR | * | 08/23/06 | Residual | Unrated | BSSP 0620BR1 | 0.0000 | | 965,370,614 | 2.338 | 14.74 | 14.74 | 0.00 | 0.00 | 0.00 | 0.00 | None | | |
| 8/24/2006 | ADJR | * | 08/23/06 | Residual | Unrated | BSSP 0620DR1 | 0.0000 | | 477,566,944 | 0.614 | 2.93 | 2.93 | 0.00 | 0.00 | 0.00 | 0.00 | None | | |
| **9/22/2006** | **S67M** | | **07/13/06** | **Residual** | **Unrated** | **BSSP 0621 R1** | **0.0000** | **BSSP 0623** | **SOLD ALL** | | | | | | | | **S 11/17/06** | **66.4** | |
| | | | | | | | | | **Residual TOTAL A(** | | **445.41** | **179.27** | **15.38** | **62.73** | **17.24** | **170.80** | | | |
| | | | | | | | | | **Grand Total ARMs Aged MV Including r** | | **1,042.34** | **486.18** | **113.64** | **125.91** | **29.39** | **287.22** | | | |

The information used for this report comes from the Bear Stearns trading systems. The accuracy of this report is subject to trade corrections, interco trades, etc.. which may distort the data used for determining aged items using the First-In, First-Out inventory method.

74.8