# EXHIBIT 64

                 UNITED STATES DISTRICT COURT

               SOUTHERN DISTRICT OF NEW YORK

-------------------------------X
DEXIA SA/NV, DEXIA HOLDINGS, INC.,
FSA ASSET MANAGEMENT LLC and
DEXIA CREDIT LOCAL SA,
                                        ECF Case
                    Plaintiffs,
                          No. 12-cv-4761 (JSR)
             VS.

BEAR STEARNS & CO. INC., THE
BEAR STEARNS COMPANIES, INC.,
BEAR STEARNS ASSET BACKED
SECURITIES I LLC, EMC MORTGAGE
LLC (f/k/a EMC MORTGAGE
CORPORATION), STRUCTURED ASSET
MORTGAGE INVESTMENTS II INC.,
J.P. MORGAN MORTGAGE ACQUISITION
CORPORATION, J.P. MORGAN
SECURITIES LLC (f/k/a JPMORGAN
SECURITIES INC.), WAMU ASSET
ACCEPTANCE CORP., WAMU CAPITAL
CORP., WAMU MORTGAGE SECURITIES
CORP., JPMORGAN CHASE & CO. and
JPMORGAN CHASE BANK, N.A.,

                    Defendants.
-------------------------------X


             VIDEOTAPED DEPOSITION OF

                    DAVID BECK

                December 7, 2012

            1285 Avenue of the Americas

                New York, New York


Reported by:  AYLETTE GONZALEZ, CLR
JOB 56345

1              DAVID BECK - 12/7/12

2    EXAMINATION BY

3    MR. VAN KWAWEGEN:

4         Q.    Good morning, Mr. Beck.   Could you

5    please state your name -- full name and

6    address for the record, please.

7         A.    David Beck, 71 Wahackme Road, New

8    Canaan, Connecticut.

9         Q.    During 2006 and 2007, you were in

10   charge of WaMu's -- WaMu's securitization

11   division; is that right?

12        A.    I was in charge of WaMu Capital

13   Corp. which did the securitizations.

14        Q.    And WaMu Capital Corp. did all the

15   securitizations in 2006 and 2007 for WaMu; is

16   that right?

17        A.    Lead manager, yes.   There were,

18   obviously, co-managers.

19        Q.    And for the vast majority of

20   securitizations, including Washington Mutual

21   loans or Long Beach loans, Washington Mutual

22   Capital Corp. would be a lead manager; is that

23   correct?

24        A.    It would be a leader or co-lead.

25   Lead in the matter of the Washington Mutual

```
 1                  DAVID BECK - 12/7/12

 2         Q.    The subject is:  "Review of Long

 3   Beach Mortgage".

 4                Do you see that?

 5         A.    Yes.

 6         Q.    Then the rating is opportunities

 7   for improvement, right, up at the top?

 8         A.    Yes.

 9         Q.    First sentence says, "Long Beach

10   Mortgage Company is a non-bank subsidiary of

11   Washington Mutual, Inc. specializing in

12   underwriting subprime mortgage loans secured

13   by one to four-family residences."

14                You see that?

15         A.    I do.

16         Q.    "Loans originated through broker

17   network or purchased through a correspondent

18   network," correct?  That's what it says?

19         A.    It does.

20         Q.    Is that your understanding of what

21   generally Long Beach Mortgage's operations

22   were in 2005, 2006, 2007?

23         A.    Yes, Long Beach had no retail

24   branches.

25         Q.    And it was specializing in
```

Page 85

1                    DAVID BECK - 12/7/12

2          Q.   Right in front of me.   Too many

3   folders.

4                    Mr. Beck, we're going to switch

5   gears a little bit and talk about WaMu's

6   higher risk lending strategy.   Do you know

7   what I refer to when I say higher risk lending

8   strategy at WaMu?

9          A.   No, I don't.

10         Q.   During your time at WaMu, were you

11  aware that WaMu would implement five-year

12  plans to provide strategic direction to the

13  company?

