# EXHIBIT 68

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------X
DEXIA SA/NV, DEXIA HOLDINGS, INC.,
FSA ASSET MANAGEMENT LLC and
DEXIA CREDIT LOCAL SA,

                                         ECF Case

            Plaintiffs,
               No. 12-cv-4761 (JSR)
     VS.

BEAR STEARNS & CO. INC., THE
BEAR STEARNS COMPANIES, INC.,
BEAR STEARNS ASSET BACKED
SECURITIES I LLC, EMC MORTGAGE
LLC (f/k/a EMC MORTGAGE
CORPORATION), STRUCTURED ASSET
MORTGAGE INVESTMENTS II INC.,
J.P. MORGAN MORTGAGE ACQUISITION
CORPORATION, J.P. MORGAN
SECURITIES LLC (f/k/a JPMORGAN
SECURITIES INC.), WAMU ASSET
ACCEPTANCE CORP., WAMU CAPITAL
CORP., WAMU MORTGAGE SECURITIES
CORP., JPMORGAN CHASE & CO. and
JPMORGAN CHASE BANK, N.A.,

            Defendants.
---------------------------------X

       VIDEOTAPED DEPOSITION OF

         HONGFEI ZHANG

   Tuesday, November 27, 2012

      825 Eighth Avenue

      New York, New York


Reported by:
AYLETTE GONZALEZ, CLR
JOB NO. 55817

```
                1           HONGFEI ZHANG (11/27/12)
00:21:10        2    does that mean?
00:21:11        3         A.   Well, typically your bonus gets
00:21:15        4    paid in February.  So, at that time, they
00:21:17        5    really needed me to go there.  So, they said,
00:21:20        6    okay, you come and we'll pay your bonus.
00:21:22        7         Q.   How much was the buyout?
00:21:24        8         A.   I don't remember; 200, 300 grand.
00:21:28        9         Q.   And what was your position at FSA?
00:21:34       10         A.   I was brought in as a mock [sic]
00:21:37       11    risk guy.
00:21:42       12         Q.   A mock risk?
00:21:43       13         A.   Mock risk.
00:21:44       14         Q.   Explain to me what that is.
00:21:46       15              MR. VAN KWAWEGEN:  Before you go,
00:21:46       16         just make sure you're talking about
00:21:48       17         the same entity because FSA could mean
00:21:50       18         different things.  I just don't want
00:21:52       19         to be unclear later on.
00:21:54       20         Q.   What is mock risk?
00:22:00       21              MR. VAN KWAWEGEN:  He actually
00:22:01       22         didn't say "mock risk," he said,
00:22:02       23         "market risk."
00:22:03       24         Q.   Okay.  Did you say "market risk" or
00:22:04       25    "mock risk"?
```

```
                1              HONGFEI ZHANG (11/27/12)
00:22:06        2         A.   Market.  In my view for this
00:22:14        3    portfolio, it's interest risk, liquidity risk,
00:22:24        4    currency risk, you know and the mark to market
00:22:33        5    of the portfolio.
00:22:35        6         Q.   You said in your view.
00:22:37        7         A.   There are different -- you know --
00:22:39        8    you know, if you ask precise definition,
00:22:44        9    right, that's a -- I wouldn't know the precise
00:22:48       10    definition what the market risk is.  But
00:22:51       11    that's my understanding.
00:22:51       12         Q.   Would people have a different
00:22:53       13    definition than the one you just gave?
00:22:55       14              MR. VAN KWAWEGEN:  Object to the
00:22:55       15         form.
00:22:58       16         A.   I would say it's pretty much the
00:23:00       17    same because in the risk management world,
00:23:04       18    typically split into market risk, credit risk,
00:23:13       19    liquidity risk, operation risk.  Those are, I
00:23:22       20    think, big four category of risk.
00:23:26       21         Q.   And when you were brought into FSA
00:23:28       22    you were hired to analyze market risk?
00:23:30       23         A.   That's correct.
00:23:31       24         Q.   Were you brought in by FSA, F.P.?
00:23:33       25         A.   Yes.
```

```
               1            HONGFEI ZHANG (11/27/12)
00:23:35       2       Q.   What was your title?
00:23:37       3       A.   Director.
