# EXHIBIT 73

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
DEXIA SA/NV, DEXIA HOLDINGS INC., FSA
ASSET MANAGEMENT LLC and DEXIA CREDIT
LOCAL SA,

         PLAINTIFFS,


   -against-


BEAR STEARNS AND CO., INC., THE BEAR
STEARNS COMPANIES, INC., BEAR STEARNS
ASSET BACKED SECURITIES I LLC, EMC
MORTGAGE LLC (f/k/a EMC MORTGAGE
CORPORATION), STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC., J.P. MORGAN
MORTGAGE ACQUISITION CORPORATION, J.P.
MORGAN SECURITIES LLC (f/k/a J.P. MORGAN
SECURITIES INC.), WAMU ASSET ACCEPTANCE
CORP., WAMU CAPITAL CORP., WAMU MORTGAGE
SECURITIES CORP., JP MORGAN CHASE & CO.,
and JPMORGAN CHASE BANK, N.A.,


         DEFENDANTS.

No. 12-CV-4761
-----------------------------------X



    DEPOSITION OF JAKE HENDRICKSON

     New York, New York

    Friday, December 21, 2012




Reported by:

Rebecca Schaumloffel, RPR, CLR

Job No: 56610

Page 6

                            1                    J. HENDRICKSON

00:01:36   2    would both be you?

00:01:37   3         A.    That would be correct.

00:01:38   4         Q.    Okay.  Where do you reside, sir?

00:01:42   5         A.    In Connecticut.

00:01:43   6         Q.    Okay.  What town?

00:01:45   7         A.    Darien.

00:01:49   8         Q.    Are you currently employed?

00:01:51   9         A.    Yes.

00:01:52   10        Q.    By whom?

00:01:54   11        A.    Dexia Financial Products.

00:01:59   12        Q.    The plaintiff in this case,

00:02:00   13   correct?

00:02:02   14        A.    Correct.

00:02:02   15        Q.    Okay.  Do you understand that the

00:02:06   16   plaintiffs have designated you as a corporate

00:02:10   17   designee under Federal Rule of Civil

00:02:12   18   Procedure 30(b)6 to testify on behalf of the

00:02:16   19   plaintiffs on various topics?

00:02:17   20        A.    Yes.

00:02:21   21        Q.    Let me give you the 30(b)6

00:02:23   22   notice.  It's previously been marked as

00:02:30   23   Peterson Exhibit 1.  I just want to quickly

00:02:42   24   identify the topics on which I believe you

00:02:45   25   have been designated to testify and make sure

1                    J. HENDRICKSON

00:02:47  2    that you have the same understanding.  Okay?

00:02:51  3         A.    Sure.

00:02:54  4         Q.    If you turn in Peterson Exhibit 1

00:03:01  5    to the numbered paragraphs beginning on

00:03:05  6    page 5, is it your understanding that you

00:03:20  7    have been designated to testify on behalf of

00:03:22  8    the plaintiffs with respect to deposition

00:03:24  9    topics listed on page 5, numbers 1 through 7?

00:03:31  10              MR. DeLANGE:  I will just

00:03:32  11         object.  Certain of the topics in

00:03:34  12         there is not -- he is not designated

00:03:36  13         to testify on the entire topic but

00:03:38  14         portions thereof.  Which I believe we

00:03:40  15         have communicated with your office

00:03:43  16         through various e-mails.

00:03:44  17              MR. PASKIN:  Fair enough.

00:03:44  18         Q.    Mr. Hendrickson, is it your

00:03:46  19    understanding that you have been designated

00:03:48  20    to testify with respect to various aspects of

00:03:52  21    Topics 1 and 2 and entirely with respect to

00:03:57  22    Topics 3 through 7?

00:04:05  23         A.    Yes.

00:04:06  24         Q.    Okay.  If you turn the page to

00:04:08  25    page 6 and page 7, is it also your

1                    J. HENDRICKSON

00:04:14  2  understanding that you have been designated

00:04:16  3  to testify on behalf of the plaintiffs with

00:04:18  4  respect to topics, numbers 10 through 16 in

00:04:23  5  the 30(b)6 notice?

00:04:34  6       A.    Yes.

00:04:35  7       Q.    Okay.  And you understand that in

00:04:38  8  your role as a Rule 30(b)6 witness, your

00:04:42  9  testimony with respect to the topics on which

00:04:44 10  you have been designated is a binding

00:04:46 11  admission as to the plaintiffs, correct?

00:04:48 12       A.    Correct.

00:04:51 13       Q.    We will get into sort of the

00:04:52 14  specifics of certain topics, but, really,

00:04:55 15  just generally now, what did you do to

00:04:59 16  prepare to testify as a Rule 30(b)6 witness

00:05:04 17  with respect to these topics, generally?

00:05:06 18       A.    I met twice with counsel.

00:05:09 19       Q.    Okay.  When did you meet?

00:05:11 20       A.    Yesterday, approximately

00:05:13 21  two weeks ago.

00:05:15 22       Q.    Okay.  For how long did you meet

00:05:18 23  yesterday with counsel?

00:05:22 24       A.    Approximately seven hours.

00:05:23 25       Q.    Okay.  What about when you met

1                    J. HENDRICKSON

00:05:25  2    two weeks ago, about how long was that

00:05:27  3    meeting?

00:05:30  4        A.    Approximately five to six hours.

00:05:32  5        Q.    Okay.   Present at the meeting, I

00:05:34  6    take it, was Mr. DeLange?

00:05:35  7        A.    Correct.

00:05:37  8        Q.    Any other counsel?

00:05:41  9        A.    Internal.

00:05:42 10        Q.    Who internal?

00:05:44 11        A.    John Peterson was there for part

00:05:46 12    of it.

00:05:48 13        Q.    Both sessions or one or the

00:05:49 14    other?

00:05:50 15        A.    For both.

00:05:52 16        Q.    Was anybody else present for all

00:05:54 17    or part of either of your prep sessions?

00:05:57 18        A.    No.   There was another one of

00:06:03 19    your colleagues.

00:06:05 20        Q.    Somebody else from the Bernstein

00:06:06 21    Litowitz firm?

00:06:07 22        A.    Correct, for the first meeting.

00:06:15 23        Q.    Now I take it based on your own

00:06:18 24    experience and your own personal knowledge

00:06:22 25    you believe you have the ability to speak

Page 10

```
         1                    J. HENDRICKSON
00:06:25  2    about various of the topics in the 30(b)6
00:06:27  3    notice, correct?
00:06:28  4         A.    Correct.
00:06:28  5         Q.    Were there areas for which you
00:06:31  6    have been designated to testify where you had
00:06:34  7    to educate yourself to gain the knowledge to
00:06:37  8    testify on behalf of the plaintiffs?
00:06:40  9         A.    No.
00:06:41 10         Q.    Nothing.  So all of your
00:06:42 11    testimony today that will act as admissions
00:06:46 12    on behalf of Dexia is based on your own
00:06:48 13    personal knowledge of these topics, correct?
00:06:51 14         A.    Correct.
00:06:59 15         Q.    Have you ever been deposed
00:06:59 16    before?
00:07:00 17         A.    No.
00:07:05 18         Q.    I just want to go a little
00:07:06 19    through your own personal knowledge.  Can you
00:07:09 20    kind of briefly walk me through sort of your
00:07:12 21    resume from the time you graduated college
00:07:15 22    until present?
00:07:16 23         A.    Sure.  Graduated in '87.  I
00:07:22 24    started out working for Legg Mason Woods
00:07:25 25    Walker in Baltimore, Maryland in their mutual
```

1                          J. HENDRICKSON

00:07:28   2    fund section.  Later went to the trading

00:07:31   3    floor, ran inventory for the brokers that we

00:07:36   4    had for primarily government, government type

00:07:39   5    products and went to Alex Brown in

00:07:42   6    approximately 1992.  Ran a mortgage trading

00:07:46   7    book there.  In the ladder part of '92, I

00:07:52   8    believe, came up to New York, worked for

00:07:55   9    Credit Leanay on the buy side.  We ran a

00:08:00   10   proprietary mortgage portfolio.

00:08:05   11   Approximately 1998 went over to the Banco Di

00:08:09   12   Napoli.  I was in charge of the portfolio

00:08:16   13   there as well as overseeing the repo desks,

00:08:19   14   the FX desk, some prop trading that we had

00:08:27   15   and then I left there and went to GE.

00:08:30   16            The sub that I worked for was the

00:08:32   17   Financial Guarantee Insurance Company.  We

00:08:36   18   ran two, at the time, off balance sheets or

00:08:41   19   on related balance portfolios, Trinity and

00:08:45   20   Trinity Plus.  I co-ran it with another

00:08:47   21   individual.  And in 2003, I left there, went

00:08:52   22   to FSA and started the portfolio there.

00:09:00   23   Approximately 2008, we were owned by Dexia at

00:09:05   24   the time but became more directly under the

00:09:09   25   reporting of Dexia upon the sale of FSA to an

Page 12

1                          J. HENDRICKSON

00:09:15  2    Assurety side to Assured.  And that's where I

00:09:19  3    currently am.

00:09:19  4              So technically, I work for Dexia

00:09:25  5    Financial Products as administrator and one

00:09:29  6    of our duties is to manage the FSA asset

00:09:32  7    management portfolio.

00:09:35  8        Q.    Okay.  I am going to go back

00:09:36  9    through some of -- some of those details and

00:09:40 10    just ask for a little more detail.  Where did

00:09:43 11    you graduate from college in 1987?

00:09:46 12        A.    Randolph Megan College.

00:09:47 13        Q.    What degree did you get?

00:09:48 14        A.    Business economics.

00:09:49 15        Q.    Okay.  Since you graduated

00:09:52 16    college, have you pursued any other formal

00:09:55 17    education?

00:09:57 18        A.    I passed the first part of CFA.

00:10:00 19        Q.    Okay.  That's as a certified

00:10:02 20    financial analyst?

00:10:03 21        A.    Correct.

00:10:09 22        Q.    But no other degrees, right?

00:10:10 23        A.    Correct.

00:10:15 24        Q.    The job that you had at Legg

00:10:17 25    Mason, I take it that was approximately

Page 13

1                    J. HENDRICKSON

00:10:19   2   five years?

00:10:21   3        A.    Four or five yeas, correct.

00:10:22   4        Q.    Okay.  Did you have any

00:10:25   5   experience while working at Legg Mason with

00:10:28   6   investments in mortgages or mortgage backed

00:10:31   7   securities?

00:10:32   8        A.    Yes.

00:10:33   9        Q.    Could you just describe generally

00:10:34  10   for me what kind of experience you had

00:10:36  11   specifically related to mortgages and

00:10:38  12   mortgage backed securities while at Legg

00:10:40  13   Mason?

00:10:41  14        A.    We traded specified pools,

00:10:44  15   primarily Ginnie, Freddie and Fannie and we

00:10:49  16   would purchase CMOs, agency CMOs as well.

00:10:55  17        Q.    Okay.  CMO is collateralized

00:10:59  18   mortgage obligation?

00:11:00  19        A.    Correct.

00:11:01  20        Q.    Is that synonymous with

00:11:03  21   residential mortgage backed security?

00:11:05  22        A.    Correct.

00:11:08  23        Q.    So CMO and RMBS are

00:11:10  24   interchangeable terms, correct?

00:11:14  25        A.    The RMBS -- it can be.  The RMBS

Page 14

1                    J. HENDRICKSON

00:11:18   2    tends to be more about the specified pools,

00:11:21   3    the actual mortgages themselves.

00:11:23   4        Q.    Okay.

00:11:23   5        A.    The CMO is the structured

00:11:26   6    component of that.

00:11:29   7        Q.    Can you just explain a little bit

00:11:31   8    more what you mean by that, how the RMBS is

00:11:34   9    about the mortgages itself, where the CMO is

00:11:37  10    about the structured component?  I don't

00:11:40  11    quite understand.

00:11:42  12        A.    A specified pool has a finite

00:11:46  13    with similar type characteristics in there.

00:11:49  14    So that would be in generally, fixed rate,

00:11:53  15    same type of rate average coupon in there.

00:11:56  16        Q.    Okay.

00:11:58  17        A.    Conform to Freddie and Fannie and

00:12:00  18    just a pass through.  So therefore, as the

00:12:03  19    homeowners pay, that just gets passed through

00:12:06  20    to the owner of that particular right.  The

00:12:11  21    CMO has these pools as collateral.

00:12:16  22        Q.    Okay.

00:12:17  23        A.    Right.  As in the CMO is in

00:12:21  24    essence a trust, as the payments come into

00:12:25  25    the trust, there is a set of rules that

Page 15

1                         J. HENDRICKSON

00:12:29  2   determine how that cash gets allocated.

00:12:32  3       Q.    Is that commonly called a

00:12:33  4   waterfall?

00:12:34  5       A.    Correct.

00:12:35  6       Q.    So then moving forward a little

00:12:39  7   bit more to the time period that's relevant

00:12:42  8   for this case, the sorts of investments that

00:12:46  9   you were involved in while working for the

00:12:49 10   plaintiffs and on which the plaintiffs are

00:12:53 11   suing in this case, do you characterize them

00:12:57 12   as CMOs or RMBSs?

00:13:02 13       A.    RMBS more home equity private

00:13:04 14   label.

00:13:05 15       Q.    Okay.  But I take it, just like a

00:13:09 16   CMO, there is a structure to those products

00:13:13 17   that involves investors receiving payment

00:13:16 18   through a waterfall, correct?

00:13:17 19       A.    Correct.

00:13:18 20       Q.    So I just want to understand

00:13:22 21   where you draw the line then between the

00:13:25 22   sorts of securities that you would call RMBSs

00:13:28 23   versus CMOs?

