# EXHIBIT 74



AUGUST 2006

CURRENT OPPORTUNITIES IN THE NON-AGENCY MARKET

STRICTLY PRIVATE AND CONFIDENTIAL

JPMorgan



DEPOSITION
EXHIBIT 528

1-29-13 TF

PENGAD 800-631-6989

Confidential

CURRENT OPPORTUNITIES IN THE NON AGENCY MARKET

This presentation was prepared exclusively for the benefit and internal use of the JPMorgan client to whom it is directly addressed and delivered (including such client's subsidiaries, the "Company") in order to assist the Company in evaluating, on a preliminary basis, the feasibility of a possible transaction or transactions and does not carry any right of publication or disclosure, in whole or in part, to any other party.  This presentation is for discussion purposes only and is incomplete without reference to, and should be viewed solely in conjunction with, the oral briefing provided by JPmorgan.  Neither this presentation nor any of its contents may be disclosed or used for any other purpose without the prior written consent of JPMorgan.

The information in this presentation is based upon any management forecasts supplied to us and reflects prevailing conditions and our views as of this date, all of which are accordingly subject to change.  JPMorgan's opinions and estimates constitute JPMorgan's judgment and should be regarded as indicative, preliminary and for illustrative purposes only.  In preparing this presentation, we have relied upon and assumed, without independent verification, the accuracy and completeness of all information available from public sources or which was provided to us by or on behalf of the Company or which was otherwise reviewed by us.  In addition, our analyses are not and do not purport to be appraisals of the assets, stock, or business of the Company or any other entity.  JPMorgan makes no representations as to the actual value which may be received in connection with a transaction nor the legal, tax or accounting effects of consummating a transaction.  Unless expressly contemplated hereby, the information in this presentation does not take into account the effects of a possible transaction or transactions involving an actual or potential change of control, which may have significant valuation and other effects.

Notwithstanding anything herein to the contrary, the Company and each of its employees, representatives or other agents may disclose to any and all persons, without limitation of any kind, the U.S. federal and state income tax treatment and the U.S. federal and state income tax structure of the transactions contemplated hereby and all materials of any kind (including opinions or other tax analyses) that are provided to the Company relating to such tax treatment and tax structure insofar as such treatment and /or structure relates to a U.S. federal or state income tax strategy provided to the Company by JPmorgan.

JPMorgan's policies prohibit employees from offering, directly or indirectly, a favorable research rating or specific price target, or offering to change a rating or price target, to a subject company as consideration or inducement for the receipt of business or for compensation.  JPMorgan also prohibits its research analysts from being compensated for involvement in investment banking transactions except to the extent that such participation is intended to benefit investors.

IRS Circular 230 Disclosure:  JPMorgan  Chase & Co. and its affiliates do not provide tax advice.  Accordingly, any discussion of U.S. tax matters included herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing or recommendation by anyone not affiliated with JPMorgan Chase & Co. of any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.

JPMorgan is a marketing name for investment banking businesses of JPMorgan Chase & Co.  and its subsidiaries worldwide. Securities, syndicated loan arranging, financial advisory and other investment banking activities are performed by a combination of J.P. Morgan Securities Inc., J.P. Morgan plc, J.P. Morgan Securities Ltd. and the appropriately licensed subsidiaries of JPMorgan Chase & Co. in Asia-Pacific, and lending, derivatives and other commercial banking activities are performed by JPMorgan Chase Bank, N.A.  JPMorgan deal team members may be employees of any of the foregoing entities.

This presentation does not constitute a commitment by any JPMorgan entity to underwrite, subscribe for or place any securities or to extend or arrange credit or to provide any other services.

JPMorgan

[CLIENT NAME]

JPMC_DEX_000733777



## The economic landscape provides a solid underpinning for growth in 2006. . .



JPMC_DEX_000733779



JPMC_DEX_000733780



**Non-agency issuance continues to grow as a share of MBS issuance with large banks and dealer conduits dominating the market**



JPMC_DEX_000733782



CMO issuance remained strong through 2006



Confidential



Comprehensive team of MBS professionals

Confidential

## JPMorgan offers a full service platform for mortgage originators

**ABS/MBS Mortgage Origination**

- JPMorgan covers a number of banks, mortgage companies and REITs

- Transaction expertise exists with third party clients and JPMAC, JPALT, CFLEX and JPMMT

- Services include managing term securitizations, advisory work, new originator/issuer securitizations, new product development and valuation of held securities such as residuals

**Trading and Distribution**

- The whole loan trading desk purchases prime, Alt-A and subprime paper on a bulk and flow basis

- The desk provides structuring, market and asset expertise to support and facilitate other lines of business across the firm including MBS originations, syndicate, financing, investment banking and various sales and trading groups

**Mortgage Finance**

- JPMorgan is a leading provider of warehouse and aggregation facilities for mortgage originators

**Derivatives**

- JPMorgan's derivative practice is consistently recognized as one of the top dealers globally

**Chase Home Finance**

- 4th largest servicer by volume

- Highly rated by S&P and Moody's
  - SQ1 by Moody's as servicer of prime and subprime loans
  - Strong/Stable by S&P as servicer of prime and subprime loans

J P M O R G A N   M O R T G A G E   B A N K I N G   Q U A L I F I C A T I O N S

**JPMorgan** ◇

[CLIENT NAME]   9

JPMC_DEX_000733786



JPMC_DEX_000733787



Confidential



Object titles are not aligning with right edge of table, yet they are sized the same.

