# EXHIBIT 75

W. Buell

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


------------------------------x
DEXIA SA/NV, DEXIA HOLDINGS, INC.,
FSA ASSET MANAGEMENT LLC and
DEXIA CREDIT LOCAL SA,                    EFC Case

           Plaintiffs,
                              No. 12-cv-1761 (JSR)
        vs.

BEAR STEARNS AND CO., INC., THE
BEAR STEARNS COMPANY, INC., BEAR
STEARNS ASSET BACKED SECURITIES I
LLC, EMC MORTGAGE LLC (f/k/a EMC
MORTGAGE CORPORATION), STRUCTURED
ASSET MORTGAGE INVESTMENTS II, INC.,
J.P. MORGAN MORTGAGE ACQUISITION
CORPORATION, J.P. MORGAN SECURITIES
LLC (f/k/a JPMORGAN SECURITIES, INC.),
WAMU ASSET ACCEPTANCE CORP., WAMU
CAPITAL CORP., WAMU MORTGAGE
SECURITIES CORP., JPMORGAN CHASE & CO.,
and JPMORGAN CHASE BANK, N.A.,

           Defendants.
------------------------------x



        VIDEOTAPED DEPOSITION OF WILLIAM BUELL

              New York, New York

              January 29, 2013



Reported by:

THOMAS A. FERNICOLA, RPR

JOB 57719

```
 1                    W. Buell

 2      Q.    And I'm just -- I'm asking you the

 3  same question.  How did the process work?

 4            MR. LIMAN:  Objection to form.

 5      A.    So the process evolved over time.  It

 6  involved, you know, a variety of different

 7  elements, including managing transactions,

 8  including performing due diligence on loans

 9  that were parts of those transactions, and

10  managing the settlement and the claim process.

11            I really don't recall in what level

12  of detail my conversation with him was, but

13  there's a tremendous amount of detail

14  potentially to talk about any of those

15  dimensions that, you know, if you'd like I can,

16  you know, depending on what you want to talk

17  about.

18      Q.    What was the process for performing

19  due diligence?

20      A.    So the process for performing due

21  diligence, as I mentioned, this evolved over

22  time.  Generally, you could describe that

23  process as, with regards to a particular pool

24  of loans that the bank was or the business was

25  contemplating purchasing, due diligence would
```

1                    W. Buell

2    be performed by a team of people in the

3    dimension of verifying the credit quality and

4    underwriting characteristics of the loans,

5    reviewing the property values that were a part

6    of that process, reviewing collateral

7    documentation, establishing -- trying to

8    establish and identify whether or not the loans

9    met the regulatory and legal requirements at

10   the time they were originated, and trying to

11   establish whether the loans were consistent

12   with the expectations of the trading desk or

13   trader that they developed when they started

14   the transaction and developed the perspective

15   to buy that pool of loans.

16        Q.   What was the goal of the due

17   diligence process?

18        A.   The goal of the due diligence

19   process, generally, would be to try to

20   establish that the assets that you were

21   contemplating purchasing, that you were

22   actually going to purchase, if you did, that

23   they were consistent with the expectations that

24   the trading desk had of those assets.

25        Q.   And where did the trading desk get

1                        W. Buell

2    there were others.

3        Q.    What was the particular expertise of

4    these third-party due diligence vendors?

5        A.    The due diligence vendors, as I

6    understood them, hired experienced underwriters

7    and organized the process of them reviewing

8    loans in different places.

9        Q.    What were the qualifications of these

10   experienced underwriters?

11       A.    In this group that I described to

12   you, I had a due diligence manager who was

13   responsible for organizing those relationships

14   with those vendors.  And that due diligence

15   manager would be in a better position to answer

16   the question of the qualification process and

17   the qualifying process of those vendors with

18   regards to each of their different underwriters

19   that they hired.

20            So I wouldn't articulate.  I wasn't

21   involved directly in making those assessments.

