# EXHIBIT 83



**"Richelle Bosman"**
<Richelle.Bosman@clayton.com>

To: <joel.c.readence@jpmchase.com>
cc: "Christine Hartman" <CHartman@clayton.com>
Subject: RE: CBASS Occupancy Issues

04/18/2007 03:27 PM

Joel,

CLAS has been updated to reflect these 8 loans as EV2s for occupancy.

Richelle Bosman
Clayton QC Team

---

**From:** joel.c.readence@jpmchase.com [mailto:joel.c.readence@jpmchase.com]
**Sent:** Wed 4/18/2007 3:07 PM
**To:** Richelle Bosman
**Cc:** Knote, Andrew (C-BASS); Chin, David (C-BASS); Tom.Roh@jpmorgan.com; Linda.Genneken@clam.c-bass.com; Campbell, Philip (Clam); Kathryn.Bauer@jpmorgan.com
**Subject:** RE: CBASS Occupancy Issues


Good afternoon Richelle,

Please clear all of the occupancy exceptions to an EV2 based on their excellent pay histories. Please let me know if you come across any more loans with occupancy exceptions.

Thank you for your assistance!

Regards,

Joel C. Readence
Due Diligence Manager
JP Morgan Securities, Inc.
270 Park Avenue, 10th Floor
New York, NY. 10017
PH: (212) 834-9146
FX: (866) 558-9649
joel.c.readence@jpmorgan.com


| Kathryn Bauer/JPMCHASE | To "Chin, David \(C-BASS\)" <David.Chin@C-BASS.COM> |
|---|---|
| 04/18/2007 02:34 PM | cc "Knote, Andrew \(C-BASS\)" <Andrew.Knote@C-BASS.COM>, joel.c.readence@jpmchase.com, tom.roh@jpmorgan.com |
| | Subject RE: CBASS Occupancy Issues<u>Link</u> |

Joel, Please override the loans to an EV2 status based on their payment histories. We will update our collateral strats to reflect the correct occupancy codes. If Clayton comes across any additional loans with the same issue, please notify us as soon as possible.

Thanks.

---

Kathryn Bauer
J.P. Morgan Securities Inc.
Office: (212) 834-9986
Fax: (212) 834-6671
kathryn.bauer@jpmorgan.com


"Chin, David \(C-BASS\)" <David.Chin@C-BASS.COM>

04/18/2007 02:31 PM

To <Kathryn.Bauer@jpmorgan.com>
cc "Knote, Andrew \(C-BASS\)" <Andrew.Knote@C-BASS.COM>, <tom.roh@jpmorgan.com>, <joel.c.readence@jpmchase.com>
Subject RE: CBASS Occupancy Issues


I would prefer to leave them in and update the strats.

---

**From:** Kathryn.Bauer@jpmorgan.com [mailto:Kathryn.Bauer@jpmorgan.com]
**Sent:** Wednesday, April 18, 2007 2:29 PM
**To:** Chin, David (C-BASS)
**Cc:** Knote, Andrew (C-BASS); tom.roh@jpmorgan.com; joel.c.readence@jpmchase.com
**Subject:** Fw: CBASS Occupancy Issues


Dave, Clayton has found eight loans with occupancy issues. All were underwritten as primary occupancy, but have been found to be investor properties. Would you like to treat these as a data integrity edit and update our collateral strats to reflect the change, or would you like to remove them from the collateral pool and discuss them further with CHF?

---

Kathryn Bauer
J.P. Morgan Securities Inc.
Office: (212) 834-9986
Fax: (212) 834-6671
kathryn.bauer@jpmorgan.com

----- Forwarded by Kathryn Bauer/JPMCHASE on 04/18/2007 02:17 PM -----


Joel C Readence/JPMCHASE

04/18/2007 12:09 PM

To Kathryn Bauer/JPMCHASE@JPMCHASE
cc Tom Roh/JPMCHASE@JPMCHASE
Subject CBASS Occupancy Issues

Confidential
JPMC_DEX_008469376

Kathryn,

Please see Richelle's notes below.

8 loans have occupancy issues. These affected loans have borrowers that use the property for their business and rent out the residential side.

According to her review, 7 of the loans with an occupancy issue are aged production from 2004/2005. 1 loan was from 2006. I requested pay histories which show clean mtg payments on 7 of the 8 and 1 with a 1X30.

Please advise on how you would like to proceed.

