# EXHIBIT 84



| Joel C Readence | To: Leon_Daniels@countrywide.com, DDestefano@clayton.com, AAyers@clayton.com |
|---|---|
| 03/02/2006 02:55 PM | cc: Brian L Simons/JPMCHASE@JPMCHASE, Craig X Inglet/JPMCHASE@JPMCHASE, JCaravetta@clayton.com |
| | Subject: CW20060330 Subprime Partial Pool |

Ladies & Gentlemen:

Due diligence has been scheduled to take place on **03/6/06** through **03/10/06** at the following location:

**THE CLAYTON GROUP**
**13101 Telecom Drive, Suite 150**
**Tampa, FL 33637**
**(813) 472-6438**

**THE CLAYTON GROUP** has been selected to perform the review of the files. **DEBBIE DESTEFANO** is the lead contact at **CLAYTON** and can be contacted at **732-673-2834**. **ANN AYERS** is the secondary contact at Clayton and can be reached at **203-926-8063**. **LEON DANIELS** is the primary contact at **COUNTRYWIDE** and can be reached at **818-225-4984**.

**JPM Contacts:**
Your deal manager is **Brian Simons** who can be contacted at **212-834-3861**.

Your due diligence manager is **Joel Readence** who can be contacted at **212-834-9146.**

The attached file represents those **1300** loans selected for review. If you are unable to provide these files within the specified time frame, you must contact us immediately.

**This sample represents a sampling of $800M of the $1B All loans must be made available for review. The sample for the $200M outstanding will be provided ASAP.**


CW20060330 Subprime SAMPLE 3-2-06.xls

**THE CLAYTON GROUP** Responsibilities:

To provide to the seller and to our firm the following daily reports:
Data Delta Tapes
Missing Document Report
Event Level 3 Reports

Final due diligence tapes must be provided to us no later than **03/28/06**.

**COUNTRYWIDE** Responsibilities:

**COUNTRYWIDE** will be required to make the necessary corrections to the loan-level data based on the due diligence firm's findings. The final settlement tape must contain these corrections. If these corrections are not made, the settlement may be delayed.

Provide settlement tapes timely as requested by your deal manager.

All loan-level documentation noted as missing by the due diligence firm must be received by no later than **03/28/06** to meet timely settlement.

Please feel free to contact me with any questions.


Regards,

Joel C. Readence
JP Morgan Securities, Inc.
270 Park Avenue, Floor 10
New York, NY 10017
PH: (212) 834-9146
FAX: 1(866) 558-9649
joel.c.readence@jpmorgan.com

Confidential

JPMC_DEX_001907275

2