# EXHIBIT 87



**Joel C Readence**
03/29/2006
02:56 PM

To: Brian L Simons/JPMCHASE@JPMCHASE
cc:
Subject: CW20060330 Subprime

Brian,

Per our conversation, please see the attahced due diligence summary.

The loans graded as 0s, 1s, or 2s, are available for purchase.

I am still working on grading the 3's that are flagged for missing docs as 5s, but again, this will not affect the pool population.


CW20060330 Due Diligence Summary F1 Final Report 3-28-06.XLS

Please advise if you have any questions or comments.

Thanks-

Joel C. Readence
JP Morgan Securities, Inc.
270 Park Avenue, Floor 10
New York, NY 10017
PH: (212) 834-9146
E-FAX: 1(866) 558-9649
joel.c.readence@jpmorgan.com

Confidential

JPMC_DEX_008623406

**Document provided in native format**

Confidential

JPMC_DEX_008623407

1

**CW20060330 Subprime**  
**Due Diligence Summary Report**

Due Diligence Manager: Joel C. Readence  
Report Type: Final-Funding  3/28/2006

## Total Population Review

**Sample Flags: (All)**

| Loan Grade | Count of LOANID | % by count | Sum of UPB | Sum of UPB2 |
|---|---|---|---|---|
| 1 | 3299 | 57.29% | $ 613,935,296 | 61.46% |
| 2 | 1069 | 18.57% | $ 167,258,342 | 16.74% |
| 3 | 444 | 7.71% | $ 62,333,014 | 6.24% |
| 4 | 40 | 0.69% | $ 7,933,426 | 0.79% |
| 6 | 856 | 14.87% | $ 139,083,505 | 13.92% |
| 5 | 50 | 0.87% | $ 8,361,379 | 0.84% |
| Grand Total | 5758 | 100.00% | $ 998,904,961 | 100.00% |

**Sample Flags: (All)**

| Credit Grade | Count of LOANID | % by count | Sum of UPB | Sum of UPB2 |
|---|---|---|---|---|
| 0 | 4241 | 73.65% | $ 754,821,398 | 75.56% |
| 1 | 925 | 16.06% | $ 154,788,974 | 15.50% |
| 2 | 150 | 2.61% | $ 25,006,629 | 2.50% |
| 3 | 347 | 6.03% | $ 48,209,668 | 4.83% |
| 4 | 51 | 0.89% | $ 9,120,822 | 0.91% |
| 5 | 44 | 0.76% | $ 6,957,469 | 0.70% |
| Grand Total | 5758 | 100.00% | $ 998,904,961 | 100.00% |

**Sample Flags: (All)**

| Compliance Grade | Count of LOANID | % by count | Sum of UPB | Sum of UPB2 |
|---|---|---|---|---|
| 0 | 4241 | 73.65% | $ 754,821,398 | 75.56% |
| 1 | 1283 | 22.28% | $ 208,242,105 | 20.85% |
| 2 | 34 | 0.59% | $ 6,226,330 | 0.62% |
| 3 | 137 | 2.38% | $ 18,470,347 | 1.85% |
| 4 | 51 | 0.89% | $ 9,120,822 | 0.91% |
| 5 | 12 | 0.21% | $ 2,023,959 | 0.20% |
| Grand Total | 5758 | 100.00% | $ 998,904,961 | 100.00% |

**Sample Flags: (All)**

| Property Grade | Count of LOANID | % by count | Sum of UPB | Sum of UPB2 |
|---|---|---|---|---|
| 1 | 3709 | 64.41% | $ 680,801,787 | 68.15% |
| 2 | 1100 | 19.10% | $ 165,914,552 | 16.61% |
| 3 | 43 | 0.75% | $ 6,993,512 | 0.70% |
| 6 | 906 | 15.73% | $ 145,195,111 | 14.54% |
| Grand Total | 5758 | 100.00% | $ 998,904,961 | 100.00% |

## Random Sample Review

**Sample Flags: R**

| Loan Grade | Count of LOANID | % by count | Sum of UPB | Sum of UPB2 |
|---|---|---|---|---|
| 1 | 289 | 40.53% | $ 50,730,512 | 43.08% |
| 2 | 166 | 23.28% | $ 29,183,561 | 24.78% |
| 3 | 174 | 24.40% | $ 25,140,645 | 21.35% |
| 4 | 31 | 4.35% | $ 6,446,398 | 5.47% |
| 6 | 35 | 4.91% | $ 4,354,549 | 3.70% |
| 5 | 18 | 2.52% | $ 1,898,468 | 1.61% |
| Grand Total | 713 | 100.00% | $ 117,754,133 | 100.00% |

**Sample Flags: R**

| Credit Grade | Count of LOANID | % by count | Sum of UPB | Sum of UPB2 |
|---|---|---|---|---|
| 1 | 488 | 68.44% | $ 83,926,243 | 71.27% |
| 2 | 49 | 6.87% | $ 8,495,176 | 7.21% |
| 3 | 124 | 17.39% | $ 17,011,381 | 14.45% |
| 4 | 39 | 5.47% | $ 7,317,260 | 6.21% |
| 5 | 13 | 1.82% | $ 1,004,072 | 0.85% |
| Grand Total | 713 | 100.00% | $ 117,754,133 | 100.00% |

**Sample Flags: R**

| Compliance Grade | Count of LOANID | % by count | Sum of UPB | Sum of UPB2 |
|---|---|---|---|---|
| 1 | 597 | 83.73% | $ 98,853,288 | 83.95% |
| 2 | 16 | 2.24% | $ 3,172,296 | 2.69% |
| 3 | 56 | 7.85% | $ 7,516,892 | 6.38% |
| 4 | 39 | 5.47% | $ 7,317,260 | 6.21% |
| 5 | 5 | 0.70% | $ 894,396 | 0.76% |
| Grand Total | 713 | 100.00% | $ 117,754,133 | 100.00% |

**Sample Flags: R**

| Property Grade | Count of LOANID | % by count | Sum of UPB | Sum of UPB2 |
|---|---|---|---|---|
| 1 | 456 | 63.96% | $ 79,093,227 | 67.17% |
| 2 | 181 | 25.39% | $ 27,823,964 | 23.63% |
| 3 | 23 | 3.23% | $ 4,125,827 | 3.50% |
| 6 | 53 | 7.43% | $ 6,711,115 | 5.70% |
| Grand Total | 713 | 100.00% | $ 117,754,133 | 100.00% |

**Full Population Analysis**

| | | | |
|---|---|---|---|
| Random | 713 | 148 | 20.76% |
| Non Random | 5045 | 1047 | 20.76% |
| Full | 5758 | | |

**Final Population Analysis**

| | | | |
|---|---|---|---|
| Random | 713 | 11 | 1.54% |
| Adverse | 796 | 21 | 2.64% |
| Unsampled | 4249 | 1026 | 24.15% |
| Full | 5758 | 1026 | 17.82% |

**Due Diligence Grades**  
Grade 0 = Not Sampled  
Grade 1 = Acceptable Within Guidelines  
Grade 2 = Acceptable with Compensating Factors  
Grade 3 = Unacceptable or requires further explanation  
    or requires further documentation  
Grade 4 = Selected for Review but unavailable  
Grade 5= Missing Documentation/Unable to complete review  
Grade 6= Pending Property Review