# EXHIBIT 88



"Ann Ayers"
<AAyers@clayton.com>

To: <joel.c.readence@jpmchase.com>
cc: "Debbie Destefano" <DDestefano@clayton.com>
Subject: RE: JPM-CW0603 042706

04/27/2006 05:28 PM

These are all done.

---

**From:** joel.c.readence@jpmchase.com [mailto:joel.c.readence@jpmchase.com]
**Sent:** Thursday, April 27, 2006 4:51 PM
**To:** Ann Ayers
**Cc:** Kathryn_Martin@Countrywide.Com
**Subject:** Re: JPM-CW0603 042706
**Importance:** High


Ann,

Please override the following loans:

114292975
120746478
127257646
127362136
106831828
124425794
116426114
111997111
116703132
116887708
117083372
115561337
115607928

Possibly more to follow...

Thanks-

Joel C. Readence
JP Morgan Securities, Inc.
270 Park Avenue, Floor 10
New York, NY 10017
PH: (212) 834-9146
E-FAX: 1(866) 558-9649
joel.c.readence@jpmorgan.com

Confidential

JPMC_DEX_001901259