# EXHIBIT 89



**Kathryn Bauer**
To: HE Trading
cc: tom.roh@jpmorgan.com
Subject: Fw: JPMAC 2006-CW1

05/10/2006
10:24 AM

Moody's is reviewing the due diligence reports... Feedback is on target for tomorrow.

---

Kathryn Bauer
J.P. Morgan Securities Inc.
Office: (212) 834-9986
Fax: (212) 834-6671
kathryn.bauer@jpmorgan.com

----- Forwarded by Kathryn Bauer/JPMCHASE on 05/10/2006 10:20 AM -----



**Joel C Readence**
To: Stephanie.Poage@moodys.com
cc: Kathryn Bauer/JPMCHASE@JPMCHASE
Subject: Fw: JPMAC 2006-CW1

05/10/2006
10:16 AM

Good morning Stephanie-

Please see the attached due diligence summary report containing the requested information:

*Credit/compliance sample size ( 1,514 loans selected for credit/compliance review...results reflected in Due Diligence Summary Tab)

*Kickout breakdown (See Due Diligence Summary Tab for breakdown and see Due Diligence Grade Key at bottom left hand corner for grade translation)

*Property review (entire pool reviewed-see CRS Report tab...results reflected in Due Diligence Summary Tab)



Countrywide20060330 FINAL DD Summary2.xls.zip

Please let me know if you have any questions or comments.

Regards,

Joel C. Readence
JP Morgan Securities, Inc.
270 Park Avenue, Floor 10
New York, NY 10017
PH: (212) 834-9146
E-FAX: 1(866) 558-9649
joel.c.readence@jpmorgan.com

----- Forwarded by Joel C Readence/JPMCHASE on 05/10/2006 10:00 AM -----



**Kathryn Bauer**
To: "Poage, Stephanie" <Stephanie.Poage@moodys.com>
cc: Joel C Readence/JPMCHASE@JPMCHASE
Subject: RE: JPMAC 2006-CW1

05/09/2006
05:43 PM

Hi Stephanie, My due diligence manager, Joel, will send you reports first thing tomorrow morning. He will also be



Confidential

JPMC_DEX_008990117

available to discuss any questions you have; the process mirrors the process of all prior JPMAC transactions.

Thanks,
Kate

---

Kathryn Bauer
J.P. Morgan Securities Inc.
Office: (212) 834-9986
Fax: (212) 834-6671
kathryn.bauer@jpmorgan.com
˜ "Poage, Stephanie" <Stephanie.Poage@moodys.com>



"Poage, Stephanie"
<Stephanie.Poage@moodys.com>

05/09/2006 05:18 PM

To: <Kathryn.Bauer@jpmorgan.com>
cc:
Subject: RE: JPMAC 2006-CW1

Kate,
Can you provide some information regarding the due diligence that has been done on this pool? Credit/Compliance Sample size and kickout breakdown as well as Property review sample size and kickouts would be great. If you could provide the # of loans and total balances I'd appreciate it.

I may also give you a call tomorrow to get some color on the due diligence process. Can I assume that it is the same process as in past deals (CRS does valuation reviews, Bohan, Clayton, etc. does credit/compliance reviews)?

-----Original Message-----
**From:** Kathryn.Bauer@jpmorgan.com [mailto:Kathryn.Bauer@jpmorgan.com]
**Sent:** Tuesday, May 09, 2006 7:14 AM
**To:** Poage, Stephanie
**Subject:** Re: JPMAC 2006-CW1


Hi Stephanie, Sorry for the delay, just got out of a meeting discussing this deal. Can you please run the collateral without the Alt-B treatment? We are unable to obtain all of the data fields from Countrywide. I am working on a conforming piece this morning, and so should have replines and structure to you late this afternoon.

Please feel free to call if you need anything further.

Thanks!
Kate

---

Kathryn Bauer
J.P. Morgan Securities Inc.
Office: (212) 834-9986
Fax: (212) 834-6671
kathryn.bauer@jpmorgan.com

"Poage, Stephanie" <Stephanie.Poage@moodys.com>

05/09/2006 09:03 AM

To: <Kathryn.Bauer@jpmorgan.com>
cc:
Subject: JPMAC 2006-CWL1

Confidential
JPMC_DEX_008990118

Hi Kate,
Just wondering if you have an update on the status of this deal. Thanks.

