# EXHIBIT 90



| | |
|---|---|
| **Joel C Readence**<br>02/03/2006<br>04:02 PM | To: "Komarith Touk" <KTouk@ncen.com>, LNagy@ncen.com, vlaguana@ncen.com, lnagy@ncen.com, DDestefano@clayton.com<br>cc: Brian L Simons/JPMCHASE@JPMCHASE, Sandra L Penichet/JPMCHASE@JPMCHASE, Cristina M Rosales/JPMCHASE@JPMCHASE<br>Subject: NewCentury20060224 SAMPLE |

Ladies & Gentlemen:

Due diligence has been scheduled to take place on **02/6/06 through 02/14/06** at the following location:

**NC Capital Corp.
210 Commerce, 1st Floor
Irvine, CA 92602**

**The Clayton Group** has been selected to perform the review of the files. **Debbie Destefano**is the lead contact at **Clayton** and can be contacted at **512-231-2226**. **Vincent Laguana** is the main contact at **New Century** and can be contacted at **949-797-5328**. Lynette Nagy is the secondary contact and can be reached at **949-797-5311**.

**JPM Contacts:**
Your deal manager is **Brian L Simons** who can be contacted at **212-834-3861**.

Your due diligence manager is **Joel Readence** who can be contacted at **212-834-9146.**

The attached file represents those **1,357** loans selected for review. All loans must be made available for review. If you are unable to provide these files within the specified time frame, you must contact us immediately.


NewCentury20060224 SAMPLE.xls

**THE CLAYTON GROUP** Responsibilities:

To provide to the seller and to our firm the following daily reports:
Data Delta Tapes
Missing Document Report
Event Level 3 Reports

Final due diligence tapes must be provided to us no later than **02/22/06**.

**NEW CENTURY** Responsibilities:

**NEW CENTURY** will be required to make the necessary corrections to the loan-level data based on the due diligence firm's findings. The final settlement tape must contain these corrections. If these corrections are not made, the settlement may be delayed.

Confidential   JPMC_DEX_001905755

Provide settlement tapes timely as requested by your deal manager.

All loan-level documentation noted as missing by the due diligence firm must be received by no later than **02/22/06** to meet timely settlement.

You are advised to contact immediately to coordinate the funding process.

Please feel free to contact me with any questions.

Joel C. Readence
JP Morgan Securities, Inc.
270 Park Avenue, Floor 10
New York, NY 10017
PH: (212) 834-9146
FAX: 1(866) 558-9649
joel.c.readence@jpmorgan.com

Confidential

JPMC_DEX_001905756

**Document provided in native format**

Confidential

JPMC_DEX_001905757