# EXHIBIT 94



**Joel C Readence**
03/17/2006
11:53 AM

To: Shilla Kim-Parker/JPMCHASE@JPMCHASE
cc:
Subject: New Century



New Century 20060224 Subprime Trade Analysis WCB v2.xls

Shilla-

Please note that we are not supposed to give these reports to the rating agencies any more. Talk to Kathryn. She gave them the Diligence Report (Tab 4) and the Code key on the DD Summary Tab.

Thanks-

Joel C. Readence
JP Morgan Securities, Inc.
270 Park Avenue, Floor 10
New York, NY 10017
PH: (212) 834-9146
FAX: 1(866) 558-9649
joel.c.readence@jpmorgan.com



Confidential

JPMC_DEX_008574046

1

**Document provided in native format**

Confidential

JPMC_DEX_008574047

# New Century20060224 Subprime Trade
## Due Diligence Summary Report

Due Diligence Manager: Joel C. Readence

### Total Population Review

Sample Flags: (All)

| Loan Grade | Data | | | |
|---|---|---|---|---|
| | Count of LOANID | % of count | Sum of UPB | Sum of UPB2 |
| 0 | 4 | 0.09% | 627250 | 0.06% |
| 1 | 2571 | 56.69% | 587179759 | 58.49% |
| 2 | 1674 | 36.91% | 352030650.3 | 35.07% |
| 3 | 243 | 5.36% | 54668321.28 | 5.45% |
| 4 | 10 | 0.22% | 1589581.87 | 0.16% |
| 5 | 33 | 0.73% | 7841271.53 | 0.78% |
| Grand Total | 4535 | 100.00% | 1003936833 | 100.00% |

Sample Flags: (All)

| Credit Grade | Data | | | |
|---|---|---|---|---|
| | Count of LOANID | % of count | Sum of UPB | Sum of UPB2 |
| 1 | 722 | 15.92% | 137656209 | 13.71% |
| 2 | 599 | 13.21% | 131772048.2 | 13.13% |
| 3 | 129 | 2.84% | 30968610.34 | 3.08% |
| 4 | 10 | 0.22% | 1589581.39 | 0.16% |
| 5 | 25 | 0.55% | 5574890.24 | 0.56% |
| Not Sampled | 3050 | 67.25% | 696375494.3 | 69.36% |
| Grand Total | 4535 | 100.00% | 1003936833 | 100.00% |

Sample Flags: (All)

| Compliance Grade | Data | | | |
|---|---|---|---|---|
| | Count of LOANID | % of count | Sum of UPB | Sum of UPB2 |
| 1 | 1213 | 26.75% | 258600598 | 25.76% |
| 2 | 196 | 4.32% | 31327732.36 | 3.12% |
| 3 | 31 | 0.68% | 6622034.97 | 0.66% |
| 4 | 10 | 0.22% | 1589581.39 | 0.16% |
| 5 | 35 | 0.77% | 9421392.45 | 0.94% |
| Not Sampled | 3050 | 67.25% | 696375494.3 | 69.36% |
| Grand Total | 4535 | 100.00% | 1003936833 | 100.00% |

Sample Flags: (All)

| Property Grade | Data | | | |
|---|---|---|---|---|
| | Count of LOANID | % of count | Sum of UPB | Sum of UPB2 |
| 1 | 3217 | 70.94% | 722991053 | 72.02% |
| 2 | 1219 | 26.88% | 260260481.2 | 25.92% |
| 3 | 94 | 2.07% | 19998049.29 | 1.99% |
| Pending | 3 | 0.07% | 280750 | 0.03% |
| Pending Tie-Out | 2 | 0.04% | 406500 | 0.04% |
| Grand Total | 4535 | 100.00% | 1003936833 | 100.00% |

Due Diligence Grades
Grade 0 = Not selected for review
Grade 1 = Acceptable Within Guidelines
Grade 2 = Acceptable with Compensating Factors
Grade 3 = Unacceptable or requires further explanation
Grade 4 = Selected for Review but documentation or requires further documentation
Grade 5 = Missing Documentation/Unable to complete review

