# EXHIBIT 95

**Shilla Kim-Parker**

To: tom.roh@jpmorgan.com
cc: HEL ABS
Subject: JPMAC 2006-NC1 - Due Diligence

03/17/2006
12:03 PM

Hi Tom,

Attached are the due dili results for the JPMAC 2006-NC1 deal. Joel Readence indicated that the version marked "external" can be sent to rating agencies. Please let me know if you have any questions/comments.

Thanks,
Shilla



New Century 20060224 Subprime Trade Analysis (External).xls.zip



New Century 20060224 Subprime Trade Analysis (Internal).xls.zip

---

Shilla Kim-Parker
JPMorgan Securities Inc.
270 Park Avenue 10th Floor
212.834.5006
shilla.kim-parker@jpmorgan.com

Confidential



EXHIBIT
368

JPMC_DEX_002933714

1

**Document provided in native format**

Confidential

JPMC_DEX_002933715

| SellerLoanID | Seller | CUSIP | OrderID | AsOfDt | Status |
|---|---|---|---|---|---|
| 1005848871 | NCM0602 | | NCM0602 | 02/12/2006 | 1 |
| 1006290015 | NCM0602 | | NCM0602 | 02/16/2006 | 1 |

1005002427 NCM0602        NCM0602 02/12/2006        1

1005846034 NCM0602        NCM0602 02/17/2006        1

1004776022 NCM0602        NCM0602 02/22/2006        1

1005989629 NCM0602        NCM0602 02/14/2006        1

| | | | |
|---|---|---|---|
| 1003649476 NCM0602 | NCM0602 | 02/16/2006 | 1 |
| 1003156952 NCM0602 | NCM0602 | 02/15/2006 | 1 |
| 1004564992 NCM0602 | NCM0602 | 02/16/2006 | 1 |
| 1005723951 NCM0602 | NCM0602 | 02/16/2006 | 1 |
| 1004946385 NCM0602 | NCM0602 | 02/22/2006 | 1 |

1005811375 NCM0602        NCM0602 02/16/2006        1

1006017758 NCM0602        NCM0602 02/08/2006        1

1006011184 NCM0602        NCM0602 02/16/2006        1

1006287430 NCM0602        NCM0602 02/17/2006        1

| | | | |
|---|---|---|---|
| 1006130162 NCM0602 | NCM0602 | 02/09/2006 | 1 |
| 1004891488 NCM0602 | NCM0602 | 02/22/2006 | 1 |
| 1005642655 NCM0602 | NCM0602 | 02/16/2006 | 1 |
| 1005364465 NCM0602 | NCM0602 | 02/07/2006 | 1 |

1005417658 NCM0602        NCM0602  02/09/2006         1

1005888685 NCM0602        NCM0602  02/22/2006         1

1006106153 NCM0602        NCM0602 02/16/2006        0

1006074124 NCM0602        NCM0602 02/22/2006        1

1006028274 NCM0602        NCM0602 02/11/2006        1

1005648383 NCM0602        NCM0602 02/13/2006        1

1005770748 NCM0602          NCM0602  02/22/2006              1

2221268 NCM0602             NCM0602  02/22/2006              1

1005880898 NCM0602        NCM0602  02/16/2006            1

1005979453 NCM0602        NCM0602  02/22/2006            1

**Document provided in native format**

Confidential

JPMC_DEX_002933716

# New Century20060224 Subprime Trade
# Due Diligence Summary Report

**Due Diligence Grades**

Grade 0 = Not selected for review
Grade 1 = Acceptable Within Guidelines
Grade 2 = Acceptable with Compensating Factors
Grade 3 = Unacceptable or requires further explanation or requires further documentation
Grade 4 = Selected for Review but unavailable
Grade 5= Missing Documentation/Unable to complete review

