# EXHIBIT 96

**Shilla Kim-Parker@JPMCHASE**

03/20/2006 01:49 PM

To: "Karaguishiyeva, Gulmira" <gulmira.karaguishiyeva@moodys.com>
cc:
Subject: RE: JPMAC 2006-NC1

Hi Gulmira,

Attached are the due diligence results for JPMAC 2006-NC1. Please let me know if you have any questions.

Thanks,
Shilla

---

Shilla Kim-Parker
JPMorgan Securities Inc.
270 Park Avenue 10th Floor
212.834.5006
shilla.kim-parker@jpmorgan.com

"Karaguishiyeva, Gulmira" <Gulmira.Karaguishiyeva@moodys.com>

03/20/2006 11:15 AM

To: <shilla.kim-parker@jpmchase.com>
cc:
Subject: RE: JPMAC 2006-NC1

Yes, tomorrow.

What is the full name of the deal?

Gulmira Karaguishiyeva
Structured Finance
Moody's Investors Service
Harborside Financial Plaza 5, Suite 2400
Jersey City, NJ 07311-3988
Ph: 201-395-6354
Fx: 201-395-6362

-----Original Message-----
**From:** shilla.kim-parker@jpmchase.com [mailto:shilla.kim-parker@jpmchase.com]
**Sent:** Monday, March 20, 2006 9:00 AM
**To:** Karaguishiyeva, Gulmira
**Subject:** JPMAC 2006-NC1

Hi Gulmira,

I just wanted to confirm that you would be getting us loss coverage levels tomorrow for the JPMAC 2006-NC1

JPMC_DEX_002938630

1

deal?

Thanks,
Shilla

---

Shilla Kim-Parker
JPMorgan Securities Inc.
270 Park Avenue 10th Floor
212.834.5006
shilla.kim-parker@jpmorgan.com

| | | |
|---|---|---|
| "Karaguishiyeva, Gulmira" <Gulmira.Karaguishiyeva@moodys.com> | To: | <shilla.kim-parker@jpmchase.com> |
| 03/17/2006 03:00 PM | cc: | |
| | Subject: | RE: FW: New Residential Collateral Loan-by-Loan file Layout. |

Gulmira Karaguishiyeva
Structured Finance
Moody's Investors Service
Harborside Financial Plaza 5, Suite 2400
Jersey City, NJ 07311-3988
Ph: 201-395-6354
Fx: 201-395-6362

-----Original Message-----
**From:** shilla.kim-parker@jpmchase.com [mailto:shilla.kim-parker@jpmchase.com]
**Sent:** Friday, March 17, 2006 12:40 PM
**To:** Karaguishiyeva, Gulmira
**Subject:** Re: FW: New Residential Collateral Loan-by-Loan file Layout.

Hi Gulmira,

I misplaced your phone number, can you email it to me?

Thanks,
Shilla

---

Shilla Kim-Parker
JPMorgan Securities Inc.
270 Park Avenue 10th Floor
212.834.5006
shilla.kim-parker@jpmorgan.com

| | | |
|---|---|---|
| "Karaguishiyeva, Gulmira" <Gulmira.Karaguishiyeva@moodys.com> | To: | <shilla.kim-parker@jpmorgan.com> |

03/16/2006 05:29 PM

cc:
Subject: FW: New Residential Collateral Loan-by-Loan file Layout.

<<Moody's Residential Loan-by-Loan Layout.pdf>>  <<Moody's Residential Loan-by-Loan Layout.xls>>

Please let me know any questions or concerns.

#### Moody's Residential Loan-by-Loan Layout.pdf has been removed from this note on March 17 2006 by Shilla Kim-Parker
#### Moody's Residential Loan-by-Loan Layout.xls has been removed from this note on March 17 2006 by Shilla Kim-Parker

**The information contained in this e-mail message, and any attachment thereto, is confidential and may not be disclosed without our express permission. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that you have received this message in error and that any review, dissemination, distribution or copying of this message, or any attachment thereto, in whole or in part, is strictly prohibited. If you have received this message in error, please immediately notify us by telephone, fax or e-mail and delete the message and all of its attachments. Thank you. Every effort is made to keep our network free from viruses. You should, however, review this e-mail message, as well as any attachment thereto, for viruses. We take no responsibility and have no liability for any computer virus which may be transferred via this e-mail message.**

| [icon] New Century 20060224 Subprime Trade Analysis (External).xls | **Type:** application/X-MS-Excel<br>**Name:** New Century 20060224 Subprime Trade Analysis (External).xls |

JPMC_DEX_002938632

3