# EXHIBIT 97



**Ralph A Lenzi@JPMCHASE**

To: Greg Boester/JPMCHASE@JPMCHASE
cc: Steven C Ognibene/JPMCHASE@JPMCHASE, William C Buell/JPMCHASE@JPMCHASE
Subject: Re: Fw: deal list

01/08/2007 03:06 PM

Greg,

Funny you bring this up. I currently have Abide Kakou working on the sub-prime historic inventory and securitization data and monthly remittance updates. She has just completed an analysis and reconciliation of all the original fundings, original securitization populations, repurchases, re-securitizations of repurchased loans and the existing current warehouse and securitization balances. I have attached the current reconciliation spreadsheet as of today. Now that we have this completed we are going to gather all the original funding loan level data and the monthly remittances so they can all be imported into LMS. We have already met with Andrea on the LMS project team to assist us with this project.


*(See attached file: Subprime Portfolio as of 010807.xls)*

Sincerely,

Ralph Lenzi

JPMorgan Securities Inc.
Securitized Product Group
Transaction Management
270 Park Avenue, 10th Floor
New York, NY 10017

Office: (212) 834-5837
Cell: (347) 387-0433
Fax: (917) 464-7861

Greg Boester/JPMCHASE


**Greg Boester/JPMCHASE**

To William C Buell/JPMCHASE@JPMCHASE, Ralph A Lenzi/JPMCHASE@JPMCHASE, Steven C Ognibene/JPMCHASE@JPMCHASE
cc
Subject Fw: deal list

01/08/2007 01:06 PM

FYI, working with Bob Miller and team to get them up-to-speed on the performance management reporting and analytics side. First and foremost, we need to get a **point person from the data world** (like gustavo and hartman are for my world) to survey and inventory the existing data: original loan and on-going remittance. Next. get a contact person and info listed for each servicer, etc... Then we can organize and move forward. Silly to jump in until the data is organized.

More to come...

gb

Greg Boester
Managing Director
SPG
JPMorgan Securities

Confidential

JPMC_DEX_001667942

212.834.2499
greg.boester@jpmorgan.com


----- Forwarded by Greg Boester/JPMCHASE on 01/08/2007 12:58 PM -----

**Greg Boester/JPMCHASE**

01/08/2007 12:57 PM

To Robert B. Miller/JPMCHASE
cc
Subject Re: deal list

ok looks like 6 servicers are remitting into the trusts, chase the lion's share at ~60%, etc... Wells master on CW1....

Do you currently get the monthly remittance data from each servicer on the 25th? or next business?

We need to get a couple of things done asap.

1. **get someone from the collateral analyst group and someone from the desk to be point peeps for this project!**
2. confirm the original loan-level data is all in a similar format and in one place.
3. confirm we recognize the loan id's that they remit under match our original loan id's that we have in our database
4. confirm and inventory the following
- original loan data in a standardized format
- **point-of-contact and contact info** for remittance data from the various servicers (wells on cw1)
- confirm live population asof the last remittance cycle (12/25) with each data provider
- confirm the paid-in-full, liquidated populations as of the 12/25 cycle.
5. Once we have the live 12/25 population locked-down, inventory the validity and completeness of each deal's historical remittance data.

Once the above is done we can easily up-load the data into the right places to make this work with the various tools, etc... We can then work on macro-buckets for various data-fields but for now dynamic populations

gb


Greg Boester
Managing Director
SPG
JPMorgan Securities
212.834.2499
greg.boester@jpmorgan.com



Robert B. Miller/JPMCHASE

**Robert B. Miller/JPMCHASE**

To Greg Boester/JPMCHASE@JPMCHASE
cc
Subject deal list

Confidential                                                                                                              JPMC_DEX_001667943

01/05/2007 05:04 PM

[attachment "November Residual Performance and Yields.xls" deleted by Greg Boester/JPMCHASE]

Bob Miller
Home Equity Trading
212-834-2428

| | |
|---|---|
| Subprime Portfolio as of 010807.xls | **Type:** application/msexcel<br>**Name:** Subprime Portfolio as of 010807.xls |

