# EXHIBIT 98

| | |
|---|---|
| **From:** | Laura.Chonoles@jpmorgan.com |
| **Sent:** | Wednesday, March 29, 2006 9:05 AM |
| **Subject:** | JPMAC 2006-NC1 - Marketing Strats ***New Subprime Deal Next Week!!*** |
| **Attachments:** | JPMAC 2006-NC1 - Initial Marketing Strats.xls |



JPMAC 2006-NC1 -
  Initial Marke...

----- Forwarded by Laura Chonoles/JPMCHASE on 03/29/2006 08:04 AM -----


(See attached file: JPMAC 2006-NC1 - Initial Marketing Strats.xls)

At your request, J.P. Morgan Securities Inc. is providing you with the
attached Materials.  This email (which includes only the attached file
containing the Materials) shall not constitute an offer to sell or the
solicitation of an offer to buy, nor shall there be any sale of these
securities referenced in this announcement in any state or other
jurisdiction in which such offer, solicitation or sale would be unlawful,
prior to registration or qualification under the securities laws of any
such state or other jurisdiction.

THIS ANNOUNCEMENT IS NOT TO BE FORWARDED OR DISTRIBUTED TO ANY OTHER PERSON
AND IS NOT TO BE REPRODUCED IN ANY MANNER WHATSOEVER.  ANY FURTHER
FORWARDING, DISTRIBUTION OR REPRODUCTION OF THIS ANNOUNCEMENT IN WHOLE OR
IN PART IS UNAUTHORIZED.

The issuer has filed a registration statement (including a prospectus) with
the SEC for the offering to which this communication relates.  Before you
invest, you should read the prospectus in that registration statement and
other documents the issuer has filed with the SEC for more complete
information about the issuer and this offering.  You may get these
documents for free by visiting EDGAR on the SEC Web site at www.sec.gov.
Alternatively, the issuer or any underwriter or any dealer participating in
the offering will arrange to send you the prospectus if you request it by
calling 1-212-834-4154 (collect call) or by emailing Lizmary Rodriguez at
lizmary.rodriguez@jpmorgan.com.

Any disclaimer or other notice that may appear below is not applicable to
this communication and should be disregarded.  Such disclaimer or notice
was automatically generated as a result of this communication being sent by
Bloomberg or another email system.

_____
Shilla Kim-Parker
JPMorgan Securities Inc.
270 Park Avenue 10th Floor
212.834.5006
shilla.kim-parker@jpmorgan.com



This communication is for informational purposes only. It is not intended
as an offer or solicitation for the purchase or sale of any financial
instrument or as an official confirmation of any transaction. All market prices,
data and other information are not warranted as to completeness or accuracy and
are subject to change without notice. Any comments or statements made herein

1

do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates.

2

do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates.

DEX_JPM_00202037

**DOCUMENT PRODUCED IN NATIVE FORMAT**

DEX_JPM_00202038

**JPMAC 2006-NC1**

| | Total | Minimum |
|---|---|---|
| Scheduled Principal Balance | 930,509,120.19 | 29,963.53 |
| Average Scheduled Principal Balance | 221,076 | |
| Number of Mortgage Loans | 4209 | |
| | | |
| Weighted Average Gross Coupon | 8.170% | 5.000% |
| Weighted Average Fico Score | 623 | 500 |
| Weighted Average Combined Original LTV | 80.50% | 11.34% |
| Weighted Average DTI | 41.94% | 0.09% |
| | | |
| Weighted Average Original Term | 359 | 120 |
| Weighted Average Stated Remaining Term | 357 | 118 |
| Weighted Average Seasoning | 3 | 1 |
| | | |
| Margin | 6.197% | 3.290% |
| Minimum Mortgage Rate | 8.264% | 5.500% |
| Maximum Mortgage Rate | 15.256% | 12.500% |
| Initial Periodic Cap | 1.497% | 1.000% |
| Periodic Cap | 1.497% | 1.000% |
| Next Rate Adj. (mos) | 22 | 17 |
| | | |
| Maturity Date | | February 2016 |
| Maximum ZIP Code Concentration | 92336(0.49%) | |
| | | |
| ARM | 80.79% | |
| Fixed Rate | 19.21% | |
| 30/40 Balloons | 58.84% | |
| | | |
| Interest Only | 7.35% | |
| Interest Only Term | 60 | |
| Not Interest Only | 92.65% | |
| | | |
| First Lien | 97.48% | |
| Second Lien | 2.52% | |
| | | |
| Full Documentation | 51.34% | |

| | |
|---|---|
| Limited Documentation | 1.63% |
| Stated Documentation | 47.03% |
| | |
| Purchase | 40.73% |
| Cash Out Refinance | 49.47% |
| Rate/Term Refinance | 9.81% |
| | |
| Primary | 88.77% |
| Non-Owner | 8.26% |
| Second Home | 2.97% |
| | |
| Single Family | 72.66% |
| 2 - 4 Units | 8.80% |
| Condo | 6.72% |
| PUD | 11.82% |
| | |
| Top Five States | CA(40.56%),FL(8.21%),NJ(5.62%),NY(5.32%),MA(4.19%) |

**Maximum**
968,811.18


13.900%
811
100.00%
57.50%

360
359
8

8.560%
12.950%
19.950%
1.500%
1.500%
35

March 2036