# EXHIBIT 99

| | |
|---|---|
| **From:** | Laura.Chonoles@jpmorgan.com |
| **Sent:** | Monday, April 03, 2006 11:38 AM |
| **Subject:** | JPMAC 2006-NC1: Term Sheet |
| **Attachments:** | JPMAC 2006-NC1 Term Sheet (NC FINAL).pdf |



JPMAC 2006-NC1
Term Sheet (NC...

----- Forwarded by Laura Chonoles/JPMCHASE on 04/03/2006 11:37 AM -----

Melissa E Traylor Burbage/JPMCHASE@JPMCHASE, Jamie Munro/JPMCHASE@JPMCHASE, Lenny Swirbalus/JPMCHASE@JPMCHASE, Richard A Mclaughlin/JPMCHASE@JPMCHASE, William E Duncan/JPMCHASE@JPMCHASE, Christopher C Wloch/JPMCHASE@JPMCHASe, Michael P Manganaro/JPMCHASE@JPMCHASE, Jack Davis/JPMCHASE@JPMCHASE, Emmit Roglich/JPMCHASE@JPMCHASE, Stephen N Chilcote/JPMCHASE@JPMCHASE, Thomas M O'Dowd/JPMCHASE@JPMCHASE, Theodore B Suarez/JPMCHASE@JPMCHASE, Salvatore D Gargano/IL/ONE@BANCONE, David Bassuk/JPMCHASE@JPMCHASE, Darrel L. Nelson/JPMCHASE@JPMCHASE, Bruce A Comerford/JPMCHASE@JPMCHASE, Bridget K Alworth/JPMCHASE@JPMCHASE, Bruce Tomeo/JPMCHASE@JPMCHASE, Laura Kaiser/JPMCHASE@JPMCHASE, Donald J Vega/JPMCHASE@JPMCHASE, John Floyd/JPMCHASE@JPMCHASE, Kevin D Stevenson/JPMCHASE@JPMCHASE, David Boester/JPMCHASE@JPMCHASE, John

04/03/2006 11:27 AM

To: Stephen W. Carlson/JPMCHASE@JPMCHASE, William Pasciucco/JPMCHASE@JPMCHASE, Joseph J Whalen/JPMCHASE@JPMCHASE, James A Mattey/JPMCHASE@JPMCHASE, Diana X Morrissey/JPMCHASE@JPMCHASE, Deborah J Lanigan/JPMCHASE@JPMCHASE, Michael A Connery/JPMCHASE@JPMCHASE, Matt Horne/JPMCHASE@JPMCHASE, Pam Demaio/JPMCHASE@JPMCHASE, Arin J Olk/JPMCHASE@JPMCHASE, Daniel B Wulf/JPMCHASE@JPMCHASE, Georgina M Amato/JPMCHASE@JPMCHASE, George A Akhtar/JPMCHASE@JPMCHASE, James Varrelmann/JPMCHASE@JPMCHASE, Michael G Reeves/JPMCHASE@JPMCHASE, Michael B Lotter/JPMCHASE@JPMCHASE, Brett T Kalbrosky/JPMCHASE@JPMCHASE, Tom Chonoles/JPMCHASE@JPMCHASE, Matthew T. Mayszak/JPMCHASE@JPMCHASE, Jordan D Angelica/JPMCHASE@JPMCHASE, Natalie Costello/JPMCHASE@JPMCHASE, Leah Abrams/JPMCHASE@JPMCHASE, Greg

