# EXHIBIT 105



"Brad Bradley" &lt;EBradley@clayton.com&gt;

09/27/2006 01:56 PM

To: &lt;joel.c.readence@jpmchase.com&gt;
cc:
Subject: RE: JPM / FLAGSTAR 0609 - Report Update

Joel,

Thus far, 303 (76.5%) passing the review and 93 (23.5%) having event level 3 conditions for which we are awaiting responses. The table below shows the event level 3 results to date by credit, compliance and in total.

Also, please let me know if you would like to override any of these loans. Thank You.

| Review Scope | Total Sample | Reviewed Loans | % Sample | Event Grade Distribution | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Event Level 1 | | Event Level 2 | | Event Level 2W | | Event Level 2T | | Event Level 3C | | Event Level 3 | |
| | | | | # | % | # | % | # | % | # | % | # | % | # | % |
| Credit | 396 | 396 | 100.0% | 309 | 78.0% | 13 | 3.3% | 3 | 0.8% | 0 | 0.0% | 43 | 10.9% | 28 | 7.1% |
| Compliance | 396 | 396 | 100.0% | 364 | 91.9% | 0 | 0.0% | 4 | 1.0% | 0 | 0.0% | 21 | 5.3% | 7 | 1.8% |
| Overall Sample Size* | 396 | 396 | 100.0% | 284 | 71.7% | 13 | 3.3% | 6 | 1.5% | 0 | 0.0% | 59 | 14.9% | 34 | 8.6% |

*Represents total sample population, not column total

| | Credit / Compliance Intersection | | | | | |
|---|---|---|---|---|---|---|
| | Credit | | | | | |
| Compliance | Credit Event Level 3 | | Credit Event Level 3C | | Credit: All Other Event Levels | | Compliance Totals | |
| | # | % | # | % | # | % | # | % |
| Event Level 3 | 1 | 0.25% | 1 | 0.25% | 5 | 1.26% | 7 | 1.77% |
| Event Level 3C | 1 | 0.25% | 3 | 0.76% | 17 | 4.29% | 21 | 5.30% |
| All Other Event Levels | 26 | 6.57% | 39 | 9.85% | 303 | 76.52% | 368 | 92.93% |
| Credit | 28 | 7.07% | 43 | 10.86% | 325 | 82.07% | 396 | 100.00% |



| Total: | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Regards,

Brad

**From:** joel.c.readence@jpmchase.com [mailto:joel.c.readence@jpmchase.com]
**Sent:** Wednesday, September 27, 2006 1:11 PM
**To:** Brad Bradley
**Subject:** RE: JPM / FLAGSTAR 0609 - Report Update

This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.



DDUpload.XLS   **Type:** application/vnd.ms-excel
**Name:** DDUpload.XLS

ETEXCELL.XLS   **Type:** application/vnd.ms-excel
**Name:** ETEXCELL.XLS

Exception_Summary20060927.xls   **Type:** application/vnd.ms-excel
**Name:** Exception_Summary20060927.xls



ExceptionDetail20060927.xls | Type: application/vnd.ms-excel
Name: ExceptionDetail20060927.xls

IASEV320060927.PDF | Type: application/octet-stream
Name: IASEV320060927.PDF

LLDC20060927_lncmp.xls | Type: application/vnd.ms-excel
Name: LLDC20060927_lncmp.xls

LoanLevelDC20060927.PDF | Type: application/octet-stream
Name: LoanLevelDC20060927.PDF

LoanList20060927.XLS | Type: application/vnd.ms-excel
Name: LoanList20060927.XLS

LoanStatus20060927.xls | Type: application/vnd.ms-excel
Name: LoanStatus20060927.xls