# EXHIBIT 106



"Brad Bradley"
&lt;EBradley@clayton.com&gt;

10/04/2006 05:55 PM

To: &lt;Dawn.Mansell@Flagstar.com&gt;, &lt;Theresa.Travnik@Flagstar.com&gt;, &lt;Debra.Beauvais@Flagstar.com&gt;
cc: &lt;joel.c.readence@jpmchase.com&gt;
Subject: RE: JPM / FLAGSTAR 0609 - Report Update

We have 23 EV3 loans remaining.

Regards,

Brad

---

**From:** Brad Bradley
**Sent:** Wednesday, October 04, 2006 4:00 PM
**To:** 'Dawn.Mansell@Flagstar.com'; 'Theresa.Travnik@Flagstar.com'; 'Debra.Beauvais@Flagstar.com'
**Cc:** 'joel.c.readence@jpmchase.com'
**Subject:** RE: JPM / FLAGSTAR 0609 - Report Update

We have 25 EV3 loans remaining.

Regards,

Brad

---

**From:** Brad Bradley
**Sent:** Wednesday, October 04, 2006 1:51 PM
**To:** 'Dawn.Mansell@Flagstar.com'; 'Theresa.Travnik@Flagstar.com'; 'Debra.Beauvais@Flagstar.com'
**Cc:** 'joel.c.readence@jpmchase.com'
**Subject:** RE: JPM / FLAGSTAR 0609 - Report Update

We presently have 28 EV3 loans remaining.

Regards,

Brad

Confidential

JPMC_DEX_001840632

**From:** Brad Bradley
**Sent:** Wednesday, October 04, 2006 9:15 AM
**To:** 'Dawn.Mansell@Flagstar.com'; 'Theresa.Travnik@Flagstar.com'; 'Debra.Beauvais@Flagstar.com'
**Cc:** 'joel.c.readence@jpmchase.com'
**Subject:** RE: JPM / FLAGSTAR 0609 - Report Update

One stip arrived late last night. We presently have 35 EV3 loans remaining.

Regards,

Brad

---

**From:** Brad Bradley
**Sent:** Tuesday, October 03, 2006 6:51 PM
**To:** 'Dawn.Mansell@Flagstar.com'; 'Theresa.Travnik@Flagstar.com'; 'Debra.Beauvais@Flagstar.com'
**Cc:** 'joel.c.readence@jpmchase.com'
**Subject:** RE: JPM / FLAGSTAR 0609 - Report Update

Attached are the updated reports for this deal. We presently have 36 EV3 loans remaining.

Regards,

Brad

---

**From:** Brad Bradley
**Sent:** Tuesday, October 03, 2006 1:52 PM
**To:** 'Dawn.Mansell@Flagstar.com'; 'Theresa.Travnik@Flagstar.com'; 'Debra.Beauvais@Flagstar.com'
**Cc:** 'joel.c.readence@jpmchase.com'
**Subject:** JPM / FLAGSTAR 0609 - Report Update

Attached are the updated reports for this deal. We presently have 48 EV3 loans remaining.

Confidential                                                                                                          JPMC_DEX_001840633

2

Regards,

Brad

---

**From:** Brad Bradley
**Sent:** Monday, October 02, 2006 11:18 AM
**To:** 'Dawn.Mansell@Flagstar.com'; 'Theresa.Travnik@Flagstar.com'; 'Debra.Beauvais@Flagstar.com'
**Cc:** joel.c.readence@jpmchase.com
**Subject:** JPM / FLAGSTAR 0609 - Report Update

Attached are the updated reports for this deal.  We presently have 67 EV3 loans remaining.

Regards,

Brad

---

**Brad Bradley**

Client Service Manager

**Clayton Services, Inc.**

**2 Corporate Drive, 8th Floor**

**Shelton, CT 06484**

Phone: 203.926.5726

Fax:    203.926.5751

Email:  bbradley@clayton.com

 IASEV320061004.PDF   **Type:** application/octet-stream
**Name:** IASEV320061004.PDF

Confidential

JPMC_DEX_001840634

3

| ExceptionDetail20061004.xls | **Type:** application/vnd.ms-excel<br>**Name:** ExceptionDetail20061004.xls |
|---|---|

Confidential

JPMC_DEX_001840635

4