# EXHIBIT 109



**Joel C Readence@JPMCHASE**

08/18/2006 09:31 AM

To: paul.h.white@jpmorgan.com, Jamie A Gordon/JPMCHASE@JPMCHASE
cc: Robert B. Miller/JPMCHASE@JPMCHASE
Subject: Fw: RASC-KS7 Reports 8/17/06

All-

Please see updated reports below.

**Joel C. Readence| J.P. Morgan Securities, Inc.| 270 Park Avenue, 10th Floor| New York, NY 10017| ☎ 212-834-9146| 🖨 866-558-9649| ✉ joel.c.readence@jpmorgan.com**

----- Forwarded by Joel C Readence/JPMCHASE on 08/18/2006 09:28 AM -----

**"Vincent F. DiNielli"** <vincentd@wprime.com>

08/18/2006 02:36 AM

To <joel.c.readence@jpmchase.com>, "Latzka, Jennifer" <jennifer.latzka@gmacrfc.com>
cc "Anthony Neske" <anthonyn@wprime.com>, "Brad Harris" <bradh@wprime.com>, "James Zeldin" <jamesz@wprime.com>, "Jesse Harty" <jessch@wprime.com>, "Paul Lewis" <paull@wprime.com>, "Steve Reilly" <stever@wprime.com>, "Todd Haberly" <toddh@wprime.com>, "Christian Monea" <ChristianM@WPrime.com>, "F - Jim Riddle" <jimr@wprime.com>
Subject RASC-KS7 Reports 8/17/06

I have attached preliminary reports for the RASC-KS7 due diligence. As of 8:00pm Eastern Time, Thursday, August 17, we have completed the review of 725 loans files. A few loans remain in our quality control process on-site and are not included in the attached reports. Below is a brief summary of our analysis thus far.

Summary
Number of loans completed: 725
Number of loan to be completed: 81
Number of loans in QC process: 81
Number of loans in attached reports: 644
Event 1's: 468
Event 2's: 11
Event 3's: 165

Any conditions can be submitted to Jim Riddle, our on-site project manager for the trade. Jim's contact information is as follows:

Jim Riddle
Email: jimr@wprime.com
Phone: (407) 467-2096

Please let me know if you would like us to add any additional contacts to the daily reports distribution. If you have any questions, please contact me at the number listed below.

Confidential

JPMC_DEX_001839433

1

Regards,

Vince DiNielli
Watterson~Prime, LLC
Office: 425.748.0410
Mobile: 206.859.8094
Fax: 425.748.0510
vincentd@wprime.com
*(See attached file: RASC-KS7 Data Report 081706.xls)(See attached file: RASC-KS7 Daily Summary*



*081706.xls)*

|  RASC-KS7 Data Report 081706.xls | **Type:** application/msexcel<br>**Name:** RASC-KS7 Data Report 081706.xls |
|---|---|

| RASC-KS7 Daily Summary 081706.xls | **Type:** application/msexcel<br>**Name:** RASC-KS7 Daily Summary 081706.xls |
|---|---|

Confidential

JPMC_DEX_001839434

Document provided in native format

Confidential

JPMC_DEX_001839436

| Review Scope | Total Sample | Reviewed Loans | % Sample | Event Grade Distribution |||||| 
|---|---|---|---|---|---|---|---|---|---|
| | | | | Event Level 1 || Event Level 2 || Event Level 3 ||
| | | | | # | % | # | % | # | % |
| Credit | 806 | 644 | 79.90% | 522 | 81.06% | 16 | 2.48% | 106 | 16.46% |
| Compliance | 806 | 644 | 79.90% | 572 | 88.82% | 0 | 0.00% | 72 | 11.18% |
| Overall Sample Size* | 806 | 644 | 79.90% | 468 | 72.67% | 11 | 1.71% | 165 | 25.62% |

*Represents total sample population, not column total

Credit / Compliance Intersection

Credit

| Compliance | Credit Event 3 || Credit: All Other Event levels || Compliance Totals ||
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| Event Level 3 | 15 | 2.33% | 57 | 8.85% | 72 | 11.18% |
| All Other Event Levels | 91 | 14.13% | 481 | 74.69% | 572 | 88.82% |
| Credit Total: | 106 | 16.46% | 538 | 83.54% | 644 | 100.00% |