# EXHIBIT 110



**"Vincent F. DiNielli"**
**<vincentd@wprime.com>**

08/22/2006 03:28 PM

To: <joel.c.readence@jpmchase.com>, "Latzka, Jennifer"
<jennifer.latzka@gmacrfc.com>, <ann.friedline@gmacrfc.com>
cc: "Anthony Neske" <anthonyn@wprime.com>, "Brad Harris"
<bradh@wprime.com>, "James Zeldin" <jamesz@wprime.com>,
"Jesse Harty" <jesseh@wprime.com>, "Paul Lewis"
<paull@wprime.com>, "Steve Reilly" <stever@wprime.com>,
"Todd Haberly" <toddh@wprime.com>, "Christian Monea"
<christianm@wprime.com>
Subject: RASC-KS7 Reports 8/22/06

I have attached updated reports for the RASC-KS7 due diligence.  We have completed the review of 806 loans files, and below is a brief summary of our analysis:

Summary

Number of loans completed: 786

Number of loan not provided: 20

Number of loans in attached reports: 806

Event 1's: 650

Event 2's: 74

Event 3's: 82 (includes loans that were not provided)

Please send any trailing documents to the following address:

Watterson~Prime

Attn: Matt Stines

3525 Piedmont Rd NE
Bldg 7, Suite 400

Atlanta, GA 30305

Fax: 425.748.0517

Phone: 425.748.0434

trailingdocs@wprime.com

If you have any questions, please contact me at the number listed below.

Regards,

Vince DiNielli

Watterson~Prime, LLC

Office:   425.748.0410

Mobile:  206.859.8094

Fax:      425.748.0510

vincentd@wprime.com

 RASC-KS7 Data Report 082206.xls | **Type:** application/vnd.ms-excel
**Name:** RASC-KS7 Data Report 082206.xls

RASC-KS7 Daily Summary 082206.xls | **Type:** application/vnd.ms-excel
**Name:** RASC-KS7 Daily Summary 082206.xls

Confidential