# EXHIBIT 112

| | |
|---|---|
| **Osmin E Rivera@JPMCHASE** | To: Robert B. Miller/JPMCHASE@JPMCHASE<br>cc:<br>Subject: Fw: Credit Holds |
| 09/18/2006 11:15 AM | |

---

Osmin E. Rivera
J.P. Morgan Securities Inc.
Home Equity Trading
Tel: 212.834.2151
Fax: 212.834.6754
osmin.e.rivera@jpmorgan.com

----- Forwarded by Osmin E Rivera/JPMCHASE on 09/18/2006 11:15 AM -----

| | |
|---|---|
| **Alison X Malkin/JPMCHASE** | To: osmin.e.rivera@jpmorgan.com@JPMCHASE<br>cc:<br>Subject: Fw: Credit Holds |
| 09/18/2006 10:00 AM | |

Osmin, these are the loans that should be in the warehouse from Accredited and WMC. Add these to the HE3 list....:)



Alison Malkin
JPMorgan Securities, Inc.
Securitized Products
270 Park Avenue, 10th Floor
New York, NY 10017
Office: (212) 834-5822
Fax: (866) 390-1247
Mobile: (860) 670-7757


----- Forwarded by Alison X Malkin/JPMCHASE on 09/18/2006 10:00 AM -----

| | |
|---|---|
| **Eliza E Hay** | To: Osmin E Rivera/JPMCHASE@JPMCHASE<br>cc: Alison X Malkin/JPMCHASE@JPMCHASE<br>Subject: Credit Holds |
| 09/18/2006 09:56 AM | |

Osmin,

The attached file contains the 61 Accredited and 31 WMC loans put on credit hold.


Thanks,

Eliza Hay
J.P. Morgan Securities, Inc.
270 Park Avenue, 10th Floor
Phone: 212-834-3488
Fax: 917-464-1252

Confidential                                                                 JPMC_DEX_001914038

eliza.e.hay@jpmorgan.com



*(See attached file: Book2.xls)*

| Book2.xls | **Type:** application/msexcel<br>**Name:** Book2.xls |

Confidential

JPMC_DEX_001914039

2

**Document provided in native format**

Confidential

JPMC_DEX_001914040