# EXHIBIT 113

|  | To: Robert.B.Miller@chase.com@JPMCHASE |
|---|---|
| **Alison X Malkin@JPMCHASE** | cc: |
|  | Subject: Re: HE3 |

09/25/2006 09:41 AM

The credit hold loans are the loans that were contractual EPD's. We claimed them. WMC and Accredited then requested that we put them on "credit hold" for three months. You came back with four months. We will then watch their performance over the next four months (end of December). If they peform, we'll keep them. If they don't, they will repurchase them.

Sorry about the attachment...:(

*(See attached file: HE3 Considerations.xls)*

Alison Malkin
JPMorgan Securities, Inc.
Securitized Products
270 Park Avenue, 10th Floor
New York, NY 10017
Office: (212) 834-5822
Fax: (866) 390-1247
Mobile: (860) 670-7757


   Robert B. Miller

|  | To: Alison X Malkin/JPMCHASE@JPMCHASE |
|---|---|
| **Robert B. Miller** | cc: |
|  | Subject: Re: HE3 |

09/25/2006
09:25 AM

remind me what the credit holds are...also the attachment

Bob Miller
Home Equity Trading
212-834-2428
   Alison X Malkin/JPMCHASE

| **Alison X Malkin/JPMCHASE** | To Robert.B.Miller@chase.com@JPMCHASE |
|---|---|
|  | cc raj.m.kothari@jpmchase.com@JPMCHASE, kevin.lynn@jpmorgan.com@JPMCHASE, osmin.e.rivera@jpmorgan.com@JPMCHASE |
| 09/25/2006 09:19 AM | Subject HE3 |

Dear Bob,

Attached please find an updated list of loans that I recommend being your starting population for loans in the warehouse to go into HE3. I have marked the loans that were part of the credit holds from WMC

Confidential                                                                                                                                       JPMC_DEX_001731240

1

and Accredited so if you are too concerned to put those in, you can easily identify them.

Let me know if you need anything else.

Ali :)

Alison Malkin
JPMorgan Securities, Inc.
Securitized Products
270 Park Avenue, 10th Floor
New York, NY 10017
Office: (212) 834-5822
Fax: (866) 390-1247
Mobile: (860) 670-7757

 HE3 Considerations.xls  **Type:** application/msexcel
**Name:** HE3 Considerations.xls

Confidential

JPMC_DEX_001731241

2

**Document provided in native format**

Confidential

JPMC_DEX_001731242