# EXHIBIT 114



**Cristina M Rosales@JPMCHASE**

To: Alison X Malkin/JPMCHASE@JPMCHASE
cc: CA Subprime
Subject: Fw: JPMAC 2006 HE3 - potential pool

09/19/2006 03:11 PM

Ali,
After further review, the potential HE3 securitization is as follows:

**In the pool:**

| | All records | | |
|---|---|---|---|
| Pool | No. of Loans | Total Current Balance | % |
| FIELDSTONE AUG POOL | 690 | 134,290,160.10 | 16.64 |
| NOVASTAR SEPT POOL | 1,372 | 182,182,532.86 | 22.57 |
| RESMAE JULY POOL | 2,623 | 474,963,424.84 | 58.85 |
| RESMAE JUNE TAIL POOL | 19 | 2,312,457.73 | 0.29 |
| RESMAE KICKOFFS POOL -APPROVED | 102 | 5,972,697.97 | 0.74 |
| RESMAE KICKOFFS POOL -ELIGIBLE/RES | 128 | 7,394,126.41 | 0.92 |
| **Grand Total:** | **4,934** | **807,115,399.91** | **100.00** |

**To add from the inventory that are eligible:**

| | [NOT]MATCH in 1 | | |
|---|---|---|---|
| Pool | No. of Loans | Total Current Balance | % |
| ACCREDITED | 3 | 376,081.19 | 1.71 |
| ACCREDITED-CREDIT | 61 | 11,341,277.83 | 51.53 |
| FIELDSTONE | 2 | 285,366.92 | 1.30 |
| FREMONT | 13 | 2,740,700.69 | 12.45 |
| NEW CENTURY | 2 | 491,986.18 | 2.24 |
| RESMAE | 1 | 285,448.86 | 1.30 |
| WMC-CREDIT HOLD | 30 | 6,488,001.11 | 29.48 |
| **Grand Total:** | **112** | **22,008,862.78** | **100.00** |

Let me know if you need anything else. Thanks.
_____
Cristina Rosales
JP Morgan Securities Inc. I Investment Bank I Transaction Mgmt.
Tel. No: 212.834.5412 I EFax No:866.314.8277

Confidential  JPMC_DEX_008914144

1

270 Park Avenue, 10th Floor I New York, NY 10017
----- Forwarded by Cristina M Rosales/JPMCHASE on 09/19/2006 02:47 PM -----

| | |
|---|---|
| **Robert B. Miller/JPMCHASE**<br>09/13/2006 09:12 AM | To Cristina M Rosales/JPMCHASE@JPMCHASE<br>cc CA Subprime, HE Trading, Raj M Kothari/JPMCHASE@JPMCHASE<br>Subject Re: JPMAC 2006 CHM1 and HE3 |

we also need to include any other securitizable product in the warehouse - accredited epds, fremont epds, some seasoned wmc collateral, etc. i'd like to make sure we include any eligible product form the warehouse in this he3 deal

Bob Miller
Home Equity Trading
212-834-2428
   Cristina M Rosales Transaction Management - Tel 212.834.5412

**Cristina M Rosales** Transaction Management - Tel 212.834.5412

| | |
|---|---|
| **Cristina M Rosales/JPMCHASE**<br>09/13/2006 08:46 AM | To Raj M Kothari/JPMCHASE@JPMCHASE<br>cc CA Subprime, HE Trading<br>Subject Re: JPMAC 2006 CHM1 and HE3 |

Raj, we will review all the data for the CHM1 deal prior to sending the tapes.
Also, we will start generating the tape for the HE3 deal which includes the remainder of the Resmae funding, the recent Novastar and Fieldstone settlements.
As soon as we have those gathered, we will provide you with a preliminary strat.
We will keep you posted. Thanks.
_____
Cristina Rosales
JP Morgan Securities Inc. I Investment Bank I Transaction Mgmt.
Tel. No: 212.834.5412 I EFax No:866.314.8277
270 Park Avenue, 10th Floor I New York, NY 10017
   Raj M Kothari/JPMCHASE

| | |
|---|---|
| **Raj M Kothari/JPMCHASE**<br>09/12/2006 06:20 PM | To CA Subprime<br>cc HE Trading<br>Subject JPMAC 2006 CHM1 and HE3 |

Collateral Team,

Can you please confirm that you have all necessary data to send tapes to rating agencies for the CHM1 deal once diligence is over? i.e. including months reserve if available.

Can you please start working on collecting the data for HE3 - this includes Resmae loans not identified for RM1 (we know this was a lengthy process for RM1), Novastar and Fieldstone. Could we also see a preliminary strat combining the 3 pools as of the latest data you have?

I would propose an October 1st cut-off for this deal (using balances as of COB October 1st), a mid October marketing and mid November settle.

Thanks
Raj

J.P.Morgan Securities Inc.

Confidential

JPMC_DEX_008914145

270 Park Avenue, 6th Floor
New York, New York 10017
Direct: 212.834.3339
Desk: 212 834 2050



Confidential

JPMC_DEX_008914146