# EXHIBIT 116

M. Perkins

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------x
DEXIA SA/NV, DEXIA HOLDINGS, INC.,
FSA ASSET MANAGEMENT LLC and
DEXIA CREDIT LOCAL SA,              EFC Case

        Plaintiffs,

                      No. 12-cv-1761 (JSR)

vs.

BEAR STEARNS AND CO., INC., THE
BEAR STEARNS COMPANY, INC., BEAR
STEARNS ASSET BACKED SECURITIES I
LLC, EMC MORTGAGE LLC (f/k/a EMC
MORTGAGE CORPORATION), STRUCTURED
ASSET MORTGAGE INVESTMENTS II, INC.,
J.P. MORGAN MORTGAGE ACQUISITION
CORPORATION, J.P. MORGAN SECURITIES
LLC (f/k/a JPMORGAN SECURITIES, INC.),
WAMU ASSET ACCEPTANCE CORP., WAMU
CAPITAL CORP., WAMU MORTGAGE
SECURITIES CORP., JPMORGAN CHASE & CO.,
and JPMORGAN CHASE BANK, N.A.,

        Defendants.
-------------------------------x

    VIDEOTAPED DEPOSITION OF MATTHEW PERKINS

          New York, New York

        Friday, February 1, 2013

Reported by:

THOMAS A. FERNICOLA, RPR

JOB NO. 57721

```
 1                    M. Perkins
 2       Q.    The firm had decided not to as a            13:17
 3   policy conduct due diligence on the underlying        13:17
 4   collateral for offerings that you worked on           13:17
 5   during 2006 and 2007 do you believe you would         13:17
 6   have been made aware of that policy change?           13:17
 7       A.    I haven't made aware of it to my            13:17
 8   knowledge.  I made not everybody told.                13:17
 9       Q.    Where were those Clayton auditions          13:17
10   report for the Impac offerings we have been           13:17
11   discussing for 2006 and 2007 where would those        13:18
12   be stored at Bear Stearns?                            13:18
13       A.    The deal managers would have kept           13:18
14   them in some file some common drive or some           13:18
15   sort of storage area.                                 13:18
16       Q.    Were you aware there a Bear Stearns         13:18
17   had an FTP site at the time that you due              13:18
18   diligence providers could upload their due            13:18
19   diligence reports on a daily basis?                   13:18
20       A.    I don't recall.  What is an FTP site.      13:18
21       Q.    A web site that somebody could log          13:18
22   into and then upload instead of sending large         13:18
23   e-mail attachments that enclosing up                  13:18
24   everybody's e-mail?                                   13:18
25       A.    Okay.                                       13:18
```