# EXHIBIT 119

From: Smith, Nicholas (Exchange)
Sent: Mon, 14 Feb 2005 15:22:46 GMT
To: Earl Smith (E-mail)
Subject: FW: Sub-prime due diligence

---

From: Calabrese Jr., Ernest (Exchange)
Sent: Monday, February 14, 2005 10:22:42 AM
To: Mongelluzzo, John (Exchange); Nocco, Mike (Exchange);
Nocella, Michael (Exchange); Trombetta, Steven (Exchange);
Sterling, Michelle Confidential Memo-Counsel (Exchange);
Dawkins, Eboni (Exchange); Elliott, David (Exchange);
Desai, Guy (Exchange); Rogers, Biff (Exchange)
Cc: Sears, Pattie (Exchange); Haggerty, Mary (Exchange);
Carrion, Jose (Exchange); Luck, Robin (Exchange);
Donahue, Jacqualine (Exchange); Hoyt, Dylan M (Exchange);
Hargis, Maria (Exchange); #WITS-CONDUIT; Smith, Nicholas (Exchange);
Durden, Robert R (Exchange)
Subject: RE: Sub-prime due diligence
Auto forwarded by a Rule

All, we are required to provide FNMA/FREDDIE with HMDA (Housing Goals) data on all conforming loans in our subprime securitizations (assuming that FNMA/FREDDIE purchase a bond). We are also required to exclude loans with certain characteristics from there pools. These are normally things that we get through due diligence. The desk will add a stip to the bid sheet for each trade that will either require the seller to provide this data or allow us to collect it when we do our review. I have attached a comprehensive list of all data fields that need to be collected.

Please make sure that this information is provided or collected on all whole loan trades with reduced samples. Call with questions/comments/issues.

<<HMDA - Addtl Fields.xls>>

-----Original Message-----
From: Mongelluzzo, John (Exchange)
Sent: Friday, February 11, 2005 2:15 PM
To: Nocco, Mike (Exchange); Nocella, Michael (Exchange); Trombetta, Steven (Exchange); Sterling, Michelle Confidential Memo-Counsel (Exchange); Cerchio, Diana (Exchange); Calabrese Jr., Ernest (Exchange); Dawkins, Eboni (Exchange); Elliott, David (Exchange); Desai, Guy (Exchange); Rogers, Biff (Exchange)
Cc: Sears, Pattie (Exchange); Haggerty, Mary (Exchange); Carrion, Jose

PLAINTIFF'S
EXHIBIT NO. 173
FOR IDENTIFICATION
DATE: 12/20/12 RPTR: M
PENGAD 800-631-6989

EMC-AMB 004374226

CONFIDENTIAL

DEXDEP00026680

(Exchange)
**Subject:** Sub-prime due diligence

Mary informed us today that Chris Scott in order to make us more competitive on bids with larger sub-prime sellers is going to reduce the amount of required due diligence. This will be done on a trade by trade basis. Chris will inform us of which trades this will apply to. We will be doing 25% credit review, 100% compliance review and continue to perform the same real estate methodology for the entire pool. We will need to track which loans we do the credit due diligence on in WITS so that the loans can be placed in deals correctly (we will in all likelihood put the loans in different shelves based on the type of due diligence done). As we get more specifics we'll keep you apprised. If there are any questions please let us know.

Thanks,

John

John Mongelluzzo

Bear Stearns & Co.

383 Madison Avenue

11th floor

New York, NY 10179

Telephone: 212-272-7250

Fax: 917-849-1564

EMC-AMB 004374227

CONFIDENTIAL                                         DEXDEP00026681

| | A |
|---|---|
| 1 | **NEEDED FIELDS** |
| 2 | Number of Borrowers |
| 3 | Monthly Income - Combined |
| 4 | Monthly Housing Expense |
| 5 | APPRAISAL VALUE |
| 6 | BORROWER GENDER |
| 7 | COBORROWER_GENDER |
| 8 | BORROWER RACE |
| 9 | COBORROWER_RACE |
| 10 | FIRST TIME HOME BYR |
| 11 | SALES_PRICE |
| 12 | MONTHLY DEBT EXPENSE |
| 13 | NOTE DATE |
| 14 | ELIGIBLE RENTS - UNIT 1 |
| 15 | # OF BDROOMS - UNIT1 |
| 16 | ELIGIBLE RENTS - UNIT 2 |
| 17 | # OF BDROOMS - UNIT 2 |
| 18 | ELIGIBLE RENTS - UNIT 3 |
| 19 | # OF BDROOMS - UNIT 3 |
| 20 | ELIGIBLE RENTS - UNIT 4 |
| 21 | # OF BDROOMS - UNIT 4 |
| 22 | B1 AGE |
| 23 | B2 AGE |
| 24 | YEAR BUILT |
| 25 | Manditory Arbitration Flag |
| 26 | Debt Cancellation Agreement Flag |
| 27 | Points and Fees Percentage |
| 28 | Sellers Conscession Percentage |

CONFIDENTIAL