# EXHIBIT 121


EXHIBIT 204
WIT: Sean
DATE: 1-8-13
S. Klinger, RMR-CRR

**From:** Mongelluzzo, John (Exchange)
**Sent:** Wed, 11 May 2005 22:27:37 GMT
**To:** Haggerty, Mary (Exchange); Silverstein, Baron (Exchange)
**BCC:** Glory, Cheryl (Exchange)
**Subject:** due diligence changes

Mary/Baron I would like to implement the following changes effective Monday.

1. We should immediately have Clayton and PWC provide a code of four (4) to all loans that are accepted by Bear/EMC. This will allow us to track loans that are overridden by our due diligence managers and track the performance of those loans. Both Clayton and PWC have this capability. It would require that all due diligence managers notify the vendor of any of their overrides for each deal.

2. We should start having every won bid run through levels. For deals where we select a sample this tool should be incorporated in selecting the sample along with our already established criteria. We should also identify the top 25% of loans within the sample that we feel pose the largest risk potential. Both Clayton and PWC upon having those loans tagged/identified can place their most seasoned underwriters to review those loans and also perform additional QC on those loans. Both of these processes are ones that we can use to market our process to investors and the rating agencies going forward.

3. We should implement a standard form email to notify seller and vendors of due diligence parameters for all trades. The word doc is attached below. I sent this to Pattie, Joe Carrion and Jo Whitlock last week and have received no feedback so I think we should just implement it so we have uniformity and all necessary information is relayed to all parties.

I think these are all good first steps to start to standardize the due diligence process across Bear/EMC and will be helpful tools going forward for our scorecard efforts. Please let me know your thoughts and if you're ok with these changes I'll get them out to everyone tomorrow.

<<Initial E-mail Sample.doc>>

John Mongelluzzo
Bear Stearns & Co.
383 Madison Avenue
11th floor
New York, NY 10179
Telephone: 212-272-7250
Fax: 917-849-1564

EXHIBIT
Silverstein-3
6/4/10  MG

EMC-AMB 001597504

CONFIDENTIAL                                                                                           DEXDEP00026298

Ladies & Gentlemen :
Please find attached the due diligence sample for the above referenced trade.
Due diligence has been scheduled to take place on 04/18/2005 through 04/22/2005 at the following location:

> Service Firm's Location at:
> PricewaterhouseCoopers LLP
> 18581 Teller Avenue, Suite 100
> Irvine, CA 92612
> (949) 724-7872
> Attn: Wayne Albaugh
>
> Or
>
> Seller's Location at:
> American Home Mortgage
> 538 Broadhollow Road
> Melville, NY 11747

**Deal Name**: American Home 05-0493 WL (AE0504)
**Product Type**: A/Alt-A Fixed
    (examples: A/Alt-A Fixed, Hybrid ARM's, Heloc's, Sub-Prime, 2nd's, etc.)
**File Type**: Hard Copy Files
    (examples: Hard Copy, CD, Seller's Imaging System, On-Line Imaging System, etc.)
**Number of Loans**: 158
**Review Type**: 100% Credit/Compliance
**Settlement Date**: 05/10/2005
Guidelines to be used are dated: (also attach guidelines to email if available)
Bid stips attached: y/n
**Due Diligence Manager**:
    John Mongelluzzo
    (212) 272-7250

**Service Firm Contact Information**:
    Primary:
    Tony Neske
    (425) 453-5956

    Secondary:
    James Zeldin
    (425) 453-5944

**Seller Contact Information**:
    Jessica Heid
    American Home Mortgage
    538 Broadhollow Road
    Melville, NY 11747
    (631) 622-5701
    jheid@americanhm.com

Conditions for loans /stip clearing should be sent to:
PricewaterhouseCoopers
18581 Teller Avenue, Suite 100
Irvine, CA 92612
949-724-7872 phone

CONFIDENTIAL

305-847-5985 fax
trailingdocs@yahoo.com

EMC-AMB 001597506

CONFIDENTIAL                                                                                                    DEXDEP00026300