14         A.   Yes.

15         Q.   Were you aware that a new strategic

16  plan was proposed in 2004 and started to

17  become implemented in 2005?

18         A.   If that's the -- yes, I'm aware

19  that we did these five-year plans, absolutely.

20         Q.   What was your -- generally

21  speaking, what is your recollection of the

22  five-year plan that started to become

23  implemented in 2005?   How did it affect you?

24         A.   Well, my recollection in 2005 is

25  that -- related to home loans, that there was

Page 86

1                    DAVID BECK - 12/7/12

2      just a tremendous amount of investor demand

3      for mortgage or residential mortgage-backed

4      securities, tremendous demand.

5                    The -- the demand led to a review

6      of higher margin products, which maybe you're

7      referring to, that got into the five-year

8      plan.

9            Q.   And so when you said home loans,

10     you actually meant WCC?   Like WCC started to

11     grow quite rapidly and the number of

12     securitizations started to grow quite rapidly?

13           A.   So, around that time frame, yes.

14     Yes.

15           Q.   I'm going to hand you a document

16     what will be marked Exhibit 12.

17                    (Exhibit 12, document bearing

18                Bates label JPM_WM5385579 through

19                '5594, marked for identification, as

20                of this date.)

21           Q.   Mr. Beck, I just handed you a

22     document that has been marked as Exhibit 12, a

23     June 1, 2004 memorandum from Kerry Killinger,

24     WaMu CEO, to the Board of Directors entitled

25     "Strategic Direction."

Page 98

1                DAVID BECK - 12/7/12

2   all these products are different.  And I

3   assume we were doing them in 2005, so we have

4   to do them in 2008.  But all the guidelines,

5   the home equity, credit guideline is going to

6   be different from an Alt A.

7            Q.   Was it your understanding that when

8   Washington Mutual would grow the volume of Alt

9   A and subprime mortgages between 2005 and

10  2008, that the majority of those newly

11  originated mortgages would be securitized?

12           A.   Yes.  WaMu only had a certain

13  amount of capital every year that they could

14  devote to its balance sheet growth and that

15  was much smaller than its origination

16  capacity.

17           Q.   And did you believe, in 2005, 2006

18  that WaMu should apply a different methodology

19  for analyzing the credit risk of the loans

20  that it was acquiring, depending on whether

21  WaMu would keep the loan on its books or

22  whether the loans would be securitized through

23  your WCC organization?

24           A.   I think that the credit risk that

25  we analyzed for the loans that we securitized

    1                  DAVID BECK - 12/7/12

    2          A.    Well, the -- when you have a sales

    3    force, and I'm talking now not about a

    4    borrowers' sales force, but a security sales

    5    force that talks to customers, you have

    6    detailed knowledge that you would not

    7    otherwise have about products that they want,

    8    yields that they need to achieve to hit their

    9    targets.   Other -- other issues that they

   10    might be interested in.   So, if you're only --

   11    if you only have half of that process you --

   12    you must rely on a third party to -- to relay

   13    that information to you.

   14          Q.    So you're basically cutting out the

   15    middle man on Wall Street?

   16          A.    Yeah.   Could never cut them out

   17    entirely, but we can participate in -- in the

   18    distribution.   So, manufacture and

   19    distribution, so...

   20          Q.    And you were successful in this

   21    business model, right?

   22          A.    In 2006, we were successful.

   23          Q.    Turn to the next page, 27.   It

   24    says, "Our rapid rise in the rankings is

   25    fueled by our conduit program which focuses on

1           DAVID BECK - 12/7/12

2    high margin products."

3               What is the conduit program?

4         A.   The conduit program is the purchase

5    from third-party originators, small banks and

6    non-banks of loans and then securitizing them.

7         Q.   And those banks, could they be

8    corresponding banks, for example, to Long

9    Beach and underwrite to Long Beach's

10   guidelines, Long Beach would purchase them and

11   you would securitize them?

12        A.   Generally, no.   Generally, no.   So,

13   Long Beach was a broker channel.   So, those

14   loans were brokered and closed in WaMu's name.

15   These loans were generally closed in the

16   third-party's name, so...