00:23:39       4       Q.   And how long did you hold that
00:23:40       5   position?
00:23:46       6            MR. VAN KWAWEGEN:  Object to the
00:23:47       7   form.
00:23:50       8       A.   I don't remember exactly.  I think
00:23:57       9   it was right after Dexia sold insurance part
00:24:06      10   of the company to Assured or before.  I don't
00:24:10      11   remember then I was, you know, I was named
00:24:13      12   chief risk officer for the group.
00:24:16      13       Q.   So, that would have been around
00:24:17      14   2009?
00:24:18      15       A.   I believe so.
00:24:19      16       Q.   So, certainly during 2006, 2007 you
00:24:22      17   had the same position --
00:24:23      18       A.   That's right.
00:24:24      19       Q.   -- that you had when you were
00:24:25      20   initially hired?
00:24:26      21       A.   That's right.
00:24:27      22            MR. VAN KWAWEGEN:  You have to let
00:24:27      23   him finish asking the question, then
00:24:29      24   give an answer.
00:24:32      25       A.   That's correct.
```

```
                 1            HONGFEI ZHANG (11/27/12)
00:29:27         2            MR. VAN KWAWEGEN:  Object to the
00:29:27         3      form.
00:29:28         4       A.   I don't believe so.
00:29:30         5       Q.   Was there -- you say you don't
00:29:31         6      believe so.  Was there a wall set up?
00:29:38         7       A.   At least in the late days, I recall
00:29:43         8      there was wall set up.
00:29:45         9       Q.   Can you describe for me that wall?
00:29:49        10       A.   The wall was to separate the
00:29:53        11      underwriting of FP business from insurance
00:30:00        12      business.
00:30:02        13            So if you have knowledge of
00:30:04        14      underwriting on the insurance side, then you
00:30:08        15      don't look at the assets, specific assets, but
00:30:12        16      not -- I mean, generally, you can talk about
00:30:14        17      the assets, but not specific deals.
00:30:16        18       Q.   So, explain to me a little bit more
00:30:24        19      what that means.  Take someone like Russell
00:30:26        20      Brewer who is over the entire umbrella.  Could
00:30:30        21      he use knowledge that he gained on the
00:30:32        22      insurance side to get advice on strategy for
00:30:39        23      the financial product side as long as he
00:30:41        24      didn't speak about specific assets?
00:30:44        25            MR. VAN KWAWEGEN:  Object to the
```

```
                    1                    HONGFEI ZHANG (11/27/12)
00:49:11   2    Do you remember, generally, that testimony?
00:49:15   3         A.   They are -- most of the assets are
00:49:21   4    triple A rated or were triple A rate.
00:49:23   5         Q.   And you keep saying that.  You keep
00:49:24   6    saying triple A rated.  Is there anything
00:49:27   7    other than the fact that they were triple A
00:49:28   8    rated that made you believe those assets were
00:49:30   9    safe?
00:49:31  10              MR. VAN KWAWEGEN:  Object to the
00:49:31  11         form; argumentative.
00:49:47  12         A.   If somebody tells me something is
00:49:48  13    triple A, I believe it's safe.
00:49:52  14         Q.   Understood.  And I just want to
00:49:53  15    make sure -- I'm asking a very precise
00:49:56  16    question.  Is there anything else, other than
00:50:00  17    the triple A rating, that made you believe
00:50:03  18    that the residential mortgage-backed
00:50:04  19    securities that FSA, F.P. purchased were safe
00:50:08  20    investments?
00:50:08  21              MR. VAN KWAWEGEN:  Object to the
00:50:09  22         form.
00:50:31  23         A.   I still don't understand that
00:50:33  24    question.
00:50:33  25         Q.   What don't you understand?
```

```
                1           HONGFEI ZHANG (11/27/12)
00:51:45        2           Q.   So, what analysis did you rely on