00:13:33 24       A.    CMOs tend to be a structured

00:13:35 25   product with Freddie, Fannie, and Ginnie

Page 16

```
         1                    J. HENDRICKSON
00:13:37  2    collateral.
00:13:38  3         Q.    So you think of securities backed
00:13:43  4    by -- withdrawn.
00:13:47  5              You think of sort of what are
00:13:49  6    commonly referred to as private label or
00:13:53  7    non-agency mortgage backed securities, you
00:13:56  8    just generally refer to as RMBSs; is that
00:14:00  9    fair?
00:14:00 10         A.    Correct, or home equity, correct.
00:14:03 11         Q.    Apart from the fact that CMOs, as
00:14:10 12    you talk about them, are generally associated
00:14:15 13    with Freddie, Fannie or GNMA and RMBSs are
00:14:20 14    not, are there any other differences in the
00:14:22 15    nature of the products?
00:14:29 16         A.    Not in a general.
00:14:32 17         Q.    Apart from the issue related to
00:14:35 18    the guarantees provided by those quasi
00:14:38 19    governmental agencies, otherwise the
00:14:40 20    structure and the general makeup of the
00:14:42 21    products is similar?
00:14:45 22         A.    It can be, yes.
00:14:52 23         Q.    When you were at Legg Mason for
00:14:55 24    four or five years, were you primarily
00:15:04 25    working with regard to CMOs, is that what you
```

Page 17

1                    J. HENDRICKSON

00:15:11  2   said?

00:15:12  3        A.    It was all government products.

00:15:16  4   So it was agency debentures, it was Freddie,

00:15:22  5   Fannie, Ginnie CMOs.  It was specified pools.

00:15:26  6   Zero coupons.  Now they have STRIPS, at the

00:15:29  7   time we had Cats and Tigers that were issued

00:15:32  8   by specific houses.  And any other type that

00:15:38  9   was -- that fell in that.

00:15:42 10        Q.    Okay.  Then from your earlier

00:15:46 11   answer, I take it you spent approximately a

00:15:49 12   year or maybe a little less at Alex Brown?

00:15:52 13        A.    Approximately a year.

00:15:52 14        Q.    Okay.  And the mortgage trading

00:15:57 15   that you were involved in at Alex Brown,

00:16:00 16   describe for me what kind of mortgage trading

00:16:01 17   you were involved in.

00:16:05 18        A.    CMOs and specified pools.

00:16:07 19        Q.    Okay.  Any private label RMBSs at

00:16:10 20   Alex Brown?

00:16:12 21        A.    No.

00:16:13 22        Q.    Okay.  Are the kinds of tools and

00:16:18 23   skills that you used to analyze CMO

00:16:24 24   investment opportunities at Legg Mason and

00:16:26 25   Alex Brown the same kinds of skills and tools

Page 18

1                    J. HENDRICKSON

00:16:29   2   that you would use to evaluate private label

00:16:33   3   RMBS investments?

00:16:40   4         A.    We didn't have access to a lot of

00:16:42   5   what is available today.

00:16:44   6         Q.    Okay.  What kinds of things are

00:16:47   7   available -- well, withdrawn.

00:16:50   8              When you say "available today,"

00:16:51   9   are you generically referring to the time

00:16:54  10   that you have been working at FSA and Dexia?

00:16:59  11         A.    No.  What we had available to

00:17:04  12   analyze at Legg Mason and Alex Brown is

00:17:10  13   nothing close to what we have available today

00:17:12  14   to analyze similar type securities and

00:17:18  15   private label home equity deals.

00:17:21  16         Q.    Okay.  So referring back, you

00:17:25  17   understand that the securities that are at

00:17:27  18   issue in this case were purchased in the

00:17:30  19   2006, 2007 timeframe, right?

00:17:32  20         A.    Correct.

00:17:33  21         Q.    Okay.  How would you compare the

00:17:37  22   sorts of tools that were available to

00:17:39  23   evaluate investments while you were at

00:17:41  24   Legg Mason and Alex Brown with the sorts of

00:17:45  25   tools that were available in 2006 and 2007 to

1                    J. HENDRICKSON

00:17:49  2    evaluate the investments that the plaintiffs

00:17:52  3    made in the securities at issue here?

00:18:00  4        A.    We had -- the tools that we had

00:18:06  5    in '06 and '08 were more advanced than what

00:18:09  6    we had at Alex Brown and Legg Mason.

00:18:11  7        Q.    Can you describe in what ways the

00:18:13  8    tools were more advanced in the 2006, 2007,

00:18:16  9    '8 time period?

00:18:19 10        A.    One, when I was at Legg Mason, we

00:18:21 11    would define a yield by literally taking it

00:18:25 12    out of a physical book.  So you owned a

00:18:30 13    coupon.  We would reasonably project some

00:18:36 14    sort of prepayment rate, follow it down and

00:18:40 15    then in theory that would be your yield.

00:18:42 16    Archaic today.

00:18:44 17        Q.    Okay.

00:18:45 18        A.    We didn't -- we had one Bloomberg

00:18:51 19    for the entire floor.

00:18:53 20        Q.    Okay.

00:18:54 21        A.    At that time.

00:18:55 22        Q.    How do you use Bloomberg in order

00:18:57 23    to analyze CMO or RMBS investments?

00:19:02 24        A.    They are structured on Bloomberg

00:19:06 25    and they have various analytical fields that

Page 20

1                         J. HENDRICKSON

00:19:10   2    you can look at.

00:19:11   3          Q.    Okay.   And I take it that whether

00:19:18   4    in the '80s and '90s when you were first

00:19:21   5    doing this kind of work or in the 2006, 2007

00:19:26   6    time period when you were analyzing the

00:19:28   7    investments involved in this case, you took

00:19:32   8    advantage of the tools and analytics that

00:19:34   9    were available on Bloomberg at those

00:19:35  10    respective times; is that fair?

00:19:41  11                MR. DeLANGE:   Object to the

00:19:41  12          form.

00:19:43  13          Q.    You can answer.

00:19:47  14          A.    To the degree that time

00:19:49  15    permitted.

00:19:50  16          Q.    Okay.   They were certainly

00:19:52  17    available to you, though, right?

00:19:55  18                MR. DeLANGE:   Object to the

00:19:55  19          form.

00:19:58  20          A.    It depend -- certain yields were

00:20:01  21    not on Bloomberg at the time.   So they were

00:20:05  22    not necessarily on Intex at the time.

00:20:08  23          Q.    Okay.   What's Intex?

00:20:10  24          A.    It is an analytical system, a

00:20:13  25    mortgage based analytical system.

Page 21

1                    J. HENDRICKSON

00:20:14  2          Q.      Okay.   That was generally

00:20:17  3   available to you in 2006, 2007?

00:20:21  4          A.      Correct.

00:20:21  5          Q.      Okay.  What would determine

00:20:23  6   whether a deal was on Bloomberg or Intex or

00:20:26  7   not on Bloomberg or Intex in the '06,

00:20:29  8   '07 time period?

00:20:33  9          A.      A lot of the primary distinction

00:20:35 10   was whether it was a new deal or a secondary

00:20:37 11   deal.

00:20:38 12          Q.      What does that mean?

00:20:39 13          A.      A new deal is coming to market.

00:20:43 14          Q.      Okay.

00:20:45 15          A.      And looking to sell the entire

00:20:48 16   structure.   A secondary deal is one that's

00:20:51 17   already out in the market and you are bidding

00:20:53 18   on a particular bond within that structure.

00:20:56 19          Q.      So for a secondary deal, is it

00:21:00 20   fair to say that Bloomberg and Intex would

00:21:03 21   have all sorts of analytical tools to

00:21:06 22   evaluate the performance of those particular

00:21:11 23   bonds over time up until the time when you

00:21:13 24   are considering buying them; is that right?

00:21:15 25                  MR. DeLANGE:   Object to the form

Page 22

1                        J. HENDRICKSON

00:21:16  2          of the question.

00:21:16  3          A.     For secondary transactions?

00:21:18  4          Q.     Yes.

00:21:20  5          A.     They were logical places to go to

00:21:23  6   do the analysis, correct.

00:21:24  7          Q.     Were they the primary places that

00:21:26  8   you went to do analysis related to your

00:21:29  9   purchases of secondary transaction RMBSs?

00:21:33 10          A.     In general, yes.

00:21:34 11          Q.     Okay.  Was there anything

00:21:37 12   available on Bloomberg or Intex with respect

00:21:40 13   to securities that you were buying at the

00:21:45 14   time of issuance?

00:21:49 15          A.     If it was U.S. issued deals?

00:21:50 16          Q.     Right.

00:21:52 17          A.     In general, it tended not to be

00:21:54 18   anything on Bloomberg.

00:21:56 19          Q.     Okay.

00:21:56 20          A.     It would not be anything on

00:21:57 21   Intex.  But we would receive a CDI file that

00:22:02 22   would allow us to upload that transaction

00:22:06 23   into Intex and potentially run some analysis.

00:22:10 24          Q.     What is a CDI file?

00:22:13 25          A.     It is just a file that would come

Page  23

                1                    J. HENDRICKSON

00:22:15  2    over from the broker dealer.   We would upload

00:22:18  3    it into Intex and it would, in essence, allow

00:22:21  4    us to produce yield tables, available funds

00:22:24  5    cap and similar other type analysis.

00:22:26  6         Q.     What information would be

00:22:28  7    contained within that CDI file that you would

00:22:30  8    then, you know, incorporate into your

00:22:33  9    analyses?

00:22:35 10              MR. DeLANGE:  Object to form.

00:22:39 11         A.     We would look at it for the

00:22:41 12    available funds cap.   We would look at it for

00:22:44 13    the priority of payments of cash flows in

00:22:48 14    terms of the window.

00:22:50 15         Q.     Okay.

00:22:50 16         A.     The expected time payment of the

00:22:51 17    principal.

00:22:54 18         Q.     Is the raw data that comes across

00:22:55 19    in that CDI file, though?

00:22:58 20              MR. DeLANGE:  Object to the

00:22:58 21         form.

00:23:07 22         A.     I believe it is just the high

00:23:09 23    level components of the transaction.   I don't

00:23:12 24    believe it was the low level detail.

00:23:14 25         Q.     Okay.  So but it was data

Page 24

|       | 1  | J. HENDRICKSON |
|-------|----|----------------|
| 00:23:16 | 2  | regarding the actual mortgages that were |
| 00:23:19 | 3  | going to be pooled for that specific deal; is |
| 00:23:22 | 4  | that correct? |
| 00:23:22 | 5  | A.    It was specific to that deal, |
| 00:23:24 | 6  | correct. |
| 00:23:24 | 7  | Q.    Okay.  It was specific to the |
| 00:23:26 | 8  | mortgages that made up that deal, right? |
| 00:23:28 | 9  | A.    Correct. |
| 00:23:29 | 10 | Q.    Okay.  And you don't recall |
| 00:23:32 | 11 | whether it always included specific loan |
| 00:23:37 | 12 | level detail, but it included at some summary |
| 00:23:40 | 13 | level data regarding the mortgages that would |
| 00:23:44 | 14 | make up the deal you were considering, |
| 00:23:46 | 15 | correct? |
| 00:23:47 | 16 | A.    And structure, correct. |
| 00:23:48 | 17 | Q.    Okay.  So it would include -- why |
| 00:23:52 | 18 | don't you break it out a little bit for me. |
| 00:23:53 | 19 | What sort of data would the CDI file |
| 00:23:56 | 20 | typically include regarding the mortgages |
| 00:24:00 | 21 | themselves as compared to what sort of data |
| 00:24:04 | 22 | the CDI file would contain about the |
| 00:24:06 | 23 | structure of the deal? |
| 00:24:07 | 24 | MR. DeLANGE:  Mike, you want him |
| 00:24:08 | 25 | to explain to you generally? |

Page 25

```
            1                   J. HENDRICKSON
00:24:10    2              MR. PASKIN:  Generally in the
00:24:11    3     2006-2007 time period.
00:24:13    4              MR. DeLANGE:  Thank you.
00:24:20    5         A.   It would provide the overall
00:24:25    6     parameters of the collateral.
00:24:27    7         Q.   Okay.
00:24:28    8         A.   And it would provide in essence
00:24:31    9     the waterfall within the deal.
00:24:33   10         Q.   Okay.
00:24:35   11         A.   And at times we would potentially
00:24:37   12     go back and forth in terms of coming up with
00:24:40   13     an agreed upon structure that we were
00:24:41   14     comfortable with.
00:24:43   15         Q.   What do you mean "back and
00:24:44   16     forth," with whom would you be going back and
00:24:45   17     forth?
00:24:45   18         A.   With the investment bank.
00:24:48   19         Q.   The investment bank that was --
00:24:49   20         A.   The salesperson that was
00:24:51   21     underwriting the deal.
00:24:52   22         Q.   Okay.  Such as my clients?
00:24:57   23         A.   Exactly.
00:24:58   24         Q.   Okay.  What kind of information
00:25:00   25     would you commonly exchange or -- withdrawn.
```

Page 26

```
                    1                    J. HENDRICKSON
00:25:04    2                    What kind of back and forth would
00:25:08    3    you commonly have with the representatives of
00:25:11    4    the underwriters of the deal?
00:25:18    5        A.    Certainly the waterfall was a big
00:25:19    6    component.
00:25:21    7        Q.    Okay.  Was the nature of those
00:25:30    8    communications, in general, to help you
00:25:34    9    understand the way the waterfall would work
00:25:37   10    or was it more to try to get the underwriters
00:25:41   11    to change the way the waterfall would work in
00:25:43   12    a given deal?
00:25:45   13        A.    It wasn't necessarily that it had
00:25:47   14    to change.  Make sure that it was consistent
00:25:49   15    with the term sheet that was provided.
00:25:51   16        Q.    Okay.
00:25:52   17        A.    To a degree that we did not like
00:25:54   18    it because it was -- did not fit our
00:25:57   19    potential demand, and we would have a
00:26:01   20    conversation potentially about changing the
00:26:04   21    waterfall.  Or changing the deal structure.
00:26:07   22        Q.    Okay.  And do you recall in fact
00:26:11   23    having conversations like that from time to
00:26:13   24    time?
00:26:15   25        A.    Yes, we did have a conversation
```

1                         J. HENDRICKSON

`00:26:17` 2    from time to time.