Confidential



Agenda

CURRENT OPPORTUNITIES IN THE NON-AGENCY MARKET

| | Page |
|---|---|
| Market overview | 1 |
| JPMorgan mortgage banking qualifications | 7 |
| Acquisition and securitization process | 13 |
| Deal description and performance overview | 23 |
| JPMMT 2006-A4 economics | 33 |
| Exhibit 1 | 38 |

JPMorgan ◇

[CLIENT NAME]  13

Confidential



## Acquisition Strategies

- Initial focus on acquiring bulk packages from large originators who have a broad relationship with JPMorgan
- JPMorgan has begun acquiring medium size bulk packages, which are combined to create multi-seller securitizations
- Loans are purchased to the seller's underwriting guidelines
- High level guidelines require that all current purchases meet the following criteria:
  - FICO greater than 500
  - LTV/CLTV less than or equal to 100%
  - No predatory or high cost loans

| Large Bulk Packages ($500MM+) | Medium Bulk Packages ($50MM - $300MM) | Correspondent Flow |
|---|---|---|
| ■ Large bulk packages of $500MM+ for placement into single name securitizations<br>■ Transparency of information<br>  – Historical performance and collateral<br>  – Rating agency levels and enhancements<br>  – Market color on execution (i.e. spreads, investors, structures, etc)<br>■ Lower transaction costs<br>■ Convenient and easier transaction execution<br>■ Ability to leverage existing relationships in the IB and CHF<br>■ Lowest securitization margin | ■ Medium purchases of $50 - $300MM for aggregation into multi-seller securitizations<br>■ Less transparency of performance and market color<br>■ Higher transaction costs<br>■ Wider profit margin<br>■ Existing clients or potential clients | ■ Smaller packages and loan level acquisitions represent a future opportunity<br>■ Allows for greater profit margin<br>■ Requires a "flow" infrastructure capable of handling individual loan purchase and sales<br>■ Requires development of JPMAC pricing/UW guidelines<br>  ■ 100% due diligence on loans<br>■ Partnership with CHF to leverage underwriting/boarding infrastructure required |

*ACQUISITION AND SECURITIZATION PROCESS*

JPMorgan ◇

[CLIENT NAME] 14

Confidential



JPMC_DEX_000733792

## Counterparty approval



| Approval process | Risk approval guidelines |
|---|---|
| ■ PHH<br>■ NatCity<br>■ Accredited<br>■ Ameriquest<br>■ Countrywide<br>■ Equifirst<br>■ Fieldstone<br>■ First Franklin<br>■ Fremont<br>■ GMAC RFC<br>■ New Century<br>■ Novastar<br>■ Option One<br>■ Ownit<br>■ ResMAE<br>■ Wells Fargo<br>■ WMC | ■ JPMAC will only trade with counterparties that have received approvals from appropriate risk representatives.  The approval is based on:<br>■ Existing relationships or sponsorship within the IB or CHF<br>■ Financial condition and reputation of the counterparty<br>■ Servicer rating<br>■ Industry best practices<br>■ Solid underwriting platform and approved guidelines<br>■ Strategic firm-wide opportunities<br>■ A comprehensive loan pool analysis detailing collateral composition and historical performance<br>■ On initial purchases, Principal Risk Management reviews model assumptions for each counterparty before submitting bids<br>■ On-site due diligence is performed by members of the Transaction Management, Banking and Trading teams (refer to exhibit 1 for detailed due diligence process) |

ACQUISITION AND SECURITIZATION PROCESS

JPMorgan

[CLIENT NAME]  16

## Bid Process

**All incoming loan pools are evaluated using a prospective securitization exit strategy**

### Collateral review

- Comps to similar collateral pools are reviewed including key statistics such as LTV, FICO, Documentation Type, Product Mix, etc

- Whole loan pools are compared against historical pools from the seller

- Affordability loans (e.g. IOs and 40yr balloons) are reviewed for proper risk pricing and compensating factors

- Loans are reviewed to ensure appropriate geographic diversification

### Rating agency feedback

- Rating agency feedback on pools are used to tranche the prospective bond sizes

- Enhancement and loss coverage levels are compared on a pool-to-pool basis

- Reasonable adjustments are made to the rating agency levels to reflect potential market movements at time of securitization

### Independent performance validation

- JPMorgan uses 2 loan level models to create an initial set of loss and prepay forecasts – Loan Performance and proprietary model

- The models uses loans specific collateral characteristics (LTV, FICO, Doc Type, etc) and incorporates expectations about interest rates and housing prices (at the MSA level)

- The simulation engines provide the magnitude and timing of prepays and losses for use in cashflow modeling

- ABS/MBS Research team reviews the assumptions for quality control purposes

### Structure evaluation

- After coordinating with syndicate desk for market spreads, the prepay and loss assumptions, along with forward LIBOR assumptions and credit enhancement, are incorporated to develop a structure and evaluate economics

- Valuations are stressed for optimal alternatives and implementation of various interest rate derivatives

ACQUISITION AND SECURITIZATION PROCESS

**JPMorgan** ◇

[CLIENT NAME]  17

JPMC_DEX_000733794

# Risk Models



**Projection methodology**

- The collateral data tape is fed into the Loan Performance Risk model where it is analyzed on a loan level basis for defaults, severities and prepays
  - Variables such as FICO, doc type, CLTV, occupancy and product type are assessed

- The LP Model is used to forecast credit and prepayment risk based on loan level characteristics of the bid pools
  - Prepay and loss curves play a tremendous role in determining the size of the excess cashflow strip
  - The model estimates a distribution of possible future prepay and loss vectors by performing multiple simulations of future interest rates and housing paths
  - Housing prices are simulated using 20 years of historical MSA level home price appreciation data
  - Projected vectors are compared to historical performance

- ABS Trading is developing an issuer-specific proprietary model to enable more robust valuation of loan pools
  - Supported by a large public and internal mortgage database
  - Collaborating with CHF to gather, analyze and assess raw mortgage data

*ACQUISITION AND SECURITIZATION PROCESS*

JPMorgan

[CLIENT NAME] 18

JPMC_DEX_000733795

## On-going Portfolio Surveillance

Post closing, Transaction Management and Trading Desks perform on-going monitoring of assets - both assets in inventory as well as sold positions

- Monitor inventory for performance and quality
- Monitor securitized assets for prepayment and credit performance at dealer and counterparty level
- Monitor purchase agreement covenants, reps and warranties and take action as appropriate
  - Early payment default
  - Premium recapture
- On-going counterparty contractual performance review
- Third party trust oversight managers
  - Pentalpha Surveillance LLC
  - Clayton Fixed Income Services