22       Q.    Do you know the qualifications of any

23   of the underwriters at any of the third-party

24   due diligence firms that J.P. Morgan retained

25   between 2005 and 2007?

```
 1                      W. Buell
 2      Q.     I'm sorry, I want to make sure you
 3  finish your answers.
 4      A.     I said case or cases.
 5      Q.     Would be involved in that decision to
 6  not move forward with the purchase?
 7      A.     I might be involved, but I wouldn't
 8  necessarily be involved, I don't think.
 9      Q.     Who would make the final decision on
10  whether or not to purchase a whole loan pool?
11      A.     Well, I think they're two different
12  things.  Whether or not to purchase.
13             Whether to purchase, as in we're
14  ready to proceed, as I described to you, we set
15  up a process whereby the transaction manager
16  would assemble a closing package and recommend
17  let's proceed, and that would include a variety
18  of different materials.  That would come to me
19  to review and make a judgment as to whether or
20  not I thought that the work had been completed
21  to an appropriate standard for the situation
22  that they were trying to address, the
23  transaction, I mean, by that.
24             As well, as that package and material
25  went to the trader who was the purchaser of the
```

1                        W. Buell

2    process you utilized at Countrywide and the

3    process you utilized at J.P. Morgan was

4    similar?

5         A.    It was very similar, yes.

6         Q.    How did that process differ from the

7    Nomura, Morgan Stanley examples that you

8    provided?

9         A.    Well, I think, in my view, and based

10   on what I understand, I think there are a

11   couple of important distinctions to how J.P.

12   Morgan's process worked.

13               Distinction No. 1 is that I worked

14   directly for Bill King as opposed to reporting

15   into the trader.  So I was independent of the

16   trader since I exercised as I described that

17   separate signing authority on the wire.  I

18   exercised an independent control on the process

19   away from the economics of the process, the

20   economics of the transactions.

21               My understanding of how those teams

22   are organized in other places is that generally

23   the traders have often reported -- I mean, the

24   infrastructure has often reported into the

25   trader.  So I think that's an important

1                        W. Buell

2    a feeling this needs to be higher.

3        Q.    If you turn to the next page, it's

4    entitled "Credit Review."

5              Do you see that?

6        A.    I do see that.

7        Q.    And it says, "The loan reviews are

8    performed at either the seller's or the due

9    diligence firm's facility"; is that correct?

10       A.    Generally, I think that's probably

11   correct.

12       Q.    Then it says, "The diligence firms

13   used are widely recognized in their industry

14   for their knowledge, experience, technology,

15   compliance review tools, and reporting

16   capabilities."

17             Do you see that?

18       A.    I do see that.

19       Q.    Do you agree with that?

20       A.    I don't know.  As I described to you

21   earlier, the process of vetting the due

22   diligence, third-party due diligence firms, was

23   the responsibility of the manager who reported

24   to me.

25             I don't have reason to disbelieve

Page 178

1                        W. Buell

2   this.   But do I agree?   You know, I don't

3   disagree.   I think the ones that we employed at

4   that time were widely recognized and had these

5   characteristics, as far as I recall.

6       Q.     And you relied on your due diligence

7   managers to make appropriate business decisions

8   with respect to the third-party due diligence

9   providers that they retained?

10      A.     The manager of the due diligence

11  group, to make those judgments about the

12  vendors that they would use.

13      Q.     The next sentence on the slide says,

14  "Experienced underwriters are employed to

15  re-underwrite the loans by reviewing the

16  selected sample."

17             Do you see that?

18      A.     I do see that.

19      Q.     And you agree that the third-party

20  due diligence firms had experienced

21  underwriters?

22      A.     I believe that that was our

23  perspective that they did.