Regards,

Joel C. Readence
Due Diligence Manager
JP Morgan Securities, Inc.
270 Park Avenue, 10th Floor
New York, NY. 10017
PH: (212) 834-9146
FX: (866) 558-9649
joel.c.readence@jpmorgan.com

----- Forwarded by Joel C Readence/JPMCHASE on 04/18/2007 12:06 PM -----

"Richelle Bosman" <Richelle.Bosman@clayton.com>

04/18/2007 12:03 PM

To <joel.c.readence@jpmchase.com>
cc
Subject RE:

Joel,

Attached is an initial spreadsheet of loans with occupancy issues. There were 8 loans under the occupancy

exception code. I am having the programmers take a second look to see if there were other loans with occupancy issues not under the occupancy code. 7 of the loans are from 2004/2005. 1 is from 2006. 7 loans have 0x30 pay history and 1 loan has 1x30 history.

It feels like there should be more than 8 loans with occupancy issues. But it could be that loans were changed in CLAS from O/O to N/O/O to reflect the correct occupancy.

I will let you know if the programmers locate anymore loans.

Thank you,
Richelle Bosman
Clayton QC Team
210-862-4078

---

**From:** joel.c.readence@jpmchase.com [mailto:joel.c.readence@jpmchase.com]
**Sent:** Wed 4/18/2007 11:19 AM
**To:** Richelle Bosman
**Cc:** Amanda Weber; Christine Hartman; Paul DiSario
**Subject:** Re:

Richelle,

Please call me at 212-834-9146. please include our contact info on all emails going forward so you can be reached if there are questions.

Thanks.

Regards,

Joel C. Readence
Due Diligence Manager
JP Morgan Securities, Inc.
270 Park Avenue, 10th Floor
New York, NY. 10017
PH: (212) 834-9146
FX: (866) 558-9649
joel.c.readence@jpmorgan.com

"Richelle Bosman" <Richelle.Bosman@clayton.com>

04/17/2007 07:17 PM

To "Amanda Weber" <AWeber@clayton.com>, <joel.c.readence@jpmchase.com>
cc "Christine Hartman" <CHartman@clayton.com>, "Paul DiSario" <PDiSario@clayton.com>
Subject

Joel and Amanda

Today's update

I reviewed 30 loans. I changed 12 to EV1/EV2.  I have 4 more boxes to review.

I am still seeing files with occupancy issues. Some of which we caught last week. But I am seeing more now that I am reviewing the hard file. I am clearing the missing document issue, and creating a new issue for occupancy. It was hard to catch al these last week as not all the documents were on the CD files.

I am seeing outdated appraisal forms being used. I have seen several FLHMC 71B forms last revised 8/77.

Have a good evening.

Richelle Bosman
Clayton QC Team

IMPORTANT NOTICE:

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you have received this message in error, you are hereby notified that we do not consent to any reading, dissemination, distribution or copying of this message.  If you have received this communication in error, please notify the sender immediately and destroy the transmitted information.


This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates.

This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect

that might affect any computer system into which it is received and
opened, it is the responsibility of the recipient to ensure that it
is virus free and no responsibility is accepted by JPMorgan Chase &
Co., its subsidiaries and affiliates, as applicable, for any loss
or damage arising in any way from its use. If you received this
transmission in error, please immediately contact the sender and
destroy the material in its entirety, whether in electronic or hard
copy format. Thank you.

Please refer to http://www.jpmorgan.com/pages/disclosures for
disclosures relating to UK legal entities.

```
IMPORTANT NOTICE:

This message is intended only for the use of the individual or entity to which it is
addressed and may contain information that is privileged, confidential and exempt
from disclosure under applicable law.  If you have received this message in error,
you are hereby notified that we do not consent to any reading, dissemination,
distribution or copying of this message.  If you have received this communication in
error, please notify the sender immediately and destroy the transmitted information.

[attachment "Occupancy.XLS" deleted by Kathryn Bauer/JPMCHASE]
```
This communication is for informational purposes only. It is not intended as an offer or solicitation for
the purchase or sale of any financial instrument or as an official confirmation of any transaction. All
market prices, data and other information are not warranted as to completeness or accuracy and are
subject to change without notice. Any comments or statements made herein do not necessarily reflect
those of JPMorgan Chase & Co., its subsidiaries and affiliates.

This transmission may contain information that is privileged, confidential, legally privileged, and/or
exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby
notified that any disclosure, copying, distribution, or use of the information contained herein (including
any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are
believed to be free of any virus or other defect that might affect any computer system into which it is
received and opened, it is the responsibility of the recipient to ensure that it is virus free and no
responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for
any loss or damage arising in any way from its use. If you received this transmission in error, please
immediately contact the sender and destroy the material in its entirety, whether in electronic or hard
copy format. Thank you.
Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to UK legal entities.


_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

This e-mail (including any attachments) may contain
information that is private, confidential, or
protected by attorney-client or other privilege.  If
you received this e-mail in error, please delete it
from your system without copying it and notify sender
by reply e-mail, so that our records can be corrected.