Stephanie Poage
Moody's Investors Service
Asset Finance Group
One Front Street, Suite 1900
San Francisco, CA 94111
Tel: (415) 274-1741
Email: Stephanie.Poage@Moodys.com

---

**The information contained in this e-mail message, and any attachment thereto, is confidential and may not be disclosed without our express permission. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that you have received this message in error and that any review, dissemination, distribution or copying of this message, or any attachment thereto, in whole or in part, is strictly prohibited. If you have received this message in error, please immediately notify us by telephone, fax or e-mail and delete the message and all of its attachments. Thank you. Every effort is made to keep our network free from viruses. You should, however, review this e-mail message, as well as any attachment thereto, for viruses. We take no responsibility and have no liability for any computer virus which may be transferred via this e-mail message.**

This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates.

---

**The information contained in this e-mail message, and any attachment thereto, is confidential and may not be disclosed without our express permission. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that you**

have received this message in error and that any review,
dissemination, distribution or copying of this message, or any
attachment thereto, in whole or in part, is strictly prohibited. If
you have received this message in error, please immediately notify
us by telephone, fax or e-mail and delete the message and all of
its attachments. Thank you. Every effort is made to keep our
network free from viruses. You should, however, review this e-mail
message, as well as any attachment thereto, for viruses. We take no
responsibility and have no liability for any computer virus which
may be transferred via this e-mail message.

Confidential

**DOCUMENT PRODUCED IN NATIVE FORMAT**

Confidential

# CW20060330 Subprime
## Due Diligence Summary Report

| | |
|---|---|
| Due Diligence Manager: | Joel C. Readence |
| Report Status: | FINAL |

### Total Population Review

Sample Flags (All)

| Loan Grade | Count of LOANID | % by count | Sum of UPB | Sum of UPB2 |
|---|---|---|---|---|
| 1 | 3513 | 61.01% | 645786591.1 | 64.65% |
| 2 | 1563 | 27.14% | 247402252 | 24.77% |
| 3 | 318 | 5.52% | 51659643.02 | 5.17% |
| 4 | 45 | 0.78% | 8434325.66 | 0.84% |
| 5 | 160 | 2.78% | 20917596.07 | 2.09% |
| 6 | 146 | 2.54% | 23555827.09 | 2.36% |
| 7 | 9 | 0.16% | 872432.51 | 0.09% |
| 8 | 4 | 0.07% | 276293.78 | 0.03% |
| Grand Total | 5758 | 100.00% | 998904961.3 | 100.00% |

Sample Flags (All)

| Credit Grade | Count of LOANID | % by count | Sum of UPB | Sum of UPB2 |
|---|---|---|---|---|
| 0 | 4240 | 73.64% | 754610316.4 | 75.54% |
| 1 | 948 | 16.46% | 158322809.8 | 15.85% |
| 2 | 238 | 4.13% | 38787998.5 | 3.88% |
| 3 | 117 | 2.03% | 18210792.83 | 1.82% |
| 4 | 156 | 2.71% | 19044589.08 | 1.91% |
| 5 | 9 | 0.16% | 872432.51 | 0.09% |
| 7 | 50 | 0.87% | 9056022.17 | 0.91% |
| Grand Total | 5758 | 100.00% | 998904961.3 | 100.00% |

Sample Flags (All)

| Compliance Grade | Count of LOANID | % by count | Sum of UPB | Sum of UPB2 |
|---|---|---|---|---|
| 0 | 4240 | 73.64% | 754610316.4 | 75.54% |
| 1 | 1285 | 22.32% | 208850629.7 | 20.91% |
| 2 | 41 | 0.71% | 7879023.15 | 0.79% |
| 3 | 116 | 2.01% | 14522310.32 | 1.45% |
| 4 | 17 | 0.30% | 3114227.06 | 0.31% |
| 5 | 9 | 0.16% | 872432.51 | 0.09% |
| 7 | 50 | 0.87% | 9056022.17 | 0.91% |
| Grand Total | 5758 | 100.00% | 998904961.3 | 100.00% |

Sample Flags (All)

| Property Grade | Count of LOANID | % by count | Sum of UPB | Sum of UPB2 |
|---|---|---|---|---|
| 1 | 3919 | 68.06% | 711722277.7 | 71.25% |
| 2 | 1526 | 26.50% | 234631288.6 | 23.49% |
| 3 | 152 | 2.64% | 27716536.43 | 2.77% |
| 6 | 148 | 2.57% | 23686132.2 | 2.37% |
| 7 | 9 | 0.16% | 872432.51 | 0.09% |
| 8 | 4 | 0.07% | 276293.78 | 0.03% |
| Grand Total | 5758 | 100.00% | 998904961.3 | 100.00% |