### Random Sample Review

Sample Flags: R

| Loan Grade | Data | | | |
|---|---|---|---|---|
| | Count of LOANID | % of count | Sum of UPB | Sum of UPB2 |
| 1 | 131 | 29.05% | 324928292.57 | 29.95% |
| 2 | 254 | 56.32% | 593780061.13 | 54.74% |
| 3 | 52 | 11.53% | 124589414.94 | 11.49% |
| 4 | 1 | 0.22% | 433691.87 | 0.40% |
| 5 | 13 | 2.88% | 37132877.46 | 3.42% |
| Grand Total | 451 | 100.00% | 1084767748 | 100.00% |

Sample Flags: R

| Credit Grade | Data | | | |
|---|---|---|---|---|
| | Count of LOANID | % of count | Sum of UPB | Sum of UPB2 |
| 1 | 187 | 41.46% | 46,439,448 | 42.81% |
| 2 | 217 | 48.12% | 49,691,541 | 45.81% |
| 3 | 37 | 8.20% | 9,273,911 | 8.55% |
| 4 | 1 | 0.22% | 433,692 | 0.40% |
| 5 | 9 | 2.00% | 2,638,156 | 2.43% |
| Grand Total | 451 | 100.00% | $ 108,476,748 | 100.00% |

Sample Flags: R

| Compliance Grade | Data | | | |
|---|---|---|---|---|
| | Count of LOANID | % of count | Sum of UPB | Sum of UPB2 |
| 1 | 407 | 90.24% | 964372212.47 | 88.90% |
| 2 | 19 | 4.21% | 5453658.26 | 5.03% |
| 3 | 8 | 1.77% | 18893885.32 | 1.74% |
| 4 | 1 | 0.22% | 433691.87 | 0.40% |
| 5 | 16 | 3.55% | 42628000.05 | 3.93% |
| Grand Total | 451 | 100.00% | 1084767748 | 100.00% |

Sample Flags: R

| Property Grade | Data | | | |
|---|---|---|---|---|
| | Count of LOANID | % of count | Sum of UPB | Sum of UPB2 |
| 1 | 337 | 74.72% | 83100086.53 | 76.61% |
| 2 | 106 | 23.50% | 238515642.76 | 21.99% |
| 3 | 8 | 1.77% | 1525118.68 | 1.41% |
| Grand Total | 451 | 100.00% | 1084767748 | 100.00% |

### Random Credit Sample Characteristics

| Sample Flags | (All) | | | |
|---|---|---|---|---|

| | Data | | | |
|---|---|---|---|---|
| Sample Flags | Count of LOANID | % of count | Sum of UPB | Sum of UPB2 |
| LR | 557 | 12.28% | 106942228.5 | 10.65% |
| Not Sampled | 3050 | 67.25% | 696375494.3 | 69.36% |
| PH | 62 | 1.37% | 10584214.89 | 1.05% |
| R | 451 | 9.94% | 108476748 | 10.81% |
| Sc | 415 | 9.15% | 81158147.84 | 8.12% |
| Grand Total | 4535 | 100.00% | 1003936833 | 100.00% |

### Final Population Credit Findings Analysis

| Grouping | Number Lns | Fails | Percent |
|---|---|---|---|
| Random | 451 | 37 | 8.20% |
| Adverse | 1034 | 93 | 8.99% |
| Unsampled | 3050 | 242 | 7.94% |
| Non Random | 4084 | 335 | 8.20% |
| **Est Final Pop** | **4405** | **242** | **5.49%** |

### Adverse Credit Sample Characteristics

Sample Flags: (Multiple Items)

| Credit Grade | Data | | | |
|---|---|---|---|---|
| | Count of LOANID | % of count | Sum of UPB | Sum of UPB2 |
| 1 | 535 | 50.85% | 91216760.88 | 45.82% |
| 2 | 382 | 37.64% | 82080507.35 | 41.23% |
| 3 | 92 | 9.01% | 21694699.4 | 10.90% |
| 4 | 9 | 0.90% | 1155889.52 | 0.58% |
| 5 | 16 | 1.60% | 2936734.07 | 1.48% |
| Grand Total | 1034 | 100.00% | 199084591.2 | 100.00% |