Confidential

JPMC_DEX_001667944

3

**Document provided in native format**

Confidential

JPMC_DEX_001667945

**SUBPRIME PURCHASE, SECURITIZATION AND WAREHOUSE BREAKDOWN AND RECONCILIATION**

| | Funding Date | Funding Count | Funding UPB | 05-OPT1 | 05-FLD1 | 05-WMC1 | 05-FRE1 | 05-OPT2 | 06-FRE1 | 06-HE1 | 06-FRE2 | 06-WMC1 | 06-NC1 | 06-CW1 | 06-ACC1 | 06-WMC2 | 06-HE2 | 06-CW2 | 06-NC2 | 06-WMC3 | 06-RM1 | 06-HE3 | 06-CH1 | 06-CH2 | 06-WMC4 | CURRENT WHSE | TO BE REPURCH | UNDER REVIEW | NET WHSE | PAIDOFF | Funding Count Securitized | (PIFs + REPOs) To be Confirmed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fieldstone | 5/26/2005 | 5,528 | 997,356,782.87 | | 5,459 | | | | | | | | | | | | | | | | | 3 | | | | 1 | | 1 | | | 5,462 | 65 |
| Option One | 5/27/2005 | 5,573 | 505,677,751.65 | 5,468 | | | | 4 | | | | | | | | | | | | | | | | | | 3 | | | 3 | | 5,472 | 98 |
| Option One | 5/27/2005 | 2,780 | 1,033,904,445.11 | 2,749 | | | | | | | | | | | | | | | | | | | | | | | | | | | 2,749 | 31 |
| Fieldstone | 6/9/2005 | 397 | 82,198,610.82 | | 395 | | | | | | | | | | | | | | | | | | | | | 2 | | | 2 | | 395 | |
| Accredited | 6/17/2005 | 370 | 80,186,405.28 | | | | | | | 294 | | | | | | | | | | | | | | | | 15 | | 4 | 11 | | 294 | 61 |
| WMC | 7/28/2005 | 6,523 | 1,242,428,093.25 | | | 6,375 | | | | | | 23 | | | | | | | | | | | | | | 2 | | 1 | 1 | | 6,398 | 123 |
| WMC | 8/4/2005 | 1,295 | 240,295,659.28 | | | 1,267 | | | | | | 7 | | | | | | | | | | 1 | | | | 3 | | 1 | 2 | | 1,275 | 17 |
| Fremont | 9/30/2005 | 4,570 | 956,755,907.92 | | | | 4,560 | 2 | | | | | | | | | | | | | | 1 | | | | 3 | | 3 | | | 4,563 | 4 |
| Fremont | 10/7/2005 | 37 | 8,272,192.88 | | | | 37 | | | | | | | | | | | | | | | | | | | | | | | | 37 | |
| Option One | 11/18/2005 | 5,062 | 967,259,373.74 | | | | | 5,062 | | | | | | | | | | | | | | | | | | | | | | | 5,062 | |
| Fremont | 11/29/2005 | 4,778 | 976,610,828.78 | | | | | | 4,775 (8) | | | | | | | | | | | | 2 8 | | | | | 1 | | | 1 | | 4,777 | 0 0 |
| Fremont | 12/7/2005 | 176 | 36,135,437.46 | | | | | | 176 (2) | | | | | | | | | | | | 2 | | | | | | | | | | 176 | 0 0 |
| Resmae | 12/9/2005 | 3,068 | 501,177,239.93 | | | | | | | 2,775 | | | | | | | | | | | | 21 | 1 | | | 7 | | 1 | 6 | | 2,797 | 264 |
| Resmae | 12/16/2005 | 242 | 46,810,326.92 | | | | | | | 220 | | | | | | | | | | | | 2 | | | | | | | | | 222 | 20 |
| Resmae | 12/20/2005 | 255 | 69,710,401.72 | | | | | | | 238 | | | | | | | | | | | | 2 | | | | | | | | | 240 | 15 |