1



EXHIBIT
365
PM 1/18/13

DEX_JPM_00202228

Marcus/JPMCHASE@JPMCHASE, Kurt X Hladick/JPMCHASE@JPMCHASE, Rasekh S Warlich/JPMCHASE@JPMCHASE, Stephanie Ivanoff/JPMCHASE@JPMCHASE, Andrew Monroe/JPMCHASE@JPMCHASE, James P Drozd/JPMCHASE@JPMCHASE, Kevin R Bonilla/JPMCHASE@JPMCHASE, Noel Balla/JPMCHASE@JPMCHASE, Charles Mc Durso/JPMCHASE@JPMCHASE, Bryan Medler/JPMCHASE@JPMCHASE, David E. Ronbeck/JPMCHASE@JPMCHASE, Tom Selver/JPMCHASE@JPMCHASE, William Hom/JPMCHASE@JPMCHASE, Brian Tyburczy/JPMCHASE@JPMCHASE, Howard Budd/JPMCHASE@JPMCHASE, Angelo P Gellineau/JPMCHASE@JPMCHASE, Eli S Kussy/JPMCHASE@JPMCHASE, John S Novak/JPMCHASE@JPMCHASE, Kristin Scales/JPMCHASE@JPMCHASE, Debbie Tunney/JPMCHASE@JPMCHASE, Marilyn Grimmig/JPMCHASE@JPMCHASE, Noriko S Faison/JPMCHASE@JPMCHASE, Muneto Toya/JPMCHASE@JPMCHASE, Lawrence Soong/JPMCHASE@JPMCHASE, Cindy Q Murata/JPMCHASE@JPMCHASE, Hirofumi Yoshida/JPMCHASE@JPMCHASE, Mitsuru Edwards/JPMCHASE@JPMCHASE, Gaisai Group Hidenori Matsuzawa/JPMCHASE@JPMCHASE, Iku Tsubaki/JPMCHASE@JPMCHASE, Samuel Adams/JPMCHASE@JPMCHASE, James Marion/JPMCHASE@JPMCHASE, Iku Smith/JPMCHASE@JPMCHASE, Rick Tampellini/JPMCHASE@JPMCHASE, Steve Dillmeier/JPMCHASE@JPMCHASE, Joseph L Huq/JPMCHASE@JPMCHASE, Jeff Garland/JPMCHASE@JPMCHASE, Georg Schwenk/JPMCHASE@JPMCHASE, Stephen A Ryan/JPMCHASE@JPMCHASE, Rich McBunch/JPMCHASE@JPMCHASE, Alma Edghill/JPMCHASE@JPMCHASE, Aicha X Ateer/JPMCHASE@JPMCHASE, John X Weadock/JPMCHASE@JPMCHASE, Julie Palamar/JPMCHASE@JPMCHASE, Bruce Savage/JPMCHASE@JPMCHASE, Stephen Wachtel/JPMCHASE@JPMCHASE, Jean Testerman/JPMCHASE@JPMCHASE, Caroline Rothberg/JPMCHASE@JPMCHASE, Andria Dicaro/JPMCHASE@JPMCHASE, Carmen Goldschmiedt/JPMCHASE@JPMCHASE, Elizabeth Reale/JPMCHASE@JPMCHASE, Ken Corcoran/JPMCHASE@JPMCHASE, Peter X Wong/JPMCHASE@JPMCHASE, Jennifer M. Frame P. Ceci/JPMCHASE@JPMCHASE, Mark J Okano/JPMCHASE@JPMCHASE, S. Lane Ikeda/JPMCHASE@JPMCHASE, Kazuhiko Seah/JPMCHASE@JPMCHASE, Rosalind Wang/JPMCHASE@JPMCHASE, Tetsutaro Yunoki/JPMCHASE@JPMCHASE, Yuko Kono/JPMCHASE@JPMCHASE, Fergus E Tokyo, Sean X Ko/JPMCHASE@JPMCHASE, Nishino/JPMCHASE@JPMCHASE, Yuichiro Liu/JPMCHASE@JPMCHASE, Gary Lansing/JPMCHASE@JPMCHASE, David E. Nishino/JPMCHASE@JPMCHASE, Daniel E. Miller/JPMCHASE@JPMCHASE, Donna M