17        Q.   Put that on the side.

18        A.   Yes.

19        Q.   Earlier today, we talked about

20   various OTS examinations in 2004 and 2005.   Do

21   you remember that?

22        A.   Sure.

23        Q.   I show you a document that we

24   marked as Exhibit 16.

25               (Exhibit 16, document bearing

1                    DAVID BECK - 12/7/12

2    the examiners identified weaknesses, including

3    single family residential underwriting

4    including Long Beach Mortgage Corporation."

5                    Do you see that?

6         A.    Yes, I do.

7         Q.    Were you aware in 2006 that OTS and

8    FDIC examiners had met with WaMu's board of

9    directors to discuss concerns about

10   underwriting at Long Beach Mortgage?

11        A.    No.

12        Q.    Next page, page 3 of the

13   presentation, bottom of DEXDEP '3901 says,

14   "Improved Single Family Underwriting."

15                   Do you see that?

16        A.    I do.

17        Q.    It says, "The 2005 examination

18   found continuing concerns in the quality of

19   single family residential underwriting

20   including Long Beach Mortgage Corporation.

21   The levels of errors in the loan origination

22   process, the independence of appraisers and

23   quality of appraiser assisted automation

24   valuation model appraisals used to value

25   single family residential loans."

Page 115

1                  DAVID BECK - 12/7/12

2                      Do you see that?

3         A.    I do.

4         Q.    Were you aware that in 2005, 2006,

5    were you aware that government examinations

6    had found continued concerns with the quality

7    of single family residential underwriting at

8    Washington Mutual?

9         A.    No, I wasn't aware or aware of this

10   meeting.

11        Q.    Were you aware in 2005, 2006 that

12   government examinations had found continued

13   concerns in the levels of errors in the loan

14   origination process at Washington Mutual?

15        A.    No.

16        Q.    Or the independence of appraisers?

17        A.    These are not in any way my areas

18   of responsibility.

19        Q.    So, Mr. Schneider, your boss or

20   Mr. Rotella, his boss or Mr. Killinger, his

21   boss, never came to you and said, government

22   examinations had found continued concerns with

23   the quality of single family and residential

24   underwriting or the levels of errors in the

25   loan origination process or the independence

1                DAVID BECK - 12/7/12

2    of appraisers in the origination of WaMu

3    loans?

4         A.   Never.   Never.   Never came to me.

5         Q.   Did WCC ever disclose through RMBS

6    purchases that WaMu board itself had concerns

7    about the quality of new -- newly originated

8    WaMu loans?

9         A.   No.

10        Q.   Did WCC ever disclose to the RMBS

11   purchases that the FDIC or OTS had concerns

12   about the quality of single-family residential

13   underwriting at Washington Mutual?

14        A.   No.

15        Q.   Or that the FDIC or OTS had

16   concerns about the levels of errors in the

17   Washington Mutual loan origination process?

18        A.   No.  Our disclosures don't contain

19   information about meetings at the board level

20   between the OTS and Kerry Killinger.  Our

21   disclosures do contain tremendous amounts of

22   information about the loans and their quality,

23   but we're not -- we're not putting in board

24   documents into securitizations, nor are

25   anybody else to my better knowledge in the

1              DAVID BECK - 12/7/12

2   market place.

3         Q.   You did not put in the fact that

4   OTS had concerns about the loan origination

5   processes or appraisal independence and had

6   raised that with Washington Mutual board?

7         A.   No, we did not.  We -- we did, I

8   think, a rather extensive job of highlighting

9   the risks in mortgage-backed securities and

10  the underlying loans and the PSAs are pretty

11  detailed -- pretty detailed in terms the loans

12  and the process.  But we're not -- we're not

13  putting in internal e-mails or board meeting

14  minutes in PSA documents.

15        Q.   I'm not really talking about

16  internal e-mails or board meetings.  I'm

17  talking about the fact that OTS had raised

18  concerns that that had been communicated,

19  right?