00:51:48        3    to determine that the residential mortgage
00:51:50        4    backed securities that FSA, F.P. were safe
00:51:54        5    other than relying on the triple A rating?
00:51:56        6                MR. VAN KWAWEGEN:  Object to the
00:51:57        7    form.  When you say "you," do you mean
00:51:58        8    Mr. Zhang or FSA, F.P.
00:52:06        9           A.   I wasn't doing all the analysis
00:52:08       10    myself.  So, if the portfolio manager run
00:52:20       11    analysis of each bond, first, it has to be
00:52:25       12    triple A.  And then they run the analysis
00:52:29       13    based on many factors, which including FICO
00:52:35       14    scores, LTVs.  What other -- I mean, type of
00:52:46       15    mortgages.  I mean, they're -- they're --
00:52:49       16    they're a number of factors going into their
00:52:53       17    analysis.
00:52:54       18           Q.   You said the portfolio manager runs
00:52:56       19    the analysis.  Who was the portfolio manager
00:53:00       20    during 2006 and 2007?
00:53:01       21           A.   That was Jake Hendrickson and he
00:53:04       22    has assistant.
00:53:06       23           Q.   Was there a model that they used?
00:53:09       24                MR. VAN KWAWEGEN:  Object to the
00:53:10       25    form.
```

```
                     1                HONGFEI ZHANG (11/27/12)
01:07:46             2           A.   That's correct.
01:07:47             3           Q.   What is a residential
01:07:48             4   mortgage-backed security?
01:07:49             5           A.   It's a securitized product of
01:07:54             6   mortgages for houses that people buy.
01:07:59             7           Q.   Can you explain to me how a
01:08:00             8   mortgage-backed security is created?
01:08:05             9                MR. VAN KWAWEGEN:   Object to the
01:08:05            10       form.
01:08:08            11           A.   It's created by pooling a large
01:08:13            12   number of mortgages, could be different types,
01:08:20            13   and then slice them into different cash flows
01:08:25            14   of seniorities.
01:08:29            15           Q.   And explain in a little more detail
01:08:31            16   how the cash flows work.
01:08:34            17                MR. VAN KWAWEGEN:   Object to the
01:08:34            18       form.
01:08:37            19           A.   Let's say you get cash flow of
01:08:40            20   mortgage pools for thousand mortgages.
01:08:44            21           Q.   And you mean the monthly payments?
01:08:45            22           A.   The monthly payments, that's
01:08:46            23   correct.  So, that's monthly payment and then
01:08:51            24   you distribute those cash flows according to
01:08:57            25   the tranche you set up to.  So, if it's a top
```

```
                 1         HONGFEI ZHANG (11/27/12)
01:09:01   2    in the cash flow, you give those cash flows
01:09:04   3    first.
01:09:05   4              And then if there's enough cash
01:09:06   5    flow, it goes to the next one, the next one.
01:09:09   6    That's the simplest mortgage-backed
01:09:10   7    securities.
01:09:15   8         Q.   Can you describe for me how a
01:09:17   9    residential mortgage-backed security is
01:09:19  10    offered for sale to the public?
01:09:22  11              MR. VAN KWAWEGEN:  Object to the
01:09:22  12         form.
01:09:30  13         A.   My understanding is investment
01:09:32  14    banks would buy those mortgages from mortgage
01:09:36  15    originators and sell them to a trust.  And
01:09:46  16    then -- and slice, dice them.  And according
01:09:51  17    to certain criteria and sent to rating
01:09:55  18    agencies for rating, and then register
01:09:59  19    security, and then it's sold through the sales
01:10:04  20    force of broker dealers to the general public.