`00:26:18` 3         Q.    Okay.  Regarding changing the

`00:26:20` 4    deal structure with the investment banks that

`00:26:23` 5    were underwriting the deals, right?

`00:26:26` 6         A.    Correct.

`00:26:27` 7         Q.    And would -- from time to time

`00:26:31` 8    would the investment banks respond to your

`00:26:37` 9    concerns by in fact changing the structure of

`00:26:39` 10   the deal to make it more appealing to you?

`00:26:42` 11        A.    Sometimes they would.  Sometimes

`00:26:44` 12   they wouldn't.

`00:26:44` 13        Q.    Okay.  Did you have any back and

`00:26:47` 14   forth with the underwriters of the deal

`00:26:50` 15   regarding the collateral that was backing the

`00:26:55` 16   deal, the specific mortgages at issue?

`00:26:58` 17        A.    Did we have conversations

`00:26:59` 18   regarding it?

`00:26:59` 19        Q.    Yes.

`00:27:00` 20        A.    Yes.

`00:27:01` 21        Q.    With the underwriters, correct?

`00:27:02` 22        A.    Correct.

`00:27:03` 23        Q.    What kinds of conversations would

`00:27:04` 24   you have with underwriters regarding the

`00:27:06` 25   collateral itself?

Page 28

|  | 1 | J. HENDRICKSON |
| --- | --- | --- |

00:27:13  2  A.  We would -- we would have -- a

00:27:15  3  lot of times they would send over the term

00:27:17  4  sheet, and if there was something that was

00:27:20  5  unclear in that term sheet, we would ask them

00:27:24  6  to clarify it.

00:27:25  7  Q.  Okay.  I have seen some e-mails

00:27:28  8  where there are questions asked regarding

00:27:32  9  sort of who is the servicer is going to be on

00:27:34  10  a given pool of loans.  Is that the sort of

00:27:38  11  clarifying question that you might ask about?

00:27:39  12  A.  That would be a possibility.

00:27:41  13  Q.  You recall in fact that sort of a

00:27:43  14  question?

00:27:45  15  A.  Not specifically.

00:27:46  16  Q.  Okay.  What sort of information

00:27:56  17  was provided typically in the term sheets

00:28:02  18  that you would look at prior to having such

00:28:06  19  communications with the investment bankers?

00:28:12  20  A.  The LTV was always important.

00:28:16  21  Q.  Okay.

00:28:16  22  A.  The FICO scores were always

00:28:18  23  important.  Whether it was owner occupied or

00:28:23  24  investor owned, what the percentage of the

00:28:26  25  second liens were, things along those lines.

Page 29

```
              1                    J. HENDRICKSON
00:28:31      2    Geographic distribution.
00:28:33      3         Q.    Documentation standards?
00:28:34      4         A.    Correct.
00:28:35      5         Q.    Okay.  How long would these sorts
00:28:39      6    of term sheets commonly be?
00:28:42      7              MR. DeLANGE:  You mean the
00:28:43      8    number of pages?
00:28:44      9              MR. PASKIN:  Yes.
00:28:46     10         A.    I would say 10 to 20.
00:28:48     11         Q.    Okay.  And they would give data
00:28:59     12    regarding the specific mortgages that were
00:29:03     13    proposed to make up the transaction at issue,
00:29:06     14    correct?
00:29:08     15         A.    They were -- right, it was meant
00:29:10     16    to represent the collateral as going into the
00:29:14     17    deal.  A lot of times it would not be 100%.
00:29:18     18         Q.    What do you mean it "would not be
00:29:19     19    100%"?
00:29:20     20         A.    They would not have -- sometimes
00:29:23     21    the dealer did not have 100% of the
00:29:27     22    collateral that was going into the deal.
00:29:29     23         Q.    Okay.  So, for example, at the
00:29:32     24    point in time when the term sheet got
00:29:33     25    distributed, the dealer would say here is
```

Page  30

1                    J. HENDRICKSON

00:29:37  2    some population of loans that are going into

00:29:40  3    this deal, there are going to be additional

00:29:42  4    loans added between now and the time of

00:29:44  5    issue; is that fair?

00:29:45  6         A.    In settlement, correct.

00:29:46  7         Q.    Okay.

00:29:48  8               MR. DeLANGE:  Make sure you let

00:29:49  9         him finish his question.

00:29:55 10         Q.    Just sort of going back to kind

00:29:58 11    of some of your personal history.  In 1992,

00:30:03 12    you went from Alex Brown to Credit Leanay?

00:30:06 13         A.    Correct.

00:30:08 14         Q.    Could you describe the sorts of

00:30:12 15    activities you were involved in while you

00:30:14 16    worked there involving investment in

00:30:17 17    mortgages or mortgage backed securities?

00:30:20 18         A.    Sure.  It was on the buy side

00:30:23 19    where Alex Brown and Legg Mason were

00:30:25 20    considered sell side.  We had -- we grew the

00:30:33 21    portfolio to approximately $2 billion and it

00:30:37 22    consisted primarily of Ginnie, Freddie and

00:30:42 23    Fannie, agency type CMOs along with

00:30:46 24    derivatives for hedging purposes.

00:30:51 25         Q.    What kind of derivatives?

Page 31

```
         1                    J. HENDRICKSON
00:30:55 2          A.      It would be swaps, caps, floors
00:30:59 3     and other types of esoteric derivatives.
00:31:04 4          Q.      Those are the sorts of things you
00:31:05 5     traded during your time at Credit Leanay?
00:31:08 6          A.      Correct.
00:31:10 7          Q.      Were the derivatives that were
00:31:12 8     used for hedging purposes also backed by
00:31:15 9     mortgage loans?
00:31:17 10         A.      No.   These were more interest
00:31:19 11    rate based.
00:31:20 12         Q.      Okay.   So you would invest at
00:31:22 13    Credit Leanay in mortgages and mortgage
00:31:25 14    backed securities on the one hand and then
00:31:28 15    for hedging purposes, would you invest in
00:31:30 16    different sorts of transactions to mitigate
00:31:32 17    the risk associated with the mortgage related
00:31:35 18    things you were buying, right?
00:31:38 19         A.      We tried to mitigate certain
00:31:40 20    types of risk.
00:31:40 21         Q.      Okay.   Interest rate risk is one
00:31:47 22    that you mentioned, right?
00:31:48 23         A.      Correct.
00:31:49 24         Q.      Other types of risk that hedging
00:31:51 25    was intended to mitigate?
```

Page 32

1                    J. HENDRICKSON

`00:31:53` 2        A.    Potentially caps.

`00:31:55` 3        Q.    What are caps?

`00:31:59` 4        A.    In floating rate securities,

`00:32:01` 5   there is what's considered a hard cap.  So if

`00:32:05` 6   rates go above that specified rate, you will

`00:32:09` 7   not be paid above that rate.

`00:32:13` 8        Q.    Okay.  Were you involved in any

`00:32:15` 9   hedging that was designed to mitigate against

`00:32:17` 10  credit risk?

`00:32:20` 11       A.    No.

`00:32:21` 12       Q.    Why not?

`00:32:22` 13       A.    These were agencies securities.

`00:32:23` 14  We do not deem credit to be an issue.

`00:32:27` 15       Q.    Okay.  In non-agency backed

`00:32:29` 16  securities, just as a general matter, credit

`00:32:32` 17  risk is something that, you know, needs to be

`00:32:34` 18  paid attention to, though, right?

`00:32:36` 19            MR. DeLANGE:  Object to the form

`00:32:37` 20       of the question.

`00:32:39` 21       A.    Depends on where you are.

`00:32:41` 22       Q.    What do you mean?

`00:32:45` 23       A.    We primarily, during the '06, '08

`00:32:48` 24  time period, we primarily purchased AAA rated

`00:32:50` 25  securities.  We did not consider the AAA

Page 33

1                    J. HENDRICKSON

00:32:57  2    securities that were purchased to have a

00:33:01  3    significant credit component to it.

00:33:05  4         Q.    Okay.  Now, you also invested in

00:33:14  5    some mortgage backed securities that were not

00:33:19  6    AAA rated, correct?

00:33:21  7         A.    When?

00:33:23  8         Q.    How about in 2006, 2007, while

00:33:26  9    you were investing in the securities at issue

00:33:28 10    in this case.

00:33:30 11         A.    That were not agency related?

00:33:32 12         Q.    Yeah.

00:33:33 13         A.    Correct.

00:33:34 14         Q.    Okay.  You -- during 2006, 2007

00:33:38 15    while working at FSA and Dexia, you invested

00:33:45 16    in non-agency private label mortgage backed

00:33:48 17    securities, correct?

00:33:49 18         A.    Correct.

00:33:50 19         Q.    And some of those securities were

00:33:52 20    not AAA rated, correct?

00:33:54 21         A.    Very few.  The vast majority of

00:33:56 22    our purchases were AAA rated.

00:33:58 23         Q.    But some of them were not,

00:33:59 24    correct?

00:34:01 25         A.    Very few were not, correct.

Page 34

1          J. HENDRICKSON

00:34:05   2        Q.      And under the various guidelines

00:34:09   3   that you were required to follow in making

00:34:10   4   such purchases you were permitted to purchase

00:34:12   5   non-AAA rated securities, correct?

00:34:14   6        A.      A small amount as a function of

00:34:16   7   the overall portfolio, correct.

00:34:23   8        Q.      So when you left Credit Leanay in

00:34:25   9   1988, I didn't quite catch the name of the

00:34:28  10   bank that you then went to work for?

00:34:30  11        A.      It was bank in Naples.  So Banco

00:34:32  12   Di Napoli.

00:34:33  13        Q.      Okay.  And just describe briefly

00:34:37  14   for me the kind of work you did with respect

00:34:41  15   to investing in mortgages and mortgage backed

00:34:43  16   securities there?

00:34:45  17        A.      It was a very small operation.

00:34:48  18   But, in essence, I ran the trading floor.

00:34:50  19   The primary component of that was to run

00:34:53  20   approximately $2 billion portfolio for the

00:34:55  21   bank.  That was funded through either the

00:35:00  22   deposits of the bank or borrowings, and I

00:35:05  23   oversaw some of the other operations on the

00:35:07  24   floor.

00:35:09  25        Q.      Okay.  That was a $2 billion

Page 35

1                         J. HENDRICKSON

00:35:10  2    portfolio of mortgage securities?

00:35:15  3         A.     Mortgage securities were a large

00:35:17  4    component of it.

00:35:19  5         Q.     More than half of it?

00:35:21  6         A.     I believe so.

00:35:24  7         Q.     Yet you considered it to be a

00:35:25  8    small portfolio, correct?

00:35:35  9         A.     In terms of Eurol bank.

00:35:39  10        Q.     And in terms of the sorts of

00:35:41  11   investments that you were making in mortgage

00:35:42  12   backed securities in your other jobs, both

00:35:44  13   before and after Banco Di Napoli, right?

00:35:49  14        A.     Could you repeat that.

00:35:52  15        Q.     The billion dollars plus in

00:35:54  16   mortgage backed securities that you were

00:35:56  17   invested in and oversaw while working at

00:36:00  18   Banco Di Napoli was also a small portfolio in

00:36:05  19   relation to the size of the mortgage

00:36:07  20   portfolios that you oversaw in your jobs

00:36:10  21   before and after that, correct?

00:36:16  22        A.     A billion dollar portfolio is

00:36:19  23   sizable in many accounts.  You know, when you

00:36:22  24   are at the AAA level -- very seldom do you

00:36:31  25   see $100 million AAA portfolio.  You tend to

Page  36

1                          J. HENDRICKSON

00:36:37  2    have to grow it.

00:36:39  3         Q.    How big was the portfolio of

00:36:40  4    mortgage backed securities that you oversaw

00:36:42  5    at Credit Leanay?

00:36:45  6         A.    It was approximately 2 billion.

00:36:46  7         Q.    Okay.

00:36:47  8         A.    I was a junior person initially.

00:36:49  9         Q.    Okay.

00:36:50  10        A.    And then the head of the desk

00:36:53  11   left and I was given his position.

00:36:56  12        Q.    And you oversaw 2 billion once

00:37:00  13   you got his position at Credit Leanay; is

00:37:02  14   that fair?

00:37:03  15        A.    Correct.  I always had a report.

00:37:08  16        Q.    But in your job working at Credit

00:37:09  17   Leanay you essentially were involved in the

00:37:12  18   oversight and management of a $2 billion

00:37:15  19   mortgage security portfolio?

00:37:17  20        A.    The day-to-day management,

00:37:19  21   correct.

00:37:23  22        Q.    What about in your time at FSA

00:37:26  23   and Dexia, what's the size of the mortgage

00:37:28  24   portfolio that you invested in?