ACQUISITION AND SECURITIZATION PROCESS

**JPMorgan**

[CLIENT NAME]  19

Confidential

JPMC_DEX_000733796

## Pentalpha Surveillance LLC

- Pentalpha Surveillance LLC provides loan-level oversight services for domestic and international structured finance trusts

- Primary product – Pentalpha Recovery and Optimization (PRO services)
  - Review monthly work of loan servicers, insurers, derivative counterparties, fund mangers and indenture trustees
  - Ensures compliance of third party agents with their trust obligations
  - Maximizes timely cash flow to trusts
  - Minimizes downgrade risk to bonds
  - Provides collateral and operational benchmark services

- Other services include:
  - Investment management advice
  - Strategic planning advisory
  - Workout services
  - Valuation opinions
  - Model validations
  - Operational consulting
  - Due Diligence servicers
  - Litigation support

ACQUISITION AND SECURITIZATION PROCESS

JPMorgan ◇

[CLIENT NAME]   20

Confidential

## Residual Risks and Mitigants

- Post-securitization, a residual is created and held by JPM. Several alternatives exist for retaining or distributing some or a portion of this risk
- Retain entire residual
- NIM the front-end of the residual and retain the back-end Non-IG piece
    - Investment grade residuals: first 24 months of cashflow that is relatively less susceptible to the adverse effects of the loss curve
    - Non-investment grade residuals: the unrated backend cashflow is more negatively impacted by the adverse effects of the loss and prepay curve
- Sell some portion of the entire residual
- Main sources of cashflow for residuals and NIM securities:
    - Excess spread - the difference between the net interest rate on the loans and the coupons on the bond
    - Overcollateralization release - portion of fully funded OC can be released to NIM, provided that certain triggers are met
    - Prepayment penalty - penalty fees are pledged to the residual/NIM security
    - Interest rate cap agreements - hedges interest rate risk during bear market scenarios



## Residual Risks and Mitigants (continued)

■ Any retained residual is exposed to the following risks:

| Risks | Mitigants |
|---|---|
| Interest Rate Movement | ■ BPV analysis: libor stress scenarios on residual value |
| | ■ Hedge with Eurodollar futures, caps, swaps |
| Credit Losses | ■ Extensive front-end due diligence |
| | ■ Comprehensive collateral analysis |
| | ■ Forecasting of credit and prepayment risk on loan level characteristics |
| | ■ Collateral guidelines (see Warehouse Risk and Mitigants) |
| | ■ Top rated servicing |
| | ■ CHF on most servicing released bids; exceptions are made for partnerships with upper tier servicing arms |
| | ■ Only accept retained packages from upper tier servicers |
| | ■ Third party surveillance: Pentalpha, Clayton |
| | ■ Loan level servicing oversight |
| | ■ Loss mitigation review |
| | ■ Also provide reconciliation on waterfall, embedded derivatives, prepay penalties, etc. |
| Prepayments | ■ Significant prepay penalty coverage |
| | ■ Premium recapture on early prepays |
| Model Risk | ■ Monthly/quarterly Residual Review Committee meetings |

JPMorgan ◇

[CLIENT NAME]   22

JPMC_DEX_000733799



JPMC_DEX_000733800



## Non-Agency Collateral

**Non-Agency** - residential mortgage loans that do not meet (do not conform to[1]) the Government Sponsored Entities' (FNMA, FHLMC, GNMA) Guidelines for Delivery due to one or a combination of the following factors:

> The **mortgage balance** exceeds the amount permitted by the agency
> The **borrower characteristics** fail to meet the underwriting standards established by the agency
> The **loan characteristics** fail to meet the underwriting standards established by the agency
> The **loan documentation** required by the agency is not complete due to either borrower's inability to provide or lender's decision to waive

**Non-Agency** collateral is differentiated into Prime (Jumbo-A) and Alternative or (Alt-A):

### Jumbo-A

- **Term** - Adjustable rate or 15, 30 year fixed rate, fully amortizing or with a variety of interest only periods
- **Balance** - exceeding the agency conforming limit = non-conforming or jumbo ($417,000 for single family loans for 2006)
- **Documentation** - Generally full doc
- **Credit** - Excellent credit, average FICO ~740
- **LTV** - ~70
- **Property Type** - generally, owner occupied single family homes.
- **Purpose** - typically, purchase or straight rate/term refinance
- **Coupon** - Par, current market rate coupons

### ALT-A

- **Term** - Adjustable rate or 15, 30 year fixed rated, fully amortizing or with a variety of interest only period s
- **Documentation** - Conforming balance or jumbo
- **Documentation** - Low or no doc loans (SISA - State Income Stated Assets, NINA - No Income No Assets, Streamline, etc.)
- **Credit** - Lower credit, average ~700 FICO
- **LTV** - higher than Jumbo-A, sometimes >80, Flex 80/20, 100% or 103% , securities pledge program, etc.
- **Property Type** - higher percentages of investor properties, second homes
- **Purpose** - higher frequency of cash out (equity takeout) refinances
- **Coupon** - Greater than Jumbo, increasing with lower FICO, higher LTV, lower documentation statistics

Source: JP Morgan Securities Inc.

DEAL DESCRIPTION AND PERFORMANCE OVERVIEW

JPMorgan

[CLIENT NAME]  24

## JPMorgan Securities Non-Agency Business Model
## Best Credit & Strong Due Diligence = Top Performance

- JPMorgan purchases residential loans on a flow and bulk basis from highly-rated, proven originators and programs.

- Primary source of collateral is Chase Home Finance, thru flow and bulk programs.

- Other sellers are proven, highly rated originators.  Including: Cendant (PHH), Countrywide, Nat City, Wells Fargo

- Upon acquisition we do additional due diligence, compliance, valuation and other checks, above and beyond the originators' process.