24      Q.   And it continues and says, "The

25  review consists of, but it is not limited to,"

```
 1                    W. Buell
 2    And part of that would depend upon what the
 3    origination guidelines were and what they
 4    required.  Part of it would be the judgment of
 5    the underwriters to what the process is that
 6    you engage in to do such a verification.
 7             That was my belief.
 8        Q.    You've never underwritten a
 9    residential home mortgage; correct?
10        A.    You know, as we talked about earlier
11    in the day, I've managed people who do that.  I
12    don't -- I, generally speaking, was not
13    involved in underwriting the loans.
14        Q.    And to verify and recalculate these
15    data points, you relied on those experienced
16    underwriters to do that; correct?
17             MR. LIMAN:  Objection.
18        A.    We engaged in the process of using
19    vendors like that to do a variety of different
20    re-underwriting activities to try to make
21    judgments about the quality of these loans.
22        Q.    Including the verification of
23    recalculation of those?
24        A.    In instances where it would be
25    appropriate, yes, I think so.
```

Page 181

```
 1                      W. Buell

 2          Q.    If you turn two more pages in, it

 3     ends in 821.   It's entitled "Credit and

 4     Compliance Results."

 5                Do you see that?

 6          A.    I do see that, yes.

 7          Q.    And it refers to a score.

 8                Do you see that?   "The score

 9     represents the following."

10          A.    I do see that.

11          Q.    Were you aware that the third-party

12     due diligence providers provided a score during

13     their re-underwriting process?

14          A.    I do recall that they provided

15     scores.

16          Q.    What scores did they provide?

17          A.    Different vendors provided different

18     kinds of scores, but credit reviewers tended to

19     provide scores, I think like these.

20          Q.    1, 2 and 3?

21          A.    Generally speaking, yes.

22          Q.    Was it your understanding that a 3

23     meant that the loan failed and did not meet

24     guidelines?

25          A.    Again, from a vendor providing that
```

Page 182

1                    W. Buell

2    score, that meant to me, or that meant to the

3    group that at a point at which they were in

4    review, that was their view of what they had

5    found.

6        Q.    The second bullet, or it's a box

7    says, "All loans scored with an event level

8    score of 2 or 3 are reviewed by the J.P. Morgan

9    due diligence coordinator."

10             Do you see that?

11       A.    I do see that, yes.

12       Q.    Who was the due diligence

13   coordinator?

14       A.    I think that this is referring to

15   what we've been referring to go as the due

16   diligence manager.

17       Q.    I just want to make sure it was the

18   same individual on a particular transaction.

19       A.    I believe so.

20       Q.    Then it says "For final score

21   determination."

22             Do you see that?

23       A.    I do see that.

24       Q.    Did the due diligence coordinator

25   make the final decision regarding the final

Page 183

1                    W. Buell

2   score determination?

3        A.    I believe that the due diligence

4   manager/coordinator made a final determination

5   as to the -- what they could establish of the

6   facts with regards to the loan, for its score,

7   I suppose.

8        Q.    Did the J.P. Morgan due diligence

9   manager or coordinator have the authority to

10  override the third-party due diligence vendor?

11       A.    In the process of how this all

12  worked, the third-party due diligence vendor,

13  as I understand it, did a review, produced an

14  assessment, and then a process developed of

15  attempting to address the exception cases,

16  either because they were caused by not enough

17  information, material that was available that

18  wasn't present when they needed to do their

19  review, or looking further and discussing

20  further the actual facts of the case to try to

21  figure things out.

22            The due diligence coordinator or

23  manager, in my recollection, was authorized to

24  flag the loan to correctly reflect his or her

25  assessment of the actual fact status of the

Page 184

1                           W. Buell

2    loan, as far as they could best determine.

3               And to the extent that that developed

4    after the involvement of the vendor was

5    involved, then they would change the score to

6    whatever they felt it should be, based on the

7    facts that had developed during that period.

8         Q.     "They" being the J.P. Morgan due

9    diligence coordinator or manager?

10        A.     Yes, "they" being the due diligence

11   coordinator or manager.

12        Q.     Is that referred to as an override?

13        A.     I don't know if that's something that

14   that would be referring to that way.  That is

15   not how I would referred to it.

16        Q.     Are you referring that your due

17   diligence manager referred to it as override?

18        A.     I'm aware, I've heard that, yes.

19        Q.     Who else had the authority to

20   override the third-party due diligence vendor's

21   score?

22        A.     The manager of the due diligence

23   group, again, from my instructions to the

24   extent that the fact patterns indicate that

25   this is the correct score, then the manager of

Page 205

1                        W. Buell

2    the scope of which was outside of my view; so,

3    I couldn't say, define the role that they

4    played entirely.