### Random Sample Review

Sample Flags R

| Loan Grade | Count of LOANID | % by count | Sum of UPB | Sum of UPB2 |
|---|---|---|---|---|
| 1 | 297 | 41.65% | 51325737.12 | 43.59% |
| 2 | 215 | 30.15% | 37083066.8 | 31.49% |
| 3 | 87 | 12.20% | 12676486.02 | 10.77% |
| 4 | 10 | 1.40% | 1249283.7 | 1.06% |
| 5 | 65 | 9.12% | 8228868.88 | 6.99% |
| 6 | 1 | 0.14% | 11657.28 | 0.01% |
| 7 | 36 | 5.05% | 6953597.85 | 5.91% |
| 8 | 2 | 0.28% | 225435.09 | 0.19% |
| Grand Total | 713 | 100.00% | 117754132.7 | 100.00% |

Sample Flags R

| Credit Grade | Count of LOANID | % by count | Sum of UPB | Sum of UPB2 |
|---|---|---|---|---|
| 1 | 496 | 69.57% | 84540810.53 | 71.79% |
| 2 | 78 | 10.94% | 13057542.56 | 11.09% |
| 3 | 38 | 5.33% | 5295784.75 | 4.50% |
| 4 | 39 | 5.47% | 7317260.13 | 6.21% |
| 5 | 61 | 8.56% | 7531077.49 | 6.40% |
| 7 | 1 | 0.14% | 11657.28 | 0.01% |
| Grand Total | 713 | 100.00% | 117754132.7 | 100.00% |

Sample Flags R

| Compliance Grade | Count of LOANID | % by count | Sum of UPB | Sum of UPB2 |
|---|---|---|---|---|
| 1 | 599 | 84.01% | 99209359.99 | 84.25% |
| 2 | 21 | 2.95% | 4439746.01 | 3.77% |
| 3 | 46 | 6.45% | 5753125.61 | 4.89% |
| 4 | 39 | 5.47% | 7317260.13 | 6.21% |
| 5 | 7 | 0.98% | 1022983.72 | 0.87% |
| 7 | 1 | 0.14% | 11657.28 | 0.01% |
| Grand Total | 713 | 100.00% | 117754132.7 | 100.00% |

Sample Flags R

| Property Grade | Count of LOANID | % by count | Sum of UPB | Sum of UPB2 |
|---|---|---|---|---|
| 1 | 463 | 64.94% | 79910181.79 | 67.86% |
| 2 | 210 | 29.45% | 31859069.36 | 27.06% |
| 3 | 26 | 3.65% | 4439305.52 | 3.77% |
| 6 | 11 | 1.54% | 1308483.7 | 1.11% |
| 7 | 1 | 0.14% | 11657.28 | 0.01% |
| 8 | 2 | 0.28% | 225435.09 | 0.19% |
| Grand Total | 713 | 100.00% | 117754132.7 | 100.00% |

| Sample Flags | Count of LOANID | % by count | Sum of UPB | Sum of UPB2 |
|---|---|---|---|---|
| LR | 491 | 8.53% | 83906209.49 | 8.40% |
| R | 713 | 12.38% | 117754132.7 | 11.79% |
| Sc | 305 | 5.30% | 41354691.04 | 4.14% |
| Not Sampled | 4249 | 73.79% | 755889928 | 75.67% |
| Grand Total | 5758 | 100.00% | 998904961.3 | 100.00% |

### Final Population Credit Findings

Sample Flags LR

| Credit Grade | Count of LOANID | % by count | Sum of UPB | Sum of UPB2 |
|---|---|---|---|---|
| 1 | 271 | 55.19% | 47624775.76 | 56.76% |
| 2 | 107 | 21.79% | 19632609.79 | 23.40% |
| 3 | 54 | 11.00% | 9187159.64 | 10.95% |
| 5 | 56 | 11.41% | 7198480.57 | 8.58% |
| 7 | 1 | 0.20% | 37883.73 | 0.05% |
| 4 | 2 | 0.41% | 225300 | 0.27% |
| Grand Total | 491 | 100.00% | 83906209.49 | 100.00% |

### Due Diligence Grades

Grade 0 = Not selected for review
Grade 1 = Acceptable Within Guidelines
Grade 2 = Acceptable with Compensating Factors
Grade 3 = Unacceptable or requires further explanation
Grade 4 = Selected for Review but unavailable
Grade 5 = Missing Documentation/Unable to complete review
Grade 6 = Unable to complete property review/pending appraisal
Grade 7 = Paid in Full Removed by Client
Grade 8 = Property Review/Dropped from Pool