| Fremont | 1/30/2006 | 4,553 | 956,149,009.39 | | | | | | | | 4,545 | | | | | | | | | | | | | | | 2 | | 1 | 1 | | 4,545 | 6 |
| Fremont | 1/31/2006 | 34 | 6,992,363.40 | | | | | | | | 24 | | | | | | | | | | | | 4 | | | 5 | | | 5 | | 28 | 1 |
| WMC | 2/2/2006 | 5,183 | 1,072,243,800.09 | | | | | | | | | 5,183 (27) | | | | | | | | | | | | | | 5 | | | | | 5,183 (4) | 0 0 |
| WMC | 2/10/2006 | 569 | 103,556,334.32 | | | | | | | | | 569 (3) | | | | | | | | | | | 23 | | | 4 | | | 4 | | 569 (1) | 0 0 |
| New Century | 2/24/2006 | 4,214 | 932,589,375.43 | | | | | | | | | | 4,209 | | | | | | | | | | | | | 2 | | | 2 | | 4,209 | 3 |
| Fremont | 3/27/2006 | 4 | 628,183.86 | | | | | | | | | | | | | | | | | | | | 1 | | | 2 | | | 1 | | 1 | 1 |
| Accredited | 3/30/2006 | 3,349 | 702,524,116.25 | | | | | | | | | | | | 2,923 | | | | | | | | 47 | | | 4 | | | 4 | | 2,970 | 375 |
| Countrywide | 3/30/2006 | 4,221 | 752,153,593.56 | | | | | | | | | | | 4,207 | | | | | | | | | | | | | | | | | 4,207 | 14 |
| WMC | 3/30/2006 | 983 | 191,193,528.19 | | | | | | | | | | | | | 982 (7) | | | | | | | | | | 1 7 | | | 1 7 | | 982 (7) | 0 0 |
| Countrywide | 3/31/2006 | 831 | 134,353,146.16 | | | | | | | | | | | 638 | | | | | | | | | | | | | | | | | 638 | 193 |
| WMC | 4/27/2006 | 5,529 | 1,085,236,548.65 | | | | | | | | | | | | | 5,528 (5) | | | | | | | | | | 1 5 | | | 1 5 | | 5,528 (5) | 0 0 |
| Countrywide | 4/28/2006 | 246 | 44,594,443.28 | | | | | | | | | | | | | | 246 | | | | | | | | | | | | | | 246 | |
| Novastar | 4/28/2006 | 624 | 100,475,278.41 | | | | | | | | | | | | | | | | 621 | | | | | | | 1 | 1 | | | | 621 | 2 |
| Accredited | 5/15/2006 | 639 | 117,748,022.48 | | | | | | | | | | | | | | 639 (9) | | | | | | 8 | | | 1 | | | 1 | | 639 (1) | 0 0 |
| Novastar | 5/17/2006 | 10 | 182,335,590.63 | | | | | | | | | | | | | | | 10 | | | | | | | | | | | | | 10 | |
| Countrywide | 5/30/2006 | 4528 | 800,710,600.12 | | | | | | | | | | | | | | | | 4,521 | | | | | | | 1 | | | 1 | | 4,521 | 6 |
| Countrywide | 5/31/2006 | 416 | 69,353,377.95 | | | | | | | | | | | | | | | | 415 | | | | | | | | | | | | 415 | 1 |
| Ownlt | 5/31/2006 | 1,876 | 335,964,519.57 | | | | | | | | | | | | | 1,876 (100) | | | | | | | | | | | 100 | | 100 | | | 1,876 (100) | 0 0 |
| Ownlt | 6/2/2006 | 577 | 98,426,430.69 | | | | | | | | | | | | | 577 (21) | | | | | | | | | | 21 | | 21 | | | 577 (21) | 0 0 |
| New Century | 6/20/2006 | 4,844 | 954,055,431.56 | | | | | | | | | | | | | | | 4,824 | | | | | | | | | | | | | 4,824 | 20 |
| Countrywide | 6/23/2006 | 1,121 | 187,164,625.23 | | | | | | | | | | | | | | | | | 1,121 | | | | | | | | | | | 1,121 | |