DEX_JPM_00202229

Adanuncio/JPMCHASE@JPMCHASE, Brian W. Cherna/IL/ONE@BANCONE, Lizmary X Wisden/JPMCHASE@JPMCHASE, Damon G Clark/JPMCHASE@JPMCHASE, Rashmi Foster/JPMCHASE@JPMCHASE, Christopher T. Sze/JPMCHASE@JPMCHASE, Dmitry V Asato/JPMCHASE@JPMCHASE, Ting Reardon/JPMCHASE@JPMCHASE, Pankaj X Brown/JPMCHASE@JPMCHASE, Mikhail Roh/JPMCHASE@JPMCHASE, Jamie A Perez/JPMCHASE@JPMCHASE, Kevin X Fitzsimmons/JPMCHASE@JPMCHASE, Loren B Feingold/JPMCHASE@JPMCHASE, Peter Lopes/JPMCHASE@JPMCHASE, Robert Chasin/JPMCHASE@JPMCHASE, Bill Reale/JPMCHASE@JPMCHASE, Pamela K Bell/IL/ONE@BANCONE, David M McClain/IL/ONE@BANCONE, Andy Craven/IL/ONE@BANCONE, Cathleen Muth/IL/ONE@BANCONE, Martin F Rifkin/IL/ONE@BANCONE, Stephen J Kenney/IL/ONE@BANCONE, Tim Schmidt/IL/ONE@BANCONE, Ken Cbarski/IL/ONE@BANCONE, Craig randall.outlaw@jpmorgan.com@JPMCHASE, Christina Wong/JPMCHASE@JPMCHASE, Michihisa X Sumaila/JPMCHASE@JPMCHASE, W Sherman/IL/ONE@JPMCHASE, Ti Howe Drieberg/JPMCHASE@JPMCHASE, Marisa L Fay/JPMCHASE@JPMCHASE, Jason S Nti/JPMCHASE@JPMCHASE, Eric C Polhorsky/IL/ONE@JPMCHASE, Fozia Z Boyle/JPMCHASE@JPMCHASE, Jaynita X McDonald/JPMCHASE@JPMCHASE, Andy Rodriguez/JPMCHASE@JPMCHASE, Ben X Mahon/JPMCHASE@JPMCHASE, Rupert Madan/JPMCHASE@JPMCHASE, Alasdair X Flanagan/JPMCHASE@JPMCHASE, Amy X Yakimchuk/JPMCHASE@JPMCHASE, Ryan Ko/JPMCHASE@JPMCHASE, Edward J Gupta/JPMCHASE@JPMCHASE, Cie-Jai Radik/JPMCHASE@JPMCHASE, Tom Gordon/JPMCHASE@JPMCHASE, Richard Lynn/JPMCHASE@JPMCHASE, Thomas Bushkar/JPMCHASE@JPMCHASE, Virginie S Basso/JPMCHASE@JPMCHASE, Maria F LoBue/JPMCHASE@JPMCHASE, Pamela T Foster/JPMCHASE@JPMCHASE, John S Steuben/IL/ONE@BANCONE, Michael B Hodges/JPMCHASE@JPMCHASE, Bill Cherna/IL/ONE@BANCONE, Jim Gillies/IL/ONE@BANCONE, Chris Good/IL/ONE@BANCONE, Todd J Faller/IL/ONE@BANCONE, Stephen M Dryer/IL/ONE@BANCONE, Jeffrey N Purnell/IL/ONE@BANCONE, Robert V Sicilia/IL/ONE@BANCONE, X Hsieh/JPMCHASE@JPMCHASE, Billy M Ide/JPMCHASE@JPMCHASE, Carolina kathryn.bauer@jpmorgan.com@JPMCHASE, Brian Guai/JPMCHASE@JPMCHASE, Laetitia X Brillhart/JPMCHASE@JPMCHASE, Jeanne M Anthony/JPMCHASE@JPMCHASE, Andrea G Sutherland/IL/ONE@JPMCHASE, Eugenie V Fazal/JPMCHASE@JPMCHASE, James X