20        A.   Yes.

21        Q.   Did Washington Mutual Capital Corp.

22  ever disclose to RMBS investors that the OTS

23  had raised concerns about the loan

24  underwriting processes at Washington Mutual?

25        A.   No.

1              DAVID BECK - 12/7/12

2         A.    So, for the -- for the Washington

3    Mutual portfolio, our standard operating

4    procedure was to securitize Long Beach loans,

5    not portfolio them.  So, it's a -- I was

6    aware, as we referred to earlier in that slide

7    where we were talking about the strategy, that

8    perhaps we would move to more subprime loans

9    on our balance sheet.  And we had a number of

10   places to get subprime loans from; SMF is on

11   here, as well -- which is the specialty

12   mortgage finance we talked about earlier.

13             So, I definitely am aware of

14   putting subprime loans on the balance sheet.

15   The OTS, I think, Kerry is saying may not want

16   us yet to put Long Beach loans on the balance

17   sheet, which we weren't doing.  I think we

18   were asking them about, would you be okay with

19   it.

20        Q.    During 2005, 2006, did you ask

21   Mr. Schneider, Mr. Killinger, Mr. Rotella,

22   whether they were comfortable with the credit

23   of Long Beach mortgages?

24        A.    No.

25        Q.    Did you ask Ms. Feltgen whether she

1           DAVID BECK - 12/7/12

2    was comfortable with the credit of Long Beach

3    mortgages?

4          A.    No.

5          Q.    Did you ask anyone in the credit

6    organization whether they were comfortable

7    with the Long Beach mortgages credit during

8    2005 or 2006?

9          A.    No.    The credit -- I would assume

10   the credit organization needs to get

11   comfortable with the Long Beach credit.

12         Q.    But you did not ask them?

13         A.    I did not.

14         Q.    Now, between 2003 and 2007, did

15   Washington Mutual ever slow down the Long

16   Beach origination of mortgages to address

17   underwriting efficiencies or concerns?

18         A.    We eventually had to put it out of

19   business.

20         Q.    When was it put out of business?

21         A.    Probably end of 2007.

22         Q.    So, prior to that.    So, between

23   2003 and 2007.    So 2003, '4, '5, '6, during

24   that time frame, did Washington Mutual ever

25   slow down Long Beach origination to address

1                DAVID BECK - 12/7/12

2    underwriting deficiencies or concerns?

3         A.    Not to my knowledge.

4         Q.    During the same time frame, did

5    Washington Mutual ever slow down the

6    securitization of Long Beach mortgages to

7    address underwriting deficiencies or concerns?

8         A.    No, not to my knowledge.

9         Q.    During the same time frame, 2000 --

10   let me back up.

11              During 2004, '5 and '6, did you

12   ever ask anyone within the credit organization

13   whether they were comfortable with the credit

14   of WaMu originated loans as opposed to Long

15   Beach originated loans?

16        A.    No.   The people that I had

17   discussions with about comfort were my capital

18   markets team and their sales team about what

19   our investors would have been telling us.   And

20   then, of course, we get direct feedback about

21   the pricing of our new issue securities and

22   then how they trade in the secondary market.

23              So, our focus was were investors

24   interested in the product that we had, at what

25   price, how did it compare with others in the

1           DAVID BECK - 12/7/12

2      A.   Yes.

3      Q.   Now, in putting these criteria

4  together, was it your assumption that the

5  loans in this pool were generally would have

6  been underwritten in accordance with the

7  guidelines that had been represented to you?

8      A.   Yes.

9      Q.   If they had not been, a number of

10  these parameters could have changed, correct,

11  would not be reliable anymore?

12      A.   That's right.

13      Q.   Now, before you started at WMB, you

14  came from GE?

15      A.   I did.

16      Q.   What was your role there?

17      A.   My last role was chief investment

18  officer for GE Financial Assurance.

19      Q.   And in that role, were you

20  acquiring mortgage-backed securities or loan

21  pools or both?

22      A.   Mortgage-backed securities.

23      Q.   And in buying mortgage-backed

24  securities, would you have similar worksheets

25  to analyze the -- the purchase decision