01:10:07  21         Q.   And the selling from the broker
01:10:09  22    dealers to the general public, do you have an
01:10:11  23    understanding of how that process worked?
01:10:13  24              MR. VAN KWAWEGEN:  Object to the
01:10:13  25         form.
```

```
             1              HONGFEI ZHANG (11/27/12)
01:11:03     2         Q.   Okay.  So, what is your
01:11:04     3    understanding based on that?
01:11:06     4         A.   You pick up the phone, talk to the
01:11:08     5    dealer on the other side and then issue a
01:11:11     6    deal.  They send you the information on the
01:11:14     7    deal, you do some analysis and somehow in the
01:11:18     8    process, it gets done.
01:11:20     9         Q.   You've never done that personally?
01:11:21    10         A.   No.
01:11:22    11         Q.   Have you heard the term,
01:11:23    12    prospectus?
01:11:25    13         A.   Yes.
01:11:25    14         Q.   What is a prospectus?
01:11:27    15         A.   It's -- it describes the securities
01:11:34    16    you purchase, the characters.  I mean, the
01:11:37    17    cash flows and the -- and the -- it's
01:11:40    18    typically very thick document.
01:11:43    19         Q.   Have you heard the term,
01:11:44    20    "prospectus supplement"?
01:11:48    21         A.   Yes, I believe it's the supplements
01:11:51    22    if -- if some new information has to be added.
01:11:56    23         Q.   Have you ever read a prospectus in
01:11:58    24    connection with the purchase of a residential
01:12:00    25    mortgage-backed security?
```

```
                 1          HONGFEI ZHANG (11/27/12)
01:12:02    2          A.   Not in its entirety because it's a
01:12:05    3    legal document and, typically, a lawyer would
01:12:10    4    read this, you know, so...
01:12:12    5          Q.   Have you ever read a prospectus
01:12:13    6    supplement in connection with the purchase of
01:12:15    7    a residential mortgage-backed security?
01:12:16    8          A.   I don't recall.
01:12:18    9          Q.   You said you haven't read a
01:12:19   10    prospectus in its entirety.  Do you recall
01:12:21   11    reading a prospectus in part in connection
01:12:25   12    with the purchase of a residential
01:12:26   13    mortgage-backed security?
01:12:30   14               MR. VAN KWAWEGEN:  You mean ever?
01:12:32   15               MR. EARNHARDT:  Ever.
01:12:37   16          A.   I do not believe.  If I have any
01:12:39   17    questions, I will ask them, too.
01:12:42   18          Q.   And that's fair.  I just want to
01:12:42   19    make sure, you've never read a prospectus in
01:12:45   20    connection with the purchase of a residential
01:12:47   21    mortgage-backed security?
01:12:48   22          A.   No.
01:12:54   23          Q.   FSAM, which was -- well, withdrawn.
01:12:58   24               FSAM was a company in the FSA, F.P.
01:13:02   25    business line; is that right?
```

```
 1                HONGFEI ZHANG (11/27/12)
 2     based on the monthly mortgage payments,
 3     correct, or the mortgage payments, correct?
 4              MR. VAN KWAWEGEN:  Object to the
 5         form.
 6         A.   The underlying mortgages.
 7         Q.   The underlying mortgages as opposed
 8     to selling the mortgage-backed security for a
 9     gain in value, correct?
10         A.   That's correct.
11         Q.   So, what FSA, F.P. was interested
12     in buying was that stream of mortgage
13     payments, correct?
14              MR. VAN KWAWEGEN:  Object to the
15         form.
16         A.   I mean, we're interested in buying
17     an asset who, you know, produce a cash flow
18     for us.
19         Q.   Right.  FSA, F.P. did not intend to
20     sell the mortgage-backed securities for a
21     profit, correct?
22              MR. VAN KWAWEGEN:  Object to the
23         form, time, ambiguous.
24         A.   That was, in general, correct.
25         Q.   Do you know for the mortgage-backed
```