00:37:33  25        A.    When I arrived in 2003, I believe

Page 37

```
          1                    J. HENDRICKSON
00:37:36  2   it was approximately 2.8 billion and I
00:37:40  3   believe the peak was approximately 18.
00:37:42  4        Q.    18 billion.  When was that?
00:37:46  5        A.    I don't recall exactly.
00:37:50  6        Q.    Based on just your recollection
00:37:53  7   and your experience, you know, how would you
00:37:55  8   best, I guess estimate when the peak of
00:38:00  9   Dexia's investments in mortgage backed
00:38:02 10   securities occurred?
00:38:05 11        A.    Approximately 2006.
00:38:07 12        Q.    Okay.  Approximately the time
00:38:09 13   when the investments in this case were made,
00:38:11 14   right?
00:38:12 15        A.    Approximately.
00:38:13 16        Q.    In 2006 and 2007, on an annual
00:38:17 17   basis, about how much mortgage backed
00:38:22 18   securities was -- were the plaintiffs buying
00:38:30 19   in a total sort of dollar value?
00:38:33 20        A.    I don't recall exactly.
00:38:35 21        Q.    Billions of dollars a year?
00:38:38 22        A.    That would be fair to say.
00:38:39 23        Q.    Okay.  Just working forward
00:38:56 24   through your resume a little bit, after you
00:39:02 25   worked at Banco Di Napoli, you went to the
```

Page 38

1                          J. HENDRICKSON

00:39:09  2   FGIC arm of General Electric, correct?

00:39:12  3          A.     Correct.

00:39:15  4          Q.     And there you also ran a

00:39:17  5   portfolio of mortgage backed securities,

00:39:19  6   right?

00:39:20  7          A.     I co-ran the day-to-day

00:39:21  8   activities, correct.

00:39:23  9          Q.     How big was that portfolio of

00:39:25 10   mortgage backed securities?

00:39:27 11          A.     I believe it peaked around

00:39:28 12   15 billion.

00:39:29 13          Q.     15 billion.  And during what

00:39:35 14   period of time did you work there?

00:39:40 15          A.     Approximately 1999 to '03.

00:39:45 16          Q.     Okay.  Did it peak around the '03

00:39:49 17   period when you then left to go to FSA?

00:39:54 18          A.     Don't recall.

00:39:55 19          Q.     Okay.  In general, were those

00:40:00 20   four years a time when you were involved in

00:40:05 21   buying mortgage backed securities and growing

00:40:09 22   the overall FGIC portfolio of mortgage

00:40:11 23   securities?

00:40:12 24          A.     Yes.

00:40:14 25          Q.     Was it also a time when on an

Page 39

1                      J. HENDRICKSON

00:40:16  2    annual basis you were involved in the

00:40:19  3    purchase of billions of dollars of mortgage

00:40:21  4    backed securities on an annual basis?

00:40:32  5         A.    I don't know if it was

00:40:33  6    necessarily billions earlier on.

00:40:36  7         Q.    But by 2002, 2003, it was?

00:40:41  8         A.    I would expect it would be that

00:40:43  9    area.

00:40:44 10         Q.    Okay.  Other than the, you know,

00:40:47 11    obviously larger size of the portfolio that

00:40:50 12    you were overseeing, did your basic sort of

00:40:54 13    duties and functions in overseeing a mortgage

00:40:57 14    backed securities portfolio change over the

00:41:01 15    time that you worked at these various jobs

00:41:04 16    before arriving at FSA?

00:41:12 17         A.    In each of the cases, I oversaw

00:41:14 18    the day-to-day management of those

00:41:16 19    portfolios.

00:41:20 20         Q.    While over time the tools

00:41:22 21    available to perform your analysis in

00:41:25 22    managing those portfolios increased, you

00:41:31 23    basically were kind of doing the same sort of

00:41:33 24    job throughout all those positions, right?

00:41:35 25                 MR. DeLANGE:  Object to the form

Page 40

1          J. HENDRICKSON

00:41:36   2          of the question.

00:41:38   3          A.     It was certainly a similarity.

00:41:40   4          Q.     Okay.  And then once you arrived

00:41:44   5   at FSA in 2003, did that similarity in terms

00:41:49   6   of your overall job function kind of remain

00:41:52   7   the same from those prior experiences?

00:41:56   8          A.     I ran the day-to-day asset

00:41:58   9   operations of the portfolio which was

00:42:01  10   consistent.

00:42:01  11          Q.     Okay.  Now, you described that in

00:42:14  12   2008 or so FSA was sold to Assured, correct?

00:42:25  13          A.     Approximately that time period.

00:42:27  14          Q.     Okay.  But the asset management

00:42:30  15   part of FSA was retained by Dexia, correct?

00:42:37  16          A.     Correct.  FSA Management, LLC.

00:42:40  17          Q.     Is that also something that you

00:42:41  18   commonly would call FSAM, F-S-A-M?

00:42:45  19          A.     Correct.

00:42:47  20          Q.     Other than essentially the

00:42:50  21   corporate reorganization that came about

00:42:53  22   because of the sale of part of FSA to

00:42:56  23   Assured, was there any change in terms of

00:43:01  24   your daily duties and responsibilities?

00:43:06  25          A.     The objective of the portfolio

Page 41

1                          J. HENDRICKSON

00:43:08  2     changed.

00:43:09  3          Q.    Okay.   But broadly speaking, from

00:43:13  4     2003 through the -- through the changes in

00:43:19  5     2008, you were responsible for overseeing the

00:43:23  6     day-to-day management of FSAM's investments

00:43:30  7     in mortgage backed securities, correct?

00:43:32  8          A.    Correct.

00:43:32  9          Q.    Okay.   And do those

00:43:34 10     responsibilities continue to this day?

00:43:37 11          A.    They do with a different

00:43:38 12     objective, correct.

00:43:39 13          Q.    How has the objective changed?

00:43:41 14          A.    It is considered a non-core

00:43:43 15     business.

00:43:45 16          Q.    Why is that?

00:43:47 17                MR. DeLANGE:   Object to the

00:43:47 18     form.   Beyond the scope.

00:43:50 19                You can answer.

00:43:53 20          Q.    You can answer.

00:43:59 21          A.    It is not -- Dexia is not

00:44:01 22     committed to our portfolio.   So we are in the

00:44:03 23     process of deleveraging it.

00:44:06 24          Q.    Okay.   What's your understanding

00:44:08 25     of why Dexia is not committed to your

Page 42

1                    J. HENDRICKSON

00:44:10   2     portfolio?

00:44:11   3                    MR. DeLANGE:  Object to the

00:44:12   4           form.  Beyond the scope.

00:44:13   5                    You can answer.

00:44:18   6           A.    It is not considered a core

00:44:20   7     product.

00:44:21   8           Q.    What does that mean?

00:44:23   9                    MR. DeLANGE:  Same objections.

00:44:26   10          A.    Core product as defined by

00:44:29   11    European Bank is something that, in general,

00:44:37   12    they need to be in.  The business line they

00:44:40   13    need to be involved in, and they don't need

00:44:44   14    to be in this business line which, in

00:44:48   15    essence, entails issuing Guaranteed

00:44:52   16    Investment Contracts in general -- generally

00:44:56   17    to municipalities and other type entities.

00:45:02   18          Q.    Issuing Guaranteed Investment

00:45:04   19    Contracts is different from investing in

00:45:08   20    mortgage backed securities, correct?

00:45:10   21          A.    That was the liability side that

00:45:13   22    provided the funding for my assets.

00:45:15   23          Q.    Okay.  Essentially, FSA was in

00:45:19   24    the business of issuing things called

00:45:22   25    Guaranteed Investment Contracts, right?

Page 43

1                    J. HENDRICKSON

00:45:24  2          A.     Correct.

00:45:24  3          Q.     And they would receive money from

00:45:26  4    investors for selling Guaranteed Investment

00:45:29  5    Contracts, right?

00:45:31  6          A.     Correct.  FSA would, right.

00:45:33  7          Q.     And then FSAM would take the

00:45:34  8    money that was received from those investors

00:45:38  9    and invest it in its own portfolio of assets,

00:45:42 10    correct?

00:45:43 11          A.     Correct.

00:45:44 12          Q.     A large portion of that portfolio

00:45:46 13    of assets was mortgage backed securities,

00:45:48 14    right?

00:45:49 15          A.     Correct.

00:45:52 16          Q.     That's the $17 billion or so at

00:45:55 17    its peak of mortgage backed securities that

00:45:57 18    you oversaw the investments of, right?

00:46:00 19          A.     Correct.

00:46:01 20          Q.     Okay.  Is the reason why --

00:46:12 21    withdrawn.

00:46:13 22                 Back to your prior answers about

00:46:18 23    what was no longer a core business for Dexia,

00:46:24 24    is it -- were you referring to the investment

00:46:29 25    mortgage backed securities as no longer a

Page 44

```
              1                    J. HENDRICKSON
00:46:32      2      core business for Dexia?
00:46:33      3                    MR. DeLANGE:  Object to the
00:46:34      4           form.  Beyond the scope.
00:46:35      5                    You can answer.
00:46:36      6           A.    No.
00:46:37      7           Q.    Okay.  You were referring to the
00:46:41      8      sale of Guaranteed Investment Contracts,
00:46:42      9      right?
00:46:43     10                    MR. DeLANGE:  Beyond the scope.
00:46:44     11           A.    I was referring to our overall
00:46:46     12      business model.
00:46:47     13           Q.    Okay.
00:46:48     14           A.    And there is not a core need, I
00:46:51     15      don't believe, to have our portfolio in a
00:46:57     16      European bank.
00:46:59     17           Q.    Okay.
00:47:00     18           A.    That's traditional banking.
00:47:03     19           Q.    There used to be a core need to
00:47:05     20      have your investment portfolio within FSA and
00:47:08     21      Dexia, though, right?
00:47:09     22                    MR. DeLANGE:  Object to the
00:47:10     23           form.  Beyond the scope.
00:47:11     24                    You can answer.
00:47:13     25           A.    I would not say that was ever
```

Page 45

1                    J. HENDRICKSON

00:47:15  2    considered a core business.

00:47:17  3         Q.    Okay.  Well, you said that there

00:47:20  4    was a change and that the business was no

00:47:24  5    longer considered core.  Does that mean there

00:47:27  6    was a time when it was considered core?

00:47:30  7         A.    No.

00:47:31  8         Q.    Okay.  So --

00:47:42  9         A.    I don't believe so.

00:47:43 10         Q.    Okay.  So you don't believe that

00:47:48 11    the investment in mortgage backed securities

00:47:51 12    was a core business of FSA or Dexia in the

00:47:57 13    2006, 2007 timeframe; is that correct?

00:48:00 14              MR. DeLANGE:  Object to the

00:48:00 15         form.  Beyond the scope.

00:48:07 16         A.    Every entity in many entities

00:48:12 17    have a core and non-core business lines.

00:48:16 18         Q.    Okay.

00:48:17 19         A.    Right.  As they define it.

00:48:19 20         Q.    Okay.

00:48:20 21         A.    As the board, management,

00:48:22 22    whomever that maybe, right.  I don't believe

00:48:25 23    that we were ever considered core during that

00:48:29 24    time period.

00:48:30 25         Q.    And by "we," do you mean FSAM?

Page 46

1               J. HENDRICKSON

00:48:32   2        A.      FSAM and its complete business

00:48:35   3   model, its complete entity.

00:48:38   4        Q.      The "complete entity," does that

00:48:40   5   include the sale of GIC investments?

00:48:43   6        A.      Correct.   The entire business

00:48:45   7   model.

00:48:45   8        Q.      Okay.   It was a pretty big

00:48:48   9   business, though, right?

00:48:50  10            MR. DeLANGE:   Object to the

00:48:50  11        form.

00:48:51  12        A.      It did become a sizable business,

00:48:55  13   I believe, for FSA.

00:49:07  14        Q.      So in general, when FSA

00:49:14  15   invested -- withdrawn.

00:49:16  16            In general when FSA took the

00:49:19  17   money that it received from investors to whom

00:49:22  18   it had sold Guaranteed Investment Contracts,

00:49:26  19   why did it invest those funds significantly

00:49:34  20   in residential mortgage backed securities?

00:49:37  21            MR. DeLANGE:   Object to the

00:49:38  22        form.

00:49:43  23        A.      One, we believe we knew the

00:49:47  24   market.

00:49:49  25        Q.      Why is that?

Page 47

```
          1                    J. HENDRICKSON
```

00:49:53  2        A.     FSA was involved in the market on

00:49:55  3   the surety side.

00:49:57  4        Q.     Meaning it insured mortgage

00:49:59  5   securities, correct?

00:50:00  6        A.     Correct.

00:50:00  7        Q.     Okay.

00:50:01  8        A.     And they believed they had a

00:50:03  9   competency.

00:50:06 10        Q.     Based on the experience of people

00:50:07 11   like yourself, right?

00:50:11 12        A.     Yes.  But more specifically,

00:50:13 13   Glenn Tso.

00:50:14 14        Q.     Okay.

00:50:16 15        A.     And he had a management role on

00:50:24 16   the surety side and was asked to come over

00:50:26 17   and head our business.  In addition, the

00:50:33 18   volume within the mortgage market was

00:50:39 19   significant to the point that it allowed us

00:50:41 20   to buy assets that would meet the yield

00:50:45 21   returns against our liabilities.

00:50:49 22        Q.     What do you mean "meet the yield

00:50:51 23   returns"?

00:50:53 24        A.     We were paying out a liability.

00:50:55 25        Q.     Right.