- Depending on the type of product, loans are securitized off different JPMorgan shelves: (JPMMT, JPALT, CFLEX, CHASE, JPMAC)
  - First JPMMT Deal was in 2003.  Total program issuance thru Jun 2006 is transactions consisting of ~ $20bn
    - ARM issuance is ~ $20bn
    - Cleanest Jumbo A shelf in the marketplace today.  De minimus 90+ delinquent

DEAL DESCRIPTION AND PERFORMANCE OVERVIEW

JPMorgan ◇

[CLIENT NAME]  25

Confidential



Our prime and Alt-A shelves

**CHASE**

Issuer: Chase Mortgage Finance Trust

Depositor: Chase Mortgage Finance Corp

Collateral Type: Jumbo-A

Originator: 100% Chase

**CFLX**

Issuer: ChaseFlex Trust

Depositor: Chase Mortgage Finance Corp.

Collateral Type: Alt-A

Originator: 100% Chase

**JPMMT**

Issuer: JP Morgan Mortgage Trust

Depositor: JP Morgan Acceptance Corp (JPMAC)

Collateral Type: Jumbo-A

Originator: Chase and/or other

**JPALT**

Issuer: JP Morgan Alternative Loan Trust

Depositor: JP Morgan Acceptance Corp (JPMAC)

Collateral Type: Alt-A

Originator: Chase and/or other

DEAL DESCRIPTION AND PERFORMANCE OVERVIEW

JPMorgan

[CLIENT NAME]  26

JPMC_DEX_000733803

# The Alternative-A market

**Alt-A market definition**

- The definition of what constitutes and "Alt-A" loan has changed over the last 5 years. Traditionally, Alt-A borrowers were those that had strong "A" credit but had non-standard needs - typically with respect to documentation. This market was originally constructed for those individuals, usually self employed borrowers, who wanted a quick mortgage decision and were willing to pay a slight premium to avoid income and asset verification. This would be appealing to entrepreneurs, sales people, self employed borrowers, etc who potentially might have a volatile income stream, but who are creditworthy.

- Currently, the concept of Alt-A now includes those borrowers who might have good credit history at an A-level. Furthermore, some types of borrowers may fall into an "Alt-B" category, as credit scores may be as low as 580 and can average around 660.

- It may be difficult to devise conclusive definitions and guidelines for Alt-A collateral, since definitions may vary lender to lender.

**Alt-A market expectations**

- As the housing market continues to slow, near term growth in the Alt-A sector will continue to rise during 2006. As lenders continue to find ways to bolster their pipelines, much of the growth in the Alt-A sector, continues to come from IOs and Option ARMs (Negative amortization loans). In fact, IO originations are expanding to include Fixed Rate IOs. Further origination volume may also come from rolling refi's of subprime ARM borrowers who may qualify for Alt-A or Alt-B credit.

- In the second half of 2005, prime loans accounted for 64%, sub-prime loans 21%, Alt-A loans 12%, and government loans 2% of the dollar volume of first mortgage originations. In terms of outstanding loans, the sub-prime and prime share has grown markedly in recent years as the government programs (FHA and VA) have lost significant share. According to MBA's data, at the end of 2005, prime loans accounted for 76%, sub-prime 13%, and FHA and VA the remaining 11% of outstanding loans.

Source: Mortgage Bankers Association

**DEAL DESCRIPTION AND PERFORMANCE OVERVIEW**

JPMorgan ◇

Confidential

## Summary collateral – recent shelf deals

| Summary Statistics | JPALT 2006-O3 (Aggregate) Fixed Jumbo Prime | JPALT 2006-A2 (OC Group) 6/1-A | JPALT 2006-A2 (Shifting Interest) 6/1-A | JPMC 2006-WMC2 (Aggregate) Sub-prime |
|---|---|---|---|---|
| Deal Close Date | 06/01/2006 | 04/28/2006 | 04/28/2006 | 06/06/2006 |
| Originator | Countrywide, Greenpoint, WGT | Chase, Countrywide, Greenpoint, PHH, WGT | Chase, Countrywide, PHH, WGT | WMC |
| Servicer | Countrywide, Chase, Greenpoint, PHH | Chase, GreenPoint, Countrywide, PHH | Chase, GreenPoint, Countrywide, PHH | Chase |
| Total Balance | $1,110,341,460 | $586,611,238 | $580,382,329 | $1,274,996,489 |
| Avg Balance | $363,340 | $391,290 | $390,200 | $199,692 |
| Number of Loans | 3,450 | 1,947 | 1,663 | 6,310 |
| WAC | 7.14% | 6.44% | 6.41% | 8.27% |
| FICO | 754 | 745 | 738 | 636 |
| OLTV | 73.21% | 76.43% | 76.55% | 82.63% |
| Term Rem | 354 | 357 | 357 | 357 |
| Months to roll | | 69 | 76 | 6.47% |
| Hybrid Type (Initial Fixed Period) | 15 Year (3.52%), 30 Year (87.42) | 2 Year (1.40%), 3 Year (34.11%), 5 Year (64.46%) | 5 Year (58.36%), 7 Year (19.07%), 10 Year (22.56%) | |
| Arm | 0.00% | 100.00% | 100.00% | 79.08% |
| Fixed Rate | 100.00% | 0.00% | 0.00% | 20.92% |
| First Lien | 100.00% | 100.00% | 100.00% | 88.88% |
| Second Lien | 0.00% | 0.00% | 0.00% | 11.12% |
| Full Documentation | 14.44% | 11.85% | 13.32% | 30.52% |
| Purchase | 49.42% | 49.31% | 54.97% | 58.44% |
| Cash Out Refinance | 39.12% | 23.36% | 33.47% | 38.95% |
| Rate/Term Refinance | 11.04% | 7.22% | 12.02% | 2.61% |
| Primary | 70.69% | 77.62% | 88.60% | 95.32% |
| Investment | 20.74% | 13.96% | 7.17% | 1.99% |
| Second / Vacation | 9.03% | 8.42% | 4.23% | 2.79% |
| Single Family | 44.78% | 37.39% | 36.56% | 47.75% |
| PUD | 16.74% | 22.92% | 21.52% | 14.01% |
| MH | 0.00% | 0.00% | 0.00% | 0.00% |
| Interest Only | 28.57% | 89.26% | 88.22% | 11.22% |
| Not Interest Only | 61.43% | 10.68% | 11.67% | 88.77% |
| Top 3 States | CA(24.74%), NY(9.36%), FL(8.41%) | CA(37.79%), FL(11.74%), NY(5.86%) | CA(37.96%), FL(12.56%), NY(5.66%) | CA(41.72%), FL(7.74%), MA(4.67%) |