5         Q.    What role did they play that you

6    interacted on?  When I say "you," I mean your

7    transaction managers group?

8         A.    As I testified earlier, the

9    Transaction Management Group had a data

10   handling people that was engaged in, among

11   other things, providing logistical support to

12   the bank with regards to their data handling

13   needs.

14              Additionally, the due diligence team

15   that reported to me provided support services

16   to the bankers with regards to due diligence

17   activities that they requested.  And those were

18   like the main ways that my group engaged with

19   them.

20         Q.    Who was responsible for the

21   securitization of loans?

22              Let me ask it -- I'll ask a more

23   precise question.

24              Was the banking group involved in the

25   securitization of residential home mortgages?

Page 206

                        W. Buell

1

2        A.      I believe that the banking group was

3    involved in the securitization process.

4        Q.      And what is your understanding of

5    their involvement?

6        A.      My understanding of their involvement

7    was that they were the principal transaction

8    management team and infrastructure for

9    securitizations.

10       Q.      Were they responsible for the

11   prospectus or prospectus supplements that we

12   discussed earlier?

13       A.      I think within, you know, my belief

14   was that within the scope of managing these

15   kind of transactions, that probably fell within

16   that.

17       Q.      Did you communicate with Ms. Bower

18   while you were at J.P. Morgan in connection

19   with the transactions that you worked on with

20   her in her role in the banking group?

21              MR. LIMAN:  Objection to form.

22       A.      I think I could say I communicated

23   with Ms. Bower on some things.  I don't

24   remember that my communications with her were

25   related to particular securitization work.

Page 294

1                        W. Buell

2        A.    Yes, I worked in the Manhattan

3   office.

4        Q.    At the Park Avenue office; right?

5        A.    Yes, I believe the address was 270

6   Park Avenue.

7        Q.    Did you work on a seller commentary

8   report?

9        A.    I don't recall.

10       Q.    Have you heard the term "seller

11   commentary report"?

12       A.    I don't recall that term.

13       Q.    Have you seen the seller commentary

14   report?

15       A.    I don't recall that term, so I

16   don't -- I'm not sure what that's referring to.

17       Q.    Did you ask your due diligence

18   managers to summarize their interactions with

19   certain counterparties that they had primary

20   responsibility for?

21       A.    I believe that we started a project

22   to try to have the due diligence managers and

23   the transaction managers describe how our

24   transactions worked with different

25   counterparties, so that we could try to gauge

1                     W. Buell

2     whether or not one counterparty versus another

3     was easier or more difficult to work with in a

4     variety of different dimensions.

5                And I think that included some

6     description of, you know, the interactions of

7     the counterparty in that context.

8         Q.    When did that project begin?

9         A.    Maybe mid-'07.  Sometime in '07.  I

10    don't recall with any precision.

11        Q.    Whose project was it?

12        A.    I think the way that that project

13    worked, if I can recall correctly, was kind

14    of -- it kind of added some general concepts

15    about how to maybe try and approach this

16    project.

17                And then I think Ralph Lenzi was the

18    primary driver of organizing the actual

19    production to try to do it, see if it was

20    meaningful and helpful for us.

21        Q.    So it was a project that you wanted

22    that Mr. Lenzi then headed the putting it

23    together; is that accurate?

24        A.    I think so.

25                MR. DELANGE:   Mark as Exhibit 548.

Page 296

```
 1                       W. Buell
 2                  (Buell's Exhibit 548, Document,
 3            Bates No. JPMC_DEX_000830858 through 881,
 4            was marked for identification.)
 5   BY MR. DELANGE:
 6        Q.      Mr. Buell, I've handed you a document
 7   that we've marked as Exhibit 548, Bates No.
 8   JPMC_DEX_000830858 through 881.  The last
 9   e-mail on this string is an e-mail from you
10   to -- it appears your four due diligence
11   managers.
12              Do you see that?
13        A.      Yes, I do see that.
14        Q.      Mr. Readence, Ms. Kim, Mr. Randhawa
15   and Mr. Savery?
16        A.      Yes.  It looks that way, yes.
17        Q.      And the subject line is "Seller
18   Commentary Report."
19              Do you see that?
20        A.      Yes, I do.
21        Q.      And your e-mail thanks them for
22   updating that.
23              Do you see that?
24        A.      I do.
25        Q.      And asks to review in detail at a
```

Page 297

1                    W. Buell

2    meeting at 1:00 today.