| Resmae | 6/29/2006 | 2,256 | 382,894,693.33 | | | | | | | | | | | | | | | | | | 1,918 | 102 | | | | 13 | 6 | 3 | 4 | | 2,020 | 223 |
| Resmae | 6/29/2006 | 3,450 | 615,081,151.89 | | | | | | | | | | | | | | | | | | 3,206 | 127 | | | | 19 | | | 19 | | 3,333 | 98 |
| WMC | 6/29/2006 | 4,792 | 961,304,527.30 | | | | | | | | | | | | | | | | | 4,786 (32) | | | | | | 6 32 | | | 6 32 | | 4,786 (32) | 0 0 |
| Resmae | 7/26/2006 | 22 | 2,721,676.08 | | | | | | | | | | | | | | | | | | | 18 | | | | 3 | | 2 | 1 | | 18 | 1 |
| Resmae | 7/27/2006 | 2,659 | 484,350,715.10 | | | | | | | | | | | | | | | | | | | 2,616 (34) | | | | 43 34 | | | 43 34 | | 2,616 (34) | 0 0 |
| Fieldstone | 8/29/2006 | 690 | 134,350,646.80 | | | | | | | | | | | | | | | | | | | 681 | | | | 2 | 2 | | | | 681 | 7 |
| Novastar | 9/8/2006 | 1,372 | 182,335,590.63 | | | | | | | | | | | | | | | | | | | 1,365 | | | | 4 | 4 | | | | 1,365 | 3 |
| Chase | 9/27/2006 | 3,255 | 54,396,615.84 | | | | | | | | | | | | | | | | | | | | | 3,042 | | 13 | | | 13 | | 3,042 | 200 |
| Chase | 9/27/2006 | 288 | 586,841,234.00 | | | | | | | | | | | | | | | | | | | | | 288 | | | | | | | 288 | |
| WMC | 10/30/2006 | 9,832 | 1,960,135,126.20 | | | | | | | | | | | | | | | | | | | | | | 9,611 | 178 | | 178 | | | 9,611 | 43 |
| Chase | 11/9/2006 | 10,334 | 2,024,476,437.66 | | | | | | | | | | | | | | | | | | | | | | 10,334 | | | | | | 10,334 | |
| Chase | 12/21/2006 | 1,830 | 300,141,564.10 | | | | | | | | | | | | | | | | | | | | | | | 1,826 | | 1,826 | | 4 | | |
| Chase | 12/22/2006 | 11,918 | 1,742,806,510.80 | | | | | | | | | | | | | | | | | | | | | | | 11,840 | | 11,840 | | 78 | | |
| Chase | 12/22/2006 | 2,486 | 405,066,192.47 | | | | | | | | | | | | | | | | | | | | | | | 2,483 | | 2,483 | | 3 | | |
| Novastar | 12/29/2006 | 1,216 | 199,842,413.78 | | | | | | | | | | | | | | | | | | | | | | | 1,216 | | 1,216 | | | | |
| Novastar | 1/5/2007 | 114 | 23,689,120.40 | | | | | | | | | | | | | | | | | | | | | | | 114 | | 114 | | | | |
| **ORIG TOTAL** | | 141,519 | 26,633,661,993 | 8,217 | 5,854 | 7,642 | 4,597 | 5,066 | 4,953 | 3,527 | 4,569 | 5,782 | 4,209 | 5,091 | 3,562 | 6,510 | 3,084 | 6,057 | 4,824 | 4,786 | 5,149 | 4,977 | 3,330 | 10,334 | 9,611 | 18,021 | 13 | 316 | 17,692 | 85 | 121,518 | 1,895 |
| **CURRENT TOTAL** | | | | 8,217 | 5,854 | 7,642 | 4,597 | 5,066 | 4,943 | 3,527 | 4,569 | 5,752 | 4,209 | 5,091 | 3,553 | 6,498 | 2,963 | 6,057 | 4,824 | 4,754 | 5,149 | 4,978 | 3,330 | 10,334 | 9,611 | | | | | | | |