DEX_JPM_00202230

Taliercio/JPMCHASE@JPMCHASE, Nicholas Rotondi/JPMCHASE@JPMCHASE, Patrice P Balchunas/JPMCHASE@JPMCHASE, T Julien/JPMCHASE@JPMCHASE, Robert J Vallarelli/JPMCHASE@JPMCHASE, Michael J Winstead/IL/ONE@JPMCHASE, Carrie McGann/IL/ONE@JPMCHASE, Donna K Susdorf/IL/ONE@JPMCHASE, Jeffrey H Kearney/IL/ONE@JPMCHASE, Karen A Burris/IL/ONE@JPMCHASE, Maurine E Minahan/IL/ONE@JPMCHASE, Paul M Marjan/IL/ONE@JPMCHASE, Thomas Barker/KY/ONE@JPMCHASE, Ross McManus/IL/ONE@JPMCHASE, John Atkinson/JPMCHASE@JPMCHASE, Quinn P Wilson/JPMCHASE@JPMCHASE, Henry H Muyo/JPMCHASE@JPMCHASE, Heather H Wisden/JPMCHASE@JPMCHASE, Brian X Morgan/JPMCHASE@JPMCHASE, James X Pearce/JPMCHASE@JPMCHASE, Jonathan X Nair/JPMCHASE@JPMCHASE, Regina X Pearse/JPMCHASE@JPMCHASE, David S Chen/JPMCHASE@JPMCHASE, Christopher E Lee/JPMCHASE@JPMCHASE, Pablo X Barker/KY/ONE@JPMCHASE, Benny X Sarna/JPMCHASE@JPMCHASE, Patrick J Chira/JPMCHASE@JPMCHASE, Ayelet X Levitski/JPMCHASE@JPMCHASE, Laura V Ting/JPMCHASE@JPMCHASE, Renuka X Ketten/JPMCHASE@JPMCHASE, Chairil V Kim/JPMCHASE@JPMCHASE, Paul H Damiri/JPMCHASE@JPMCHASE, Scott D Sodhi/JPMCHASE@JPMCHASE, Michael J Sberlati/JPMCHASE@JPMCHASE, Nikki DeCorrevont/IL/ONE@JPMCHASE, Rosemary X Maciula/IL/ONE@JPMCHASE, Vanessa J Heytota/JPMCHASE@JPMCHASE, Michael E Fahy/JPMCHASE@JPMCHASE, Amy T Piane/IL/ONE@JPMCHASE, Denise Wethington/IL/ONE@JPMCHASE, Glen A Mason/IL/ONE@JPMCHASE, John A DeMars/IL/ONE@JPMCHASE, Laura M Brandman/IL/ONE@JPMCHASE, Mike J Ratterman/IL/ONE@JPMCHASE, Robert S Raque/IL/ONE@JPMCHASE, William J Heller/JPMCHASE@JPMCHASE, Michael P Wellehan/IL/ONE@JPMCHASE, Dick T DeMarrais/JPMCHASE@JPMCHASE, Andrew P Yuan/JPMCHASE@JPMCHASE, Elena V Kunz/JPMCHASE@JPMCHASE, Ben X Cahill/JPMCHASE@JPMCHASE, Bronwyn H Newman/JPMCHASE@JPMCHASE, James X Dean/JPMCHASE@JPMCHASE, Vinay X Boet/JPMCHASE@JPMCHASE, Travis W Piersol/JPMCHASE@JPMCHASE, Kien K Repetto/JPMCHASE@JPMCHASE, Jae W Parra/JPMCHASE@JPMCHASE, William J Fong/JPMCHASE@JPMCHASE, Vikas X Murray/JPMCHASE@JPMCHASE, Muneyoshi X Wolf/JPMCHASE@JPMCHASE, Seva O Chittick/JPMCHASE@JPMCHASE, PakSun B Behl/JPMCHASE@JPMCHASE, Jessica D Malig/JPMCHASE@JPMCHASE, Simon S White/JPMCHASE@JPMCHASE, Bashar Al Goldman/JPMCHASE@JPMCHASE, Eric C

DEX_JPM_00202231

Norquist/JPMCHASE@JPMCHASE, Mei
Cwens/JPMCHASE@JPMCHASE, Maarten G
Caso/JPMCHASE@JPMCHASE, Michael J
Kikuchi/JPMCHASE@JPMCHASE, Richard
DeMars/IL/ONE@JPMCHASE, Larissa J

Shu/JPMCHASE@JPMCHASE, Dorothea X
Stadtlander/JPMCHASE@JPMCHASE, Enrico A
Weinstein/JPMCHASE@JPMCHASE, Tomomi
Rizzo/IL/ONE@JPMCHASE, Karen A
Lanoue/JPMCHASE@JPMCHASE
cc:
Subject:   JPMAC 2006-NC1: Term Sheet