Page 48

```
                 1                    J. HENDRICKSON
00:50:57         2            A.      And we invest those funds so that
00:51:04         3       we earn a return that is greater than what we
00:51:07         4       are paying out.   Otherwise we lose money.
00:51:09         5            Q.      Okay.   And in investing those
00:51:12         6       funds largely in residential mortgage backed
00:51:15         7       securities, you and FSA were trying to
00:51:19         8       maximize the spread between what you had to
00:51:23         9       payout to the GIC investors and what you were
00:51:27        10       recovering on the assets that you were
00:51:30        11       investing; is that fair?
00:51:32        12                    MR. DeLANGE:   Object to the form
00:51:32        13            of the question.
00:51:33        14            A.      No.
00:51:36        15            Q.      How was it not correct?
00:51:39        16            A.      It was not a maximization
00:51:41        17       concept.
00:51:42        18            Q.      Okay.
00:51:43        19            A.      Of certain spread.
00:51:47        20            Q.      Did you have certain targets of
00:51:51        21       what sort of spread you needed to earn as
00:51:56        22       part of your business strategy?
00:51:59        23                    MR. DeLANGE:   Object to the
00:51:59        24            form.
00:52:04        25            A.      It would vary from year to year.
```

Page 49

1          J. HENDRICKSON

00:52:06  2      Q.     Okay.  I mean FSA could have

00:52:11  3    taken these billions of dollars and invested

00:52:13  4    them in, you know, U.S. treasury securities,

00:52:15  5    correct?

00:52:16  6              MR. DeLANGE:  Object to the form

00:52:17  7      of the question.

00:52:18  8      A.     They could have.

00:52:19  9      Q.     Do you have an understanding as

00:52:20 10    to why they didn't do that?

00:52:23 11              MR. DeLANGE:  Object to the

00:52:24 12      form.

00:52:26 13      A.     It would have provided most

00:52:27 14    likely a negative return.

00:52:29 15      Q.     Okay.

00:52:29 16      A.     Cash flow return.

00:52:30 17      Q.     So the objective was to invest in

00:52:33 18    something that gives a greater return,

00:52:36 19    correct?

00:52:37 20      A.     In what we were paying out on my

00:52:40 21    liabilities?

00:52:41 22      Q.     Yes.

00:52:42 23      A.     That was a fundamental core

00:52:46 24    concept, yes.

00:52:48 25      Q.     And in order to obtain a greater

Page 50

1                      J. HENDRICKSON

00:52:53  2    return than you were paying out on the

00:52:55  3    liabilities, that involved taking on certain

00:52:59  4    risk; is that fair?

00:53:00  5              MR. DeLANGE:  Object to the form

00:53:01  6        of the question.

00:53:12  7        A.    In the sense that any investment

00:53:13  8    is a risk, yes.

00:53:16  9        Q.    Okay.  But investments also fall

00:53:18 10    across a sort of a spectrum of risk, right?

00:53:21 11        A.    Correct.  That's why we remained

00:53:23 12    at the AAA level for the vast majority of our

00:53:25 13    investments.

00:53:26 14        Q.    Okay.  U.S. treasuries are also

00:53:31 15    AAA securities, right?

00:53:33 16        A.    Correct.

00:53:34 17        Q.    But they paid a significantly

00:53:37 18    lesser return than you got on the AAA RMBSs

00:53:42 19    that you invested in, right?

00:53:43 20              MR. DeLANGE:  Object to the form

00:53:44 21        of the question.

00:53:54 22        A.    In general, U.S. treasuries would

00:53:56 23    not be an option.

00:53:58 24        Q.    They paid a lesser return than

00:54:00 25    AAA RMBSs, correct?

Page 51

```
          1                   J. HENDRICKSON

00:54:02  2                   MR. DeLANGE:  Object to the form

00:54:03  3          of the question.

00:54:07  4          A.   On the asset side?

00:54:09  5          Q.   Yes.

00:54:09  6          A.   We primarily were a floating rate

00:54:11  7   account.

00:54:12  8          Q.   Okay.

00:54:13  9          A.   So there is not a true U.S.

00:54:16 10   treasury floating rate security that in

00:54:19 11   general we could have purchased.

00:54:31 12          Q.   You could have purchased agency

00:54:34 13   backed RMBSs, right?

00:54:37 14          A.   We could have.

00:54:38 15          Q.   Okay.

00:54:39 16          A.   And we did at some point.

00:54:42 17          Q.   In general, is it fair to say

00:54:44 18   that agency backed RMBSs pay lower returns

00:54:52 19   than private label RMBSs?

00:54:54 20                   MR. DeLANGE:  Object to the form

00:54:55 21          of the question.

00:54:56 22          A.   No.

00:54:57 23          Q.   No?  Why not?

00:55:01 24          A.   They can but there are certainly

00:55:03 25   many opportunity -- instances where that is
```

Page 52

1                    J. HENDRICKSON

00:55:05  2    not the case.

00:55:13  3          Q.    Now, to what degree were you

00:55:33  4    investing in agency RMBSs?

00:55:38  5               MR. DeLANGE:   Object to the

00:55:39  6    form.

00:55:40  7          A.    I don't recall.

00:55:44  8          Q.    Relative to the investments in

00:55:47  9    private label RMBSs, was it more, was it

00:55:50 10    less?

00:55:53 11          A.    It was less, probably.

00:55:55 12          Q.    You think it was a lot less?

00:56:06 13          A.    A lot is defined as --

00:56:08 14          Q.    Well, you had a $17 billion

00:56:10 15    portfolio at one point of RMBS, right?

00:56:16 16          A.    (No answer.)

00:56:17 17          Q.    Was that all private label?

00:56:19 18          A.    No.

00:56:21 19          Q.    Can you apportion, you know,

00:56:24 20    roughly what amount of it was private label

00:56:28 21    versus agency backed?

00:56:33 22          A.    I don't recall.

00:56:54 23          Q.    Now -- withdrawn.

00:57:04 24               So focusing on the time that you

00:57:06 25    spent at FSA and Dexia, you have mentioned

Page 53

1                    J. HENDRICKSON

00:57:16   2   Mr. Tso already.   In addition to Mr. Tso,

00:57:20   3   what other people, individuals, did you work

00:57:24   4   with in the evaluation and purchase of

00:57:29   5   mortgage backed securities?

00:57:31   6        A.    Glenn Tso ran the group and he

00:57:33   7   was my direct report.

00:57:34   8        Q.    Okay.

00:57:37   9        A.    And during that time I would have

00:57:39  10   anywhere from two to maybe five analyst-type

00:57:43  11   individuals of various levels.

00:57:46  12        Q.    Okay.   Who were the -- what are

00:57:49  13   the specific names of analysts that worked

00:57:52  14   for you who spent, you know, a meaningful

00:57:56  15   amount of time on RMBS investments?

00:58:00  16              MR. DeLANGE:   Wait, do you want

00:58:00  17        the entire time he was there or --

00:58:03  18              MR. PASKIN:   That's fair.

00:58:04  19        Q.    Let's focus on the 2006, 2007

00:58:06  20   time period.

00:58:13  21        A.    I don't recall exactly who was

00:58:15  22   there.   I could provide names of individuals

00:58:19  23   that worked for me on the asset side.

00:58:22  24        Q.    Okay.   Great.

00:58:25  25        A.    Craig Reckin.

Page 54

1          J. HENDRICKSON

00:58:27  2       Q.    How do you spell that?

00:58:29  3       A.    R-E-C-K-I-N; Frank Albus,

00:58:38  4  Doyle Flaherty, Jeremy Garfield.

00:58:59  5       Q.    Anyone else?

00:59:02  6       A.    Not that I can recall.  There

00:59:04  7  were probably others.

00:59:05  8       Q.    Okay.  Are those the people who

00:59:07  9  were principally working for you over time

00:59:10  10 with respect to the management of RMBS

00:59:14  11 investments?

00:59:21  12      A.    They were certainly some of the

00:59:23  13 key individuals.  But people left the desk.

00:59:27  14      Q.    I understand.  As you sit here

00:59:29  15 today, during the 2006, 2007 time period,

00:59:33  16 apart from the people on this list, were

00:59:35  17 there any other key individuals who worked

00:59:37  18 for you in connection with RMBS investments?

00:59:40  19      A.    Not that I recall.

00:59:42  20      Q.    Okay.  Now, Mr. Garfield didn't

00:59:44  21 start working at FSA until 2008, correct?

00:59:47  22            MR. DeLANGE:  Object to the

00:59:48  23      form.

00:59:49  24      A.    I am not sure.

00:59:50  25      Q.    Okay.  I want to go through each

Page 55

            1                    J. HENDRICKSON

00:59:55   2   of these guys and just kind of, if you could

00:59:59   3   sort of give me a little bit more detail

01:00:01   4   about what their specific function was in

01:00:04   5   connection with RMBS investments.

01:00:06   6              Why don't we start with

01:00:07   7   Mr. Reckin?

01:00:12   8       A.    He would take a look at a

01:00:16   9   particular deal.  He would talk to the Street

01:00:22  10   to the degree a new issue came about.  He

01:00:28  11   would printout the term sheet, potentially

01:00:31  12   run numbers with the CDI file and prepare

01:00:35  13   some analysis.

01:00:47  14       Q.    Now, with respect to Mr. Albus,

01:00:50  15   Mr. Flaherty and Mr. Garfield, would your

01:00:54  16   description of their basic functions in

01:00:57  17   connection with RMBS investments be the same

01:00:59  18   as you said for Mr. Reckin?

01:01:02  19       A.    In general, yes.  I would say

01:01:06  20   Frank Albus was probably more senior than

01:01:10  21   some of the others.  I don't know if it is

01:01:12  22   defined as in title.

01:01:15  23       Q.    Okay.  You relied on him a little

01:01:17  24   bit more; is that fair?

01:01:20  25       A.    In general, yes.

Page 56

1          J. HENDRICKSON

01:01:21  2       Q.    Okay.  Other than his relative

01:01:24  3   seniority to some of these other folks, did

01:01:29  4   he perform a sort of tasks of a different

01:01:32  5   nature in evaluating RMBS investments than

01:01:35  6   you described for Mr. Reckin?

01:01:39  7       A.    No.

01:01:40  8       Q.    Okay.  He would similarly, as you

01:01:43  9   said, look at the deal, right?  What does

01:01:47 10   looking at the deal entail?

01:01:48 11       A.    Review the term sheet and any of

01:01:50 12   the supporting documents.

01:01:52 13       Q.    Okay.  What sort of supporting

01:01:54 14   documents would they look at?

01:01:58 15       A.    For a new issue deal?

01:01:59 16       Q.    Yeah.

01:02:01 17       A.    Primarily the deal sheet.

01:02:03 18       Q.    Okay.  And for a secondary deal,

01:02:08 19   what additional things would they look at as

01:02:11 20   part of looking at the deal?

01:02:14 21       A.    We would, in general, probably go

01:02:18 22   to Intex and/or Bloomberg.

01:02:23 23       Q.    Okay.  Run various analyses about

01:02:27 24   the deal that those services could provide,

01:02:32 25   right?

Page 57

1                    J. HENDRICKSON

01:02:32  2          A.      Correct.

01:02:40  3          Q.      You also said Mr. Reckin would

01:02:42  4    talk to the Street about RMBS investments.

01:02:49  5    What did that entail?

01:02:53  6          A.      We have coverage from, in

01:02:55  7    general, the majority of the investment banks

01:02:58  8    out there, and they would call in to find

01:03:04  9    out, you know, if we were looking to buy

01:03:06 10    anything and if so, what.   And then to

01:03:10 11    provide feedback in terms of what they were

01:03:12 12    bringing, what was in the pipeline in terms

01:03:18 13    of new deals from their side.

01:03:20 14          Q.      Okay.   You also said they would

01:03:24 15    run the CDI file and that's what you

01:03:26 16    testified about a little bit earlier this

01:03:28 17    morning, right?

01:03:29 18          A.      In general they would do that,

01:03:30 19    correct.

01:03:31 20          Q.      Okay.   And you also said that

01:03:35 21    Mr. Reckin and these other guys would prepare

01:03:37 22    an analysis of the deal.   What sort of

01:03:39 23    analysis would they prepare?

01:03:42 24          A.      They would break out the various

01:03:45 25    collateral components.   And we would compare

Page 58

1                          J. HENDRICKSON

`01:03:49` 2      it against previous purchases that we had.

`01:03:52` 3           Q.      Okay.

`01:03:54` 4           A.      They would look at the available

`01:03:55` 5      funds cap.

`01:03:59` 6           Q.      Anything else?

`01:04:00` 7           A.      Potentially yield tables.

`01:04:02` 8           Q.      Okay.

`01:04:04` 9           A.      There were average life profiles.

`01:04:07` 10          Q.      Okay.   Now, I know we have been

`01:04:32` 11     talking generally with respect to the process

`01:04:40` 12     for making investments at FSA and Dexia in

`01:04:42` 13     the 2006, 2007 time period, would the process

`01:04:49` 14     that you just described be the same used for

`01:04:55` 15     the specific investments at issue in this

`01:04:58` 16     case?

`01:05:03` 17          A.      Yes.

`01:05:04` 18          Q.      Okay.   Are there any differences

`01:05:07` 19     that you know of between the general process

`01:05:09` 20     that you have described and the process that

`01:05:12` 21     was employed to make the RMBS investments at

`01:05:16` 22     issue in this case?

`01:05:19` 23          A.      Not that I can recall.

`01:05:20` 24          Q.      Okay.   Same sorts of analyses

`01:05:23` 25     would be done, right?

Page 59

```
          1                    J. HENDRICKSON
01:05:27  2          A.      Correct.
01:05:27  3          Q.      Same sorts of information would
01:05:29  4   be looked at, correct?
01:05:30  5          A.      Correct.
01:05:31  6          Q.      Same sorts of conversations with
01:05:33  7   the Street, if there were any, would be had,
01:05:34  8   right?
01:05:36  9          A.      Correct.
01:05:45 10          Q.      What was the, and you can
01:05:47 11   answer -- well, let me break it down.
01:05:50 12                  What was Mr. Reckin's general
01:05:54 13   background and experience in RMBS investing?
01:06:00 14          A.      I don't recall.  I believe he was
01:06:03 15   in the CDO group before he came over.
01:06:06 16          Q.      At FSA or somewhere else?
01:06:08 17          A.      At FSA.
01:06:09 18          Q.      Okay.
01:06:09 19          A.      But I am not positive.
01:06:10 20          Q.      What are CDOs?
01:06:13 21          A.      Collateralized debt obligations.
01:06:16 22          Q.      Can you describe how his being in
01:06:19 23   the CDO group would be sort of relevant to
01:06:22 24   his ability to evaluate RMBS investments?
01:06:25 25                  MR. DeLANGE:  Object to the form
```

Page 60

1                    J. HENDRICKSON

01:06:26  2          of the question.