[ CLIENT NAME ]   28

DEAL DESCRIPTION AND PERFORMANCE OVERVIEW

JPMC_DEX_000733805

## Subprime vs. Alt-A

**Collateral Characteristics**

| Sample pool profile | Traditional Alt-A | Traditional Subprime | High LTV / Low Doc | Lower Credit / Full Doc |
|---|---|---|---|---|
| | | | Expanded Alt-A | |
| **WA FICO** | 730 | 600 | 700% | 660 |
| **WA LTV** | 70% | 80% | 87% | 75% |
| **Documentation** | Stated Income = 70%<br>No Ratio = 15%<br>NINA = 10%<br>Full Doc = 5% | Full / Alt Doc = 75%<br>Stated Income = 25% | NINA = 40%<br>Stated Income = 25%<br>No Ratio = 15%<br>Full Doc = 10% | Full Doc = 35%<br>Stated Income = 30%<br>NINA = 20%<br>No Ratio = 15% |
| **Owner Occupied** | 93% | 95% | 70% | 85% |
| **Purpose** | Purchase / Rate Term Refi = 75% | Cashout Refi / Debt consolidation with Cashout = 55%<br>Purchase = 35% | | |
| **Max DTI range (where applicable)** | 38% - 45% | 50% - 55% | 55% - 60% | 55% - 60% |

DEAL DESCRIPTION AND PERFORMANCE OVERVIEW

JPMorgan ◇

[CLIENT NAME]   29

Confidential

JPMC_DEX_000733806

**JPMMT**

## Deals, collateral and performance



DEAL DESCRIPTION AND PERFORMANCE OVERVIEW

JPMorgan

[CLIENT NAME]   30

JPMC_DEX_000733807

## CFLEX
## Deals, collateral and performance

**Historical Deal Performance**

| TRANSACTION | Original Balance | Current Balance | Original WAC | Change in WAC | Current WAC | WALA | WAM | 1m CPR | 3m CPR | Life Speed | 30 day DQ | 60 day DQ | 90 day DQ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CFLX 2005-1 1a1 | 49,108,259 | 39,247,329 | 5.889 | 0.017 | 5.872 | 19 | 338 | 8.0 | 12.1 | 13.4 | 1.4 | 0.0 | 0.0 |
| CFLX 2005-1 1a2 | 49,108,259 | 39,247,329 | 5.889 | 0.017 | 5.872 | 19 | 338 | 8.0 | 12.1 | 13.4 | 1.4 | 0.0 | 0.0 |
| CFLX 2005-1 1a3 | 49,108,259 | 39,247,329 | 5.889 | 0.017 | 5.872 | 19 | 338 | 8.0 | 12.1 | 13.4 | 1.4 | 0.0 | 0.0 |
| CFLX 2005-1 1a4 | 140,576,223 | 102,772,822 | 6.306 | 0.006 | 6.299 | 19 | 337 | 19.6 | 25.4 | 29.0 | 3.0 | 0.9 | 0.1 |
| CFLX 2005-1 1a5 | 49,729,429 | 41,800,399 | 6.671 | 0.025 | 6.696 | 19 | 337 | 24.4 | 29.4 | 27.7 | 3.8 | 1.0 | 0.7 |
| CFLX 2005-1 2a1 | 77,253,551 | 56,812,295 | 6.264 | 0.060 | 6.204 | 19 | 338 | 8.4 | 11.7 | 18.2 | 2.0 | 0.0 | 0.4 |
| CFLX 2005-1 2a2 | 77,253,551 | 56,812,295 | 6.264 | 0.060 | 6.204 | 19 | 338 | 8.4 | 11.7 | 18.2 | 2.0 | 0.0 | 0.4 |
| CFLX 2005-1 2a3 | 77,253,551 | 56,812,295 | 6.264 | 0.060 | 6.204 | 19 | 338 | 8.4 | 11.7 | 18.2 | 2.0 | 0.0 | 0.4 |
| CFLX 2005-1 2a4 | 77,253,551 | 56,812,295 | 6.264 | 0.060 | 6.204 | 19 | 338 | 8.4 | 11.7 | 18.2 | 2.0 | 0.0 | 0.4 |
| CFLX 2005-1 2a5 | 77,253,551 | 56,812,295 | 6.264 | 0.060 | 6.204 | 19 | 338 | 8.4 | 11.7 | 18.2 | 2.0 | 0.0 | 0.4 |
| CFLX 2005-1 2a6 | 19,847,057 | 17,168,530 | 6.623 | 0.075 | 6.548 | 19 | 336 | 3.3 | 23.3 | 32.2 | 1.2 | 0.0 | 1.6 |
| CFLX 2005-2 1a1 | 82,348,945 | 66,687,339 | 6.259 | 0.010 | 6.249 | 19 | 338 | 19.7 | 10.1 | 14.2 | 1.1 | 0.3 | 0.2 |
| CFLX 2005-2 1a1 | 142,298,105 | 103,221,774 | 6.311 | 0.011 | 6.300 | 16 | 340 | 21.1 | 22.9 | 23.0 | 2.7 | 0.9 | 0.1 |
| CFLX 2005-2 1a2 | 107,844,961 | 69,765,564 | 6.480 | 0.015 | 6.447 | 16 | 338 | 28.1 | 29.3 | 29.9 | 2.4 | 0.6 | 0.2 |
| CFLX 2005-2 2a2 | 11,138,610 | 9,043,244 | 6.569 | 0.032 | 6.537 | 15 | 341 | 16.9 | 19.4 | 23.2 | 3.4 | 0.0 | 0.0 |
| CFLX 2005-2 2a3 | 194,087,473 | 79,234,779 | 6.369 | 0.039 | 6.330 | 16 | 341 | 28.4 | 26.3 | 25.9 | 1.3 | 0.0 | 0.0 |
| CFLX 2005-2 2a3 | 194,087,473 | 79,234,779 | 6.369 | 0.039 | 6.330 | 16 | 341 | 28.4 | 26.3 | 25.9 | 1.3 | 0.0 | 0.0 |
| CFLX 2005-2 2a3 | 194,087,473 | 79,234,779 | 6.369 | 0.039 | 6.330 | 16 | 341 | 28.4 | 26.3 | 25.9 | 1.3 | 0.0 | 0.0 |
| CFLX 2005-2 3a4 | 18,634,873 | 15,217,650 | 6.756 | 0.034 | 6.792 | 16 | 342 | 49.3 | 30.3 | 38.7 | 1.4 | 0.0 | 0.0 |
| CFLX 2005-2 4a1 | 27,742,281 | 24,292,866 | 5.423 | 0.002 | 5.421 | 18 | 199 | 27.5 | 11.1 | 5.5 | 1.6 | 0.0 | 0.0 |
| CFLX 2005-2 4a2 | 56,649,312 | 46,836,621 | 5.738 | 0.004 | 5.733 | 18 | 198 | 59.4 | 4.3 | 3.0 | 2.1 | 0.4 | 0.0 |
| CFLX 2005-2 4a3 | 35,712,548 | 16,919,090 | 6.110 | 0.009 | 6.141 | 18 | 140 | 38.9 | 16.4 | 12.0 | 1.6 | 0.3 | 0.0 |
| CFLX 2005-2 5a1 | 112,216,008 | 98,110,747 | 5.907 | 0.010 | 5.897 | 16 | 340 | 9.9 | 7.7 | 10.3 | 1.0 | 0.3 | 0.0 |
| CFLX 2005-2 5a2 | 112,216,008 | 98,110,747 | 5.907 | 0.010 | 5.897 | 16 | 340 | 9.9 | 7.7 | 10.3 | 1.0 | 0.3 | 0.0 |
| CFLX 2005-2 5a3 | 112,216,008 | 98,110,747 | 5.907 | 0.010 | 5.897 | 16 | 340 | 9.9 | 7.7 | 10.3 | 1.0 | 0.3 | 0.0 |
| CFLX 2005-2 5a4 | 112,216,008 | 98,110,747 | 5.907 | 0.010 | 5.897 | 16 | 340 | 9.9 | 7.7 | 10.3 | 1.0 | 0.3 | 0.0 |
| CFLX 2005-2 5a5 | 112,216,008 | 98,110,747 | 5.907 | 0.010 | 5.897 | 16 | 340 | 9.9 | 7.7 | 10.3 | 1.0 | 0.3 | 0.0 |
| CFLX 2005-2 5a6 | 112,216,008 | 98,110,747 | 5.907 | 0.010 | 5.897 | 16 | 340 | 9.9 | 7.7 | 10.3 | 1.0 | 0.3 | 0.0 |
| CFLX 2005-2 5a7 | 112,216,008 | 98,110,747 | 5.907 | 0.010 | 5.897 | 16 | 340 | 9.9 | 7.7 | 10.3 | 1.0 | 0.3 | 0.0 |
| CFLX 2005-2 5a8 | 112,216,008 | 98,110,747 | 5.907 | 0.010 | 5.897 | 16 | 340 | 9.9 | 7.7 | 10.3 | 1.0 | 0.3 | 0.0 |