3            Do you see that?

4        A.    I do see that, yes.

5        Q.    And then the attachment has -- is

6    entitled "Seller Commentary," at least in the

7    attachment at the bottom of the e-mail on the

8    second page?

9        A.    I see that.

10       Q.    And then it starts with both flow

11   clients and then goes through various clients.

12           Do you see that?

13       A.    Yes, I see that.

14       Q.    Is this the project that you were

15   discussing that you began some time in

16   mid-2007?

17       A.    It looks like it.

18       Q.    And if you look at the e-mail from

19   Mr. Savery at the bottom of the first page.

20       A.    Uh-huh.

21       Q.    He says, "Good morning, William.

22   Attached please find the seller commentary

23   report Julia, Joel, Pavit and I updated

24   yesterday with current information."

25           Do you see that?

Page 298

```
 1                  W. Buell

 2          A.    I do see that, yes.

 3          Q.    And did you ask the four due

 4    diligence managers that reported to you to

 5    provide the information on these particular

 6    sellers or clients, as they're identified?

 7          A.    I don't recall that level of detail

 8    with regards to the project.

 9          Q.    But this was a project that you

10    wanted and then Mr. Lenzi incorporated it?

11          A.    Yes.   As I described before, I think

12    what happened, if I recall correctly, is I kind

13    of scoped out here's some ideas about how we

14    might try and approach this problem, and I'd

15    like you to try and implement that and see if

16    we can learn from that.

17          Q.    And then, in fact, Mr. Savery, in his

18    e-mail, the second to the last sentence before

19    he says thank you, says, "This format style was

20    reviewed and approved by Ralph previously."

21          A.    I see that.

22          Q.    That is consistent with having

23    Mr. Lenzi, Ralph Lenzi, spearhead the project

24    of putting this together?

25          A.    It seems consistent, yes.
```

Page 299

```
 1                       W. Buell
 2        Q.     How long did this project last?
 3        A.     I don't recall.
 4               MR. DELANGE:   The next document is
 5     349 -- 549.
 6               (Buell's Exhibit 549, Series of
 7     E-Mails, was marked for identification.)
 8   BY MR. DELANGE:
 9        Q.     Mr. Buell, Exhibit 549 is a document
10   Bates No. JPMC_DEX_010991335 through 1363.   And
11   the last e-mail in the string, which is the one
12   on the top of the page, is from you to
13   Mr. Savery; correct?
14        A.     Yes, it appears to be that.
15        Q.     And you copy the other three due
16   diligence managers; right?
17        A.     Yes, it appears to be.
18        Q.     And you ask Rob if he can put the
19   summary page we discussed on the top.
20               Do you see that?
21        A.     I do see that, yes.
22        Q.     And the e-mail, the e-mail previously
23   in the chain from Mr. Savery to you states,
24   "Good afternoon, William.   Attached you'll find
25   the updated seller commentaries with score
```

Page 300

```
 1                    W. Buell
 2   cards added."
 3            Do you see that?
 4       A.   I do see that, yes.
 5       Q.   Did you request that score cards be
 6   added for each of the seller commentaries?
 7       A.   I don't recall it, but I wouldn't
 8   dispute it.
 9       Q.   And then it says, "All the due
10   diligence managers scored their clients per
11   your request."
12            Do you see that?
13       A.   I do see that, yes.
14       Q.   Did you ask each of the due diligence
15   managers to provide a score for their clients?
16       A.   I don't have a recollection of this
17   level of detail.
18       Q.   But you don't dispute it?
19       A.   Yes.  I mean, I can see the e-mail,
20   but I don't recall this.
21       Q.   And if you turn to the attachment
22   that's similar to the prior document we looked
23   at, but there appears to be a box with the
24   client scores after each client.
25            Do you see that?
```

Page 301

1                    W. Buell

2          A.    Yes, I do see that.

3          Q.    When you came up with the concept for

4    this project, did you give a directive as to

5    how far back in time you wanted the due

6    diligence managers to review their interactions

7    with the clients?