Funding - (Securitized + Warehouse + PIFs) = (PIFs & REPOs) To be co    **1,895**

| STATUS | ORIG COUNT | ORIG BALANCE | CUR COUNT | CUR BALANCE |
|---|---|---|---|---|
| JPMAC 2005-OPT1 | 8217 | $ 1,510,095,312 | 5149 | $ 865,163,057 |
| JPMAC 2005-FLD1 | 5854 | $ 1,063,959,856 | 3908 | $ 671,822,382 |
| JPMAC 2005-WMC1 | 7642 | $ 1,447,912,147 | 5336 | $ 946,788,818 |
| JPMAC 2005-FRE1 | 4597 | $ 961,410,207 | 3390 | $ 668,401,823 |
| JPMAC 2005-OPT2 | 5066 | $ 968,178,714 | 3904 | $ 724,368,764 |
| JPMAC 2006-FRE1 | 4953 | $ 1,011,827,945 | 3817 | $ 741,690,649 |
| JPMAC 2006-HE1 | 3527 | $ 619,359,045 | 2834 | $ 462,327,140 |
| JPMAC 2006-FRE2 | 4569 | $ 958,481,913 | 3501 | $ 687,081,653 |
| JPMAC 2006-WMC1 | 5782 | $ 1,176,727,234 | 4857 | $ 940,828,164 |
| JPMAC 2006-NC1 | 4209 | $ 930,509,120 | 3442 | $ 725,459,140 |
| JPMAC 2006-CW1 | 5091 | $ 891,817,320 | 4371 | $ 728,406,184 |
| JPMAC 2006-ACC1 | 3562 | $ 718,064,802 | 2927 | $ 561,872,942 |
| JPMAC 2006-WMC2 | 6510 | $ 1,249,554,254 | 6058 | $ 1,134,237,337 |
| JPMAC 2006-HE2 | 3084 | $ 535,569,123 | 2941 | $ 504,784,148 |
| JPMAC 2006-CW2 | 6057 | $ 1,054,461,879 | 5698 | $ 955,123,077 |
| JPMAC 2006-NC2 | 4824 | $ 948,076,340 | 4405 | $ 793,554,068 |
| JPMAC 2006-WMC3 | 4786 | $ 959,177,770 | 4610 | $ 907,152,163 |
| JPMAC 2006-RM1 | 5149 | $ 921,313,133 | 5014 | $ 876,967,905 |
| JPMAC 2006-HE3 | 5012 | $ 820,010,814 | 4841 | $ 773,951,938 |
| JPMAC 2006-CH1 | 3330 | $ 599,836,723 | 3261 | $ 575,490,969 |
| JPMAC 2006-CH2 | 10334 | $ 2,023,752,164 | 10334 | $ 1,991,552,382 |
| JPMAC 2006-WMC4 | 9611 | $ 1,905,230,627 | | |

| WAREHOUSE | | | |
|---|---|---|---|
| SELLER | FUNDING DATE | COUNT | UPB |
| ACCREDITED | 6/17/2005 | 16 | $ 2,878,762.79 |
| ACCREDITED | 3/30/2006 | 4 | $ 1,107,482.74 |
| ACCREDITED | 5/15/2006 | 1 | $ 152,661.21 |
| CHASE | 9/27/2006 | 13 | $ 2,277,545.83 |
| COUNTRYWIDE | 5/30/2006 | 1 | $ 120,218.70 |
| FIELDSTONE | 5/26/2005 | 3 | $ 237,684.48 |
| FIELDSTONE | 6/10/2005 | 2 | $ 284,627.63 |
| FIELDSTONE | 8/29/2006 | 2 | $ 189,537.89 |
| FREMONT | 9/30/2005 | 3 | $ 796,425.21 |
| FREMONT | 11/29/2005 | 1 | $ 523,157.94 |
| FREMONT | 2/1/2006 | 7 | $ 1,773,372.42 |
| FREMONT | 3/27/2006 | 2 | $ 424,601.17 |
| NEW CENTURE | 2/24/2006 | 2 | $ 490,885.89 |
| NOVASTAR | 4/28/2006 | 1 | $ 187,314.10 |
| NOVASTAR | 9/8/2006 | 4 | $ 932,600.32 |
| OPTION ONE | 5/27/2005 | 3 | $ 254,739.28 |
| OWNIT | 5/31/2006 | 101 | $ 19,186,055.96 |
| OWNIT | 6/2/2006 | 21 | $ 5,333,674.97 |
| RESMAE | 12/1/2005 | 7 | $ 1,524,801.26 |
| RESMAE | 6/29/2006 | 19 | $ 1,470,393.09 |
| RESMAE | 6/29/2006 | 13 | $ 1,198,944.48 |
| RESMAE | 7/26/2006 | 3 | $ 196,114.21 |
| RESMAE | 7/27/2006 | 77 | $ 15,252,942.28 |
| WMC | 7/28/2005 | 2 | $ 188,594.15 |
| WMC | 8/3/2005 | 3 | $ 360,175.14 |
| WMC | 2/2/2006 | 5 | $ 853,170.89 |
| WMC | 3/30/2006 | 8 | $ 2,490,053.56 |
| WMC | 4/27/2006 | 6 | $ 497,424.78 |
| WMC | 6/29/2006 | 38 | $ 6,513,885.71 |
| WMC | 10/30/2006 | 179 | $ 43,443,211.26 |

**547**