Melissa Traylor
ABS Syndicate
Tel:      (212) 834-4154
Mob:      (646) 924-9964

----- Forwarded by Melissa E Traylor/JPMCHASE on 04/03/2006 10:06 AM -----

Kathryn Bauer
04/02/2006 07:35 PM

To:     ABS Synd
cc:     HEL ABS, Christopher T.
Flanagan/JPMCHASE@JPMCHASE, Ryan
Asato/JPMCHASE@JPMCHASE, Amy X
Sze/JPMCHASE@JPMCHASE, Chris
Muth/IL/ONE@BANCONE, Patrick TK
Yeung/JPMCHASE@JPMCHASE, Samuel
Liu/JPMCHASE@JPMCHASE, Henry H
Yuan/JPMCHASE@JPMCHASE, Benny X
Fong/JPMCHASE@JPMCHASE, PakSun B
Ting/JPMCHASE@JPMCHASE, Elsa HS
Lau/JPMCHASE@JPMCHASE, Iku
Nishino/JPMCHASE@JPMCHASE, Yuichiro
Tsubaki/JPMCHASE@JPMCHASE, Mei
Shu/JPMCHASE@JPMCHASE, Sean X
Ko/JPMCHASE@JPMCHASE, Simon S
Kim/JPMCHASE@JPMCHASE, Rosalind
Soong/JPMCHASE@JPMCHASE, Theresa
Chua/JPMCHASE@JPMCHASE, Ti Howe
Guai/JPMCHASE@JPMCHASE, Kazuyoshi
Mashio/JPMCHASE@JPMCHASE, Yuko
Yoshida/JPMCHASE@JPMCHASE, Hirofumi
Yunoki/JPMCHASE@JPMCHASE, Hiroshi
Kunimasa/JPMCHASE@JPMCHASE, Mitsuru
Kono/JPMCHASE@JPMCHASE, Muneto
Ikeda/JPMCHASE@JPMCHASE, Janari
Tonoike/JPMCHASE@JPMCHASE, Tomomi
Kikuchi/JPMCHASE@JPMCHASE, Munehiro X
Miyazaki/JPMCHASE@JPMCHASE, Keita X
Nambara/JPMCHASE@JPMCHASE, Yumiko
Shimizu/JPMCHASE@JPMCHASE, Muneto
Ikeda/JPMCHASE@JPMCHASE, Kazuhiko
Toya/JPMCHASE@JPMCHASE, Tetsutaro
Murata/JPMCHASE@JPMCHASE, Hidenori
Matsuzawa/JPMCHASE@JPMCHASE, Hidenori
Matsuzawa/JPMCHASE@JPMCHASE, Michihisa X
Ide/JPMCHASE@JPMCHASE, Muneyoshi X
Ohira/JPMCHASE@JPMCHASE, Damon G
Mahon/JPMCHASE@JPMCHASE, Alasdair X

5

DEX_JPM_00202232

Parra/JPMCHASE@JPMCHASE

Foster/JPMCHASE@JPMCHASE, Pablo X

Subject:   JPMAC 2006-NC1: Term Sheet

Date: April 3, 2006

From: JPMorgan

Re:   JPMAC 2006-NC1

We are pleased to announce a new issuance of asset-backed securities for J.P. Morgan Mortgage Acquisition Corp. (the "Issuer"). This offering is a registered public offering under the U.S. securities laws. Attached hereto is the Structural Term Sheet dated April 3, 2006 in PDF format.

This announcement (which includes only the attached PDF file containing the Structural Term Sheet) shall not constitute an offer to sell or the solicitation of an offer to buy, nor shall there be any sale of these securities referenced in this announcement in any state or other jurisdiction in which such offer, solicitation or sale would be unlawful, prior to registration or qualification under the securities laws of any such state or other jurisdiction.

The distribution of materials relating to the offering, and the transactions contemplated by the offering, may be restricted by law in certain jurisdictions. If materials relating to the offering come into your possession, you are required by the Issuer to inform yourself of and to observe all of these restrictions. The materials relating to the offering do not constitute, and may not be used in connection with, an offer or solicitation in any place where offers or solicitations are not permitted by law. If a jurisdiction requires that the offering be made by a licensed broker or dealer and the underwriters or any affiliate of the underwriters is a licensed broker or dealer in that jurisdiction, the offering shall be deemed to be made by the underwriters or such affiliate on behalf of the Issuer in this jurisdiction.

THIS ANNOUNCEMENT IS NOT TO BE FORWARDED OR DISTRIBUTED TO ANY OTHER PERSON AND IS NOT TO BE REPRODUCED IN ANY MANNER WHATSOEVER. ANY FURTHER FORWARDING, DISTRIBUTION OR REPRODUCTION OF THIS ANNOUNCEMENT IN WHOLE OR IN PART IS UNAUTHORIZED.

A registration statement relating to these securities has been filed with the Securities and Exchange Commission and is effective. Any offer may be withdrawn or revoked, without obligation or commitment of any kind, at any time prior to notice of its acceptance. An indication of interest in response to this announcement will involve no obligation or commitment of any kind.

This announcement has been distributed to the recipients from a central data processing location. You should not reply to this announcement. Any reply e-mail communications, including those you generate by using the "Reply" function on your e-mail software, will be ignored or rejected.

Investors in the United States may obtain further information by contacting their sales person at JPMorgan at telephone no. (212) 834-4154.

(See attached file: JPMAC 2006-NC1 Term Sheet  (NC FINAL).pdf)

Regards,

_____
Kathryn Bauer
J.P. Morgan Securities Inc.

DEX_JPM_00202233

Office: (212) 834-9986
Fax: (212) 834-6671
kathryn.bauer@jpmorgan.com

This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates.

DEX_JPM_00202234