01:06:28  3          A.    No, I wasn't part of -- he was

01:06:30  4    there prior to my arrival.  So I am not sure

01:06:34  5    the purpose for his hiring.

01:06:36  6          Q.    Okay.  In general, how would

01:06:43  7    experience in CDOs help somebody evaluate

01:06:51  8    RMBS investments?

01:06:56  9          A.    They would feel, in general, one

01:06:59 10    would feel comfortable with structure.

01:07:07 11          Q.    Because he would just understand

01:07:08 12    the way that these sorts of bonds are

01:07:12 13    structurally put together, correct?

01:07:15 14          A.    Correct.  Correct.

01:07:16 15          Q.    What about in terms of the

01:07:20 16    collateral, would CDO experience be

01:07:23 17    applicable to investments in RMBS?

01:07:31 18          A.    I believe in general they would

01:07:32 19    have different collateral.

01:07:35 20          Q.    What kind of collateral,

01:07:37 21    typically, backs CDOs?

01:07:40 22          A.    Debt.

01:07:44 23          Q.    Sometimes the debt that backs the

01:07:46 24    CDOs would be residential mortgage backed

01:07:49 25    securities themselves, right?

Page 61

1                         J. HENDRICKSON

01:07:55  2        A.      Could be.  In general it is not

01:07:56  3   considered debt.

01:07:59  4        Q.      Okay.  What kind of experience

01:08:03  5   and skill set did Mr. Albus have that allowed

01:08:06  6   him to assist you in connection with

01:08:09  7   evaluating RMBS investments?

01:08:13  8        A.      I believe -- FSA I believe had a

01:08:16  9   training program and I believe Frank Albus

01:08:19 10   went through it.

01:08:24 11        Q.      In general what was the training

01:08:26 12   program for?

01:08:30 13        A.      Every year, they would bring in a

01:08:33 14   group of undergrads that would get accepted

01:08:42 15   into the program and the program would have

01:08:46 16   evolved over the years.  In essence, they

01:08:49 17   would go to the major groups within the firm

01:08:52 18   and get experience exposure to each of those

01:08:54 19   individual groups and then they would be

01:08:57 20   assigned or put on a particular group or

01:09:02 21   desk.

01:09:03 22        Q.      Okay.  And so Mr. Albus went

01:09:08 23   through the training program and then was

01:09:09 24   assigned to work for you; is that fair?

01:09:12 25        A.      I believe that's the case.

Page 62

                            1                    J. HENDRICKSON

01:09:13  2          Q.      Okay.  And did you consider him

01:09:17  3    to be a capable analyst in, you know,

01:09:20  4    evaluating RMBS investments?

01:09:24  5          A.      He was a quality individual.

01:09:28  6          Q.      Okay.

01:09:28  7          A.      Intelligent but he was still

01:09:29  8    young.

01:09:34  9          Q.      I am not suggesting that he would

01:09:36  10   have been capable of doing your job, for

01:09:38  11   example, but in supporting you in doing your

01:09:40  12   job, did you think he did a capable job?

01:09:43  13         A.      Yes.

01:09:44  14         Q.      Okay.  Same for Mr. Reckin?

01:09:47  15         A.      Yes.

01:09:48  16         Q.      Same for Mr. Flaherty?

01:09:51  17         A.      Yes.

01:09:53  18         Q.      Same for Mr. Garfield?

01:09:54  19         A.      Yes.

01:09:56  20         Q.      What was Mr. Flaherty's general

01:09:57  21   background and experience in RMBS?

01:10:02  22         A.      I believe he went through the

01:10:03  23   similar training program.

01:10:07  24         Q.      What about Mr. Garfield?

01:10:11  25         A.      He came in, I believe, from a

Page 63

1                          J. HENDRICKSON

01:10:15  2    Merrill Lynch entity.

01:10:16  3         Q.    Okay.  So he was a lateral hire?

01:10:21  4         A.    Correct.

01:10:34  5         Q.    So over the course of 2006 and

01:10:41  6    2007, you supported by your team of analysts

01:10:50  7    evaluated hundreds of different RMBS

01:10:54  8    investment opportunities; is that fair?

01:11:06  9         A.    It was a significant number.

01:11:08  10        Q.    Okay.  Do you have any reason to

01:11:10  11   doubt that it was in the hundreds?

01:11:16  12        A.    Over 100 now.

01:11:18  13        Q.    Okay.  And that, in fact, you

01:11:22  14   don't have any reason to doubt that during

01:11:25  15   2006 and 2007, notwithstanding how many

01:11:30  16   investments you may have analyzed, you, in

01:11:32  17   fact, invested in over 100 different RMBS; is

01:11:36  18   that correct?

01:11:40  19        A.    Yes.  I believe we had more than

01:11:42  20   100 RMBS purchases.

01:11:44  21        Q.    Okay.  Do you have any

01:11:45  22   recollection about sort of how much more than

01:11:48  23   100 you had?

01:11:52  24        A.    I don't recall.

01:11:54  25        Q.    Do you remember if you had more

Page 64

1                   J. HENDRICKSON

01:11:55  2    than 200?

01:12:01  3         A.    I believe so.

01:12:02  4         Q.    More than 300?

01:12:06  5         A.    I believe so.

01:12:07  6         Q.    More than 400?

01:12:09  7         A.    At any one time or through the

01:12:12  8    entire time period?

01:12:13  9         Q.    Over the time period, investments

01:12:14 10    that you made in RMBS.

01:12:21 11         A.    Because part of the issue is

01:12:23 12    certain deals mature.

01:12:24 13         Q.    Okay.

01:12:25 14         A.    Right.   So some of them are very

01:12:26 15    short dated and had short average lives and

01:12:31 16    so it would mature early.   So it is harder to

01:12:42 17    define.   But we did have a significant number

01:12:44 18    of positions defined by 300 plus.

01:12:48 19         Q.    Okay.   Was there sort of, with

01:12:56 20    respect to a given RMBS investment

01:13:00 21    opportunity, was there a typical, you know,

01:13:04 22    sort of timetable during which that just sort

01:13:09 23    of followed the life of an individual new

01:13:11 24    issue deal?

01:13:13 25              Do you understand what I am

Page 65

1                    J. HENDRICKSON

`01:13:14` 2    asking?

`01:13:15` 3              MR. DeLANGE:  Object to the

`01:13:15` 4         form.

`01:13:17` 5         Q.    It was a pretty bad question.

`01:13:22` 6    You understand that for large players in the

`01:13:26` 7    RMBS market, such as JP Morgan, Bear Stearns

`01:13:31` 8    and Washington Mutual, they would come to

`01:13:35` 9    market on a monthly basis with a batch of new

`01:13:39` 10   RMBS securities, correct?

`01:13:42` 11        A.    Correct.

`01:13:43` 12        Q.    Okay.  Was there typically sort

`01:13:46` 13   of like a monthly schedule during which that

`01:13:49` 14   would happen?

`01:13:51` 15             MR. DeLANGE:  Object to the

`01:13:51` 16        form.

`01:13:54` 17        A.    It wasn't a predefined monthly

`01:13:57` 18   schedule.

`01:13:57` 19        Q.    Okay.  Was there sort of a

`01:14:00` 20   chronology of the amount of time that it

`01:14:06` 21   would typically be from when you first would

`01:14:09` 22   learn of an RMBS that was coming to market, a

`01:14:12` 23   new issue and the time when it would actually

`01:14:17` 24   issue and settle?

`01:14:25` 25        A.    Yes.  Settlement is -- bonds may

Page 66

1                    J. HENDRICKSON

01:14:30  2   settle in a couple of weeks or a couple of

01:14:33  3   months.

01:14:34  4        Q.     Okay.

01:14:34  5        A.     Right.   But the shorter time

01:14:40  6   period is when it comes to market, when the

01:14:43  7   deal is priced, and when the bonds are

01:14:46  8   allocated.   At that point, whether everyone

01:14:49  9   knows when settlement is, but whenever

01:14:51  10  settlement is, there is not a lot of activity

01:14:53  11  between the allocation and pricing of the

01:14:56  12  bonds and settlement.

01:14:58  13       Q.     Okay.   Fair enough.   So if we

01:15:00  14  leave settlement out of it, from the time

01:15:04  15  when you and your team would first learn of

01:15:06  16  an RMBS investment opportunity until the time

01:15:10  17  when the deal would be finalized and you

01:15:15  18  would receive your allocation of it, what

01:15:18  19  kind of timeframe are we talking about, days,

01:15:20  20  weeks, months?

01:15:21  21       A.     Days, usually.   Could be weeks

01:15:24  22  but in general it was days.

01:15:27  23       Q.     Okay.   And the allocation point

01:15:38  24  where you received your allocation, is that

01:15:40  25  also the time when the deal gets filed with

Page 67

1                        J. HENDRICKSON

01:15:44  2    the SEC?

01:15:45  3              MR. DeLANGE:  Object to the

01:15:46  4         form.  Beyond the scope.

01:15:46  5         A.    I don't recall.

01:15:51  6         Q.    Is that the time when, to your

01:15:53  7    understanding, essentially, the deal

01:15:55  8    documents are finalized?

01:15:57  9              MR. DeLANGE:  Object to the

01:15:57 10         form.  Beyond the scope.

01:15:58 11              You can answer.

01:16:00 12         A.    I don't recall.

01:16:09 13         Q.    When during the typical kind of

01:16:14 14    life of a new issue deal would you, on behalf

01:16:24 15    of FSA and Dexia, make the decision to invest

01:16:30 16    in a particular RMBS?

01:16:34 17              MR. DeLANGE:  Object to the

01:16:34 18         form.

01:16:39 19         A.    A lot of it was based upon the

01:16:42 20    deal themselves in terms of what their

01:16:44 21    schedule was.

01:16:50 22         Q.    Was there any sort of, on the buy

01:16:53 23    side, which is where you were, was there any

01:16:56 24    sort of competition among buyers to get into

01:17:02 25    deals as early as possible?

Page 68

|          |    | J. HENDRICKSON |
|----------|----|----------------|
| 01:17:05 | 2  | A.    To get in early? |
| 01:17:07 | 3  | Q.    Just to get in early in order to |
| 01:17:10 | 4  | receive an allocation period. |
| 01:17:17 | 5  | A.    In general, if you were the last |
| 01:17:20 | 6  | one to put in an order, and you were |
| 01:17:24 | 7  | consistently doing that, it would probably |
| 01:17:28 | 8  | not be advantageous in terms of your |
| 01:17:30 | 9  | allocation process. |
| 01:17:32 | 10 | Q.    Okay.  So in practice, at FSA and |
| 01:17:37 | 11 | Dexia, did you try to make your decision |
| 01:17:43 | 12 | whether to invest sort of relatively early in |
| 01:17:47 | 13 | the process and request your allocation? |
| 01:17:51 | 14 | MR. DeLANGE:  Object to the |
| 01:17:52 | 15 | form. |
| 01:17:53 | 16 | A.    We can not get our allocation. |
| 01:17:56 | 17 | That was a separate process that was |
| 01:17:59 | 18 | determined by the dealer. |
| 01:18:00 | 19 | Q.    Okay.  But you would place an |
| 01:18:04 | 20 | order, right? |
| 01:18:06 | 21 | A.    In various forms, correct. |
| 01:18:08 | 22 | Q.    I am trying to understand a |
| 01:18:10 | 23 | little bit of sort of the timing and |
| 01:18:11 | 24 | mechanics of when along this sort of |
| 01:18:17 | 25 | chronology for a new issue deal you would go |

Page 69

1                          J. HENDRICKSON

01:18:21  2    in and place your order with the dealer?

01:18:28  3          A.    It would usually be within days,

01:18:30  4    if not hours, and that was primarily driven

01:18:33  5    by the timetable of the dealer.

01:18:36  6          Q.    Okay.

01:18:36  7          A.    If we don't have our order and we

01:18:38  8    have interest in a particular deal and we

01:18:39  9    don't have our order in and we do have

01:18:41 10    interest in that deal, we won't be able to

01:18:44 11    participate.

01:18:45 12          Q.    Okay.    So, generally speaking,

01:18:50 13    within days and sometimes even hours of

01:18:56 14    learning of the existence of a deal and

01:19:00 15    receiving the term sheet from a dealer, would

01:19:03 16    you make your decision whether or not you

01:19:05 17    wanted to buy into it, right?

01:19:07 18          A.    I did not have authorization to

01:19:10 19    commit any capital on behalf of the firm.

01:19:15 20          Q.    Fair enough.    And we will get to

01:19:16 21    the authorization process in a minute.    But

01:19:20 22    within days and sometimes within hours of

01:19:24 23    receiving the term sheet from the dealer and

01:19:27 24    learning that there was a new issue deal, FSA

01:19:33 25    and Dexia would commit to purchase in it,

Page 70

1                    J. HENDRICKSON

01:19:37  2    right?

01:19:38  3              MR. DeLANGE:   Object to the

01:19:38  4        form.

01:19:40  5        A.    Correct.

01:19:41  6        Q.    Go ahead.

01:19:42  7        A.    This was -- FSA asset management

01:19:45  8    that was going into the books.

01:19:47  9        Q.    Okay.