JPMorgan

DEAL DESCRIPTION AND PERFORMANCE OVERVIEW

Confidential

## Alt-A

[Need to Update]

## Deals, collateral and performance

**Historical Deal Performance**

DEAL DESCRIPTION AND PERFORMANCE OVERVIEW

JPMorgan

[CLIENT NAME] 32



**Agenda**

| | Page |
|---|---|
| Market overview | 1 |
| JPMorgan mortgage banking qualifications | 7 |
| Acquisition and securitization process | 13 |
| Deal description and performance overview | 23 |
| JPMMT 2006-A4 economics | 33 |
| Exhibit 1 | 38 |

CURRENT OPPORTUNITIES IN THE NON-AGENCY MARKET

JPMorgan ◇

[CLIENT NAME]  33

JPMC_DEX_000733810

## Relative Value

| Non-Agency | | 15 CPB | 20 CPB | 25 CPB | 35 CPB |
|---|---|---|---|---|---|
| **JPMMT 06-A4 5A1 3/1** | Yield | 5.75 | 5.75 | 5.75 | 5.75 |
| | Spread (N) | 20 | 20 | 20 | 21 |
| | Spread (I) | 66 | 65 | 65 | 63 |
| | WAL | 2.20 | 2.04 | 1.89 | 1.60 |
| **JPMMT 06-A4 1A1 5/1** | Yield | 5.91 | 5.91 | 5.90 | 5.89 |
| | Spread (N) | 38 | 37 | 36 | 34 |
| | Spread (I) | 85 | 84 | 82 | 79 |
| | WAL | 3.30 | 2.91 | 2.57 | 2.00 |
| **JPMMT 06-A4 2A1 7/1** | Yield | 5.99 | 6.00 | 6.01 | 6.46 |
| | Spread (N) | 46 | 46 | 48 | 50 |
| | Spread (I) | 94 | 94 | 95 | 95 |
| | WAL | 4.03 | 3.44 | 2.94 | 2.16 |
| **JPMMT 06-A4 3A1 10/1** | Yield | 6.21 | 6.24 | 6.27 | 6.34 |
| | Spread (N) | 66 | 70 | 73 | 60 |
| | Spread (I) | 118 | 119 | 121 | 125 |
| | WAL | 4.73 | 3.88 | 3.20 | 2.24 |

| Agency 5/1 | | 15 CPB | 20 CPB | 25 CPB | 35 CPB |
|---|---|---|---|---|---|
| **5/1** | Yield | 5.64 | 5.62 | 5.62 | 5.57 |
| | Spread (N) | 11 | 10 | 7 | 2 |
| | Spread (I) | 59 | 57 | 55 | 49 |
| | WAL | 3.24 | 2.88 | 2.56 | 2.02 |