8          A.    I don't recall.

9          Q.    Did you give any directives on what

10   information the due diligence managers should

11   use in creating their commentaries and score

12   card?

13         A.    I don't really recall, no.   I just

14   recall the scope of project, as I described it,

15   was an effort to try to develop an

16   understanding of operationally how these

17   relationships worked.

18         Q.    Operationally how they worked in

19   terms of --

20         A.    Well, operationally how they were

21   working with regards to the transaction

22   management team and the due diligence team, and

23   their relationship with these counterparties.

24              I don't recall historically or

25   whether it was start scoring them now and let's

```
 1                    W. Buell
 2     see if we learn something from this.
 3              MR. DELANGE:  Let's go off the
 4         record.
 5              THE VIDEOGRAPHER:  The time is
 6         4:52 p.m. and this completes Tape No. 3 of
 7         the videotaped deposition of Mr. William
 8         Buell.
 9              (Recess taken from 4:52 p.m. to
10         4:59 p.m.)
11              (Buell's Exhibit 550, E-Mail dated
12         May 15, 2007, was marked for
13         identification.)
14              THE VIDEOGRAPHER:  The time is
15         4:59 p.m. and this begins Tape No. 4 of the
16         videotaped deposition of Mr. William Buell.
17   BY MR. DELANGE:
18         Q.   Mr. Buell, I've handed you a document
19     that I've marked as Exhibit 550 Bates No.
20     JPMC_DEX_008448499 through 8559.  This is an
21     e-mail that you sent to Claudia Omari on or
22     about May 15, 2007.
23              Do you see that?
24         A.   I do, yes.
25         Q.   Who was Ms. Omari?
```

Page 306

1                    W. Buell

2        Q.    If you look at the first attachment

3   which has the heading "Due Diligence Score

4   Card."

5              Do you see that?

6        A.    I do see that, yes.

7        Q.    Is this the score card that you asked

8   the due diligence managers to prepare for each

9   of their clients?

10        A.    It's labeled or it's suggested, but I

11   don't remember it precisely, being it or not

12   being it.

13        Q.    You see it identifies who the due

14   diligence manager is for each client?

15        A.    I do, yes.

16        Q.    Then it has a score for each client?

17        A.    Yes, I see that.

18        Q.    If you turn to next document, it's

19   "Claims Risk Score Card."

20              Do you see that?

21        A.    I do see that, yes.

22        Q.    What is this document?

23        A.    This appears to be a similar kind of

24   document for the claims group.

25        Q.    This would not have been prepared by

Page 307

```
 1                    W. Buell

 2     your group?

 3         A.     No.    You may recall Alison Malkin

 4     works for me.    So this, I think, what this

 5     looks like to me is -- but, you know, again,

 6     this has been many years since I worked in this

 7     group.    This appears to me to be like the other

 8     one, that is kind of a summary that we were

 9     trying to work on in this project.

10             This one would be -- you know,

11     appears to be, you know, a summary prepared by

12     the group that Alison Malkin managed.

13         Q.     The next document lists at the top,

14     it says, "Seller," and then the second column

15     says "Common Issues."

16             Do you see that?

17         A.     I do see that, yes.

18         Q.     Was this document?

19         A.     I don't recognize this document,

20     format or anything.

21         Q.     Have you seen a document where common

22     issues were identified for particular sellers?

23         A.     I don't recall that, but it's

24     consistent with the project that we're talking

25     about.
```