01:19:49 10        A.    We were owned by Dexia, which is

01:19:51 11    true but to just clarify, Dexia, the bank was

01:19:55 12    considered a separate account.

01:19:56 13        Q.    Okay.  I understand.  So leaving

01:19:59 14    aside the sort of the corporate formalities,

01:20:01 15    and I appreciate the significance of them,

01:20:04 16    the decision to make the investment for

01:20:07 17    FSAM's portfolio would be made within days

01:20:12 18    and sometimes even within hours of receiving

01:20:16 19    the term sheet and first learning about a

01:20:17 20    deal from the dealer, correct?

01:20:19 21        A.    Correct.

01:20:21 22              MR. DeLANGE:   Actually, let him

01:20:22 23        finish the question.

01:20:31 24              MR. PASKIN:   Let's take a short

01:20:31 25        break.

Page 71

```
          1              J. HENDRICKSON
01:20:35  2              THE VIDEOGRAPHER:  The time is
01:20:35  3         11:01 a.m., and this completes Tape 1
01:20:38  4         of the videotaped deposition of
01:20:39  5         Mr. Jake Hendrickson.
01:20:41  6              (Break taken.)
01:20:43  7              THE VIDEOGRAPHER:  The time is
01:20:43  8         11:21 a.m. and this begins Tape No. 2
01:20:46  9         of the videotaped deposition of
01:20:48 10         Mr. Jake Hendrickson.
         11    BY MR. PASKIN:
01:20:50 12         Q.   Mr. Hendrickson, before the
01:20:52 13    break, you answered a few questions about
01:20:56 14    sort of the timing of when FSAM would make
01:21:00 15    its investment decisions for new issued
01:21:03 16    deals.  Would the general timing that you
01:21:09 17    described also apply specifically for the
01:21:14 18    deals at issue in this case?
01:21:17 19         A.   In general, yes.
01:21:18 20         Q.   Okay.  Can you think of any
01:21:20 21    specific example of a deal in this case where
01:21:22 22    that general timing did not apply?
01:21:25 23         A.   Can't recall.
01:21:26 24         Q.   Okay.  In the process of
01:21:31 25    reviewing a new issue deal, what, if any,
```

Page 72

1                    J. HENDRICKSON

`01:21:41` 2    role would reviewing the prospectus

`01:21:48` 3    supplement or other offering documents play,

`01:21:51` 4    if any, in your investment decision?

`01:21:56` 5         A.    It would -- they were not

`01:21:57` 6    available.

`01:21:58` 7         Q.    Okay.  You were making your

`01:22:00` 8    investment decisions before the pro supps

`01:22:04` 9    were available, correct?

`01:22:05` 10        A.    Correct.

`01:22:06` 11        Q.    And that's the case in general

`01:22:08` 12   and also with respect to the deals at issue

`01:22:10` 13   in this case, right?

`01:22:11` 14        A.    Correct.

`01:22:12` 15        Q.    So you didn't read or review the

`01:22:15` 16   prospectus supplements, right?

`01:22:17` 17                MR. DeLANGE:  Object to the

`01:22:17` 18        form.

`01:22:19` 19        A.    Not prior to purchase.

`01:22:22` 20        Q.    Okay.  And the analysts who

`01:22:25` 21   worked for you, Mr. Albus and the others,

`01:22:26` 22   they didn't do it either prior to purchase,

`01:22:29` 23   right?

`01:22:30` 24        A.    Correct.

`01:22:34` 25        Q.    How did the timing work when FSAM

1                          J. HENDRICKSON

01:22:39  2    made secondary market purchases of RMBS?

01:22:50  3         A.    We had a similar process, but the

01:22:56  4    vast majority of our purchases were new

01:22:59  5    issue.

01:22:59  6         Q.    Okay.  With respect to secondary

01:23:06  7    market deals, because they had already been

01:23:09  8    issued, I take it that the prospectus

01:23:12  9    supplements were already filed and public,

01:23:15 10    correct?

01:23:16 11         A.    Correct.

01:23:17 12         Q.    When you evaluated with FSAM --

01:23:22 13    withdrawn.

01:23:23 14               When FSAM evaluated secondary

01:23:26 15    market purchase opportunities of RMBS, did

01:23:30 16    you or anybody else review the prospectus

01:23:34 17    supplements or other offering documents?

01:23:39 18         A.    With respect to?

01:23:42 19         Q.    With respect to anything.  Did

01:23:44 20    you read them?

01:23:51 21         A.    In general, no.  The collateral

01:23:54 22    that was in there at that time --

01:23:56 23         Q.    Right.

01:23:56 24         A.    Obviously that collateral has

01:23:58 25    changed over time.

Page 74

1                    J. HENDRICKSON

01:24:01   2        Q.      Right.

01:24:01   3        A.      So we would go to Intex or

01:24:04   4   Bloomberg to get an updated performance.

01:24:08   5        Q.      Okay.  You would review the

01:24:09   6   specific data about the collateral and how it

01:24:12   7   has performed since issue, right?

01:24:14   8        A.      Correct.

01:24:15   9        Q.      But you wouldn't go back and read

01:24:17  10   the text of the prospectus supplements that

01:24:20  11   were filed when the deal was first issued,

01:24:22  12   correct?

01:24:23  13        A.      In general, no.

01:24:25  14        Q.      And in general, nobody at FSAM

01:24:27  15   would do that, right?

01:24:30  16        A.      In general, no.

01:24:31  17        Q.      Okay.  And with respect to the

01:24:33  18   specific deals at issue in this case, you

01:24:37  19   don't recall anything different, in general,

01:24:39  20   nobody would review the prospectus

01:24:41  21   supplements for secondary market purchases,

01:24:44  22   correct?

01:24:46  23        A.      In general, no.

01:24:48  24        Q.      Can you think of any deal at

01:24:49  25   issue in this case where somebody did read a

Page 75

```
         1                  J. HENDRICKSON
01:24:53 2   prospectus supplement?
01:24:54 3        A.    For the new issue?
01:24:55 4        Q.    For any deal that -- involved in
01:24:57 5   this case.
01:25:00 6        A.    I believe most of what was in
01:25:01 7   this case is new issue.
01:25:03 8        Q.    Okay.
01:25:04 9        A.    And the prospectus was not
01:25:06 10  available to us.
01:25:07 11       Q.    Okay.  To the extent there are
01:25:10 12  any secondary market purchases at issue in
01:25:12 13  this case, do you have any recollection of
01:25:16 14  anybody at FSAM reviewing a prospectus
01:25:18 15  supplement prior to making the decision to
01:25:21 16  purchase?
01:25:22 17       A.    I don't recall.
01:26:10 18            MR. PASKIN:  I would like to
01:26:10 19       mark as Exhibit 184, a document
01:26:21 20       bearing Bates numbers DEX_JPM_0012092
01:26:29 21       through '12099.
         22            (Whereupon, Exhibit 184,
         23       Document Bearing Bates Numbers
         24       DEX_JPM_0012092 Through '12099 was
         25       marked as for identification as of
```

Page 76

```
          1                    J. HENDRICKSON
          2           this date by the Reporter.)
01:26:59   3           Q.     Take your time to review
01:27:00   4    Exhibit 184.   My first question is whether
01:27:05   5    you recognize the document?
01:27:08   6           A.     I don't recall.
01:27:10   7           Q.     I take it you don't recall the
01:27:12   8    specific document here, but do you recognize
01:27:15   9    sort of the format and content of this
01:27:17  10    document as something that you would see in
01:27:20  11    the ordinary course of your work at FSA?
01:27:22  12           A.     Yes.
01:27:23  13           Q.     So in general, can you tell me
01:27:25  14    what this document is?
01:27:30  15           A.     It's a -- it appears to be the
01:27:33  16    break out of a new subprime issue of a
01:27:37  17    JP Morgan shelf and some general collateral
01:27:42  18    details.
01:27:47  19           Q.     On August 18, 2006, Mr. Albus
01:27:51  20    sends Mr. Tso an E-mail on which he copies
01:27:56  21    you describing the details about the
01:28:00  22    collateral and the structure for this deal,
01:28:02  23    correct?
01:28:03  24           A.     Correct.
01:28:05  25           Q.     And he is seeking Mr. Tso's
```

Page 77

1                          J. HENDRICKSON

01:28:08   2   approval to submit an order for the deal,

01:28:10   3   right?

01:28:12   4          A.      Correct.

01:28:13   5          Q.      Okay.  And Mr. Albus seeks

01:28:16   6   approval at 11:04 a.m. on August 18th, right?

01:28:21   7          A.      Correct.

01:28:22   8          Q.      Mr. Tso provides his approval

01:28:25   9   12 minutes later at 11:16 a.m., correct?

01:28:36  10          A.      Correct.

01:28:38  11          Q.      Was that sort of the typical

01:28:40  12   process and timing for the purchases at issue

01:28:44  13   in this case?

01:28:45  14                  MR. DeLANGE:  Object to the form

01:28:46  15          of the question.

01:28:50  16          A.      This probably would not be

01:28:52  17   considered typical.

01:28:53  18          Q.      Okay.  What would be considered

01:28:55  19   typical?

01:29:20  20          A.      Sometimes there would be more

01:29:21  21   discussion around the deal.

01:29:23  22          Q.      Okay.  Such as what?

01:29:28  23          A.      Just what was in here.

01:29:34  24          Q.      So sometimes -- to just clarify,

01:29:36  25   sometimes you say there would be additional

Page 78

1                    J. HENDRICKSON

01:29:38  2  discussion just about the details that are

01:29:41  3  provided in the E-mail?

01:29:44  4       A.    Or any other questions that Glenn

01:29:45  5  would have regarding the review, correct.

01:29:49  6       Q.    Okay.  What role did you play,

01:29:53  7  typically, in putting together this sort of

01:30:01  8  deal summary that Mr. Albus or one of the

01:30:03  9  analysts would send to Mr. Tso seeking

01:30:06 10  approval for an RMBS purchase?

01:30:09 11       A.    In general it is the analyst that

01:30:11 12  would put these together.

01:30:13 13       Q.    Did you have any role in making

01:30:14 14  the recommendation to Mr. Tso or did the

01:30:18 15  analyst essentially work on his own?

01:30:23 16       A.    No, the analyst did not work on

01:30:24 17  his own.

01:30:25 18       Q.    So the analyst would put together

01:30:27 19  this summary, I am trying to get a sense of

01:30:29 20  what kind of discussion or interaction the

01:30:32 21  analyst would have with you before sending

01:30:35 22  the sort of proposal to one of the officers?

01:30:41 23       A.    In general, they would sit there

01:30:43 24  and put together the necessary docs.  I would

01:30:45 25  have that conversation with Glenn directly.

Page 79

1          J. HENDRICKSON

01:30:52  2   This could have been a time in which I was on

01:30:54  3   vacation.  So I was not available to have

01:30:58  4   this conversation directly with Glenn so

01:31:00  5   therefore, Frank would do it.  But the vast

01:31:04  6   majority of cases I believe they would

01:31:07  7   prepare for me and I would have the

01:31:08  8   conversation directly with Glenn.

01:31:11  9        Q.    So in the vast majority of cases,

01:31:13 10   is it fair to say that it wasn't just the

01:31:18 11   analyst alone who was making the preliminary

01:31:22 12   determination of what to invest in, you were

01:31:26 13   involved in that process also before it would

01:31:28 14   go to management?

01:31:29 15        A.    Correct.  It was -- the analyst

01:31:32 16   didn't make any preliminary determination

01:31:34 17   whether we should invest or not.

01:31:36 18        Q.    It was really your determination

01:31:38 19   subject to the approval of somebody who had

01:31:42 20   the authority to approve the investment,

01:31:44 21   right?

01:31:44 22        A.    Correct.

01:32:01 23        Q.    I am going to show you what has

01:32:02 24   been marked as Exhibit 185.  Which bears

01:32:10 25   Bates number DEX_JPM_00728574 through '75.

Page 88

1                        J. HENDRICKSON

01:43:55  2          A.      Correct.

01:43:56  3          Q.      Part of it is also the expertise

01:43:57  4    that the insurance arm of FSA has, correct?

01:44:01  5          A.      Correct.

01:44:05  6          Q.      What kind of credit expertise did

01:44:12  7    FSA have that could be brought to bear in

01:44:15  8    evaluating these investments?

01:44:19  9              MR. DeLANGE:    Object to the

01:44:19 10    form.    Beyond the scope.

01:44:20 11              You can answer.

01:44:22 12          A.      Specific to FSAM or to FSA

01:44:26 13    overall?

01:44:27 14          Q.      Well, just going back to the

01:44:29 15    quote, it says "To leverage FSA structured

01:44:29 16    finance and credit expertise by focusing on

01:44:35 17    investments in high quality ABS and MBS."

01:44:41 18    Did FSAM leverage credit expertise in making

01:44:48 19    investment decisions in RMBS?

01:44:59 20          A.      We did not consider credit to be

01:45:02 21    a huge component.    As a matter of fact, it

01:45:05 22    was a very small component of our portfolio.

01:45:07 23    That's why we primarily focused on the AAA

01:45:11 24    ratings from primarily Moody's and S&P.

01:45:16 25          Q.      Okay.    But I take it from the

1                          J. HENDRICKSON

01:45:18  2    statement here in the underwriting

01:45:19  3    guidelines, that FSA did in fact have credit

01:45:23  4    expertise, right?

01:45:24  5              MR. DeLANGE:  Object to the form

01:45:25  6         of the question.  Beyond the scope.

01:45:30  7         A.    Yes, within the overall corporate

01:45:33  8    entity.

01:45:34  9         Q.    And within the underwriting

01:45:36 10    guidelines, it says that FSA financial

01:45:39 11    products will leverage that credit expertise

01:45:43 12    in focusing on -- in focusing its MBS

01:45:46 13    investments, correct?