| Front SEQ, 15 Year Agency CMO | | 116 PSA | 140 PSA | 183 PSA | 480 PSA |
|---|---|---|---|---|---|
| **15 Yr** | Yield | 5.61 | 5.63 | 5.66 | 5.74 |
| | Spread (N) | 6 | 10 | 11 | 12 |
| | Spread (I) | 60 | 62 | 70 | 80 |
| | WAL | 4.64 | 4.23 | 3.74 | 1.91 |

| Non-Agency 15 Year PT | | 75 PSA | 100 PSA | 250 PSA | 300 PSA | 350 PSA |
|---|---|---|---|---|---|---|
| **15 Yr** | Yield | 5.74 | 5.77 | 5.91 | 5.96 | 6.00 |
| | Spread (N) | 14 | 17 | 34 | 40 | 46 |
| | Spread (I) | 70 | 72 | 87 | 91 | 96 |
| | WAL | 6.60 | 6.20 | 4.43 | 4.01 | 3.65 |

Non-Agency Hybrids still the cheapest asset in its space

JPMMT 2006-A4 ECONOMICS

JPMorgan ♦

[CLIENT NAME]  34

JPMC_DEX_000733811

## 5/1 Structure

**JPMMT 06-A4 1A2   1.4 Yr Sequential**

| Speed | 15 CPB | 20 CPB | 25 CPB |
|---|---|---|---|
| Price | 99-18+ | 99-18+ | 99-18+ |
| Yield | 5.88 | 5.87 | 5.85 |
| Spread | 34 | 33 | 32 |
| WAL | 2.36 | 1.80 | 1.40 |
| Modified Duration | 2.09 | 1.63 | 1.29 |
| Principal Window | Jul06-Feb11 | Jul06-Aug10 | Jul06-Sep09 |

**JPMMT 06-A4 1A3   3.75 Yr Sequential**

| Speed | 15 CPB | 20 CPB | 25 CPB |
|---|---|---|---|
| Price | 99-19 | 99-19 | 99-19 |
| Yield | 5.95 | 5.94 | 5.94 |
| Spread | 39 | 39 | 40 |
| WAL | 4.80 | 4.46 | 3.69 |
| Modified Duration | 4.08 | 3.83 | 3.24 |
| Principal Window | Feb11-Feb11 | Aug10-Feb11 | Sep09-Jul10 |

**JPMMT 06-A4 1A4   5/1 Last Cashflow**

| Speed | 15 CPB | 20 CPB | 25 CPB |
|---|---|---|---|
| Price | 100-1 | 100-1 | 100-1 |
| Yield | 5.84 | 5.84 | 5.84 |
| Spread | 28 | 28 | 28 |
| WAL | 4.91 | 4.88 | 4.76 |
| Modified Duration | 4.16 | 4.14 | 4.05 |
| Principal Window | Apr11-May11 | Feb11-May11 | Jul10-May11 |

J P M M T   2 0 0 6   A 4   E C O N O M I C S

**JPMorgan** ◇

Confidential

## 7/1 Structure

**JPMMT 06-A4 2A2   1.8 Yr Sequential**

| Speed | 15 CPB | 20 CPB | 25 CPB |
|---|---|---|---|
| Price | 99-18+ | 99-18+ | 99-18+ |
| Yield | 5.92 | 5.92 | 5.92 |
| Spread | 38 | 37 | 38 |
| WAL | 3.07 | 2.32 | 1.81 |
| Modified Duration | 2.64 | 2.05 | 1.63 |
| Principal Window | Jul06-Mar13 | Jul06-May12 | Jul06-Jan11 |

**7/1 Last Cashflow**

| Speed | 15 CPB | 20 CPB | 25 CPB |
|---|---|---|---|
| Price | 99-8+ | 99-8+ | 99-8+ |
| Yield | 5.97 | 5.97 | 5.97 |
| Spread | 39 | 39 | 40 |
| WAL | 6.85 | 6.72 | 6.23 |
| Modified Duration | 5.50 | 5.42 | 5.07 |
| Principal Window | Mar13-May13 | May12-May13 | Jan11-May13 |

JPMorgan

JPMMT 2006-A4 ECONOMICS

[CLIENT NAME] 36

Confidential

## 10/1 Structure

**JPMMT 06-A4 3A2   1.35 Yr Sequential**

| Speed | 15 CPB | 20 CPB | 25 CPB |
|---|---|---|---|
| Price | 99-26 | 99-26 | 99-26 |
| Yield | 5.97 | 5.94 | 5.90 |
| Spread | 43 | 40 | 37 |
| WAL | 2.35 | 1.73 | 1.35 |
| Modified Duration | 1.25 | 2.08 | 1.57 |
| Principal Window | Jul06-Nov11 | Jul06-Jun10 | Jul06-Jul09 |

**JPMMT 06-A4 3A3   3.5 Yr Sequential**

| Speed | 15 CPB | 20 CPB | 25 CPB |
|---|---|---|---|
| Price | 99 | 99 | 99 |
| Yield | 6.20 | 6.24 | 6.27 |
| Spread | 63 | 69 | 74 |
| WAL | 5.87 | 4.51 | 3.50 |
| Modified Duration | 4.61 | 3.70 | 2.98 |
| Principal Window | Jul06-Feb16 | Jul06-Jun15 | Jul06-Jun13 |

**JPMMT 06-A4 3A4   10/1 Last Cashflow**

| Speed | 15 CPB | 20 CPB | 25 CPB |
|---|---|---|---|
| Price | 99-16 | 99-16 | 99-16 |
| Yield | 6.09 | 6.09 | 6.09 |
| Spread | 47 | 47 | 48 |
| WAL | 9.80 | 9.67 | 8.87 |
| Modified Duration | 7.22 | 7.15 | 6.68 |
| Principal Window | Feb15-May16 | Jun15-May16 | Jun13-May16 |

JPMorgan ◇

[CLIENT NAME] 37

JPMMT 306-A4 ECONOMICS

JPMC_DEX_000733814



## Due Diligence Objectives

To ensure the loans being purchased are compliant with the terms of the trade and all Federal, State, and local laws and regulations, loan level due diligence is performed on every transaction.