Page 308

```
 1                  W. Buell

 2        Q.      The project that we looked at in a

 3   couple of the prior e-mails?

 4        A.      Yes.   The project trying to evaluate

 5   our counterparties for an operating

 6   perspective, how we relate and what kind of

 7   issues we were having and how we're managing

 8   these relationships.

 9        Q.      And this page with the two columns is

10   consistent with that project?

11        A.      It's not inconsistent with the kind

12   of materials that we were produced -- we were

13   trying to produce for that project.

14                But, again, as I said, I don't

15   specifically remember it, but I don't see it as

16   being inconsistent.

17        Q.      Then if you flip to the page ending

18   in Bates No. 507.   It's probably 30 pages in

19   maybe.

20        A.      507?

21        Q.      507, yes.

22        A.      This?

23        Q.      It's the J.P. Morgan Securitized

24   Products Group Transaction Management,

25   Quarterly Seller Review, February, March,
```

Page 309

1                    W. Buell

2    April 2007.

3                    Do you see that?

4        A.    I do see that, yes.

5        Q.    Is this the final version of the

6    project that we had looked at in the prior two

7    e-mails?

8        A.    I couldn't say definitively but, you

9    know, it looks like the same kind of product

10   and it looks like a further resolved version of

11   it.  So, whether it's the final version or not,

12   I couldn't say.  Maybe we did further

13   iterations of it that were different.  It's a

14   version that's further advanced it appears than

15   the other version, and that's about what I

16   could see.

17       Q.    Okay.

18                   And this has a table of contents;

19   correct?

20       A.    It appears to have a table of

21   contents, yes.

22       Q.    And do you recognize this quarterly

23   seller review document?

24       A.    Generally.

25       Q.    And whether or not it was the final,

1                    W. Buell

2    this was the product that came out of the

3    project that you had identified?

4         A.    This seems to be the kind of product

5    that I recall as trying to produce in that

6    project.

7         Q.    Had there been any other documents or

8    products like this created prior to this

9    document?

10        A.    Not that I am aware of.  I don't have

11   a recollection of that.

12        Q.    When you arrived at J.P. Morgan in

13   May of 2005, was there any documentation

14   provided to you regarding the group's

15   experience with the particular sellers?

16        A.    I don't have a recollection of there

17   being.

18        Q.    After you arrived in May of 2005, did

19   you initiate a project to review any of the

20   sellers that you were working with prior to

21   this?

22        A.    Prior to this?

23              I think that the principal scope of

24   our review was loan level analysis prior to

25   this, except that in the closing process we did

Page 311

1                    W. Buell

2    institute for a period of time, and I'm not

3    sure exactly when, in that closing package that

4    I described, a step which involved verifying

5    the status of the counterparty at the point at

6    which you were purchasing the loans on more of

7    a credit kind of dimension.

8        Q.    Did you review the entries from your

9    due diligence managers on each of the clients?

10       A.    I don't recall reviewing all of them.

11   I recall a discussion process around them.

12       Q.    Including receiving drafts that we

13   looked at previously?

14       A.    Yes.  I mean, I recall the project

15   being an iterative project and there being

16   discussion and...

17       Q.    Did you provide guidance for the due

18   diligence managers who were preparing this with

19   respect to how they were going to score each of

20   the clients?

21       A.    I don't recall the specific guidance,

22   but I think I was the person who sort of

23   conceived that, okay, here's a general approach

24   to look at counterparties from the transaction

25   management department's perspective with

1                      W. Buell

2      regards to how difficult or how easy is it to

3      do transactions with these counterparties.

4                  That's what this was really, the

5      project was oriented towards, trying to

6      differentiate between counterparties that were

7      very difficult to deal with and counterparties

8      that were not difficult to deal with, so to

9      speak.

10         Q.    I hand you a document that I marked

11     as Exhibit 551.

12                  (Buell's Exhibit 551, Document,

13            Bates No. JPMC_DEX_008305206 through 208,

14            was marked for identification.)

15     BY MR. DELANGE:

16         Q.    Mr. Buell, I've handed you a document

17     that's been marked as 551.  It bears Bates No.

18     JPMC_DEX_008305206 through 208.  It has a

19     spreadsheet attached to it which is an

20     extremely large native file that was produced

21     to us.

22                  And I'll represent for the record, I

23     don't believe the entire printout is here.  I'm

24     not going to ask you about the spreadsheet.

25     I'm going to ask you generally about it.