01:45:49 14         A.    It does say that.

01:45:50 15         Q.    Okay.  And are you saying that

01:45:52 16    that didn't actually happen?

01:45:58 17         A.    There was very -- by staying at

01:46:00 18    the AAA level, there was very little -- we

01:46:08 19    were leveraging our expertise within the

01:46:12 20    product.  But within that, due to the

01:46:16 21    portfolio, due to the short turnaround time,

01:46:22 22    we wanted to stay with quality institutions

01:46:26 23    where we felt comfortable with the

01:46:27 24    underwriting process and we wanted to stay

01:46:30 25    extremely high in the capital structure and

Page 90

1                          J. HENDRICKSON

01:46:32  2    that's why we primarily concentrated on the

01:46:34  3    AAA bonds.

01:46:36  4         Q.    Okay.   So credit expertise, I

01:46:44  5    take it, is something that FSAM would have

01:46:49  6    been capable of bringing to bear in

01:46:53  7    connection with investments in MBS; is that

01:46:56  8    fair?

01:46:57  9              MR. DeLANGE:   Object to the

01:46:58  10       form.

01:47:00  11        A.    We believe we had a credit

01:47:02  12   expertise.   That does not necessarily mean

01:47:05  13   that you need to go out and buy a credit

01:47:09  14   intensive product.

01:47:11  15        Q.    Okay.   I understand.   So I am

01:47:13  16   trying to say that the reason why FSAM didn't

01:47:20  17   use a lot of credit expertise in evaluating

01:47:24  18   its MBS investments is because you didn't

01:47:28  19   believe that it was an important component of

01:47:32  20   evaluating those investments; is that fair?

01:47:34  21             MR. DeLANGE:   Object to the form

01:47:34  22        of the question.   Misstates his

01:47:35  23        testimony.

01:47:41  24        A.    By us staying at the AAA level,

01:47:44  25   we did not believe that credit was a huge

Page 91

|       |    | J. HENDRICKSON |
|-------|----|----------------|
| 01:47:48 | 2 | component of the trade.  That there were |
| 01:47:49 | 3 | other factors within that bond structure that |
| 01:47:53 | 4 | we were managing that was above and beyond |
| 01:47:56 | 5 | where credit fell. |
| 01:47:57 | 6 | Q.    Okay.  But notwithstanding that, |
| 01:48:00 | 7 | to the extent you wanted to do more |
| 01:48:05 | 8 | investigation and analysis into credit |
| 01:48:08 | 9 | issues, it is something that FSA certainly |
| 01:48:11 | 10 | had the capability of doing, right? |
| 01:48:16 | 11 | MR. DeLANGE:  Object to the |
| 01:48:16 | 12 | form. |
| 01:48:26 | 13 | A.    We had the ability to assess |
| 01:48:29 | 14 | credit. |
| 01:48:30 | 15 | Q.    Okay.  It is just that in |
| 01:48:32 | 16 | connection with the majority of the RMBS |
| 01:48:35 | 17 | investments that you were making in 2006 and |
| 01:48:39 | 18 | 2007, including the investments at issue in |
| 01:48:42 | 19 | this case, FSAM didn't believe that it was an |
| 01:48:46 | 20 | important component of the analysis; is that |
| 01:48:48 | 21 | fair? |
| 01:48:49 | 22 | MR. DeLANGE:  Object to the form |
| 01:48:49 | 23 | of the question.  Misstates his |
| 01:48:51 | 24 | testimony. |
| 01:48:53 | 25 | A.    We believed in what your client |

Page 92

|  | 1 | J. HENDRICKSON |
|---|---|---|
| 01:49:00 | 2 | sent us in terms of the term sheet. We |
| 01:49:02 | 3 | believed ultimately that it would be |
| 01:49:04 | 4 | reflected accurately in the final black, and |
| 01:49:09 | 5 | we believed that was accurately represented |
| 01:49:12 | 6 | to the rating agencies and providing us with |
| 01:49:14 | 7 | the AAA rating. Usually from Moody's and |
| 01:49:16 | 8 | S&P. |
| 01:49:18 | 9 | Q. Okay. Move to strike that as |
| 01:49:19 | 10 | non-responsive. |
| 01:49:20 | 11 | I want you to focus on what my |
| 01:49:22 | 12 | question was. I am not asking you what you |
| 01:49:25 | 13 | did believe and what you did look at. I am |
| 01:49:29 | 14 | just asking if, sort of more asking about the |
| 01:49:33 | 15 | negative here. And just to focus you, in |
| 01:49:38 | 16 | evaluating the investments at issue in this |
| 01:49:40 | 17 | case, is it true that you and FSAM did not |
| 01:49:49 | 18 | believe that credit analysis was an important |
| 01:49:52 | 19 | component of the decision process? |
| 01:49:57 | 20 | MR. DeLANGE: Object to the form |
| 01:49:58 | 21 | of the question. Asked and answered. |
| 01:50:07 | 22 | A. It was not the first and foremost |
| 01:50:08 | 23 | concern of ours when we invested in the |
| 01:50:11 | 24 | securities. |
| 01:50:12 | 25 | Q. Did you consider it to be an |

Page 118

1                        J. HENDRICKSON

02:22:38  2          Q.      So you would make an order that

02:22:39  3      says we want to invest in Tranche A provided

02:22:45  4      that it is rated AAA, something like that?

02:22:49  5          A.      Correct.  If that rating changed

02:22:51  6      for whatever reason, the order would not be

02:22:53  7      good.

02:22:55  8          Q.      Because you had testified earlier

02:22:57  9      that, you know, even with respect to the

02:22:58 10      collateral, the final loan tape wasn't

02:23:03 11      necessarily set at the time that you made

02:23:07 12      your investment decisions.  So I take it the

02:23:09 13      rating agencies would have additional data to

02:23:12 14      consider after that fact, also, right?

02:23:14 15              MR. DeLANGE:  Object to the form

02:23:14 16      of the question.  Misstates testimony.

02:23:21 17          A.      It was usually stated that the

02:23:25 18      additional collateral would be consistent

02:23:28 19      with the term sheet that we were provided.

02:23:30 20      That there would not be any material

02:23:31 21      difference.

02:23:35 22          Q.      Okay.  Do you believe that the

02:24:05 23      deals you invested in that are at issue in

02:24:07 24      this case were rated incorrectly?

02:24:10 25              MR. DeLANGE:  Object to the form

Page 119

          1          J. HENDRICKSON

02:24:11  2       of the question.  Beyond the scope.

02:24:13  3            You can answer.

02:24:17  4       A.    At the time we purchased, we

02:24:19  5   believed that they were AAA rated securities.

02:24:24  6       Q.    I am saying at the time -- as you

02:24:26  7   are sitting here today, do you believe that

02:24:29  8   at the time of issuance the deals were rated

02:24:32  9   incorrectly?

02:24:33 10            MR. DeLANGE:  Object to the form

02:24:34 11       of the question.  Beyond the scope.

02:24:36 12            But you can answer.

02:24:39 13       A.    I think there is certainly a

02:24:41 14   possibility that had everything been

02:24:44 15   disclosed with respect to the collateral and

02:24:47 16   the knowledge of the underwriter, if

02:24:54 17   everything had been disclosed to the rating

02:24:56 18   agencies, there is certainly a possibility

02:24:58 19   that they would not have achieved the ratings

02:25:02 20   that they did or the splits that they did.

02:25:15 21       Q.    You don't know one way or the

02:25:16 22   other whether that was actually the case,

02:25:17 23   right?

02:25:18 24            MR. DeLANGE:  Object to the form

02:25:19 25       of the question.

Page 121

```
             1                      J. HENDRICKSON
02:26:25     2          of the question.
02:26:31     3          A.      I guess we could have asked for
02:26:32     4   anything.
02:26:33     5          Q.      In fact, when there were things
02:26:35     6   that you wanted to know about a particular
02:26:37     7   deal, you did in fact reach out to the
02:26:41     8   underwriters on that deal and asked them
02:26:42     9   questions, right?
02:26:44    10                  MR. DeLANGE:   Object to the form
02:26:44    11          of the question.   Misstates his
02:26:45    12          testimony.
02:26:48    13          A.      We can ask whatever we want.   We
02:26:49    14   may not always get it.
02:26:51    15          Q.      Well, but you could and did ask
02:26:54    16   underwriters questions when you had questions
02:26:56    17   about a particular deal, right?
02:26:57    18          A.      Correct.
02:26:59    19          Q.      And often, maybe not always, you
02:27:03    20   received answers to those questions, right?
02:27:05    21          A.      We received the response, yes.
02:27:07    22          Q.      Okay.   Is there any reason why
02:27:09    23   you would have been prohibited from asking
02:27:11    24   underwriters questions about the due
02:27:13    25   diligence that they had performed?
```

Page 122

```
               1                    J. HENDRICKSON
02:27:18       2          A.      It was -- we did ask in general
02:27:30       3     about the diligence process.  As a matter of
02:27:32       4     fact, it was the investment banks that put
02:27:33       5     together the pitch books that brought them
02:27:35       6     over to our office and set up meetings to go
02:27:39       7     through the diligence process.  So it was the
02:27:42       8     investment banks that made an extremely
02:27:46       9     strong effort to show how the diligence
02:27:49      10     process provided comfort in their product.
02:27:52      11          Q.      Okay.  Can you point to any
02:27:59      12     specific due diligence presentations that you
02:28:05      13     were provided with related to the securities
02:28:09      14     at issue in this case?
02:28:13      15          A.      I -- no.
02:28:15      16          Q.      Do you know whether or not FSAM
02:28:18      17     relied on any such due diligence
02:28:20      18     presentations in connection with its
02:28:23      19     investments in this case?
02:28:26      20          A.      We do not rely solely on it, but
02:28:28      21     when a presentation was made about the
02:28:30      22     process, origination process, the appraisal
02:28:34      23     process, the documentation process, the
02:28:39      24     verification of all that, when we were told
02:28:42      25     that, we did rely on that.
```

Page 133

1                    J. HENDRICKSON

02:40:09  2   the title is about high grade ABS CDOs.  It

02:40:14  3   says "A bottom up analysis."

02:40:17  4        A.    Yes.

02:40:17  5        Q.    And if you turn in a few pages to

02:40:21  6   page 6 ending in Bates number 346.  You see

02:40:30  7   the heading at the top of the page says

02:40:32  8   Housing The Foundation of High HG CDOs, high

02:40:36  9   grade CDOs, correct?

02:40:38 10        A.    Yes.

02:40:39 11        Q.    Then it says "CDOs are a play on

02:40:44 12   the U.S. housing market" and below that,

02:40:48 13   "RMBSs and CDOs of RMBSs drive out other

02:40:53 14   collateral types."  Do you agree that RMBSs,

02:40:58 15   as early as the 2005 time period, were a play

02:41:02 16   on the U.S. housing market?

02:41:04 17             MR. DeLANGE:  Object to the form

02:41:04 18        of the question.

02:41:21 19        A.    It can be.  But it may not.  If

02:41:24 20   we are buying AAA rated securities, that's

02:41:27 21   not necessarily, in my view, a play on the

02:41:30 22   housing market.

02:41:31 23        Q.    But in hindsight it was, right?

02:41:34 24             MR. DeLANGE:  Object to the form

02:41:34 25        of the question.

Page 134

```
          1                    J. HENDRICKSON

02:41:50  2          A.     I don't necessarily agree with

02:41:51  3    that.

02:41:53  4          Q.     Okay.  It is a fact that housing

02:41:56  5    crashed in the United States, correct?

02:41:58  6                 MR. DeLANGE:  Object to the form

02:41:59  7    of the question.

02:42:01  8          A.     Correct.

02:42:02  9          Q.     Okay.  Do you believe that that

02:42:04 10    had any role in the decline in value in your

02:42:07 11    RMBS investments?

02:42:09 12                 MR. DeLANGE:  Objection.  Beyond

02:42:10 13    the scope.

02:42:11 14                 You may answer.

02:42:12 15          A.     I believe it is the other way

02:42:14 16    around.

02:42:17 17          Q.     Explain that.

02:42:19 18          A.     That it wasn't the down -- the

02:42:23 19    falling of the housing market that

02:42:26 20    deteriorated the creditworthiness of our

02:42:28 21    securities.  It was the excess -- it was the

02:42:34 22    insidual demand by the investment banks to

02:42:41 23    get volume to sit there and make

02:42:44 24    inappropriate loans and apparently shortcuts

02:42:49 25    were made.  They weren't told to the
```

Page 145

                           1                    J. HENDRICKSON

02:56:02    2    and 2007, when you were purchasing the RMBSs

02:56:05    3    at issue in this case, right?

02:56:08    4         A.    Correct.  The rating agencies,

02:56:19    5    everybody understood that and that's why the

02:56:21    6    subordination levels, deal structures were

02:56:23    7    changed to reflect those type of borrowers to

02:56:28    8    maintain a AAA or provide a AAA rating.

02:56:38    9         Q.    I am going to give you what has

02:56:39   10    been marked as Exhibit 188.  Bears Bates

02:56:49   11    number DEX_JPM_0451391 through '1423.

           12              (Whereupon, Exhibit 188,

           13              Document Bearing Bates Number

           14              DEX_JPM_0451391 Through 1423 was

           15              marked for identification as of this

           16              date by the Reporter.)

02:57:21   17         Q.    You see that Exhibit 188 consists

02:57:23   18    of a cover E-mail followed by a presentation,

02:57:28   19    correct?

02:57:29   20         A.    Yes.

02:57:30   21         Q.    Do you know what this

02:57:31   22    presentation is?

02:57:42   23         A.    It looks like a subprime

02:57:44   24    presentation.

02:57:47   25         Q.    Shows for a conference call on