The objectives of loan level due diligence are to:

- Confirm the mortgage loans were originated consistent with the specific origination guidelines provided by seller

- Confirm the mortgage loans were originated in compliance with Federal, State and local laws, rules and regulations

- Confirm the mortgage loans were not originated in a fraudulent or predatory manner

- Confirm the property collateral has the value represented in the appraisals at the time of origination

- Confirm the loan data is complete and accurate

- Confirm collateral documents are complete

- Confirm the loan portfolios weighed average characteristics are within acceptable percentage variances (+ or -) specific to each transaction

EXHIBIT 1

JPMorgan ◇

[CLIENT NAME]  39

JPMC_DEX_000733816

## Data Review

The Trade Analytics department reviews all bid tape data pre-bid and pre-funding to confirm completeness and accuracy.

The review consists of:

- Required data fields are tested and verified for completeness and reasonableness.

- Key data elements are cross validated to determine accuracy (e.g. term and origination date to maturity date).

- Missing and questionable data is identified, reviewed and resolved with the client or flagged for further review in due diligence.

- 100% of the loan data is reviewed and stratified to confirm adherence to the trade requirements and stipulations.

- Some of the fields that are reviewed are listed below but are not limited to:

| | |
|---|---|
| ➢ Loan Amount | ➢ Debt to Income |
| ➢ Rate | ➢ Loan Purpose |
| ➢ Term | ➢ Property Type |
| ➢ Loan to Value | ➢ FICO Score |

EXHIBIT 1

JPMorgan ✧

[CLIENT NAME]   40

Confidential

## Credit and Compliance: Sample Selection

Credit and Compliance reviews are performed on a sample of loans. Sample sizes generally range from 20% to 30% but may be as high as 100% for new clients or for transactions comprised of a small number of loans. Samples will contain the following components and characteristics:

- Overall sample size 20-30% in some cases 100%

- Random sample of 10-20% (50% of overall sample size)

- Adverse sample of 10-20% (50% of overall sample size)

  ➢ Targets individual and combinations of risk characteristics factors:

  ➢Loans identified based on adverse loan characteristics by due diligence coordinator
  ➢Loans identified based on risk grading provided by desk model
  ➢Sample all loans in unlimited assignee liability states
  ➢Sample all loans in states identified with specific predatory lending laws

EXHIBIT 1

JPMorgan ✧

[CLIENT NAME]   41

JPMC_DEX_000733818

## Credit Review

The loan reviews are performed at either the Seller's or the Due Diligence firms facilities. The diligence firms used are widely recognized in the industry for their knowledge, experience, technology, compliance review tools and reporting capabilities. Experienced underwriters are employed to re-underwrite the loans by reviewing the selected sample.

The review consists of but is not limited to:

- Confirming the adherence to specific origination guidelines

- Verification and recalculation of:
  - Income
  - Debt
  - Borrowers debt to income ratios
  - Payment and credit History
  - Loan to value

- Review of the legal documents for completeness and accuracy

EXHIBIT 1

**JPMorgan** ◇

[CLIENT NAME]  42

Confidential

JPMC_DEX_000733819

## Compliance Review

The Compliance review is performed at the same time as the credit review.  The due diligence firms maintain comprehensive software-based compliance validation tools.  Thacher Proffitt & Wood, a preeminent legal firm in the regulatory compliance field, provides updates and information to the diligence firms to ensure their compliance systems are current and comprehensive.

All the following are reviewed and validated:

- ➤ Compliance with all federal, state and local laws, rules and regulations is confirmed
- ➤ Presence, form and completeness of all required disclosures and notices is confirmed
- ➤ Truth in lending disclosure values and finance charges are recalculated and validated
- ➤ Right of Rescission notice dates are validated against HUD1 and DOT and signatures and form of notices are validated
- ➤ Prepayment penalty terms are verified and validated against federal state and local requirements

EXHIBIT 1

JPMorgan ◇

[CLIENT NAME]  43

Confidential

## Credit and Compliance Results

The score represents the following:

- Upon completion of the reviews the underwriter gives each loan an event level score of 1, 2 or 3 specifically for credit and another for compliance.

  1= Pass/Meets Guidelines

  2= Pass/Meet Guidelines with compensating factors

  3= Fail/Does not meet guidelines

- All loans scored with an event level score of 2 or 3 are reviewed by the JPMorgan due diligence coordinator for final score determination.

- All loans with a final score in event level 3 are excluded from being purchased.

EXHIBIT 1

JPMorgan ◇

[CLIENT NAME]   44

Confidential

## Predatory Lending Review

JP Morgan does not purchase:

- ➤ Section 32 "HOEPA" Loans
- ➤ Federal, state or local high cost loans
- ➤ Predatory loans

All loans that it is determined have the above characteristics are excluded from being purchased

EXHIBIT 1

JPMorgan ◇

[CLIENT NAME]  45

JPMC_DEX_000733822

## Property Value Analysis

100% of the loans are subjected to a property value analysis.  The analysis is multi- staged and is performed by experienced third party residential valuation firms. The analysis process is as follows:

  1) All loans are run through an AVM waterfall to obtain the highest quality AVM available.

  2) All Property Valuation analysis that have any of the following results or characteristics undergo a full appraisal review by an experienced certified appraiser.

  ➢ No AVM result available
  ➢ AVM result is higher or lower than appraised value by 15%
  ➢ AVM result has a low or no confidence factor
  ➢ All manufactured housing properties
  ➢ High balance loans and other adversely selected loans

  3) If after the appraisal review the appraised value still cannot be supported than th eBPO is ordered.

  4) If the BPO value cannot support the appraisal value the loan is then excluded from being purchased.

E X H I B I T  1

**JPMorgan** ◇

[CLIENT NAME]  46

JPMC_DEX_000733823



**Property Value Analysis Results**

1) AVM Approval

2) Approval per additional review

3) Unacceptable needs further review

4) Unable to complete property review pending appraisal

5) Property review dropped from pool.

EXHIBIT 1

JPMorgan ◇

[CLIENT NAME]   47

Confidential