Page 100

1   FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2       I did, in the 2002 and forward time

3       frame. My meetings with the rating

4       agencies would have been extremely

5       limited and much more on the kind of

6       platform-level description of how we

7       acquired the loans, not on specific pool

8       rating agency levels.

9         MR. KREBS: What interface did you

10     have with the Bear Stearns trading desk,

11     if any?

12       MS. HAGGERTY: Well, Jeff

13     Verschleiser was a senior trader on the

14     trading desk, and I spoke to Jeff quite a

15     bit. If you think in terms of the desk,

16     there were traders that were responsible

17     for pricing to buy the assets --

18       MR. KREBS: Um-hum.

19       MS. HAGGERTY: -- and then there

20     were traders responsible for pricing the

21     new issues to sell the securities, and

22     there were traders that specialized in

23     the AAA tranches and traders that

24     specialized in the credit tranches, and

25     structure people. So it was quite a

1  FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2       large number of people.

3            So the folks that I would interface

4       with were chiefly the traders responsible

5       for pricing the acquisition

6       (indiscernible).

7            MR. KREBS:  Credit tranches, what

8       are they?

9            MS. HAGGERTY:  In its simplest

10      format, a -- what we would call a senior

11      subordinate shifting infrastructure, a

12      pool of one-to-four family residential

13      mortgage loans would go into a trust.

14      And then tranches would be created that

15      were rated AAA, AA, A, BBB, BB, B and

16      unrated.  So those were referred to as --

17      as credit tranches, meaning that the

18      credit designation the rating agency

19      ascribed to it.

20           MR. KREBS:  What would you do, if

21      you know -- you may not -- with those

22      tranches for which you could not find a

23      purchaser in connection with registered

24      offerings?  What happened to those?

25           MS. HAGGERTY:  If a purchaser wasn't

Page 102

1  FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2       found, I believe the broker-dealer kept

3       it in inventory.  They may have been on

4       EMC's balance sheet or the broker-dealer;

5       I'm not sure.

6            MS. HAGGERTY:  Were they, some of

7       them, subsequently sold to -- BBB

8       tranches to CDO offerings?

9            MS. HAGGERTY:  They may have been.

10      I -- I don't know.  They may have been.

11           MR. KREBS:  What, generally, is --

12      what is your knowledge -- or what is your

13      belief that -- what happened to the

14      equity tranche or the residual tranches?

15           MS. HAGGERTY:  I don't know with

16      specificity.  They would either be held

17      or sold.

18           MR. KREBS:  With respect to those

19      that were sold, do you have any notion as

20      to who were the likely purchasers?

21           MS. HAGGERTY:  I don't.

22           MR. CUNICELLI:  Are you aware of any

23      aggregation of the equity tranches, of

24      building up of a base on non-saleable

25      equity tranches during any time?

Page 103

FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

1
2          MS. HAGGERTY:  Not with any
3     specificity.
4          MR. KREBS:  How often did you meet
5     with your folks who were responsible for
6     coordinating with your third party due
7     diligence providers in connection with
8     making a determination as to whether to
9     accept or reject a classification of
10    loans that had been rated as 3s?
11         I hope you understand that question.
12         MS. HAGGERTY:  I -- I do.  I would
13    say from time to time, but not very
14    often.  Much more so earlier in the life
15    of this operation that that we've been
16    describing, so '02-'03, but then as the
17    business grew, much less so.
18         MR. KREBS:  Did there come a time as
19    the business was developing that your
20    colleagues and you became a little --
21    became concerned about the quality of the
22    loans that you were seeing?
23         MS. HAGGERTY:  yes.
24         MR. KREBS:  Were those -- did you
25    see an increase in early default

Page 104

1   FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2       payments?

3           MS. HAGGERTY:  We saw an increase in

4       the volume in general, and with that came

5       an increase in the number of early

6       default payments.  Part of the quality

7       control review that was done that I

8       described, and then some of the reasons

9       that things were put back, is things that

10      we learned.  And so, in response to

11      learning those things, we tried to

12      implement procedures before we bought the

13      loans to detect those types of problems

14      and avoid them.

15          So one of the things that we did is

16      we did a newsletter to all our sellers to

17      point out some of these things that we

18      had seen, like misrepresentation of

19      occupancy, like the undisclosed debts,

20      because the originator is obviously much

21      closer to the situation --

22          MR. KREBS:  Yeah.

23          MS. HAGGERTY:  -- and should

24      undertake procedures to prevent these

25      types of things from happening.

1   FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2          MR. KREBS:  I would sorely like to

3   see some of those letters.  It'd be

4   helpful for me, for the purpose of giving

5   a picture.

6          And I hope you understand what we're

7   doing here.  We're trying to give a

8   picture of this market as it developed.

9   And we're trying to superimpose that

10  picture that we get.  And the more we

11  talk with folks, the better able we are

12  to do that.  And to give a picture of --

13  this is where things begin to get in the

14  ditch.  And your awareness of -- folks

15  like yourself and your staff will help us

16  do that.  If you can find some of those

17  newsletters, it would be very helpful to

18  us.

19          MS. HAGGERTY:  I'll look.

20          MR. KREBS:  I would appreciate it.

21          Do you know where they are like --

22  well, of course you do, but this has been

23  years ago, so you have no idea where they

24  are.  You didn't retain any, did you?

25          MS. HAGGERTY:  I -- you know, if

1    FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2         they were created on the firm's books and

3         records, they either made it over to the

4         J.P.Morgan or they didn't, right?

5         They're -- they're maybe in some folder

6         someplace.

7              MR. KREBS:  You have -- you --

8         you've said that there came a time that

9         you began to see this.  Can you tell us

10        the approximate time that you began to

11        see it?  And it all -- it may have been

12        gradual, but what period of time would

13        this -- this have been, when you began to

14        notice these changes?

15             MS. HAGGERTY:  I don't recall

16        specifically, but I -- if I had to -- I

17        would say certainly in 2006 time frame.

18        Exactly when, I can't tell you, sitting

19        here today.  May have been before.

20             MR. KREBS:  Do you have any?  Yeah,

21        I've got more documents I haven't even

22        touched here.  So --

23             And we need another?

24             MS. HAGGERTY:  Sure.

25             MR. KREBS:  You may or not be

1   FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2       familiar with this, but this is

3       information that's been provided us by

4       Clayton having to do with the types of

5       information that are provided by the

6       seller of loan pools to firms like Bear

7       Stearns for purposes of evaluation of

8       a -- or -- preparatory to due diligence

9       on a pool of loans.

10          The data tape, you did receive those

11      in connection with the bids?

12          MS. HAGGERTY:  Yes.

13          MR. KREBS:  And did you provide them

14      to the due diligence firm or did the

15      seller direct?

16          MS. HAGGERTY:  I'm not exactly sure,

17      but I -- I believe what was typical is

18      that we would have provided it to the due

19      diligence firm.

20          MR. KREBS:  The underwriting

21      guidelines, that was part of the

22      invitation to bid, as well?

23          MS. HAGGERTY:  Yes.  We would have

24      to give Clayton a set of guidelines to

25      review against, yes.

1    FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2            MR. KREBS:  And -- and those

3    guidelines that you would have given them

4    would have been the guidelines professed

5    to be in place by the loan originator?

6            MS. HAGGERTY:  Correct.

7            MR. KREBS:  Okay.  And you would --

8    and is it your belief that you provided

9    them or the seller or the loan pool

10   originator provided them?

11           MS. HAGGERTY:  With respect to the

12   underwriting guidelines, I don't know.  I

13   think it could have been either.  I -- I

14   would think it would have been more

15   typical for them to come from us because

16   we're hiring Clayton to do this review,

17   so we would want to be in control of the

18   data --

19           MR. KREBS:  Um-hum.

20           MS. HAGGERTY:  -- but it very well

21   could be that the seller provided them

22   when Clayton showed up to do the

23   diligence.

24           MR. KREBS:  Obviously, the

25   correspondence would be between you

1   FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2        and -- and the client and -- and Clayton,

3        and the correspondence related to day-to-

4        day review, that would have been provided

5        by Clayton to you.  The final item here

6        is correspondence related to deal review

7        tie-out.  What is a deal review tie-out?

8             MS. HAGGERTY:  Again, hard to know

9        exactly what they mean here, but based on

10        my experience, what I would believe this

11        to mean is trailing documentation

12        required to clear exceptions.

13             So as I said before, when Clayton

14        has their findings, they would typically

15        communicate that to the due diligence

16        manager, but also to the seller.

17             MR. KREBS:  Um-hum.

18             MS. HAGGERTY:  So the seller has the

19        opportunity to find missing documentation

20        or to answer questions or to, if you

21        will, cure what Clayton thinks is a --

22             MR. KREBS:  Is a 3 --

23             MS. HAGGERTY:  -- deficiency.

24             MR. KREBS:  -- yeah.

25             MS. HAGGERTY:  Right.  So the final

1  FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2      tie-out should be the aggregation of all

3      that data and agreeing at the -- and

4      finalizing the -- the due diligence so

5      that there's an agreement at the end of

6      the engagement, these are the 1s, these

7      are the 2s, these are the 3s, we're

8      closed.

9          MR. KREBS:  Who is that -- is that

10     a -- a meeting, a telephonic conference?

11         MS. HAGGERTY:  I think it's a

12     telephonic conference or it's highly

13     plausible it would just be e-mail

14     exchanges as well.  And that should be

15     the seller, Clayton and the due diligence

16     manager that participates --

17         MR. KREBS:  So all three of you

18     would be involved in that?

19         MS. HAGGERTY:  That's typically how

20     it should have worked.

21         MR. KREBS:  And this is to conclude

22     the due diligence research and tie up any

23     loose questions that might be circulating

24     out there about the due -- conduct of the

25     due diligence?

FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

1

2      MS. HAGGERTY:  Correct.

3      MR. KREBS:  I'm not entirely certain

4  of what I'm looking at here, but it

5  appears to be a Bear Stearns final report

6  set.  This --

7      MS. HAGGERTY:  Um-hum.

8      MR. KREBS:  -- presumably, is

9  something that you received at the

10  conclusion of the due diligence review by

11  Clayton and/or any other due diligence

12  firm.  Is that right?

13      MS. HAGGERTY:  This looks like the

14  type of data that would be transmitted,

15  yes.  Data upload, due -- due diligent

16  issues upload, IAS on event 1 -- must be

17  individual asset summary --

18      MR. KREBS:  All right.

19      MS. HAGGERTY:  -- all right, so that

20  would be the -- the individual --

21      MR. KREBS:  That's the third item,

22  here?  IAS --

23      MS. HAGGERTY:  Yeah.

24      MR. KREBS:  -- on event 1 loans.

25  All right.

Page 112

FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

1

2          MS. HAGGERTY:  And then the same for

3      event 2 and 3.  Loan disposition, not

4      sure.  And production report, I'm not

5      sure what they mean by that.

6          MR. KREBS:  Would this report also

7      have been prepared and -- and delivered

8      to Moody's and S&P?  These reports.

9          MS. HAGGERTY:  You know, I don't

10     know.  I -- I don't think, typically,

11     they would have been.  And then I -- and

12     then somewhere along the line, they may

13     have asked for them.  But -- but I don't

14     know.

15         This reference you see to

16     S&P/Moody's fields included in the

17     report --

18         MR. KREBS:  Um-hum.

19         MS. HAGGERTY:  -- you see S&P income

20     documentation type field --

21         MR. KREBS:  Right.

22         MS. HAGGERTY:  -- S&P had very

23     specific definitions for the

24     documentation type.  So I believe that's

25     what this is talking about.

Page 113

FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

1

2          MR. KREBS:  So in anticipation of a

3     submission to S&P, we wanted to make

4     certain that the documentation was in the

5     form identifiable or that S&P was used to

6     seeing?

7          MS. HAGGERTY:  Right.

8          MR. KREBS:  Okay.

9          MS. CAREY:  Tom, do you have any

10    idea the date of this document?

11         MR. KREBS:  I do not, which is part

12    of the problem.  And I'm -- and I

13    apologize for that, but I'm dealing with

14    what I've got.

15         MS. HAGGERTY:  Oh, look at this.

16    Now this is interesting.  Look at the

17    footnote here.

18         MR. KREBS:  "Grades used in data

19    upload"?

20         MS. HAGGERTY:  Their certain system

21    does not accept alpha grade designations,

22    that's why I never heard of a 2W.

23         MR. KREBS:  Okay.

24         MS. HAGGERTY:  Right, "map it to an

25    event 4 for Bear Stearns".  And what

1   FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2        event 4 was --

3              MR. KREBS:  Yeah.

4              MS. HAGGERTY:  -- is the --

5        something that was a three that the due

6        diligence manager looked at --

7              MR. KREBS:  Uh-huh.

8              MS. HAGGERTY:  -- and said with

9        either additional information from the

10       client, or I disagree with your finding;

11       it's acceptable to us.

12             MR. KREBS:  So we've cleared that

13       mystery up.

14             MS. HAGGERTY:  Yes.

15             MR. KREBS:  So a 2W is an event 4?

16             MS. HAGGERTY:  Yes.

17             MR. KREBS:  And this decision was

18       made on event 4s by the Bear Stearns due

19       diligence manager?

20             MS. HAGGERTY:  Correct.

21             MR. KREBS:  So that when we looked

22       at exhibit -- I think it's 2, this one.

23             MS. HAGGERTY:  The blue?  Yeah.

24             MR. KREBS:  The blue --

25             MS. HAGGERTY:  Um-hum.

1   FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2          MR. KREBS:  -- the all Clayton

3   reject and waiver.  If I look at the

4   final waiver rate -- and I'm assuming

5   that that's, of the 11,000 rejected

6   loans, forty-two percent of those were

7   waived in by someone at Bear Stearns.

8          MS. HAGGERTY:  Help me read this.

9          MR. KREBS:  Okay.

10         MS. HAGGERTY:  So we have four --

11  60,000 --

12         MR. KREBS:  Reading from left to

13  right, event 1s --

14         MS. HAGGERTY:  60,000.  Okay.

15         MR. KREBS:  -- and two -- yeah.  And

16  then --

17         MS. HAGGERTY:  6,800 rejection.

18         MR. KREBS:  Rejections.

19         MS. HAGGERTY:  4,900 WNT.  And so

20  you believe that these are the fours?

21         MR. KREBS:  That's right.

22         MS. HAGGERTY:  All right, so which

23  we would need to confirm, obviously,

24  but -- so 4,900 fours out of 7,200

25  reviewed.

1    FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2              MR. KREBS:  Correct.

3              MS. HAGGERTY:  So that's like five

4    percent -- or a little more than that.

5              MR. KREBS:  But the -- what I'm a

6    little concerned about, if I go all the

7    way to the right to final waiver, it says

8    "total initial Clayton rejects, 11,000".

9    That must have been --

10             MS. HAGGERTY:  Total -- so is

11   that -- is that 6,848 plus 4,923?

12             MR. KREBS:  Three and eight is

13   eleven, two, seven -- yeah, that looks

14   like the EV-3s plus the WNT columns added

15   together.

16             MR. KREBS:  Okay.

17             MS. HAGGERTY:  Right?

18             MR. KREBS:  All right.

19             MS. HAGGERTY:  So initially, that's

20   the total there.  And then sixty-eight

21   stayed as 3s --

22             MR. KREBS:  Um-hum.

23             MS. HAGGERTY:  -- and forty-nine

24   turned to fours, it looks like.

25             So forty-two percent is forty-nine

1   FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2        out of the eleven, it looks like.

3            MR. KREBS:  That -- that would

4   appear to be so.

5            MS. HAGGERTY:  Okay.

6            MR. KREBS:  Yes.

7            MS. HAGGERTY:  Okay.

8            Yeah, I mean there are lots of

9   reasons that something goes from a three

10  to a four.  And, again, you're not seeing

11  if this is just credit or it's also

12  compliance.

13           One of the things that would

14  typically happen in California is because

15  the way the loans are closed and get from

16  the closing table with the borrower to

17  the mortgage company, and then they would

18  sell them very quickly, you didn't always

19  have the final HUD-1.  Without the final

20  HUD-1, you can't do the compliance

21  testing.  So if you can't do the

22  compliance testing, you get an event

23  level 3 for compliance and then maybe a

24  week or two later, it comes in and it's

25  fine and you can convert it to a four.

1    FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2            I'm not saying that's what this

3        is --

4            MR. KREBS:  No, no.  It's entirely

5        possible --

6            MS. HAGGERTY:  -- but it's -- it's

7        possible.  Yeah.

8            MR. KREBS:  -- because I mean --

9            MS. HAGGERTY:  Yeah.

10           MR. KREBS:  -- there was a -- a 2W

11       and there was also, as I understand it,

12       a -- a 2T

13           MS. HAGGERTY:  What's the 2T?

14           MR. KREBS:  That's precisely the

15       document you described.

16           MS. HAGGERTY:  Oh, the HUD-1?

17           MR. KREBS:  (Indiscernible) leading

18       documents.

19           MS. HAGGERTY:  Trailing -- oh, T for

20       trailing.

21           MR. KREBS:  Yeah.  That's -- that's

22       what would appear.

23           Now, assuming that there is a

24       potential number of the final waiver rate

25       to forty-two percent --

Page 119

1    FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2          MS. HAGGERTY:  Um-hum.

3          MR. KREBS:  -- of course, we have no

4    way of knowing which one of those are Ts

5    and which one are fours under your

6    volumes.

7          MS. HAGGERTY:  Right.

8          MR. KREBS:  To your knowledge, did

9    Bear Stearns maintain any records that

10   related to decisions to turn event 3

11   loans -- or event -- yeah, 3 -- loans

12   into 4s under Bear Stearns?

13         MS. HAGGERTY:  Oh, boy.  If they --

14         MR. KREBS:  What we could call 2Ws.

15         MS. HAGGERTY:  Yeah.  If they did,

16   it would probably be, like, in the

17   individual bulk transaction deal file.

18   So in other words, Pattie or John may

19   have made a notation to the file.  I -- I

20   don't know where it was captured, and

21   that may have changed over time.  But as

22   I sit here today, I can't tell you where

23   to go look for that.

24         MR. KREBS:  Do you know where Pattie

25   or John are not?

Page 120

1   FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2           MS. HAGGERTY:  I sure do.

3           MR. KREBS:  Where?

4           MS. HAGGERTY:  Pattie Sears is

5       sitting in Lewisville, Texas.  She still

6       works for J.P.Morgan.  And John

7       Mongelluzzo works at GMAC in

8       Philadelphia -- or Fort Washington,

9       whatever it's called.

10          MS. HAGGERTY:  Well, that's a

11      surprise, isn't it?  It seems to be a

12      home of folks from Bear Stearns.

13          You have any questions, Tom?  You,

14      Tom.

15          MR. BORGERS:  Yes.  I have some

16      questions on the performance of the flow

17      versus the bulk.  Was there any studies

18      ever done at Bear Stearns or EMC about

19      the -- comparing the two?

20          MS. HAGGERTY:  I believe that there

21      were, from time to time, and I don't

22      recall the results.

23          MR. BORGERS:  Also, was your

24      group -- according to the industry, Bear

25      Stearns was a -- an expert in the field

Page 121

1   FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2        and presented many studies or newsletters

3        on -- on the performance of -- of the

4        entire market, individual deals and so

5        on.  Did you ever see the performance of

6        your individual deals going back to you

7        as far as the default rates?

8            MS. HAGGERTY:  I recall, in early

9        2007, being shown some of that data.

10       Prior to that, no.  And in the -- the

11       acquisition operation, the focus was on

12       the entire platform, as opposed to

13       individual deals.

14           So the -- the work that the research

15       group did to look at performance was in

16       connection with trading and

17       securitization -- trading.  And

18       performance at the individual deal level

19       didn't come back to the origination

20       operation, except, as I said, in early

21       2007, there was some data that was

22       presented.

23           MR. BORGERS:  Now -- now, the

24       quality control group, would they be

25       reviewing each of -- of the sellers of --

Page 122

1 FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2  the originators of these loans on an

3  originator basis?

4   MS. HAGGERTY:  The quality control

5  group looked at individual mortgage

6  loans.  And it was the general practice

7  that they would look at the first twenty-

8  five, maybe, or fifty loans submitted by

9  a new originator.  And, again, I think

10  that was, as a general matter, what the

11  practice was.

12   MR. BORGERS:  Well as far as the --

13  looking at the entire pool, did they

14  review all the repurchases -- or they

15  were responsible for all the repurchases

16  for every issue?

17   MS. HAGGERTY:  And when you say

18  "issue", you're referring to the deals --

19   MR. BORGERS:  Yes.

20   MS. HAGGERTY:  -- the

21  securitizations out?

22   The -- the quality control people

23  didn't know what loans were in which

24  deals.  They looked at the assets at the

25  originator level or the product level.

Page 123

1   FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2          MR. BORGERS:  So the -- it did

3   not -- you all did not follow the

4   performance of the specific originators

5   until 2007, at least for your group?

6          MS. HAGGERTY:  No, the -- the

7   originator -- when you say "follow the

8   performance of an originator", there was

9   a monitoring group at EMC that looked at

10  performance at the originator level,

11  which was separate and apart from the

12  Bear Stearns research group that looked

13  at performance of individual deals.

14         MR. BORGERS:  Right.  And -- and did

15  they share that information with you?

16         MS. HAGGERTY:  Which?  The -- the

17  monitoring group at EMC?

18         MR. BORGERS:  Exactly.

19         MS. HAGGERTY:  Yeah, that was the

20  basis for making decisions about changes

21  to the due diligence protocols as we

22  learned things about breaches of reps and

23  warranties, as I discussed about the

24  newsletter.  That was the basis for

25  making decisions to curtail certain

1    FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2         products that certain originators could

3         sell, and that was basis for making

4         decisions about ceasing doing business

5         with certain originators.

6              MR. BORGERS:  And how long was this

7         group in existence?

8              MS. HAGGERTY:  The quality control

9         group that did the loan-level reviews was

10        in existence from the beginning of the

11        flow conduit.  And then the monitoring

12        group -- and -- and so was the seller

13        approval.  And out of those two groups is

14        what the monitoring grew into.  And I

15        would say that the monitoring really

16        started to step up and take more formal

17        shape in the beginning of 2005.

18             MR. BORGERS:  But they would also do

19        the -- the bulk, right?  It was not just

20        the flow?

21             MS. HAGGERTY:  The quality control

22        on the bulk -- yes, that's true, with the

23        exception of large originators of jumbo

24        product.  So, specifically, I'm thinking

25        of Wells Fargo and Countrywide.  The view

Page 125

FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

1
2    was that we didn't need to do the same
3    level of quality control or, frankly,
4    that quality control review on those
5    originators because of the track record
6    that they had, because of the financial
7    stability that they had and the large
8    volumes that they did of jumbo product.
9    And also because such large pools were
10   purchased and then securitized, there was
11   disclosure about who they were and the
12   market understood who those originators
13   were.
14       MR. BORGERS:  So just to get some
15   more clarity on this.  So they would
16   follow the originator, so for Fieldstone
17   or Fremont or -- they would -- they would
18   look at it on a -- a deal basis too,
19   right?
20       MS. HAGGERTY:  The -- the seller
21   monitoring group at EMC did not look at
22   originators on a deal basis.  They looked
23   at the originator's production across
24   everything that they sold.
25       MR. BORGERS:  So for Fieldstone, for

Page 126

FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

1
2        example, if -- if there was a number
3        of -- of early payment defaults, that
4        group would see that there was a hundred
5        early payment defaults, you know, this
6        week or whatever which might cause an
7        alarm -- be much higher than -- than all
8        the other originators.  Is that -- is
9        that something that would have -- would
10       have been earmarked for your review and
11       others at EMC?
12              MS. HAGGERTY:  Yes, there was a
13       ranking of the originators, yes.  That's
14       right.
15              MR. BORGERS:  So you would see how
16       these -- these, collectively, all the
17       deals for a Fieldstone or for those that
18       have to do with some product in it, you
19       would see how many repurchases, how many
20       early payment defaults, how many, you
21       know, other defaults for these particular
22       loans, right?
23              MS. HAGGERTY:  I'm just troubled by
24       your use of the word "deals" because the
25       folks at EMC were -- they had no idea

Page 127

1    FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2        where the loans were.  They could have

3        been sold to an individual investor, they

4        could have been in a hundred deals or in

5        one deal --

6            MR. BORGERS:  Right.

7        (Indiscernible) --

8            MS. HAGGERTY:  -- they didn't see at

9        the deal level.

10           MR. BORGERS:  Yeah, and all -- all

11       I'm saying here is that for Fieldstone,

12       let's say, for example, if you saw a

13       hundred early payment defaults, that

14       could represent many different deals, but

15       it -- it could give an alarm that -- that

16       it was, you know, twenty percent higher

17       than most of the other originators under

18       the (indiscernible) program?

19           MS. HAGGERTY:  Yes.

20           MR. BORGERS:  Okay.

21           On the policy side, was there an

22       occasion that -- well, in the policies,

23       was it dictated that there -- if the

24       exception rate was -- was very high, that

25       the -- John or Pattie would have to

Page 128

1    FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2        present those findings to you?

3            MS. HAGGERTY:  I just want to -- I'm

4        going to parse the question a little bit,

5        because when we talk about exception

6        rates, we're typically talking about

7        situations where we're doing a sample due

8        diligence, because when you do a hundred

9        percent due diligence, you're, by

10       definition, not buying the ones that

11       you're rejecting, so you feel fine about

12       the pool that you have.

13           So exception rates tended to come

14       into play when we were doing a sample.

15       Typically, if the exception rate or

16       reject rate on a sample exceeded two or

17       three percent of the sample, then we

18       would typically expand the sample and

19       look at more assets to follow up on that.

20           MR. BORGERS:  Now, would they --

21       when there was an increase in the sample

22       size, would they, Pattie and John, alert

23       you to the fact that this pool is -- is

24       developing higher than, you know, than

25       the normal exception rate?

Page 129

FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

1

2      MS. HAGGERTY:  They might have.  I

3  mean I think that would depend on how big

4  the pool was.  You know, if it was a --

5  if it was a really small pool, we

6  typically looked at all of the assets

7  anyway.  I mean what's the point of doing

8  a sample on a twenty loan pool?  Just

9  look at all of them.  So they -- they may

10  have alerted me or they may have alerted

11  Baron.

12      MR. BORGERS:  Okay.  And -- and on a

13  hundred percent on the subprime side,

14  if -- if there were problems -- by

15  problems, meaning that there was -- the

16  credit issues were -- under the

17  underwriting guidelines were -- were not

18  being met with ten, twenty thirty percent

19  of the -- of -- of the entire universe of

20  loans, would -- would they bring that to

21  your attention, too?

22      MS. HAGGERTY:  Yes.

23      MR. BORGERS:  Okay.  And -- and did

24  that happen often?

25      MS. HAGGERTY:  No, but it did happen

1   FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2       from time to time. And if you have an

3       exception -- or you have a kick-out rate

4       that high, you know, the seller is not

5       very with you. And so you have

6       discussion and I would say generally, you

7       agree to disagree and the seller goes and

8       sells it to somebody else.

9           MR. BORGERS: Who were the biggest

10      sellers, originators, who had the -- you

11      know, the large kick-out rates?

12          MS. HAGGERTY: The one that comes to

13      mind on subprime was Quick Loan Funding.

14          MR. BORGERS: And would you

15      typically just refuse to bid on the -- on

16      the pool or would you possibly offer them

17      a discounted spread on it?

18          MS. HAGGERTY: Well, there's --

19      there's two different -- or a couple ways

20      to go about it.

21          One would be to just be clearer in

22      your up-front stips about the types of

23      loans you won't take so that, when you

24      bid them, there's no -- you know, Quick

25      Loan Funding understands that these are

Page 131

1   FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2        your guidelines, you're not going to take

3        loans that don't meet them.  So you can

4        be clearer about what those things that

5        caused you to kick them out on the last

6        trade were and tell them up front you're

7        not taking them and they can decided to

8        sell you or not sell you the pool.

9             With respect to discounting, that

10       was typically not done, with the

11       exception of the fact that EMC had a

12       separate line of business that bought

13       scratch-and-dent loans.  Scratch-and-dent

14       loans are, by definition, have some sort

15       of defect and they're priced accordingly.

16       So as -- as kind of like a full service

17       to the seller, the EMC scratch-and-dent

18       desk would oftentimes bid the loans that

19       the regular, secondary market conduit

20       rejected.  And the scratch-and-dent desk

21       would typically bid at a discount.  And

22       those loans were separate and kept in a

23       separate business line and securitized

24       separately, or held in portfolio.

25            MR. BORGERS:  On Bear Stearns'?

```
1    FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010
2         MS. HAGGERTY:  At EMC, yes.
3         MR. BORGERS:  That's all the
4    questions we have right now.
5         MR. KREBS:  I've got a couple.
6         For those -- in those instances
7    where Bear Stearns was purely an
8    underwriter, was not the seller, how is
9    it that ten percent sampling came to be
10   the norm?
11        MS. HAGGERTY:  That's a good
12   question.  I'm not sure I know the answer
13   as a general fact.  I can give you my
14   impression --
15        MR. KREBS:  Please.
16        MS. HAGGERTY:  -- which is that it
17   just developed over time, from the late
18   '80s all the way through the 2000s as a
19   reasonable, random representation of the
20   pool.
21        And underwriters have an
22   underwriter's liability, and they just
23   charged some of that liability by doing
24   some due diligence and I think that it
25   was always our advice of in-house counsel
```

Page 133

1   FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2       that ten percent seems like an industry

3       standard that can get you there.

4           That's -- that's my best

5       explanation.  It's by no means expert or

6       factual --

7           MR. KREBS:  Well, what is your

8       reaction to this, then?

9           MS. HAGGERTY:  What's that?

10          MR. KREBS:  What's your reaction to

11      this, then?  If I -- if you hire me to

12      sell your pool, I want to look at ten

13      percent, but if I'm selling it, I'm going

14      to go look at a hundred percent of the

15      loans.  Now, I'm still the same

16      underwriter, still have the same

17      obligation.  How is it that we have two

18      different standards here?

19          MS. HAGGERTY:  Well, I think you

20      have to think about the size of the

21      originator that can do a securitization.

22      You know, when we talk about a hundred

23      percent of the -- of the loans, it's

24      mostly for smaller originators that don't

25      have the wherewithal to aggregate.

Page 134

FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

1
2          And Bear Stearns did not do a lot of
3     transactions with the big ones.  We did a
4     couple of Fremont transactions where we
5     did a hundred percent due diligence, and
6     I think we maybe did a New Century
7     transaction, where we bought and did a
8     hundred percent.
9          So from -- from the question that
10    you're asking me, I -- I think that the
11    market -- or I'll back up and say it a
12    different way.  An issuer that comes to
13    market month in and month out develops a
14    track record.  And it's important to them
15    and their ability to continue to access
16    the capital markets to protect that track
17    record.  So they're going to put loans in
18    the deal that perform to expectation.
19    And I believe that's the basis for a ten
20    percent sample, as opposed to that same
21    originator that then selects a pool to
22    sell as whole loans.  One could think
23    that there's an adverse selection,
24    potentially, to the loans that they carve
25    out to sell as whole loans, which would

Page 135

1    FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2        also necessitate wanting to do more due

3        diligence.

4            So I think it's really the track

5        record.  I -- I think that, again, repeat

6        issuers that come time and time again,

7        you get a chance to see how the loan

8        perform, and it's all part and parcel of

9        the risk assessment.

10           MR. KREBS:  Who were some of those

11       repeat issuers?  Countrywide?

12           MS. HAGGERTY:  Sure, yes.

13       Countrywide, Wells Fargo, RFC.

14           MR. KREBS:  RFC?  I --

15           MS. HAGGERTY:  Yeah, RFC was

16       residential funding.  It was subsequently

17       merged with GMAC and -- to form ResCap.

18       RFC was a very big Alt-A originator

19       before that, one of the earliest prime

20       jumbo conduit companies.

21           Washington Mutual certainly came

22       with their own deals.  Bank of America.

23       Chase; how could I forget Chase?

24           MR. KREBS:  Is it your -- is your

25       position here that WaMu was one of those

Page 136

1    FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2         folks who, because they continually came

3         to market, were to be considered,

4         somehow, that only ten percent of their

5         loans needed to be reviewed?

6              MS. HAGGERTY:  I don't know that we

7         did -- I don't -- I don't know what we

8         underwrote for Washington Mutual or not.

9         And, you know, you just asked me how did

10        it come about.

11             MR. KREBS:  Yeah.

12             MS. HAGGERTY:  I think that's how it

13        came about.  I think there was an

14        industry standard over years and years,

15        really starting with the jumbo-A business

16        for ten percent.  And I have no other

17        explanation beside that.

18             MR. KREBS:  And I have seldom found

19        as articulate and as informed a witness

20        as you.  And you've been very helpful to

21        us.  And for that, I very much appreciate

22        it.

23             MS. HAGGERTY:  Thank you.

24             MR. KREBS:  So thank you.

25             MR. CUNICELLI:  Yield spread

Page 137

1   FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2        premium.  Did -- on the stuff you

3        originate, did EMC Bear Stearns pay yield

4        spread premium to a broker or, say, an

5        ARM, as opposed to a fixed rate?

6            MS. HAGGERTY:  Do me a favor and

7        define it, since -- because people use

8        that term --

9            MR. CUNICELLI:  Sure a higher

10       percentage or a higher payoff for a

11       broker for, say, an ARM over a fixed rate

12       or for a higher rate over a lower rate

13       (indiscernible) --

14           MS. HAGGERTY:  Yes.  That occurred,

15       yes.

16           MR. CUNICELLI:  Okay.  Could you

17       give me -- you've -- you've talked about

18       some of the different shelfs you had and

19       originate and purchase.  Could you give

20       me, just, maybe percentages on how much

21       you might purchase of your portfolio --

22       or what you securitize, how much comes in

23       from purchase rather than originate?

24       Just so I get an idea of the universe.

25           MS. HAGGERTY:  Yeah, that's going to

1    FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2        be very tough to say because we had huge

3        swings in some of --

4             MR. CUNICELLI:  Change over time?

5             MS. HAGGERTY:  Yeah, in some -- like

6        Countrywide could come with a billion

7        dollars, which just changes the

8        percentages really dramatically.  But I -

9        - I think that I remember -- and this may

10       be in some of the -- the things that,

11       say, like a Warren Spector reported that

12       the percentage of what we did that we

13       originated ourselves or through the flow

14       conduit was something like ten percent

15       order of magnitude.  I don't know that it

16       got much higher than that.  Maybe twenty.

17            MR. CUNICELLI:  Some of this stuff,

18       I think you might have answered in bits

19       and pieces.  I'm just going to ask for

20       clarification.

21            When J.P.Morgan took over, there

22       were apparently a large amount of

23       seasoned loans in portfolio.  Are you

24       familiar with that?

25            MS. HAGGERTY:  Not with specificity,

Page 139

1   FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2     but it would make sense to me that there

3     was, yes.

4         MR. CUNICELLI:  What -- I guess,

5     just -- where -- why would those seasoned

6     loans have been held in portfolio your

7     best --

8         MS. HAGGERTY:  Well, I think for the

9     reason that we discussed before is that

10     the securitization markets ended.

11         MR. CUNICELLI:  Okay.  So they just

12     got caught in the pipeline?

13         MS. HAGGERTY:  Yes.

14         MR. CUNICELLI:  Okay.

15         MS. HAGGERTY:  There may have also

16     been seasoned loans that were acquired

17     when warehouse lines had to be foreclosed

18     upon.  So we talked about Bear Stearns

19     Mortgage Capital Corporation extending a

20     warehouse line of credit to say, American

21     Home or Home Bank, who were mortgage loan

22     originators.  And if -- if they went out

23     of business, they weren't able to sell

24     those loans and satisfy the warehouse

25     line, so they may have been foreclosed

Page 140

FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

1
2      off the warehouse line.  And that -- that
3      would have been another source of whole
4      loan inventory.
5           MR. CUNICELLI:  Okay.  And I thought
6      I heard you answer this.  I'm not a
7      hundred percent sure.  The use of third
8      party due diligence firms --
9           MS. HAGGERTY:  Um-hum.
10          MR. CUNICELLI:  -- was that more
11     from a perspective of price negotiating
12     or was that more from a perspective of to
13     ensure the quality of the underlying
14     asset?
15          MS. HAGGERTY:  It wasn't price
16     negotiation as much as variability in
17     staffing.  So in other words, you're --
18     rather than having your own employees
19     handle these large bulk transactions that
20     may come in in a lumpy fashion -- you may
21     have an awful lot to do at one time and
22     then not so much to do at other times --
23     as opposed to flow, which may be more
24     steady.  So in terms of just managing
25     staff and expense, it makes sense to

1    FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2        outsource that type of activity.

3            MR. CUNICELLI:  And Tom, I thought I

4        heard you phrase the question about what

5        was sampled and kind of -- what went over

6        the bridge as opposed to what went under

7        it.  Are you satisfied with that?

8            MR. KREBS:  If you've got a follow-

9        up question, (indiscernible) --

10            MR. CUNICELLI:  Well, you know, if

11        you're doing a ten percent sample, I

12        guess ninety percent is getting through

13        unsampled.  Ten percent's getting

14        sampled.  I'm interested in, maybe, you

15        know, that ten percent gets kicked out.

16        And irrespective of what Clayton has,

17        let's just say it's -- it's all out, but

18        ninety percent of it, if it's a good

19        sample, it's present in the same

20        percentage in -- in the ninety percent

21        unsampled portion.

22            MS. HAGGERTY:  That's why I said

23        when we do a sample, we say if we have

24        exceptions or error rates --

25            MR. CUNICELLI:  Um-hum.

Page 142

1    FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2            MS. HAGGERTY:  -- more than three

3        percent of the sample, we would expand

4        the sample; we would do more work.

5            MR. KREBS:  How much would you

6        increase the sample?

7            MS. HAGGERTY:  We would probably do

8        like another ten percent.  It would

9        depend on the error rate, quite frankly.

10           MR. CUNICELLI:  I seem to recall you

11       saying that -- that a seller wouldn't be

12       happy with that, however.

13           MS. HAGGERTY:  You know, it's kind

14       of -- that's beside the point.  I mean

15       always, when we would do the

16       confirmations on a bulk or even in the

17       discussions when we'd talk about our

18       process, we would be very clear about

19       that.  You know, you do -- a sample is

20       only as good as the result of the sample.

21       So to the extent that you're finding an

22       error rate -- to your point -- to your

23       point, if you kicked out all the entire

24       sample, you shouldn't buy the pool.

25           MR. CUNICELLI:  Right.

1    FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2         MS. HAGGERTY:  Or you should just

3    look at every single one and pick the

4    ones that you want.

5         MR. CUNICELLI:  Right.  And in the

6    interviews I've done, that's -- I'm a

7    former auditor; I came in with that

8    expectation, but I haven't found it,

9    other than, maybe, here today.

10        MS. HAGGERTY:  I'm surprised by

11   that.

12        MR. CUNICELLI:  Yeah, yeah.  And --

13   and I guess some of the reasons posted

14   for were well, it was a competitive

15   market and we didn't want to tick off the

16   seller, we wanted to still have these

17   tapes come to us, we still wanted to be

18   invited to bid.

19        But you're -- you're saying today

20   no, that -- that wasn't the case with EMC

21   or Bear.

22        MS. HAGGERTY:  Correct, that to

23   everything that I was involved in in the

24   entire time I was there, that was never

25   the case.

Page 144

```
1    FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010
2              MR. CUNICELLI:  And, routinely, when
3         there were error rates or -- or reject
4         rates above three percent or -- or so,
5         there -- there were expanded samples?
6              MS. HAGGERTY:  Yes.  Yes.
7              MR. KREBS:  I know a little bit,
8         based on some discussion that I've had in
9         this building before, about the
10        compensation package at Bear.  My
11        understanding is that it was a 250,000
12        dollar base some time -- and it changed
13        from 200,000 to 250, plus a bonus --
14             MS. CAREY:  Senior managing
15        directors.
16             MR. KREBS:  Sorry?
17             MS. CAREY:  For senior --
18             MR. KREBS:  Oh, that's right --
19             MS. CAREY:  -- senior executives.
20             MR. KREBS:  -- that's right.
21             MS. HAGGERTY:  That was the maximum
22        base anybody could get paid.
23             MR. KREBS:  Can you tell us a little
24        about your methodology of being
25        compensated?  I'm not really interested
```

Page 145

1   FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2       in how much you made; I just want to know

3       the methodology.

4           MS. HAGGERTY:  Yeah, a base salary

5       and then a discretionary bonus.  And,

6       from time to time, a portion of the

7       discretionary bonus would be paid in

8       restricted stock, in stock options and

9       cash.  And the relative percentages

10      changed, depending on the overall

11      compensation level and from year to year.

12          MR. KREBS:  Did the stock vest in

13      five years?

14          MS. HAGGERTY:  For senior managing

15      directors, it did.  Actually, it may have

16      vested in three and you couldn't get it

17      for five, or something like that.  And

18      then for other employees, I think it

19      vested over three.

20          MR. KREBS:  I -- I neglected the

21      most obvious question.  What was your

22      title at Bear Stearns?

23          MS. HAGGERTY:  At the end, senior

24      managing director.

25          MR. KREBS:  Okay.  Do you have any?

1   FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2            MR. CUNICELLI:  I just had -- we

3       only touched on rating agencies.  And I

4       was interested -- just how they fit into

5       this.  What was their interplay with --

6       with the process that you described?

7            MS. HAGGERTY:  The rating agencies

8       did a -- a number of things.  One is, to

9       the extent that EMC was the servicer for

10      the loans, they came and did a servicer

11      review of EMC.  It's -- I don't know if

12      it was annual, but it certainly was every

13      two years, if not annual.  And that

14      involved, like, gathering a lot of data

15      about the servicing operation and coming

16      on site and interviewing the line

17      managers, et cetera.  So that was quite

18      an involved process.  And EMC was rated

19      as a subprime servicer, a special

20      servicer and a residential mortgage

21      servicer by Fitch, Moody's and S&P.

22            They also -- as part of that

23      presentation, we would present the

24      processes that we used in the flow

25      conduit and in the bulk conduit, in

1    FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2    general, for how to -- how we approved

3    sellers and how we did the due diligence

4    and how we did quality control reviews.

5    So that was presented to them as well.

6         And then S&P, in particular,

7    published their levels model.  And we

8    used their levels model to help us

9    calculate the price adjustments that I

10    described for the Alt-A rate sheet.  So,

11    for -- in other words, you would put in

12    attributes that would be your base loan:

13    a primary residence, full doc, single

14    family detached house, eighty LTV, let's

15    say.  And that would tell you what credit

16    enhancement you needed for AAA for that

17    loan.  Then you would compare that to

18    running the same thing, except it was

19    stated income --

20         MR. KREBS:  Um-hum.

21         MS. HAGGERTY:  -- and you'd look at

22    the difference in the AAA levels, ascribe

23    a value to that difference, and that's

24    how you could approximate what it was

25    worth to you and that price adjustment.

VERITEXT REPORTING COMPANY
www.veritext.com
212-267-6868                  516-608-2400

Page 148

1    FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2         So we used the levels model to construct

3         that risk-based pricing that we offered

4         to flow sellers.

5              MR. CUNICELLI:  And this is

6         iterative?  The --

7              MS. HAGGERTY:  Yes.

8              MR. CUNICELLI:  Okay, so people at

9         EMC or at Bear or (indiscernible)

10        managing director at one of the rating

11        agencies --

12             MS. HAGGERTY:  No, we could just use

13        the model.

14             MR. CUNICELLI:  -- could just use

15        the model and it -- its output.

16             Kind of naive question, I apologize

17        up front, but I really don't know.  If

18        you reject something from a pool --

19        you -- you talked earlier about scratch-

20        and-dent.

21             MS. HAGGERTY:  Yes.

22             MR. CUNICELLI:  Was that the status,

23        that it's a scratch-and-dent because it's

24        a reject or if it had to have some

25        impairment; it had to actually -- that

1  FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2      loan had to actually be in a non-pay

3      status for a while to be statused as a

4      scratch-and-dent?

5          MS. HAGGERTY:  It didn't have to be

6      a non-pay to be statused as a scratch-

7      and-dent.

8          MR. CUNICELLI:  Just, if it gets

9      jacked from a pool, it could be

10     considered scratch-and-dent?

11         MS. HAGGERTY:  It could be, yeah.

12     And you would typically want to know

13     the -- the defect.

14         I mean in an -- in an extreme case,

15     let's say I kicked a loan out because I

16     only go to ninety-five CLTV on -- to

17     500,000 and this is 550, somebody else

18     might buy it as a -- as a good loan.

19     They just may have a different risk

20     tolerance than me.

21         So it doesn't necessarily have to be

22     a scratch-and-dent, but if there's some

23     sort of defect, it doesn't have to be

24     nonperforming to be scratch-and-dent.

25         MR. CUNICELLI:  Right.  That's all I

Page 150

1    FCIC INTERVIEW OF MARY HAGGERTY - 08/17/2010

2        have, Tom.

3            MR. KREBS:  I have no more.  Thank

4        you so much.

5            MS. HAGGERTY:  You're very welcome.

6            MR. KREBS:  We very much appreciate

7        it.

8            (End of interview)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 151

1

2                  C E R T I F I C A T I O N

3

4        I, Shalom Boroda, hereby certify that the

5    foregoing is a true and correct transcription,

6    to the best of my ability, of the sound

7    recorded proceedings submitted for

8    transcription.

9

10       I further certify that I am not employed

11   by nor related to any party to this action.

12

13       In witness whereof, I hereby sign this

14   date:

15   November 9, 2011.

16

17

18

19   _____

20        Shalom Boroda

21

22

23

24

25

[& - ability]

| & |
| --- |
| **&**  48:16 |

| 0 |
| --- |
| **02**  103:16 |
| **03**  93:10 103:16 |
| **04**  88:22 |
| **05**  15:16,18 68:11 |
| **07**  89:12 90:7 93:10 |
| **08/17/2010**  2:1 3:1 |
| 4:1 5:1 6:1 7:1 8:1 |
| 9:1 10:1 11:1 12:1 |
| 13:1 14:1 15:1 16:1 |
| 17:1 18:1 19:1 20:1 |
| 21:1 22:1 23:1 24:1 |
| 25:1 26:1 27:1 28:1 |
| 29:1 30:1 31:1 32:1 |
| 33:1 34:1 35:1 36:1 |
| 37:1 38:1 39:1 40:1 |
| 41:1 42:1 43:1 44:1 |
| 45:1 46:1 47:1 48:1 |
| 49:1 50:1 51:1 52:1 |
| 53:1 54:1 55:1 56:1 |
| 57:1 58:1 59:1 60:1 |
| 61:1 62:1 63:1 64:1 |
| 65:1 66:1 67:1 68:1 |
| 69:1 70:1 71:1 72:1 |
| 73:1 74:1 75:1 76:1 |
| 77:1 78:1 79:1 80:1 |
| 81:1 82:1 83:1 84:1 |
| 85:1 86:1 87:1 88:1 |
| 89:1 90:1 91:1 92:1 |
| 93:1 94:1 95:1 96:1 |
| 97:1 98:1 99:1 |
| 100:1 101:1 102:1 |
| 103:1 104:1 105:1 |
| 106:1 107:1 108:1 |
| 109:1 110:1 111:1 |
| 112:1 113:1 114:1 |
| 115:1 116:1 117:1 |
| 118:1 119:1 120:1 |
| 121:1 122:1 123:1 |
| 124:1 125:1 126:1 |
| 127:1 128:1 129:1 |
| 130:1 131:1 132:1 |

133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1

| 1 |
| --- |
| **1**  9:17 15:11,15 |
| 17:19 18:9,9 56:10 |
| 111:16,24 117:19 |
| 117:20 118:16 |
| **10**  87:22 |
| **100,000**  54:19 |
| **1001**  4:12 |
| **11**  2:5 |
| **11,000**  115:5 116:8 |
| **111-21**  3:16 |
| **120**  84:19 |
| **12:13**  67:20 |
| **132,000**  64:11 |
| **144a**  99:16,18 |
| **15**  3:25 |
| **17**  1:10 2:4 |
| **18**  4:11 |
| **1982**  5:6 |
| **1985**  5:11 |
| **1989**  5:17 |
| **1992**  6:22 |
| **1996**  7:3 |
| **1s**  110:6 115:13 |

| 2 |
| --- |
| **2**  17:19 18:9,10 |
| 32:23 33:12 54:11 |
| 54:12 56:10 112:3 |
| 114:22 |
| **2/28**  43:20 87:19 |
| **2/28s**  43:23 44:22 |
| **200**  9:17 |
| **200,000**  144:13 |
| **2000s**  132:18 |
| **2001**  7:4 8:19 |
| **2002**  8:20 100:2 |
| **2003**  41:20,24 45:10 |

| 2005 |  |
| --- | --- |
| **2005**  15:7 63:25 |
| 64:11 84:2 124:17 |
| **2005/2006**  19:23 |
| **2006**  15:7 35:5,16 |
| 35:19 38:19 45:10 |
| 64:5,11 68:6 80:17 |
| 84:3 106:17 |
| **2006-1**  35:12,15 |
| **2006-3**  35:12 |
| **2007**  35:6,21 38:20 |
| 41:20,24 57:20 64:5 |
| 64:12 73:7,8,14 |
| 80:25 88:18 90:3 |
| 91:7 121:9,21 123:5 |
| **2007-2**  35:20 |
| **2010**  1:10 2:5 4:2 |
| **2011**  151:15 |
| **24,000**  64:12 |
| **250**  144:13 |
| **250,000**  144:11 |
| **2s**  55:4 110:7 |
| **2t**  56:12 118:12,13 |
| **2w**  17:24 18:16 |
| 113:22 114:15 |
| 118:10 |
| **2ws**  56:16 119:14 |

| 3 |
| --- |
| **3**  17:19 18:9,12 19:6 |
| 19:11,13 20:9 23:16 |
| 34:7,8 49:2 56:10 |
| 109:22 112:3 |
| 117:23 119:10,11 |
| **3.6**  87:21 |
| **3/27**  43:20 87:19 |
| **3/27s**  43:23 44:23 |
| **3s**  18:14 55:15,20,23 |
| 56:6 103:10 110:7 |
| 116:14,21 |

| 4 |
| --- |
| **4**  61:21 69:18 |
| 113:25 114:2,15 |
| **4,900**  115:19,24 |
| **4,923**  116:11 |

| 406 |  |
| --- | --- |
| **406**  36:23 |
| **4s**  114:18 119:12 |

| 5 |
| --- |
| **5**  63:19,20,21 76:18 |
| **5.6**  87:22 |
| **5/1**  15:16 |
| **5/1/05**  15:23 |
| **5/18**  15:18 |
| **5/18/05**  15:23 |
| **500**  20:10 21:6 |
| 42:21 |
| **500,000**  149:17 |
| **520**  21:4 42:21 |
| **550**  149:17 |

| 6 |
| --- |
| **6**  63:18 |
| **6,800**  115:17 |
| **6,848**  116:11 |
| **60,000**  115:11,14 |
| **600**  21:6 76:18 |
| **61,000**  64:12 |
| **620**  42:16 |
| **680**  42:18 |
| **681**  56:22 |

| 7 |
| --- |
| **7**  87:22 |
| **7,200**  115:24 |
| **7/31**  90:6 |
| **72,000**  68:3 |
| **72,379**  35:7 |

| 8 |
| --- |
| **80s**  5:16 132:18 |

| 9 |
| --- |
| **9**  69:18 151:15 |
| **92**  5:19 |

| a |
| --- |
| **a.m.**  2:5 |
| **aa**  101:15 |
| **aaa**  100:23 101:15 |
| 147:16,22 |
| **ability**  81:8 98:14 |
| 134:15 151:6 |

[able - audible]

able 105:11 139:23
accept 16:21 18:10
  21:3,4 22:20,24
  32:2 54:24 103:9
  113:21
acceptable 24:25
  29:16 53:10 57:11
  58:25 114:11
accepted 34:9 42:3
accepting 22:5
access 134:15
accompanied 2:6
  21:13 24:20
account 86:17
accounting 5:8,10
acknowledgment
  74:4
acquire 9:15 10:17
  88:17
acquired 8:24,25
  72:3 91:18 100:7
  139:16
acquiring 7:22 97:5
acquisition 60:11
  68:23 73:4,9 75:19
  88:19 101:5 121:11
action 151:11
activity 90:9 92:10
  141:2
added 43:11 116:14
addition 52:19
  70:18 72:13 81:20
  82:17
additional 56:7
  114:9
adjustable 11:19
  43:24 85:9 87:18
  98:12 99:4,5
adjustment 147:25
adjustments 88:14
  147:9
adverse 75:5,9,14
  134:23
adversely 95:5

advice 132:25
advise 16:25
advised 4:9
advitech 72:22
  96:23,25
advocated 26:7
aegis 4:11
affiliation 2:20
agencies 99:23
  100:4 146:3,7
  148:11
agency 4:9 10:10
  100:8 101:18
aggregate 11:8
  76:17 133:25
aggregates 10:25
aggregation 76:6
  102:23 110:2
ago 105:23
agree 2:17 130:7
agreed 28:4 29:4,5
  74:16
agreeing 110:3
agreement 13:21,22
  14:3 25:9 26:11
  27:7 71:2,3 74:12
  75:8 93:24 110:5
ahead 15:8
alarm 126:7 127:15
albany 5:7
albeit 60:9
alert 128:22
alerted 129:10,10
allowed 78:9
alpha 113:21
alt 37:18 38:13 42:6
  42:16 43:7 45:7
  48:6 85:9,10,15
  86:5,21,22 87:8,16
  87:20,20 88:14
  90:12 99:6,6 135:18
  147:10
amalgamation
  35:25

amended 25:13,16
america 1:3 135:22
american 139:20
ameriquest 47:23
amortization 92:7
amount 22:13 31:24
  32:2,4 138:22
amounts 87:23
analysis 54:7
annual 146:12,13
answer 23:16 58:4,6
  91:4 109:20 132:12
  140:6
answered 138:18
answers 85:21
anticipation 113:2
anybody 14:19,23
  77:9,11 144:22
anymore 12:2 80:20
anyway 129:7
apart 123:11
apologize 70:4
  113:13 148:16
apparently 138:22
appear 73:17 117:4
  118:22
appeared 57:25
appearing 1:15
appears 15:13 16:22
  111:5
appetite 78:13
application 81:24
appraisal 38:4
appraised 28:14
  95:14
appreciate 5:2
  105:20 136:21
  150:6
approached 45:12
approval 71:14
  81:22 83:15 124:13
approve 29:12,13,14
  71:19
approved 15:2 52:4
  52:23 69:13,14

70:12 82:6 147:2
approving 53:14
approximate 106:10
  147:24
approximately 2:5
  38:15
april 68:11 90:12
area 61:14,16
areas 42:25
arm 137:5,11
arms 44:24 87:21
arranged 98:24
arthur 5:9
articulate 136:19
ascribe 147:22
ascribed 101:19
asked 7:6 112:13
  136:9
asking 67:25 134:10
assembled 40:23
assent 2:16
assessment 135:9
asset 43:13 73:23
  92:20 111:17
  140:14
assets 73:9 92:21
  100:17 122:24
  128:19 129:6
assist 40:6
associated 86:24
associates 48:21
assume 17:7 23:21
assuming 115:4
  118:23
attempted 90:22
attend 30:15
attendance 4:3
attention 129:21
attorneys 2:9
attribute 21:21
attributes 11:15
  20:21 86:25 87:11
  88:8 147:12
audible 4:19

**auditor** 143:7
**august** 1:10 2:4
**automated** 38:6
**available** 14:19,23
  56:22 57:3 76:23
**average** 42:17 51:12
  87:24
**avms** 28:17
**avoid** 104:14
**award** 12:12
**aware** 49:14 50:8
  62:4 102:22
**awareness** 105:14
**awful** 140:21

**b**

**b** 2:24 9:13 101:15
**bachelor's** 5:8
**back** 5:13,19,20
  20:2 24:15 25:12,13
  27:17 30:21 47:16
  63:16 67:20 74:3,19
  75:6 81:9,9 93:16
  93:17,20,21 94:6,19
  95:2,7 97:18 98:14
  104:9 121:6,19
  134:11
**backed** 5:21 6:10,16
  7:17 89:19 90:19
  97:3
**background** 3:14
  5:4
**backs** 96:18
**balance** 11:16 102:4
**banding** 42:13
**bank** 54:19 135:22
  139:21
**bankers** 82:12
**banks** 82:19,21
**baron** 9:9,11,12
  61:17 129:11
**base** 86:23 87:2,5
  89:23 102:24
  144:12,22 145:4
  147:12

**based** 22:2 38:7
  51:4 54:25 55:10
  70:14 78:12 87:10
  97:13 109:9 144:8
  148:3
**basic** 10:21
**basis** 21:8 43:3
  59:24 95:6 122:3
  123:20,24 124:3
  125:18,22 134:19
**bb** 101:15
**bbb** 101:15 102:7
**bear** 5:11,20 6:9
  7:11 13:3 14:8
  16:20 19:10,21
  21:17 22:21 23:17
  23:18 27:11 29:8
  33:13,20 34:8 35:6
  36:6 38:18,22 39:3
  39:5,8,9,16,18 40:7
  40:23 41:8 45:9
  49:13,16 51:10
  53:12 55:19 60:12
  60:20 61:25 62:12
  62:23 63:23 64:2,10
  65:3,17,19 66:5,11
  67:4,22,24 68:6,18
  68:22 69:2 70:8
  73:2,4,8 75:18,21
  75:23 76:3 77:8,13
  79:14,16,22 83:25
  84:6 85:23 89:11,21
  89:22 90:17 91:17
  93:13 97:14 98:20
  100:10 107:6 111:5
  113:25 114:18
  115:7 119:9,12
  120:12,18,24
  123:12 131:25
  132:7 134:2 137:3
  139:18 143:21
  144:10 145:22
  148:9
**began** 93:16 106:9
  106:10,13

**beginning** 5:16
  39:19 40:9 124:10
  124:17
**behalf** 1:15
**belief** 41:14 102:13
  108:8
**believe** 19:12,16
  28:13,24 30:23,24
  35:4 49:20 51:3,23
  52:7,12 62:20 72:23
  82:12 85:20 88:21
  92:2 99:18 102:2
  107:17 109:10
  112:24 115:20
  120:20 134:19
**bell** 48:23 52:7,15
**best** 27:23 44:7
  74:13 78:23 133:4
  139:7 151:6
**better** 26:5 105:11
**bid** 12:10,12,14,22
  12:25 13:10 14:20
  14:25 20:13,13,17
  20:22,23,25 21:12
  21:18,22 22:2,6,8
  22:10 24:4,4,12,19
  24:24 25:3 48:6
  51:24 63:11,13 70:9
  70:9 107:22 130:15
  130:24 131:18,21
  143:18
**bids** 10:19 12:8
  14:24 25:7 31:4
  107:11
**big** 5:10 48:4 85:24
  87:25 129:3 134:3
  135:18
**biggest** 130:9
**billion** 11:5 138:6
**bipartisan** 3:18
**bit** 17:8 63:17 64:9
  98:11 100:15 128:4
  144:7
**bits** 138:18

**blue** 114:23,24
**board** 45:11 47:6
**bohan** 36:18
**bolts** 63:2
**bonus** 144:13 145:5
  145:7
**book** 46:2
**books** 89:12 106:2
**borgers** 1:18 2:7
  48:16 61:11,19 70:2
  79:10,18 120:15,23
  121:23 122:12,19
  123:2,14,18 124:6
  124:18 125:14,25
  126:15 127:6,10,20
  128:20 129:12,23
  130:9,14 131:25
  132:3
**boroda** 151:4,20
**borrower** 52:3
  92:23 94:12,14
  95:15,24 117:16
**borrowers** 95:21
**bottom** 42:17 56:18
**bought** 8:17,20 45:9
  47:17 48:9,18 65:4
  91:23 92:2 98:9
  104:12 131:12
  134:7
**boy** 119:13
**bpo** 37:7
**bpos** 28:17
**breach** 74:25 75:4,9
  95:4
**breaches** 95:9
  123:22
**break** 67:12,18
**bridge** 141:6
**bring** 45:23 56:13
  129:20
**broker** 102:2,4
  137:4,11
**brokerage** 50:11
**brokers** 86:18

[brought - come]

| | | | |
|---|---|---|---|
| **brought** 40:19 67:5 | **callback** 62:3 | **certainty** 68:14 | 63:24 64:8,18,21,25 |
| **bsam** 90:6 | **called** 7:12 11:21 | **certify** 151:4,10 | 65:5,15,18 66:7 |
| **building** 102:24 | 17:24 27:25 36:11 | **cetera** 146:17 | 68:5 83:24 97:20,25 |
| 144:9 | 36:16 37:15 39:3 | **chance** 135:7 | 98:7 107:4,24 |
| **built** 8:21 64:25 | 69:3 75:23,25 78:23 | **change** 15:4,6,17 | 108:16,22 109:2,5 |
| **bulk** 10:23,24,24 | 80:21 82:18 87:11 | 24:8 87:7,12 138:4 | 109:13,21 110:15 |
| 11:10 20:16 33:9 | 88:5,6 120:9 | **changed** 6:12 40:12 | 111:11 115:2 116:8 |
| 45:23 60:14 65:19 | **calling** 69:20 | 71:3 119:21 144:12 | 141:16 |
| 68:18 70:5,6 72:4 | **capacity** 11:7 46:3 | 145:10 | **clayton's** 17:14,17 |
| 72:25 75:12 77:15 | **capital** 75:24 76:3 | **changes** 106:14 | **clear** 52:24 109:12 |
| 78:10,12 79:8 | 79:16 81:4,7,10,16 | 123:20 138:7 | 142:18 |
| 119:17 120:17 | 81:20 134:16 | **channel** 69:3 77:20 | **cleared** 114:12 |
| 124:19,22 140:19 | 139:19 | 77:23 | **clearer** 130:21 |
| 142:16 146:25 | **captive** 38:23 | **channels** 91:19 | 131:4 |
| **bulks** 46:9 | **captured** 119:20 | **characteristics** | **cleveland** 5:17 |
| **bullet** 18:18 20:7 | **career** 99:25 | 56:21 57:2 | **client** 16:17,20 |
| 22:17 62:15 63:10 | **carey** 3:5,5 10:11 | **characterized** 87:9 | 17:14 52:4,23 109:2 |
| **business** 10:21 14:7 | 50:16,18,21 63:19 | **charge** 9:4 | 114:10 |
| 25:18 41:23 45:21 | 113:9 144:14,17,19 | **charged** 3:19,23 | **clients** 51:14 |
| 76:14 77:2 80:13 | **carve** 134:24 | 132:23 | **close** 26:4 79:2 |
| 81:3 82:24 103:17 | **case** 16:23 58:9,11 | **chart** 50:3 | **closed** 83:18 110:8 |
| 103:19 124:4 | 143:20,25 149:14 | **chase** 3:8 135:23,23 | 117:15 |
| 131:12,23 136:15 | **cases** 29:21,23 86:8 | **chasing** 44:18 | **closely** 63:12 |
| 139:23 | **cash** 23:12,22,24,25 | **chief** 82:4 | **closer** 104:21 |
| **buy** 7:12 8:10,14,15 | 145:9 | **chiefly** 85:9 101:4 | **closing** 74:24 117:16 |
| 8:22 24:23 46:5 | **categorized** 87:9 | **choice** 47:18 76:9,10 | **cltv** 149:16 |
| 65:20,21 66:2,5,9 | **caught** 139:12 | 80:5,7 | **cltvs** 21:19 22:18 |
| 72:12 81:9 95:24 | **cause** 25:24 126:6 | **choose** 70:9 | **code** 4:12 |
| 100:17 142:24 | **caused** 94:11 131:5 | **chose** 79:7 | **coded** 54:12 |
| 149:18 | **causes** 3:20 | **circulating** 110:23 | **collapse** 3:21,21 |
| **buying** 92:4,7 96:10 | **cdo** 102:8 | **circumstances** | **colleagues** 92:14 |
| 96:12 128:10 | **ceased** 67:22 | 13:10 55:2 58:13 | 103:20 |
| **bys** 28:17 | **ceasing** 124:4 | **clarification** 138:20 | **collectively** 126:16 |
| | **cell** 62:4 | **clarity** 125:15 | **college** 5:6 |
| **c** | **century** 47:24 134:6 | **classification** 103:9 | **columns** 116:14 |
| **c** 2:23,23 3:6 72:22 | **certain** 11:2,14 12:9 | **clayton** 16:6 19:5 | **combined** 42:7 |
| 151:2,2 | 26:25,25 60:20 | 21:9 22:19,24 23:16 | 87:13 |
| **calculate** 92:25 | 62:25 69:17 71:20 | 30:13,16 32:24,25 | **come** 22:15 27:17 |
| 147:9 | 73:9 111:3 113:4,20 | 33:7 34:20 36:2,4 | 40:6 43:21 47:15,25 |
| **california** 117:14 | 123:25 124:2,5 | 39:18 40:5,16,20 | 49:16 55:15 57:6 |
| **call** 10:10 55:8 | **certainly** 22:12 24:8 | 41:7,17 49:6,12 | 63:16 79:23 91:10 |
| 61:25 62:5 69:18 | 46:5 64:15 82:9 | 50:9,11 51:5,11 | 93:4,12 103:18 |
| 83:16 86:18 101:10 | 89:24 91:10 106:17 | 54:12 55:3 56:2,3,9 | 108:15 121:19 |
| 119:14 | 135:21 146:12 | 56:12 58:21 59:3,18 | 128:13 135:6 |
| | | 59:25 61:25 62:9,20 | 136:10 138:6 |

[come - cut]

140:20 143:17
comes 42:4 117:24
130:12 134:12
137:22
coming 4:25 146:15
comm 48:20,22
commencement
62:11
commission 1:4 2:4
3:23 4:3,7 10:15
commissioners 3:19
commitment 13:3,5
69:20 78:17,24
84:17
common 56:20
57:19 95:8
commonly 52:2 76:6
communicate 30:19
109:15
companies 7:12
82:16 83:9 96:24
135:20
company 36:10
37:15 39:2 41:2
72:21 75:23,25
80:21 82:15 88:17
91:18 94:15,16
117:17
compare 147:17
compared 51:11
comparing 29:18
31:18 120:19
compel 4:3
compensated
144:25
compensating 18:11
54:7,13,18 55:8
56:8 57:23 58:2
compensation
144:10 145:11
competitive 143:14
completed 26:14,15
73:8
compliance 17:22
28:6,20 53:21,24

117:12,20,22,23
complied 74:8
component 43:25
composing 3:24
concerned 57:18
103:21 116:6
concerning 4:13
concerns 59:23
conclude 110:21
conclusion 111:10
conditions 24:24
25:2
conduct 40:6 110:24
conduit 5:15 7:7,9
14:8 69:4,10,11,14
70:20,21 71:16,23
72:4 73:2 74:4,10
77:17 85:6,8 124:11
131:19 135:20
138:14 146:25,25
conference 83:16
110:10,12
confirm 45:14
115:23
confirmations
142:16
conformed 28:4
confusion 94:12
congress 3:25
connection 12:13,24
21:18 33:4,6,8
53:13 67:23 75:12
83:22 96:17 97:22
99:24 101:23 103:7
107:11 121:16
consent 2:13
conservative 32:15
considered 21:21
53:12,13 136:3
149:10
consists 3:18
constraints 18:15
construct 148:2
constructed 86:22

consulting 99:23
contact 62:5,5
contain 13:15
contained 71:5 74:5
contemplated 12:17
context 34:3,5 50:19
contingent 26:19,23
continually 136:2
continuation 43:5
continue 40:17
134:15
continued 7:2 39:25
40:3 41:8
contradiction 22:9
contrary 16:25
control 72:14 74:20
74:24 83:11 95:3
96:19 104:7 108:17
121:24 122:4,22
124:8,21 125:3,4
147:4
convert 117:25
coordinating 103:6
copy 4:6
corp 39:4
corporation 75:24
76:2,4 79:17 139:19
correct 16:3,21
21:15 41:12 55:13
55:13 59:13,15
64:22 65:12 71:25
73:15 83:2 96:11
108:6 111:2 114:20
116:2 143:22 151:5
correctly 15:22
correspondence
108:25 109:3,6
cost 52:18
counsel 61:18
132:25
count 57:10
counted 56:16
countrywide 9:20
98:10 124:25
135:11,13 138:6

couple 36:21 58:17
67:15 85:24 130:19
132:5 134:4
course 26:13 105:22
119:3
covenant 94:2
crashed 90:6
create 8:9 98:22
created 22:8 35:11
63:23,24 101:14
106:2
creating 8:5
credit 15:14,18
17:21 20:6,20 21:3
21:5,10 23:9 24:6
24:12,13 27:25 28:2
28:19 54:11 73:10
73:18 79:11 99:7
100:24 101:7,17,18
117:11 129:16
139:20 147:15
crisis 1:4 2:3 3:21
10:14
critical 61:23 76:12
cross 58:5
cunicelli 1:16 2:2,3
2:18,23 3:13 4:21
44:19,22 45:5 63:21
67:19 102:22
136:25 137:9,16
138:4,17 139:4,11
139:14 140:5,10
141:3,10,25 142:10
142:25 143:5,12
144:2 146:2 148:5,8
148:14,22 149:8,25
cure 109:21
current 82:15
curtail 123:25
customer 48:5
customers 76:16
cut 53:25 93:15

| d | | desire 4:8 | 41:7 45:16 49:24 |
|---|---|---|---|
| | 104:6 121:7 | desk 8:11 9:7 28:2 | 51:5 55:21 59:25 |
| d 3:10 72:22 | defaults 126:3,5,20 | 68:25 69:21 84:17 | 60:21 61:12,14,16 |
| daily 59:24 60:4 | 126:21 127:13 | 100:10,14,15 | 61:25 62:9,11 66:8 |
| 62:17,18,22 69:15 | defect 131:15 | 131:18,20 | 66:19 67:9,24 68:8 |
| 89:23 | 149:13,23 | detached 147:14 | 70:22 71:22 72:9,10 |
| data 21:23 22:2 28:7 | deficiency 109:23 | details 53:4 | 73:21,24 74:17 |
| 58:7 62:16 64:25 | define 137:7 | detect 104:13 | 77:14,19 84:12 |
| 97:25 107:10 | defines 34:14 | deterioration 42:11 | 96:17 97:20,21 |
| 108:18 110:3 | definition 32:12,17 | 43:2 | 103:7 107:8,14,19 |
| 111:14,15 113:18 | 128:10 131:14 | determination | 108:23 109:15 |
| 121:9,21 146:14 | definitions 112:23 | 103:8 | 110:4,15,22,25 |
| database 38:7 | degree 5:8 | determine 38:9 68:2 | 111:10,11 114:6,19 |
| date 2:4 12:9 15:17 | delegated 81:14,17 | 74:18 97:18 | 123:21 128:8,9 |
| 16:2 113:10 151:14 | delinquency 94:10 | developed 43:5 | 132:24 134:5 135:3 |
| day 18:3 69:17 | 94:18 | 61:13,16 105:8 | 140:8 147:3 |
| 70:14 78:20 95:25 | delinquent 6:7 94:5 | 132:17 | diligent 111:15 |
| 109:3,4 | deliver 71:6 79:3 | developing 103:19 | direct 30:22 107:15 |
| days 69:22,23,23 | delivered 112:7 | 128:24 | director 145:24 |
| deal 21:11 45:19 | delivery 69:22 83:20 | developmental | 148:10 |
| 47:7 79:24 91:8 | demand 91:11 | 41:16 | directors 144:15 |
| 109:6,7 119:17 | dent 99:8 131:13,13 | develops 134:13 | 145:15 |
| 121:18 125:18,22 | 131:17,20 148:20 | devoted 84:4 | disagree 114:10 |
| 127:5,9 134:18 | 148:23 149:4,7,10 | dictated 127:23 | 130:7 |
| dealer 102:2,4 | 149:22,24 | difference 29:21 | disappears 89:4 |
| dealing 113:13 | departed 41:7 83:25 | 59:18 85:14,15 | disclose 95:22 |
| deals 66:10 121:4,6 | department 5:22 | 147:22,23 | disclosure 125:11 |
| 121:13 122:18,24 | 6:3,11,17 50:6 | different 6:20 12:7 | discount 131:21 |
| 123:13 126:17,24 | depend 129:3 142:9 | 14:5 15:25 27:21 | discounted 130:17 |
| 127:4,14 135:22 | depending 11:6 | 31:21 60:9 77:2 | discounting 131:9 |
| dealt 51:20 | 25:14,16 31:12 | 85:19 86:25 87:11 | discover 96:8,13 |
| debt 18:22 19:2 24:6 | 42:19 45:25 77:20 | 96:4 98:21 99:9,11 | discovered 95:19 |
| 58:20,24 59:2 92:25 | 145:10 | 127:14 130:19 | discretionary 145:5 |
| debts 95:22 104:19 | depends 20:13 | 133:18 134:12 | 145:7 |
| december 3:25 | describe 10:16,22 | 137:18 149:19 | discuss 49:13,17 |
| decided 131:7 | 69:9 | differentiated 86:9 | 50:10 83:17 |
| decision 54:24 55:7 | described 20:22 | differentiator 86:4 | discussed 77:15 |
| 78:11 114:17 | 31:4,15 55:2 71:15 | 86:20 88:2 | 123:23 139:9 |
| decisions 59:11 | 97:5 104:8 118:15 | diligence 12:18 13:7 | discussion 130:6 |
| 119:10 123:20,25 | 146:6 147:10 | 13:11 21:14 25:14 | 144:8 |
| 124:4 | describing 103:16 | 25:16 26:15 27:10 | discussions 142:17 |
| decline 41:21 | description 92:17 | 27:13,24 30:4,7,19 | disposition 112:3 |
| dedicated 84:11 | 100:6 | 33:4,8 34:21 35:2,7 | distinguish 97:12 |
| default 19:6 22:19 | designation 101:18 | 36:2,5 37:12,20 | ditch 105:14 |
| 23:16 94:23 103:25 | designations 99:3,9 | 39:13,14,22 40:7 | |
| | 113:21 | | |

[division - exceptions]

**division** 6:5
**doc** 43:7,12 92:18
  147:13
**document** 16:5,9
  17:9 32:21 33:12,13
  34:12 35:11 49:5,10
  50:15 51:6,7 63:17
  63:23,24 113:10
  118:15
**documentation** 26:3
  26:4 43:6 55:24
  92:17,19 109:11,19
  112:20,24 113:4
**documents** 28:10
  49:7 56:14 106:21
  118:18
**dogging** 85:12
**doing** 6:17 8:9 64:11
  68:8 80:12 91:19,22
  96:16 105:7 124:4
  128:7,14 129:7
  132:23 141:11
**dollar** 144:12
**dollars** 11:4,5 54:19
  81:12 138:7
**domestic** 3:22
**dramatically** 138:8
**drive** 28:17 38:8
**dry** 53:25
**dti** 18:20 19:15 44:4
**due** 12:18 13:6
  21:13 25:14,16
  26:15 27:10,12,24
  30:3,7,19 33:4,8
  34:21 35:7 36:2,5
  37:11,11,20 39:13
  39:14,22 40:7 41:7
  45:16 49:24 51:4
  55:21 59:25 60:21
  61:12,13,16,25 62:9
  62:11 66:8,19 67:8
  67:24 68:8 70:22
  71:22 72:9,10 73:20
  73:24 74:17 77:14
  77:19 84:12 94:3

96:16 97:20,21
  103:6 107:8,14,18
  109:15 110:4,15,22
  110:24,25 111:10
  111:11,15,15 114:5
  114:18 123:21
  128:7,9 132:24
  134:5 135:2 140:8
  147:3

**e**

**e** 2:23,24 3:3,6,7,10
  3:12 9:10,10 30:8
  30:10,24 72:22
  80:24 110:13 151:2
**earlier** 8:17 43:7
  63:14 71:15 96:20
  99:25 103:14
  148:19
**earliest** 135:19
**early** 36:20 62:17
  80:25 103:25 104:5
  121:8,20 126:3,5,20
  127:13
**earmarked** 126:10
**effect** 75:5,10,16
**efforts** 36:2 78:23
  93:17
**eight** 5:10 84:16
  116:12,20
**eighty** 46:23 54:17
  86:2,6 147:14
**either** 12:20 29:13
  38:6 77:4 82:14
  102:16 106:3
  108:13 114:9
**elected** 79:23
**element** 62:25
**eleven** 51:12 56:23
  116:13 117:2
**emc** 7:12 8:22,25
  13:23 14:6,10,11,13
  14:16,20 15:2 16:20
  17:15 19:10,22
  20:22 21:25 22:4,7

23:17 29:11,19
  33:13,20 34:9 36:6
  51:23,24 61:2 65:4
  69:3,6,8,20 70:8
  71:15,25 72:16 76:2
  76:15 78:5,8 79:14
  80:9 83:22 93:20,24
  94:4,4,5,16,17,19,23
  94:25 96:20,22
  98:20 120:18 123:9
  123:17 125:21
  126:11,25 131:11
  131:17 132:2 137:3
  143:20 146:9,11,18
  148:9
**emc's** 29:24 71:8,17
  102:4
**employ** 68:23
**employed** 8:2 36:5
  40:5 60:10 73:3
  75:12 86:15,17
  151:10
**employees** 4:11 40:5
  71:25 96:22 140:18
  145:18
**encore** 47:18 51:18
  52:2 73:10,18 79:11
**encore's** 79:15
**ended** 139:10
**engage** 38:18
**engaged** 85:5 98:2
**engagement** 31:2
  110:6
**engaging** 25:21
**enhancement**
  147:16
**ensure** 81:8 140:13
**entered** 13:23 70:25
**entire** 121:4,12
  122:13 129:19
  142:23 143:24
**entirely** 111:3 118:4
**entrust** 80:22,23
**equity** 99:7 102:14
  102:23,25

**eric** 3:9
**error** 141:24 142:9
  142:22 144:3
**essentially** 60:8
**established** 3:15
**estimate** 44:12,14
**et** 146:17
**ev** 19:6,11,12 20:9
  23:15 116:14
**evaluated** 54:22
  73:19
**evaluating** 57:16
**evaluation** 107:7
**event** 19:13,13
  98:16 111:16,24
  112:3 113:25 114:2
  114:15,18 115:13
  117:22 119:10,11
**everybody** 25:20
  73:12
**exact** 78:20
**exactly** 13:8 39:20
  40:14 53:9,10 73:25
  84:14 90:13 91:4
  92:8 93:6 106:18
  107:16 109:9
  123:18
**examination** 58:5
**examining** 3:20
**example** 31:22 38:3
  41:25 57:6 58:14,19
  59:4 60:12 76:8
  126:2 127:12
**exceeded** 128:16
**excel** 11:12 12:2
  28:9
**exception** 56:19,20
  57:19 124:23
  127:24 128:5,13,15
  128:25 130:3
  131:11
**exceptions** 52:2
  56:24 58:12 109:12
  141:24

| | | | |
|---|---|---|---|
| exchanges 110:14 | factual 133:6 | 102:1 103:1 104:1 | finance 50:6 |
| exclusive 36:5 | fair 91:6 | 105:1 106:1 107:1 | financed 96:3 |
| exclusively 51:3 | false 4:13 | 108:1 109:1 110:1 | financial 1:4 2:3 |
| executives 86:18 | familiar 17:16,18,23 | 111:1 112:1 113:1 | 3:20,22 10:14 125:6 |
| 144:19 | 19:19,19 24:2 32:25 | 114:1 115:1 116:1 | find 8:5 27:20 98:14 |
| exhibit 15:11 32:23 | 37:2 55:17 92:13 | 117:1 118:1 119:1 | 101:22 105:16 |
| 61:21 63:18 114:22 | 107:2 138:24 | 120:1 121:1 122:1 | 109:19 |
| existence 16:2 96:14 | families 60:13 | 123:1 124:1 125:1 | finding 59:4 114:10 |
| 124:7,10 | family 6:25 7:13 | 126:1 127:1 128:1 | 142:21 |
| expand 128:18 | 9:25 10:2 60:13 | 129:1 130:1 131:1 | findings 3:24 49:18 |
| 142:3 | 101:12 147:14 | 132:1 133:1 134:1 | 109:14 128:2 |
| expanded 144:5 | fannie 10:9 34:3 | 135:1 136:1 137:1 | fine 117:25 128:11 |
| expectation 134:18 | far 56:20 121:7 | 138:1 139:1 140:1 | firm 5:16,18 8:2 |
| 143:8 | 122:12 | 141:1 142:1 143:1 | 17:6 33:4,8 36:5 |
| expense 140:25 | fargo 9:20 48:2,4 | 144:1 145:1 146:1 | 48:5 55:21 77:3 |
| experience 82:3,7 | 98:10 124:25 | 147:1 148:1 149:1 | 107:14,19 111:12 |
| 109:10 | 135:13 | 150:1 | firm's 6:6 106:2 |
| experienced 95:10 | fashion 140:20 | february 73:7,14 | firms 5:10 37:20 |
| expert 120:25 133:5 | favor 137:6 | 88:18 | 38:5,23 43:18 97:21 |
| explain 77:21 | fcic 1:15 2:1,7,25 | federal 4:11 | 107:6 140:8 |
| explanation 133:5 | 3:1,15 4:1,9,10 5:1 | feel 60:19 128:11 | first 4:16 6:21 8:20 |
| 136:17 | 6:1 7:1 8:1 9:1 10:1 | fell 64:8 81:4 | 18:18 35:4,15 61:22 |
| extended 76:9 | 11:1 12:1 13:1 14:1 | felt 40:17 | 62:2,14 68:6 80:15 |
| extending 139:19 | 15:1 16:1 17:1 18:1 | female 18:5 | 84:2 85:25 87:14,16 |
| extent 77:12 142:21 | 19:1 20:1 21:1 22:1 | fence 79:12 | 93:23 94:3 122:7 |
| 146:9 | 23:1 24:1 25:1 26:1 | fico 42:11,12,13 | fit 146:4 |
| extreme 149:14 | 27:1 28:1 29:1 30:1 | field 112:20 120:25 | fitch 146:21 |
| extremely 100:4 | 31:1 32:1 33:1 34:1 | fields 112:16 | five 19:11,14 22:4 |
| eyeballed 24:11 | 35:1 36:1 37:1 38:1 | fieldstone 51:19,20 | 22:11 31:23,25 |
| | 39:1 40:1 41:1 42:1 | 51:22 125:16,25 | 51:18 54:16 58:21 |
| **f** | 43:1 44:1 45:1 46:1 | 126:17 127:11 | 69:22 76:16 78:19 |
| f 151:2 | 47:1 48:1 49:1 50:1 | fifty 19:11,14 122:8 | 95:24 96:4,10 116:3 |
| facilities 75:22 | 51:1 52:1 53:1 54:1 | figures 68:4 | 122:8 145:13,17 |
| facility 77:6 79:19 | 55:1 56:1 57:1 58:1 | file 28:3,10 37:24 | 149:16 |
| fact 22:16 56:11 | 59:1 60:1 61:1 62:1 | 55:8 56:4,15 119:17 | fixed 11:19 85:10 |
| 58:11 64:3 93:15 | 63:1 64:1 65:1 66:1 | 119:19 | 99:5,6 137:5,11 |
| 95:18 128:23 | 67:1 68:1 69:1 70:1 | files 58:13 83:20 | flow 10:22 69:4,10 |
| 131:11 132:13 | 71:1 72:1 73:1 74:1 | filled 81:24 | 69:11,13 70:11,20 |
| factor 54:7,13,18 | 75:1 76:1 77:1 78:1 | final 33:15,20 35:9 | 70:24 71:16,23 72:4 |
| 55:8 56:8 | 79:1 80:1 81:1 82:1 | 109:5,25 111:5 | 73:2 74:3,10 77:16 |
| factors 18:11 26:18 | 83:1 84:1 85:1 86:1 | 115:4 116:7 117:19 | 78:11,12,16 79:5 |
| 26:21 53:11 57:24 | 87:1 88:1 89:1 90:1 | 117:19 118:24 | 84:10,15 85:6,8 |
| 58:3 | 91:1 92:1 93:1 94:1 | finalized 27:8 | 91:19 120:16 |
| facts 58:12 | 95:1 96:1 97:1 98:1 | finalizing 110:4 | 124:11,20 138:13 |
| | 99:1 100:1 101:1 | | 140:23 146:24 |

148:4
focus 47:3 121:11
folder 106:5
folks 41:7 49:12
84:10 101:3 103:5
105:11,14 120:12
126:25 136:2
follow 77:25 123:3,7
125:16 128:19
141:8
followed 63:12
following 93:14,15
footnote 113:17
foreclosed 139:17
139:25
foregoing 151:5
forget 135:23
form 113:5 135:17
formal 124:16
format 101:10
formed 4:7
former 143:7
fort 120:8
forty 34:7 58:24
69:22 115:6 116:23
116:25,25 118:25
forward 78:21
100:2
forwards 94:17
found 51:18,19 95:4
102:2 136:18 143:8
four 6:24 7:13 10:2
13:4 60:13 96:14
101:12 115:10
117:10,25
fours 9:24 115:20
115:24 116:24
119:5
frame 90:20 100:3
106:17
frankly 22:23 60:3
125:3 142:9
freddie 10:9
free 77:8,10

fremont 48:16,19
125:17 134:4
front 25:12,13,19
26:5,8 130:22 131:6
148:17
full 2:19 43:7 92:17
131:16 147:13
fully 44:9
funded 83:18
funding 48:10,14
84:18 130:13,25
135:16
funds 76:22
funnel 97:6
further 151:10

**g**

g 3:3,3,10 30:10
gathering 146:14
general 45:10 47:13
60:18 71:7,9 76:13
90:12 98:24 104:4
122:6,10 132:13
147:2
generally 10:6
102:11 130:6
generated 39:15
49:6 64:6 72:25
73:18
generating 68:18
generation 51:7
getting 63:3 141:12
141:13
give 5:3 56:4,13
105:7,12 107:24
127:15 132:13
137:17,19
given 55:11 77:22
108:3
giving 105:4
gmac 120:7 135:17
go 4:22 7:21 8:9
13:4 16:11 20:5
32:4 38:5 44:21
72:7 86:18 97:18

98:14 101:13 116:6
119:23 130:20
133:14 149:16
goes 20:24 117:9
130:7
going 13:12 15:7,8
16:13 23:12 25:22
32:22,22 74:3 76:24
85:11 90:18 95:16
121:6 128:4 131:2
133:13 134:17
137:25 138:19
goldstein 3:9,9
good 4:22 70:13
73:11 80:19 132:11
141:18 142:20
149:18
grade 113:21
grades 113:18
gradual 106:12
graduated 5:5
granularity 88:16
great 2:18 20:3
greater 19:6,11
greg 62:5
grew 103:17 124:14
group 6:2,23 7:3
8:13 9:9 10:5 36:19
37:25 39:18 80:9
83:15 93:19 96:20
120:24 121:15,24
122:5 123:5,9,12,17
124:7,9,12 125:21
126:4
groups 124:13
grown 41:16
guess 15:8 23:18
139:4 141:12
143:13
guessing 17:8 31:12
guide 71:4,5 74:6
guideline 29:20
32:19
guidelines 14:15,17
14:18,22 15:4 17:3

28:5 29:4,6,7,9,12
29:15,19,22,25 31:8
31:8,18,20 32:3,10
32:14,18 42:14 44:8
55:12 59:2 63:11
71:11,13,17,20
73:20 74:5,8,16
83:13 107:21,24
108:3,4,12 129:17
131:2

**h**

h 3:3 72:22
haggerty 1:9 2:1,8
2:12,14,17 3:1,2,2
3:15 4:1,20,23 5:1,5
6:1,12,19 7:1,10,20
7:24 8:1,17 9:1,2,8
9:12,16 10:1,2,7,20
11:1,23,25 12:1,5
12:15,19 13:1,2,18
14:1,10,16,22 15:1
15:5,12,20 16:1,4,8
16:15,18,22 17:1,7
17:12,18,21,25 18:1
18:4,21,24 19:1,2,8
19:16,24 20:1,8,11
20:15,19 21:1,15,20
21:25 22:1,23 23:1
23:6,14,20,24 24:1
24:7,14 25:1,4,7,15
26:1,2,17,21 27:1,6
27:19,22 28:1,12,21
28:24 29:1,10 30:1
30:5,14,17,22 31:1
31:9,11,17 32:1,11
33:1,2,7,16,18,22
34:1,2,11,15,17,23
35:1,10,17,22 36:1
36:3,7,10,15,20,25
37:1,4,6,13,17,23
38:1,11,21,24 39:1
39:2,6,8,12,17 40:1
40:9,13,22 41:1,10
41:12,19,24 42:1,12

[haggerty - implement]

| | | | |
|---|---|---|---|
| 43:1,4,10,15,23 | 103:1,2,12,23 104:1 | 90:23 101:24 | **hud** 82:6 117:19,20 |
| 44:1,7,14 45:1,3,8 | 104:3,23 105:1,19 | 102:13 | 118:16 |
| 45:18,22 46:1,12,15 | 105:25 106:1,15,24 | **happening** 90:11 | **huge** 138:2 |
| 46:18,22 47:1,2,5,9 | 107:1,12,16,23 | 104:25 | **huh** 20:18 31:10 |
| 47:12,17,22 48:1,4 | 108:1,6,11,20 109:1 | **happens** 18:13 | 52:14 53:20 78:6 |
| 48:11,13,15,18,22 | 109:8,18,23,25 | 55:14 89:4 | 114:7 |
| 49:1,3,9,15,20,25 | 110:1,11,19 111:1,2 | **happy** 142:12 | **hum** 12:15 15:20 |
| 50:1,5,12 51:1,15 | 111:7,13,19,23 | **harbor** 52:4,22 | 16:7 18:21 21:24 |
| 51:22 52:1,6,12,15 | 112:1,2,9,19,22 | **hard** 13:7 109:8 | 23:14 25:25 28:11 |
| 53:1,15,18,21,24 | 113:1,7,15,20,24 | **head** 7:3 9:8 50:7 | 31:16 33:16 36:14 |
| 54:1,4,6,10,21 55:1 | 114:1,4,8,14,16,20 | 69:7 | 37:22 43:9 46:14 |
| 55:3,6,13,16 56:1 | 114:23,25 115:1,8 | **heading** 16:17 18:19 | 51:15 54:9,20 55:5 |
| 57:1,4,10,15 58:1,8 | 115:10,14,17,19,22 | **heard** 31:4 113:22 | 57:9 63:4,15 64:23 |
| 58:16 59:1,6,9,13 | 116:1,3,10,17,19,23 | 140:6 141:4 | 65:10 68:20 71:18 |
| 59:15 60:1,2,14,16 | 117:1,5,7 118:1,6,9 | **heated** 79:6 | 74:22 75:3,17 76:20 |
| 60:23 61:1,2,15 | 118:13,16,19 119:1 | **held** 102:16 131:24 | 78:15,25 81:25 |
| 62:1,13,19,24 63:1 | 119:2,7,13,15 120:1 | 139:6 | 94:21 100:18 |
| 63:5,15 64:1,14,20 | 120:2,4,10,20 121:1 | **help** 15:10 105:15 | 108:19 109:17 |
| 64:23 65:1,2,7,10 | 121:8 122:1,4,17,20 | 115:8 147:8 | 111:7 112:18 |
| 65:13,18,23 66:1,2 | 123:1,6,16,19 124:1 | **helpful** 105:4,17 | 114:25 116:22 |
| 66:13,20,25 67:1,10 | 124:8,21 125:1,20 | 136:20 | 119:2 140:9 141:25 |
| 67:13 68:1,9,13,20 | 126:1,12,23 127:1,8 | **high** 52:18 64:2 | 147:20 |
| 69:1,2,11 70:1,5,11 | 127:19 128:1,3 | 81:11 127:24 130:4 | **hundred** 9:17 22:19 |
| 70:17,24 71:1,19,24 | 129:1,2,22,25 130:1 | **higher** 126:7 127:16 | 27:23 34:20,21,25 |
| 72:1,10,19 73:1,7 | 130:12,18 131:1 | 128:24 137:9,10,12 | 42:8 46:12 60:22 |
| 73:15,22 74:1,11,20 | 132:1,2,11,16 133:1 | 138:16 | 61:7 67:8 80:18,20 |
| 74:23 75:1,4,15,17 | 133:9,19 134:1 | **highest** 51:17 | 88:20 126:4 127:4 |
| 75:21 76:1,21 77:1 | 135:1,12,15 136:1,6 | **highlighting** 29:20 | 127:13 128:8 |
| 77:10,16,19 78:1,2 | 136:12,23 137:1,6 | **highly** 110:12 | 129:13 133:14,22 |
| 78:4,7,16 79:1,2,15 | 137:14,25 138:1,5 | **hire** 133:11 | 134:5,8 140:7 |
| 79:20 80:1,2,4,8,24 | 138:25 139:1,8,13 | **hired** 39:17 | |
| 81:1,10,21 82:1,2 | 139:15 140:1,9,15 | **hiring** 108:16 | **i** |
| 82:22 83:1,2,5,8,11 | 141:1,22 142:1,2,7 | **hoepa** 52:19 | |
| 84:1,6,8,13,21,24 | 142:13 143:1,2,10 | **hold** 11:8 83:15 | **ias** 111:16,22 |
| 85:1,2,6,17,21 86:1 | 143:22 144:1,6,21 | **home** 6:22 38:4,10 | **idea** 76:13 105:23 |
| 87:1 88:1,7,10,20 | 145:1,4,14,23 146:1 | 48:2 87:3 99:7 | 113:10 126:25 |
| 89:1,7,13,20 90:1,2 | 146:7 147:1,21 | 120:12 139:21,21 | 137:24 |
| 90:5,8 91:1,3,9,21 | 148:1,7,12,21 149:1 | **homeowner** 54:18 | **identifiable** 113:5 |
| 92:1,16 93:1,5,9,19 | 149:5,11 150:1,5 | 78:18 | **imagine** 9:21 10:4 |
| 94:1,22 95:1,11 | **hand** 15:17 16:12 | **homeowners** 86:16 | **immediate** 6:8 |
| 96:1,3,11,15,19 | **handle** 140:19 | **hope** 103:11 105:6 | **impac** 48:12,14 |
| 97:1,8,24 98:1,20 | **happen** 55:20 80:15 | **hours** 13:5 | **impact** 49:17 87:2 |
| 99:1,17,25 100:1,12 | 117:14 129:24,25 | **house** 61:18 72:18 | **impacted** 95:5 |
| 100:19 101:1,9,25 | **happened** 40:11 | 132:25 147:14 | **impairment** 148:25 |
| 102:1,6,9,15,21 | 59:7 80:21 90:14,14 | | **implement** 104:12 |

**important** 134:14
**impression** 32:7
  132:14
**include** 84:15
**included** 71:10
  112:16
**income** 18:23 19:3
  43:8,13 44:15 57:20
  57:24 58:10,19,20
  58:22,23,24 59:2,20
  92:4,18,22,23,25
  93:2 112:19 147:19
**increase** 42:24 44:6
  44:24 45:7 103:25
  104:3,5 128:21
  142:6
**increased** 42:3,8
  44:6 45:9
**indebtedness** 96:6
**indexed** 44:9
**indicates** 15:24
  63:10
**indiscernible** 12:4
  22:15 27:5 48:25
  50:23 101:6 118:17
  127:7,18 137:13
  141:9 148:9
**individual** 8:22 21:8
  52:18 58:13 111:17
  111:20 119:17
  121:4,6,13,18 122:5
  123:13 127:3
**individually** 8:16
**industry** 10:6,8 23:2
  31:13 41:22 43:3
  51:12 81:16 120:24
  133:2 136:14
**information** 28:8
  56:7 71:5 107:3,5
  114:9 123:15
**informed** 136:19
**infrastructure**
  101:11
**initial** 5:14 116:8

**initially** 5:13 116:19
**inquiry** 1:4 2:3
  10:14
**insofar** 21:22
**instances** 66:4,6,17
  132:6
**institute** 42:21
**institutions** 3:22
**instruction** 21:9
**instructions** 62:10
**insurance** 82:8,10
  83:9 86:3,7
**intensify** 93:17
**interest** 11:17 52:3
  52:22 78:13 79:8
  86:23 87:8
**interested** 141:14
  144:25 146:4
**interesting** 113:16
**interface** 100:9
  101:3
**internal** 62:20 68:8
**internally** 14:14
**interplay** 146:5
**interrupt** 83:4,7
**interview** 1:9 2:1,11
  2:12 3:1 4:1 5:1 6:1
  7:1 8:1 9:1 10:1
  11:1 12:1 13:1 14:1
  15:1 16:1 17:1 18:1
  19:1 20:1 21:1 22:1
  23:1 24:1 25:1 26:1
  27:1 28:1 29:1 30:1
  31:1 32:1 33:1 34:1
  35:1 36:1 37:1 38:1
  39:1 40:1 41:1 42:1
  43:1 44:1 45:1 46:1
  47:1 48:1 49:1 50:1
  51:1 52:1 53:1 54:1
  55:1 56:1 57:1 58:1
  59:1 60:1 61:1 62:1
  63:1 64:1 65:1 66:1
  67:1 68:1 69:1 70:1
  71:1 72:1 73:1 74:1
  75:1 76:1 77:1 78:1

**initially** 79:1 80:1 81:1 82:1
  83:1 84:1 85:1 86:1
  87:1 88:1 89:1 90:1
  91:1 92:1 93:1 94:1
  95:1 96:1 97:1 98:1
  99:1 100:1 101:1
  102:1 103:1 104:1
  105:1 106:1 107:1
  108:1 109:1 110:1
  111:1 112:1 113:1
  114:1 115:1 116:1
  117:1 118:1 119:1
  120:1 121:1 122:1
  123:1 124:1 125:1
  126:1 127:1 128:1
  129:1 130:1 131:1
  132:1 133:1 134:1
  135:1 136:1 137:1
  138:1 139:1 140:1
  141:1 142:1 143:1
  144:1 145:1 146:1
  147:1 148:1 149:1
  150:1,8
**interviewing** 146:16
**interviews** 143:6
**inventory** 67:5
  102:3 140:4
**investment** 48:16
  82:21 87:3
**investments** 6:7
**investor** 87:6 89:23
  95:18 127:3
**investor's** 32:16,19
**investors** 11:11 12:7
  12:9,10 70:8 76:25
  82:19,20 98:19
**invitation** 24:19
  107:22
**invited** 143:18
**involved** 14:6 26:19
  68:4 110:18 143:23
  146:14,18
**irrespective** 141:16
**ish** 42:18 88:22

**issue** 122:16,18
**issuer** 66:22 134:12
**issuers** 135:6,11
**issues** 100:21 111:16
  129:16
**it'd** 49:20 105:3
**item** 109:5 111:21
**items** 83:19
**iterative** 148:6

**j**

**j** 3:7
**j.p.morgan** 2:8 3:3
  5:24 106:4 138:21
**j.p.morgan.** 5:23
  120:6
**jacked** 149:9
**jeff** 6:14 100:12,14
**jens** 3:7,7
**jessica** 3:5
**job** 6:15 7:4 62:2
  93:20
**john** 30:6,9,11,21
  49:21,23 50:3,5
  59:12,20,24 60:5
  61:16 119:18,25
  120:6 127:25
  128:22
**join** 10:11
**jpmorgan** 3:8
**jpmsi** 5:25
**jumbo** 38:14 48:5
  98:9 99:5,5 124:23
  125:8 135:20
  136:15

**k**

**k** 2:24 72:22
**keep** 47:10 60:4
**keeping** 63:5
**kept** 98:4 102:2
  131:22
**kick** 130:3,11 131:5
**kicked** 141:15
  142:23 149:15

[kind - liquid]

**kind** 11:18 31:15
 60:5 88:15 99:10
 100:5 131:16 141:5
 142:13 148:16
**knew** 14:20 40:20
 41:17 89:17
**know** 22:3 25:21
 26:6 33:24 34:2,4
 34:11 35:10,11,13
 37:6 38:17 41:2
 49:15 51:2,23 52:5
 52:10 56:25 58:4,6
 60:2 62:18,21,24
 64:15 79:18 82:13
 84:5 85:14 88:10,13
 90:10 94:23 98:3,3
 98:5,6,7 101:21
 102:10,15 105:21
 105:25 108:12
 109:8 112:9,10,14
 119:20,24 122:23
 126:5,21 127:16
 128:24 129:4 130:4
 130:11,24 132:12
 133:22 136:6,7,9
 138:15 141:10,15
 142:13,19 144:7
 145:2 146:11
 148:17 149:12
**knowing** 119:4
**knowledge** 30:23
 31:6 37:10 51:21
 65:16 90:17 102:12
 119:8
**knows** 25:21 73:13
**krebs** 1:17 2:6,24,24
 4:24 6:8,15 7:8,18
 7:21 8:14,23 9:4,11
 9:14,21 10:4,16
 11:21,24 12:4,13,16
 12:22 13:14 14:6,13
 14:18 15:3,6,13,21
 16:7,11,16,19,24
 17:11,16,20,23 18:2
 18:7,22,25 19:4,10

19:18 20:5,9,12,18
 21:12,16,24 22:16
 23:3,12,15,23 24:3
 24:10,18 25:5,10,25
 26:13,18,22 27:16
 27:20 28:11,19,22
 30:2,11,15,18 31:3
 31:10,16 32:6,20
 33:3,11,17,19,24
 34:4,13,16,18 35:3
 35:14,18,23 36:4,8
 36:14,18,23 37:2,5
 37:9,16,22 38:2,15
 38:22,25 39:5,7,9
 39:13 40:4,11,19
 41:6,11,13,20 42:10
 42:25 43:9,14,19
 44:4,11,16,21 45:6
 45:12,19 46:10,14
 46:17,20,24 47:4,7
 47:11,15,20 48:2,10
 48:12,14,20,25 49:4
 49:11,16,23 50:2,8
 50:13,17,20,24
 51:16,25 52:9,14
 53:7,17,20,23 54:2
 54:5,9,20,23 55:5
 55:10,14 56:11 57:9
 57:13,17 58:15 59:5
 59:8,10,14,22 60:8
 60:15,19,25 61:9,20
 62:14,21 63:4,9,16
 63:20,22 64:19,21
 64:24 65:6,9,11,14
 65:21,24 66:12,16
 66:24 67:3,11,14,21
 68:12,16,21 69:9,24
 70:3,10,16,18 71:18
 71:22 72:2,17,24
 73:11,16 74:3,17,22
 75:3,11,16,18 76:20
 77:4,12,18,21 78:3
 78:6,15,25 79:21
 80:3,7,23 81:6,18
 81:25 82:20,23 83:3

83:6,10,24 84:7,9
 84:20,23,25 85:3,11
 85:20 88:5,9,17,25
 89:10,15,25 90:4,6
 90:16 91:6,14 92:12
 93:3,7,12 94:21
 95:8 96:2,9,12,16
 97:2,9 98:13 99:13
 99:21 100:9,18
 101:7,20 102:11,18
 103:4,18,24 104:22
 105:2,20 106:7,20
 106:25 107:13,20
 108:2,7,19,24
 109:17,22,24 110:9
 110:17,21 111:3,8
 111:18,21,24 112:6
 112:18,21 113:2,8
 113:11,18,23 114:3
 114:7,12,15,17,21
 114:24 115:2,9,12
 115:15,18,21 116:2
 116:5,12,16,18,22
 117:3,6 118:4,8,10
 118:14,17,21 119:3
 119:8,14,24 120:3
 132:5,15 133:7,10
 135:10,14,24
 136:11,18,24 141:8
 142:5 144:7,16,18
 144:20,23 145:12
 145:20,25 147:20
 150:3,6

**l**

**l** 2:23,23 3:10 9:10
 30:10,10
**large** 9:19 79:19
 86:4 101:2 124:23
 125:7,9 130:11
 138:22 140:19
**larger** 76:4
**largest** 10:8 76:17
**late** 94:17 132:17

**law** 3:16,17
**laws** 56:21
**lead** 30:13 56:9
 61:23,24
**leading** 118:17
**learned** 104:10
 123:22
**learning** 104:11
**leave** 62:2,3
**left** 5:16 115:12
**lenders** 96:4
**lending** 52:18 75:19
**letter** 13:3,6
**letters** 105:3
**level** 21:21 28:8
 56:19 71:23 82:3
 98:4 100:6 117:23
 121:18 122:25,25
 123:10 124:9 125:3
 127:9 145:11
**levels** 81:4,7,10,17
 100:8 147:7,8,22
 148:2
**lewisville** 69:5 120:5
**liability** 132:22,23
**liaison** 30:12
**libor** 87:21,22
**liens** 6:7 99:7
**life** 103:14
**limited** 100:5
**linda** 3:7
**linden** 48:20
**line** 10:12 33:14
 35:8 52:17 64:10
 76:8,10,22 77:4
 78:5,8 79:13,16
 82:11 93:11 112:12
 131:12,23 139:20
 139:25 140:2
 146:16
**lines** 10:21 23:4
 76:4,7 77:2 84:10
 99:7 139:17
**liquid** 92:21

[list - mary]

**list**  20:24 64:2
**listed**  11:13
**little**  5:3 17:8 63:17
  64:8 67:12 85:7
  103:20 116:4,6
  128:4 144:7,23
**loan**  6:22 9:14 11:18
  12:21 13:20,22 17:5
  21:21 22:13 25:9
  26:11 27:7,25 28:3
  28:8,10 31:24 32:2
  32:4 34:6 41:8 42:2
  42:7 48:10,17 53:7
  53:10 54:15,17,25
  56:21,25 57:7 60:11
  64:9,17 70:25 71:2
  72:4 74:11 75:6,6,8
  75:10 78:18,21
  79:24 81:7 86:2,5,5
  86:15 87:13,23
  93:24 94:4,6 95:2,6
  95:7 107:6 108:5,9
  112:3 124:9 129:8
  130:13,25 135:7
  139:21 140:4
  147:12,17 149:2,15
  149:18
**loaning**  77:6
**loans**  6:25 7:13,14
  7:16 8:11,18,22,24
  9:15 10:3,18 11:2,4
  11:6,13,15 14:11
  16:19 17:2,17 23:4
  23:6 27:2,3 31:19
  33:5,9 34:8,10,22
  35:8 39:10,22 40:8
  41:15 43:20 53:14
  60:12,22 61:8 65:3
  65:15,19,24 66:9,10
  66:17,18 67:4 68:3
  68:11,18,19,23,24
  69:13,20,21 70:7,20
  71:6,8 72:2,3,12,15
  72:16,24,25 73:16
  73:18 74:9,15,19,19

75:20 76:11,24 77:7
  83:17 86:13 88:12
  91:16,25 92:4,5,7
  92:14 93:3,17,20,21
  96:10 97:5,6,7
  100:7 101:13
  103:10,22 104:13
  107:9 111:24 115:6
  117:15 119:11,11
  122:2,6,8,23 126:22
  127:2 129:20
  130:23 131:3,13,14
  131:18,22 133:15
  133:23 134:17,22
  134:24,25 136:5
  138:23 139:6,16,24
  146:10
**located**  69:5
**logistical**  83:19
**long**  39:20 40:2
  70:11,14 88:18
  124:6
**longer**  89:17
**look**  15:8 16:10,12
  18:18,25 19:4 21:10
  22:17 24:16 33:14
  50:14 56:5,18 57:13
  63:9 64:9 80:16
  105:19 113:15,16
  115:3 119:23
  121:15 122:7
  125:18,21 128:19
  129:9 133:12,14
  143:3 147:21
**looked**  12:21 13:13
  27:24 53:19 60:5
  82:13 114:6,21
  122:5,24 123:9,12
  125:22 129:6
**looking**  9:23 15:25
  111:4 122:13
**looks**  16:5 22:21
  62:8 111:13 116:13
  116:24 117:2

**loose**  110:23
**lot**  7:24 43:21 52:9
  85:18 86:25 87:9
  90:8,11 92:9 134:2
  140:21 146:14
**lots**  117:8
**lower**  31:25 42:23
  137:12
**lowest**  51:19
**ltv**  22:3,12 31:23,25
  32:5 42:24 80:18,20
  147:14
**ltvs**  21:19 22:18
**lumpy**  140:20

**m**

**m**  30:10 37:17
**ma**  52:3,7,12
**mae**  34:3
**magnitude**  84:14,19
  138:15
**mail**  30:24 110:13
**maintain**  8:3 119:9
**major**  3:22 86:20
  96:25
**making**  21:25 22:5
  59:11 68:11 103:8
  123:20,25 124:3
**manage**  7:6
**manager**  62:2
  109:16 110:16
  114:6,19
**managers**  30:8
  146:17
**manages**  6:6
**managing**  63:2
  140:24 144:14
  145:14,24 148:10
**mandatory**  62:7
**map**  113:24
**marano**  6:13 7:5
**march**  6:30 90:11
**mark**  61:21
**marked**  32:23

**market**  9:23 43:17
  79:6 89:4,16,17
  90:9,18,25 93:14
  105:8 121:4 125:12
  131:19 134:11,13
  136:3 143:15
**marketed**  86:13
  88:12
**marketing**  86:19
**marketplace**  86:12
**markets**  90:13
  98:12 134:16
  139:10
**mary**  1:9 2:1,8 3:1,2
  4:1,24 5:1 6:1 7:1
  8:1 9:1 10:1 11:1
  12:1 13:1 14:1 15:1
  16:1 17:1 18:1 19:1
  20:1 21:1 22:1 23:1
  24:1 25:1 26:1 27:1
  28:1 29:1 30:1 31:1
  32:1 33:1 34:1 35:1
  36:1 37:1 38:1 39:1
  40:1 41:1 42:1 43:1
  44:1 45:1 46:1 47:1
  48:1 49:1 50:1 51:1
  52:1 53:1 54:1 55:1
  56:1 57:1 58:1 59:1
  60:1 61:1 62:1 63:1
  64:1 65:1 66:1 67:1
  68:1 69:1 70:1 71:1
  72:1 73:1 74:1 75:1
  76:1 77:1 78:1 79:1
  80:1 81:1 82:1 83:1
  84:1 85:1 86:1 87:1
  88:1 89:1 90:1 91:1
  92:1 93:1 94:1 95:1
  96:1 97:1 98:1 99:1
  100:1 101:1 102:1
  103:1 104:1 105:1
  106:1 107:1 108:1
  109:1 110:1 111:1
  112:1 113:1 114:1
  115:1 116:1 117:1
  118:1 119:1 120:1

121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
**mass**  52:8 76:12
**massachusetts**
52:13,21 53:19
**master**  13:21
**match**  29:24 56:21
57:2
**matched**  28:10 29:3
78:22
**material**  13:14 75:5
75:9,13
**materially**  95:5
**materials**  32:7
**matter**  60:18 64:3
122:10
**maximum**  22:10,13
42:2,7 54:14 144:21
**mean**  17:8 18:7 21:7
26:22 27:16 40:4,11
64:24 82:21 83:4,6
86:11 89:22 92:15
97:19 98:8 109:9,11
112:5 117:8 118:8
129:3,7 142:14
149:14
**meaning**  11:18
13:12 16:20 19:13
28:7 29:6 92:2
101:17 129:15
**means**  16:19 19:12
19:17 23:19,21 34:6
34:12 35:12,12 52:5
52:10 61:24 133:5
**meant**  85:22,23
**meet**  103:4 131:3

**meeting**  50:9 73:19
99:22 110:10
**meetings**  100:3
**mention**  4:14,16
**merely**  14:7
**merged**  135:17
**merger**  5:22,24
**message**  62:3
**met**  49:13,19,21
129:18
**method**  97:17
**methodologies**
68:17,22 73:3
**methodology**  10:17
97:10 144:24 145:3
**methods**  97:4
**middle**  33:14
**million**  11:4 76:18
81:12
**mina**  1:19 10:13
**mind**  22:15 42:4
47:25 57:6 130:13
**minimum**  21:10
42:16,21 70:22
**minutes**  67:15
**misrepresentation**
104:18
**missing**  55:24 56:3
56:14 109:19
**misstated**  95:15
**mix**  98:8
**model**  147:7,8 148:2
148:13,15
**modifications**  30:3
**modified**  29:24
**mongelluzzo**  30:7,9
49:22 120:7
**monitoring**  80:11
123:9,17 124:11,14
124:15 125:21
**month**  45:25 134:13
134:13
**moody's**  112:8,16
146:21

**morgan**  64:4
**morning**  4:25 62:2
62:17
**mortgage**  5:15,21
6:3,10,16,25 7:7,8
7:12,14,17 8:12
9:22 10:6 11:2,4,5
13:20,22 25:9 26:11
27:7 39:3,10 40:24
41:8,23 48:3 50:6
68:24 70:25 71:2
74:11 75:8,20,24
76:2,3 79:16 80:22
82:8,10,12 83:8
86:3,7 89:18 90:19
93:23 94:15,16 97:3
101:13 117:17
122:5 139:19,21
146:20
**mortgagee**  82:6
**mortgageit**  47:19,22
**mortgageramp**
37:15,16
**mortgages**  7:16,19
7:22 8:4 39:15 73:5
85:5 89:2,5,7 98:17
**move**  5:17 90:22
**mutual**  135:21
136:8
**mystery**  61:10
114:13

**n**

**n**  2:23 3:7,10,12
9:10,13 30:10 80:24
151:2
**naive**  148:16
**name**  2:20,21 4:15
4:15 72:21 93:2
**named**  37:21
**names**  47:24 67:7
98:21
**national**  52:19
**near**  3:21

**necessarily**  65:2
149:21
**necessitate**  135:2
**need**  40:17 106:23
115:23 125:2
**needed**  136:5
147:16
**neg**  23:6,10 43:18
**negative**  23:3 92:7
**neglected**  145:20
**negotiate**  25:19
**negotiated**  13:17,19
25:11 26:8,10 27:8
**negotiating**  140:11
**negotiation**  25:8
140:16
**net**  81:12
**never**  25:15 113:22
143:24
**new**  2:11 5:7,19
41:2 47:23 81:22
91:18 100:21 122:9
134:6
**newsletter**  104:16
123:24
**newsletters**  105:17
121:2
**night**  62:16
**nine**  33:21,22
116:23,25
**ninety**  22:4,11,11
31:23,25 141:12,18
141:20 149:16
**non**  10:10 102:24
149:2,6
**nonenforcement**
52:25
**nonperforming**
149:24
**norm**  132:10
**normal**  128:25
**notation**  119:19
**note**  60:17
**notice**  15:15 41:21
106:14

noticed  41:25
notion  67:21 88:13
  89:10 102:19
notwithstanding
  34:6
november  151:15
nuances  85:19
number  6:19 11:2
  15:11 32:23 44:11
  44:13 48:25 62:3,4
  70:7 80:4 90:21
  91:23 98:21 99:3,9
  101:2 104:5 118:24
  126:2 146:8
numbers  66:15
nuts  63:2

**o**

o  3:10,12 9:13 30:10
  30:10 151:2
obligated  77:6
obligation  133:17
observed  43:2
obvious  145:21
obviously  32:25
  104:20 108:24
  115:23
occasion  127:22
occupancy  104:19
occur  55:23 62:25
occurred  91:12
  95:20 137:14
occurs  74:23
offer  77:7,8,11 99:4
  130:16
offered  70:6 77:13
  148:3
offering  11:14 53:5
  88:3 92:11 97:2
offerings  90:21
  99:15,16,24 101:24
  102:8
office  5:13
officers  82:4 86:15

offices  2:10
official  1:7
offsite  30:16
oftentimes  12:23
  13:21 18:14 29:17
  131:18
oh  35:17 85:20
  113:15 118:16,19
  119:13 144:18
ohio  5:17
okay  2:18 3:13 4:20
  4:23 10:20 11:24
  16:8,15,18 17:11,20
  18:4,10 22:6 27:6
  27:19 34:4,15 35:17
  35:22 36:3 37:5
  45:5 46:20 47:9
  53:15 61:19 65:13
  67:11 68:12 78:2
  83:5,10 108:7 113:8
  113:23 115:9,14
  116:16 117:5,7
  127:20 129:12,23
  137:16 139:11,14
  140:5 145:25 148:8
old  94:14,16
ominous  18:6
once  45:24 69:14
ones  8:21 9:19 65:5
  85:25 128:10 134:3
  143:4
operated  5:15 75:22
  75:25
operating  88:19
operation  7:10 8:21
  40:10 50:10 69:4,6
  69:7 71:8 80:10
  84:5,15 103:15
  121:11,20 146:15
operational  5:14
  68:7 83:16
operations  39:19
  67:23
opinion  59:18

opportunity  56:5,13
  109:19
opposed  99:15
  121:12 134:20
  137:5 140:23 141:6
option  71:12 77:22
options  145:8
order  72:12 84:14
  84:18 138:15
organizational  50:3
original  11:16
originate  14:12
  86:12 137:3,19,23
originated  40:8
  83:18 91:17 138:13
originating  41:15
origination  14:7
  17:6 38:23 41:2,9
  41:23 46:2 60:11
  121:19
originator  10:25
  11:7,9 12:11 13:15
  17:5 20:15,23 21:22
  25:2 29:7 31:23
  32:3,10 42:19 45:13
  45:20,23 54:16
  69:12,15,19 70:6,12
  75:7 78:11 79:4,25
  82:5 83:22 86:10,11
  86:14,15 88:3 94:6
  94:20 95:2 104:20
  108:5,10 122:3,9,25
  123:7,8,10 125:16
  133:21 134:21
  135:18
originator's  29:12
  29:19,22,24 31:7,18
  32:14,18 125:23
originators  7:15 8:4
  9:14,19 10:18 32:13
  40:24 76:5 79:7
  81:2,7 82:7,10
  93:18,21,22 122:2
  123:4 124:2,5,23
  125:5,12,22 126:8

126:13 127:17
  130:10 133:24
  139:22
outlined  70:15
output  148:15
outside  52:3,22
  57:10
outsource  96:24
  141:2
outsourced  96:23
outsourcer  72:20
outstandings  76:19
overall  46:8 51:10
  145:10
overlay  31:14 32:8
  32:17
overlays  31:5,9,11
override  63:11
overviewed  41:17
owner  89:8

**p**

p  3:12 37:17
package  70:7 97:6
  144:10
packaged  67:6
  98:17
packages  33:9 45:24
page  33:12 50:14
paid  144:22 145:7
paragraph  61:22
parameters  8:10
  53:9 57:11
parcel  135:8
parse  128:4
part  9:22 10:8 25:6
  44:2 66:13,14 81:13
  81:21 94:12 104:6
  107:21 113:11
  135:8 146:22
participates  110:16
particular  14:5
  21:11,12,13 79:24
  126:21 147:6

| | | | |
|---|---|---|---|
| **parties** 61:8 | **percent's** 141:13 | **plausible** 64:16 | **possible** 68:10 118:5 |
| **partners** 36:24 | **percentage** 13:12 | 110:13 | 118:7 |
| **party** 30:4 37:11 | 27:2 45:2 66:18 | **play** 19:21 43:22 | **possibly** 130:16 |
| 39:14 66:22 103:6 | 137:10 138:12 | 128:14 | **post** 74:23 |
| 140:8 151:11 | 141:20 | **please** 2:15,19,21 | **posted** 143:13 |
| **paterson** 3:11,11 | **percentages** 137:20 | 5:4 62:15 132:15 | **potential** 12:10 44:6 |
| **pattie** 30:6,8,11,21 | 138:8 145:9 | **plus** 116:11,14 | 118:24 |
| 59:12,13,20,24 60:3 | **perfect** 18:11 | 144:13 | **potentially** 134:24 |
| 61:17 119:18,24 | **perform** 72:20 | **point** 17:4 18:18 | **practice** 34:25 122:6 |
| 120:4 127:25 | 134:18 135:8 | 22:18 46:6 49:11 | 122:11 |
| 128:22 | **performance** 80:16 | 52:11 53:16,22 56:7 | **precisely** 118:14 |
| **paul** 2:9,10 3:6,10 | 80:18 120:16 121:3 | 56:11 62:15 63:10 | **preferences** 19:10 |
| 3:11,12 | 121:5,15,18 123:4,8 | 79:23 89:15 91:7 | 23:17 |
| **pay** 137:3 149:2,6 | 123:10,13 | 92:5 93:13 104:17 | **premium** 137:2,4 |
| **payment** 94:14 | **performed** 35:7 | 129:7 142:14,22,23 | **preparatory** 107:8 |
| 126:3,5,20 127:13 | 39:14 51:13 62:9 | **points** 20:7 53:24 | **prepared** 16:5 112:7 |
| **payments** 94:3 | 71:23,24 | **policies** 83:12 | **preparing** 33:5 |
| 104:2,6 | **performing** 67:24 | 127:22 | **present** 55:22 128:2 |
| **payoff** 137:10 | **period** 43:17 46:7 | **policy** 61:13,15 | 141:19 146:23 |
| **people** 14:24 41:15 | 46:16 51:14 69:17 | 127:21 | **presentation** 146:23 |
| 46:22 59:10 62:12 | 79:7 90:23 91:22,24 | **pool** 20:16,16,23 | **presented** 46:9,15 |
| 70:19 82:23 83:17 | 92:6 93:9,10,11 | 26:20 39:24 45:13 | 48:7 81:23 121:2,22 |
| 84:16,17,19 100:25 | 95:10 106:12 | 46:5 65:22,25 66:3 | 147:5 |
| 101:2 122:22 137:7 | **periods** 92:3 | 66:5,25 100:7 | **presenting** 21:23 |
| 148:8 | **person** 30:13 50:10 | 101:12 107:9 108:9 | **president** 3:17,25 |
| **people's** 47:18 76:9 | 61:24 | 122:13 128:12,23 | **presumable** 97:24 |
| 76:10 80:5,7 | **personnel** 84:3 | 129:4,5,8 130:16 | **presumably** 41:14 |
| **percent** 22:4,19 27:3 | **persons** 74:9 | 131:8 132:20 | 61:24 64:7 93:7 |
| 27:24 33:21,22 34:8 | **perspective** 140:11 | 133:12 134:21 | 96:9 98:3 111:8 |
| 34:21,25 42:8 46:8 | 140:12 | 142:24 148:18 | **pretty** 42:15 53:25 |
| 46:11 51:11,12 | **ph** 48:21 62:6 | 149:9 | 64:2 98:23 |
| 54:16,17 56:23 | **philadelphia** 120:8 | **pooled** 99:12 | **prevalently** 87:15 |
| 58:21,24 60:22 61:7 | **phone** 30:25 | **pools** 8:15,18 13:13 | **prevent** 104:24 |
| 66:23,24 67:8 78:19 | **phrase** 141:4 | 46:13,25 107:6 | **price** 69:21 86:24 |
| 80:18,20 86:3,6 | **pick** 67:14 143:3 | 125:9 | 87:7 88:14 140:11 |
| 88:21 115:6 116:4 | **picture** 85:25 105:5 | **portfolio** 45:2 | 140:15 147:9,25 |
| 116:25 118:25 | 105:8,10,12 | 131:24 137:21 | **priced** 88:12 131:15 |
| 127:16 128:9,17 | **pieces** 138:19 | 138:23 139:6 | **prices** 70:14 |
| 129:13,18 132:9 | **piggyback** 87:17 | **portion** 141:21 | **pricewaterhousec...** |
| 133:2,13,14,23 | **pipeline** 88:25 | 145:6 | 36:13 |
| 134:5,8,20 136:4,16 | 139:12 | **position** 7:2 50:4 | **pricing** 69:15 70:17 |
| 138:14 140:7 | **place** 19:21 108:5 | 135:25 | 70:19 87:10 100:17 |
| 141:11,12,15,18,20 | **platform** 100:6 | **positive** 40:16 | 100:20 101:5 148:3 |
| 142:3,8 144:4 | 121:12 | **possibility** 59:6,9,16 | **primarily** 99:19 |
| | | 59:21 | |

primary 87:4,5
95:17 147:13
prime 36:11,16
135:19
principal 6:6 46:24
principals 82:3,15
prior 18:15 26:11
42:22 73:22 82:16
88:19 121:10
probably 61:21 84:2
85:18 119:16 142:7
problem 113:12
problems 104:13
129:14,15
procedure 72:7,8,9
72:11
procedures 104:12
104:24
proceedings 151:7
proceeds 79:9
process 14:9 45:17
60:9 62:11 71:7,9
81:22 142:18 146:6
146:18
processes 146:24
product 14:25 23:7
27:13 38:14 43:11
43:12,13,16 47:17
48:7 51:24 65:7
66:21 80:19,20
82:25 85:9 86:19
87:19 88:4 98:8,24
99:8,11 122:25
124:24 125:8
126:18
production 4:4
112:4 125:23
products 6:2,5 10:3
43:6,16 84:22 85:2
85:4,10 92:9 98:9
124:2
professed 108:4
profile 15:14,18
23:9

program 54:15
56:22 57:3 81:15,19
86:13 127:18
programs 42:6 44:2
project 85:13
proper 4:15
properties 95:24
property 11:17
28:15 87:3 95:14,18
protect 134:16
protocols 27:13
123:21
provide 4:6 56:6
107:13
provided 28:8 30:6
32:7 62:22 64:7
70:21 107:3,5,18
108:8,10,21 109:4
provider 30:4 37:7
39:10
providers 37:12
39:15 103:7
providing 74:9
public 3:16 5:10
publish 14:16
published 18:8
147:7
purchase 13:20,22
23:22,25 25:9 26:11
26:19 27:7 65:19
68:17 71:2,3 73:23
74:12 75:8 83:23
85:5 93:24 137:19
137:21,23
purchased 36:12
61:8 65:17 67:4
72:16,25 125:10
purchaser 14:10
18:14 60:24 61:3
101:23,25
purchasers 102:20
purchases 23:13
60:14 72:5 75:13
77:15 93:16

purchasing 33:9
82:24
pure 97:15
purely 132:7
purports 35:23
purpose 76:21 105:4
purposes 7:23 12:18
73:19 107:7
pursuant 74:10
pushing 56:17
put 68:7 74:18 75:6
93:17,20 94:6,19,25
96:17 104:9 134:17
147:11
puts 20:16
putting 95:7
pwc 36:17

**q**

qualify 44:10
quality 72:14 74:20
74:24 83:11 95:3
96:19 103:21 104:6
121:24 122:4,22
124:8,21 125:3,4
140:13 147:4
quarter 35:4,5,15
35:19,21 38:19 68:6
84:3
question 38:3,17
44:18 61:11 68:2
79:10 85:12 103:11
128:4 132:12 134:9
141:4,9 145:21
148:16
questionable 53:8
questions 16:13
109:20 110:23
120:13,16 132:4
quick 48:10 130:13
130:24
quickly 117:18
quinlan 62:6
quite 60:19 80:14
81:2 98:11 100:14

100:25 142:9
146:17

**r**

r 2:24 3:3,6,12 9:10
9:13 30:8 37:17
80:24 151:2
random 132:19
ranged 9:18
rank 18:16
ranked 34:7,8
ranking 17:17
126:13
rate 11:17,19 33:15
33:20 43:24 44:6,9
46:8 51:10,17 70:15
78:14 79:9 85:10,10
86:21,22,23 87:2,5
87:8,19 98:12 99:5
99:5,6,6 115:4
118:24 127:24
128:15,16,25 130:3
137:5,11,12,12
142:9,22 147:10
rated 101:15 103:10
146:18
rates 121:7 128:6,13
130:11 141:24
144:3,4
rating 99:23 100:3,8
101:18 146:3,7
148:10
ratio 19:3 42:3
43:11 54:15 57:8
58:20,24 86:6 87:14
92:5,14,16,20 93:2
ratios 42:8 86:2
reaction 133:8,10
read 61:22 115:8
reading 15:22
115:12
ready 89:2 90:22
realized 91:8
really 4:25 29:17
45:3 46:4 58:6

[really - reviews]

73:11 78:12 99:10
124:15 129:5 135:4
136:15 138:8
144:25 148:17
**reason** 32:16 59:3
81:13 93:23 94:9,25
139:9
**reasonable** 57:21,25
58:2,10,22,23 68:15
132:19
**reasonableness**
59:19
**reasons** 93:22 104:8
117:9 143:13
**recall** 19:22 20:4
21:19 24:6,7,10,17
28:15,18 38:16,21
39:20 40:14 45:4
46:7 48:8 49:9
50:12 52:20 73:25
79:20 80:17 84:8
106:15 120:22
121:8 142:10
**receive** 79:12,13
107:10
**received** 24:20
111:9
**recipients** 77:5
**recollection** 16:9
19:25 27:23 42:15
44:8 52:24 61:6
74:14
**recommendations**
80:12
**record** 2:16,20
67:20 82:14 125:5
134:14,17 135:5
**recorded** 2:13 151:7
**records** 4:5 97:13
106:3 119:9
**red** 9:13
**reduced** 43:6
**reducing** 91:23,25
92:10

**refer** 52:23
**reference** 71:4
112:15
**references** 82:17
**referred** 76:6
101:16
**referring** 122:18
**refi** 23:24
**refuse** 130:15
**regarding** 74:7
**register** 71:6
**registered** 101:23
**registering** 69:21
**registrations** 99:20
**regular** 131:19
**reject** 18:12 19:14
22:22 27:3 35:9
53:9 54:25 103:9
115:3 128:16 144:3
148:18,24
**rejected** 19:15 27:3
65:20 115:5 131:20
**rejecting** 53:14
128:11
**rejection** 33:15,20
115:17
**rejections** 115:18
**rejects** 16:17 66:3
116:8
**relate** 78:4
**related** 109:3,6
119:10 151:11
**relationship** 81:3
**relationships** 8:3
11:11
**relative** 145:9
**relatively** 9:22
**remain** 89:8
**remember** 13:8 40:2
84:13 91:4 93:5
138:9
**remembering** 37:7
**remind** 4:17
**rep** 95:4

**repeat** 135:5,11
**report** 3:24 49:18
62:18 111:5 112:4,6
112:17
**reported** 50:7 69:7
138:11
**reports** 49:5,8,14
50:11 62:17,22 98:7
112:8
**represent** 35:14
50:25 127:14
**representation**
74:25 132:19
**representations**
74:7
**represented** 45:16
95:16
**representing** 56:23
**reps** 13:16,18 14:2
25:5,10,17,17 26:7
26:24 74:12 95:9
123:22
**repurchases** 122:14
122:15 126:19
**require** 92:23
**required** 26:4 86:7
109:12
**requirement** 81:5
**requirements** 52:20
81:19,20 82:5
**res** 39:5,8,9,16,19
40:7,23 41:8 67:24
68:6,18 73:2,8
83:25 84:6 91:18
**rescap** 135:17
**research** 110:22
121:14 123:12
**residence** 87:4
95:17 147:13
**residential** 6:25
7:14 39:3 76:2,15
78:5,9 101:12
135:16 146:20
**residual** 102:14

**respect** 24:5,12
27:10 31:7 50:4
53:7 60:20 62:8
63:25 67:3 77:15
83:20 90:25 91:14
92:10 102:18
108:11 131:9
**response** 22:20
24:22 104:10
**responses** 4:19 31:3
**responsibilities** 7:5
**responsible** 6:24
30:12 49:23 80:10
100:16,20 101:4
103:5 122:15
**restricted** 145:8
**restrictions** 71:21
**result** 17:19 142:20
**resulted** 58:20,23
90:20
**results** 30:20 40:15
120:22
**retail** 86:14
**retain** 105:24
**revenue** 63:25 64:6
64:7
**review** 17:2,2 21:14
25:14,17 28:3,6,7
28:14 29:3,11 37:24
38:7 40:16 60:21
71:16 72:11,14,18
74:21,24 95:3 104:7
107:25 108:16
109:4,6,7 111:10
122:14 125:4
126:10 146:11
**reviewed** 64:18,21
65:5,15,18 66:10
83:12,14 115:25
136:5
**reviewer** 56:3 59:19
**reviewing** 33:5 71:7
121:25
**reviews** 30:16 51:13
51:18 57:20 84:18

96:21,22 124:9
147:4
**revised** 15:15,23
**rfc** 135:13,14,15,18
**right** 15:9,16 16:6
16:12 19:5,7,18
25:3 26:16 33:11
34:16,22 35:8,9
37:8 38:10 39:6
41:19 44:17,17
47:11 50:13 53:23
54:6 55:14 61:10
63:14 64:13,14
67:16,19 68:14 70:3
77:25 83:3 90:10
94:5 106:4 109:25
111:12,18,19,25
112:21 113:7,24
115:13,21,22 116:7
116:17,18 119:7
123:14 124:19
125:19 126:14,22
127:6 132:4 142:25
143:5 144:18,20
149:25
**righted** 94:13
**ringing** 52:7,16
**rings** 48:22
**risk** 52:25 57:12
78:13,14,23 79:9
87:10 135:9 148:3
149:19
**rmbs** 89:18 90:18
97:3
**room** 73:13
**routinely** 144:2
**rule** 66:22
**rules** 52:18
**run** 62:16
**running** 41:3 147:18

**s**

**s** 2:24 3:7,10,12 9:10
9:10 30:8,8 80:24

**s&p** 112:8,16,19,22
113:3,5 146:21
147:6
**safe** 52:3,22
**safest** 78:19 79:4
**salary** 145:4
**sale** 11:3,8
**saleable** 102:24
**salespeople** 8:2
**sample** 12:17,20,24
66:8 72:15 128:7,14
128:16,17,18,21
129:8 134:20
141:11,19,23 142:3
142:4,6,19,20,24
**sampled** 141:5,14
**samples** 144:5
**sampling** 132:9
**satisfied** 141:7
**satisfy** 139:24
**saw** 43:2 87:15
89:16,21,24 104:3
127:12
**saying** 22:5 35:3
59:7 118:2 127:11
142:11 143:19
**says** 15:16,17 16:17
16:24 18:19 19:5,8
20:9,12 22:18 33:15
51:9,25 56:19 58:21
61:23 62:15 116:7
**schedule** 63:7
**score** 20:6,20 21:3,5
21:10 42:11
**scores** 42:12,14
**scratch** 99:8 131:13
131:13,17,20
148:19,23 149:4,6
149:10,22,24
**sears** 30:6,8 120:4
**seasoned** 40:24
138:23 139:5,16
**sec** 99:19
**second** 6:21 35:5,18
35:20 38:19 44:20

50:14 64:3 86:9
87:3,6,17 94:3,25
99:6
**secondary** 131:19
**seconds** 87:14
**secret** 18:8
**section** 4:12
**secured** 10:3
**securities** 3:3 5:21
6:10,16 7:17 8:15
89:19 90:19 97:3
98:22 100:21
**securitization** 6:23
7:22 8:13 9:5,6,9
14:8 68:24 76:12
89:18 121:17
133:21 139:10
**securitizations** 33:6
91:2 122:21
**securitize** 7:16 99:2
99:4 137:22
**securitized** 7:19 9:3
39:11 65:4,17 67:6
73:6 89:3,6,8 97:7
98:18 99:12 125:10
131:23
**securitizing** 6:24
**see** 16:16 20:6 22:24
23:8,10,15 28:3
29:3 33:17,19,21,22
42:10 43:20 44:24
45:6 51:9,16 56:6
62:14 87:14,16,20
95:11,13,23 103:25
105:3 106:9,11
112:15,19 121:5
126:4,15,19 127:8
135:7
**seeing** 103:22 113:6
117:10
**seek** 94:23
**seen** 16:8 17:9 24:11
49:6 104:18
**segregating** 99:11

**seldom** 136:18
**select** 77:23
**selected** 77:20
**selection** 12:11
134:23
**selects** 134:21
**sell** 10:8 45:13 69:13
69:14,19 70:13,20
76:24 77:7 78:9,10
78:12,18,21 79:5
80:19 100:21
117:18 124:3 131:8
131:8 133:12
134:22,25 139:23
**seller** 13:23 14:11
14:25 17:3,13 21:23
51:23 55:22 56:5
70:25 71:4,4 74:6
78:7 81:22 97:16,23
107:6,15 108:9,21
109:16,18 110:15
124:12 125:20
130:4,7 131:17
132:8 142:11
143:16
**seller's** 17:3 71:16
71:20
**sellers** 7:15 46:25
51:18 71:12 76:23
80:11 93:25 94:2
104:16 121:25
130:10 147:3 148:4
**selling** 8:6 11:10
17:14 133:13
**sells** 45:23 130:8
**send** 11:12 12:6
38:8 62:15
**senior** 100:13
101:10 144:14,17
144:19 145:14,23
**sense** 13:8 17:13
31:14 62:13 139:2
140:25
**sent** 94:14,15

[separate - stearns]

**separate** 37:25
  123:11 131:12,22
  131:23
**separately** 131:24
**september** 89:12
**series** 24:3,11
**service** 131:16
**servicer** 146:9,10,19
  146:20,21
**servicing** 69:6,8
  83:21 94:11 146:15
**set** 14:16 22:8
  107:24 111:6
**settle** 25:24
**settled** 13:25
**settlement** 26:12
  71:9 73:23
**seven** 51:11 116:13
**seventy** 54:16
**shaky** 53:4
**shalom** 151:4,20
**shape** 124:17
**share** 123:15
**sheet** 13:25 14:4
  69:16 70:15,17,19
  86:22,22 102:4
  147:10
**shelf** 98:21,25 99:3
  99:3,9,19
**shelfs** 137:18
**shelves** 98:23
**shifted** 7:5
**shifting** 101:11
**show** 32:22 56:9
**showed** 74:25
  108:22
**showing** 49:4 61:20
**shown** 97:14 121:9
**shows** 63:24 94:18
**side** 5:14 15:17 25:6
  48:6 49:24 54:11
  72:9 79:12 87:19
  127:21 129:13
**sign** 151:13

**signed** 3:16 26:24
  27:8 78:10
**silverstein** 9:10
**simhai** 1:19 10:13
  10:14 29:2
**simplest** 101:9
**single** 12:20 143:3
  147:13
**sit** 20:3 24:14,16
  64:14 89:13 90:13
  119:22
**site** 39:18 59:25
  146:16
**sitting** 28:16 37:10
  106:18 120:5
**situation** 10:25 61:4
  69:12 104:21
**situations** 128:7
**sixth** 22:17
**sixty** 19:6 69:23
  116:20
**size** 9:18 11:6 12:23
  46:2 128:22 133:20
**small** 5:18 9:19 10:5
  129:5
**smaller** 9:22 10:5
  76:23 87:24 133:24
**smoothly** 41:4
**snoopy** 9:13
**sold** 94:4 98:18
  102:7,17,19 125:24
  127:3
**somebody** 10:11
  38:8 56:13 62:6
  78:21 130:8 149:17
**someplace** 106:6
**sorely** 105:2
**sorry** 7:17 20:20
  47:6,9,20 70:3
  73:12 83:3 84:22
  91:5 144:16
**sort** 28:13 82:14
  94:11 131:14
  149:23

**sound** 151:6
**sounds** 18:5 68:13
  68:15
**source** 140:3
**speaker** 18:5
**special** 146:19
**specialized** 100:22
  100:24
**specific** 16:17 23:7
  29:8 61:6 100:7
  112:23 123:4
**specifically** 20:2
  27:15 42:4 47:3
  48:23 106:16
  124:24
**specificity** 90:5
  102:16 103:3
  138:25
**specified** 22:22
**specify** 12:23 13:6
  14:4
**spector** 138:11
**speed** 40:20
**spell** 2:21 4:16
**spoke** 6:14 74:21
  100:14
**spoken** 30:25 63:13
**spread** 130:17
  136:25 137:4
**spreadsheet** 11:13
  28:9
**spreadsheets** 12:3
**springtime** 91:12,15
**stability** 125:7
**staff** 4:10 39:17
  40:20 71:15 105:15
  140:25
**staffing** 140:17
**standard** 24:5 26:3
  75:7 81:16 133:3
  136:14
**standards** 14:21
  19:20 24:21 41:18
  41:22 45:15 60:10
  70:22,23 133:18

**standing** 70:13
**stands** 52:7,12
**stanley** 64:4
**start** 2:22 7:6 10:24
**started** 6:21 8:19
  68:10 85:13 91:10
  124:16
**starting** 136:15
**starts** 86:23
**startup** 40:25
**state** 2:19 5:6 92:23
**stated** 43:8 57:20
  58:10,19,22 59:20
  92:18 147:19
**statements** 4:13
**states** 1:3 4:10,12
  52:17
**static** 42:15
**stating** 92:24
**status** 148:22 149:3
**statused** 149:3,6
**statute** 3:16 4:6
**stayed** 39:21 42:15
  116:21
**steady** 140:24
**stearns** 5:12,20 6:9
  7:11 14:8 19:22
  21:17 22:21 23:18
  27:11 29:8 34:9
  35:6 36:6 38:18,22
  39:3 45:9 49:13,17
  51:10 53:12 60:12
  65:3 67:22 68:22
  69:2 70:8 73:4
  75:18,21,23 76:3
  77:8,13 79:14,16,22
  89:12,21,22 90:18
  93:13 98:20 100:10
  107:7 111:5 113:25
  114:18 115:7 119:9
  119:12 120:12,18
  120:25 123:12
  131:25 132:7 134:2
  137:3 139:18
  145:22

VERITEXT REPORTING COMPANY
www.veritext.com
212-267-6868       516-608-2400

step 8:5 124:16
steps 7:25
stip 21:12,22 22:10
stips 20:13,14 21:18
22:8 24:4,4,12 25:3
63:11,13 130:22
stipulations 20:24
stock 145:8,8,12
stop 69:24 80:12
stopped 92:3,6
street 77:9,11
stringent 32:9
structure 100:25
structured 5:25 6:5
studies 120:17 121:2
stuff 60:5 137:2
138:17
subject 25:8
subjected 66:19
73:20,24 77:14
submission 12:25
113:3
submit 14:20,24
71:13
submitted 13:15
83:12,14 122:8
151:7
subordinate 101:11
subprime 15:14
23:8,9,11 24:6,13
27:12,14,17,22
28:13,25 34:24
38:11 41:25 42:18
43:25 44:3 47:3,4,8
47:14 48:7,9,24
50:19,24 51:3 60:21
67:10 82:9 84:24
85:4,7,16,25 86:10
86:13,19,21 87:15
87:17,17,25 88:3,16
99:2 129:13 130:13
146:19
subsequent 13:24
subsequently 39:11
65:16 67:6 102:7

135:16
subsidiary 7:11
sudden 89:3
summary 51:13
111:17
summer 91:13,15
superimpose 105:9
supervisor 6:9
suppose 97:17
sure 4:18 5:5 15:22
24:15 27:6,16 28:22
34:17 41:3 46:10
49:3 53:17 56:2
59:5 67:13 73:13
88:9,21 102:5
106:24 107:16
112:4,5 120:2
132:12 135:12
137:9 140:7
surprise 23:10
120:11
surprised 22:24
143:10
swings 138:3
system 113:20

**t**

t 3:3,10,12 9:10
72:22 80:24,24
118:19 151:2,2
table 117:16
take 10:19 16:10
21:10 31:25 67:12
78:13 79:8 124:16
130:23 131:2
taken 12:24 77:24
talk 8:6 27:14 37:19
83:19 86:16 105:11
128:5 133:22
142:17
talked 54:8 137:17
139:18 148:19
talking 17:4 37:20
37:23 47:12 50:18
89:23 112:25 128:6

tangible 81:12
tantamount 29:18
tape 11:22 12:5,6
22:4,12 24:21 28:9
107:10
tapes 12:2 143:17
tax 6:7
team 40:22 89:21,22
teaser 44:5
telephonic 110:10
110:12
telephonically 1:18
1:19 2:7
tell 24:15 26:20
52:11 67:25 78:3
85:3,22 90:3,15
92:8 96:4 106:9,18
119:22 131:6
144:23 147:15
ten 3:18 66:23,24
129:18 132:9 133:2
133:12 134:19
136:4,16 138:14
141:11,13,15 142:8
tended 42:16 53:25
87:24 128:13
tenure 6:20 36:12
79:21
term 13:25 14:4
17:24 31:13,13 32:8
55:18 75:11 92:12
137:8
terminated 81:3
terms 21:11 31:6
42:14 43:15 64:5
100:15 140:24
testimony 4:4 32:24
35:24
testing 117:21,22
texas 69:5 120:5
thank 4:24 15:12
67:17 136:23,24
150:3
thanks 45:5

thing 8:8 42:6 43:4
54:22 55:25 58:18
78:19 79:4 86:9
91:21 95:20 98:6
147:18
things 6:20 11:16,20
22:14 24:8 25:23
29:15 55:18 58:17
85:24 94:19 95:13
96:7 104:9,9,11,15
104:17,25 105:13
117:13 123:22
131:4 138:10 146:8
think 9:18 10:7
15:19 31:11 34:23
36:25 37:13 42:5,18
42:19,24 46:3,6
50:24 53:5 58:9,11
59:16 60:2,3,6,6
63:18,19 66:20 67:9
68:9 81:14 83:25
85:17 89:20 95:12
100:15 108:13,14
110:11 112:10
114:22 122:9 129:3
132:24 133:19,20
134:6,10,22 135:4,5
136:12,13 138:9,18
139:8 145:18
thinking 124:24
thinks 109:21
third 30:4 37:11
39:14 61:8 63:9
66:21 94:3 103:6
111:21 140:7
thirty 69:22 129:18
thomas 1:17,18
thought 54:13 140:5
141:3
three 5:18 20:6
29:15 110:17 114:5
116:12 117:9
128:17 142:2 144:4
145:16,19

**thumb** 66:23
**tick** 143:15
**tie** 109:7,7 110:2,22
**time** 2:5 4:16 6:12
6:13,22 13:10 19:24
23:2 24:9,9 26:14
39:25 40:12,15 42:2
42:5,9,20 43:11,17
44:25 46:6,16 47:23
47:23 49:12 53:13
61:18 67:22 69:18
71:3 79:7,23 87:13
89:16 90:2,20,24
91:7,22,24 92:3,6
93:10,10,13 95:10
95:21,23,23 96:18
99:18,18 100:2
102:25 103:13,13
103:18 106:8,10,12
106:17 119:21
120:21,21 130:2,2
132:17 135:6,6
138:4 140:21
143:24 144:12
145:6,6
**times** 4:14 140:22
**timing** 73:11
**title** 145:22
**today** 20:3 24:14,17
37:11 89:14 90:13
106:19 119:22
143:9,19
**today's** 2:4
**tolerance** 149:20
**tolerances** 31:5
**tom** 2:6,7,24 6:13,17
7:5 50:16 69:25
113:9 120:13,14
141:3 150:2
**top** 15:15 16:16
18:19 51:17
**total** 33:20 116:8,10
116:20
**touch** 62:12 98:15

**touched** 106:22
146:3
**tough** 38:17 138:2
**track** 82:14 125:5
134:14,16 135:4
**trade** 13:5 14:5 21:8
25:20,22,23 26:10
26:13 70:13 131:6
**trader** 22:7 100:13
**traders** 100:16,20
100:22,23 101:4
**trades** 13:24
**trading** 8:11 100:10
100:14 121:16,17
**traditionally** 43:24
**trail** 44:18
**trailing** 109:11
118:19,20
**tranche** 102:14
**tranches** 100:23,24
101:7,14,17,22
102:8,14,23,25
**transaction** 60:7,7
61:5 63:6 119:17
134:7
**transactions** 36:22
37:14 38:12,16,18
134:3,4 140:19
**transcript** 1:7
**transcription** 151:5
151:8
**transcriptionist**
2:22
**transfer** 83:21 94:11
**transferred** 5:25 6:4
**transmitted** 30:3,20
59:23 111:14
**travels** 85:18
**trending** 49:5,7,14
49:18 50:11
**trickle** 90:20
**tried** 37:14 104:11
**triggered** 51:6
**troubled** 126:23

**true** 94:23 124:22
151:5
**trust** 101:13
**try** 4:17,17
**trying** 18:17 58:7
68:2 105:7,9
**ts** 119:4
**turn** 77:25 87:7
89:16 119:10
**turned** 116:24
**twenty** 13:4 46:8,11
46:18 58:21 76:16
76:16 122:7 127:16
129:8,18 138:16
**two** 10:20 23:4 34:7
37:14 45:24 55:9
59:10 75:21 77:2
93:22 115:6,15
116:13,25 117:24
118:25 120:19
124:13 128:16
130:19 133:17
146:13
**type** 11:17 23:7
54:21 66:21 92:17
96:7 98:24 111:14
112:20,24 141:2
**types** 11:19 22:14
65:8 85:3 91:25
94:18 99:11 104:13
104:25 107:4
130:22
**typical** 42:20 56:4
66:22 67:2 81:16
107:17 108:15
**typically** 11:10,12
13:2,6,20 19:2 23:7
26:6,17 27:11 30:17
34:24 38:13 55:20
60:17 61:7 81:11
82:6,13,18 83:14
87:12,23 92:20
93:25 94:10,19
95:13 97:8 109:14
110:19 112:10

117:14 128:6,15,18
129:6 130:15
131:10,21 149:12

**u**

**u** 2:23 30:10 80:24
**uh** 20:18 31:10
52:14 53:20 78:6
114:7
**ultimate** 44:5
**ultimately** 7:18 8:23
73:5
**um** 12:15 15:20 16:7
18:21 21:24 23:14
25:25 28:11 31:16
33:16 36:14 37:22
43:9 46:14 51:15
54:9,20 55:5 57:9
63:4,15 64:23 65:10
68:20 71:18 74:22
75:3,17 76:20 78:15
78:25 81:25 94:21
100:18 108:19
109:17 111:7
112:18 114:25
116:22 119:2 140:9
141:25 147:20
**unclear** 50:21
**underline** 29:5
**underlying** 140:13
**understand** 24:18
38:2 40:4 46:11
66:12 84:25 103:11
105:6 118:11
**understanding** 51:8
99:14 144:11
**understands** 130:25
**understood** 34:19
55:11 58:8 125:12
**undertake** 104:24
**undertaken** 74:18
**underwrite** 44:9
**underwriter** 66:11
97:15,15,16 132:8
133:16

**underwriter's** 66:8
132:22
**underwriters** 84:16
132:21
**underwriting** 14:14
15:3 19:20 23:18
24:21 28:5 29:4,6
31:8 41:22 45:15
55:12 60:10 70:23
71:10,13 74:5,8
81:15,17 83:13 84:4
84:11 97:22 107:20
108:12 129:17
**underwritings**
97:19
**underwritten** 72:6
74:15
**underwrote** 136:8
**undisclosed** 104:19
**unidentified** 18:5
**united** 1:3 4:10
**unites** 4:12
**unity** 48:20,22
**universe** 129:19
137:24
**university** 5:7
**unrated** 101:16
**unregistered** 99:15
**unsampled** 141:13
141:21
**unusual** 22:25,25
23:22 87:16
**upload** 111:15,16
113:19
**use** 14:2 15:10 31:6
31:19 32:8 33:3
36:18,23 37:9 44:4
44:5,12,25 45:7
76:10 98:22 126:24
137:7 140:7 148:12
148:14
**usual** 23:25
**utilize** 9:15 21:17
36:9 75:18

**uw** 23:19

**v**

**v** 9:10 72:22
**valuation** 28:23
37:24 38:4
**value** 19:13 28:14
38:9 42:2,7 54:15
57:7 86:2,6 87:13
95:14 147:23
**variability** 140:16
**variables** 21:17
**varied** 27:13 42:18
46:4 60:3,6 66:20
**variety** 67:7 92:11
**vendors** 37:12,25
**verbal** 2:15 4:19
**verification** 43:13
92:4
**verified** 92:20
**verify** 45:14 92:21
92:22
**verschleiser** 6:14
100:13
**versus** 120:17
**vest** 145:12
**vested** 145:16,19
**victor** 1:16 2:2
**view** 124:25
**volatility** 90:24
93:14
**volatility's** 90:10
**volume** 65:3 91:10
104:4
**volumes** 45:8 64:9
64:18 119:6 125:8

**w**

**wait** 39:23
**waive** 54:3 59:3
**waived** 34:9 52:2
56:23 57:19 59:17
115:7
**waiver** 34:5,12
51:10,17 55:16
56:20 115:3,4 116:7

118:24
**waivers** 33:24 34:2
51:9 55:15 56:19,22
57:23
**waives** 18:14
**wamu** 135:25
**want** 25:23 31:25
41:2 56:2 88:22
91:3 93:15 108:17
128:3 133:12 143:4
143:15 145:2
149:12
**wanted** 14:19,23
113:3 143:16,17
**wanting** 45:13 135:2
**warehouse** 46:3
75:19,22 76:14,22
77:6 78:5,8 79:13
79:15 82:11,19
139:17,20,24 140:2
**warranties** 13:16,19
14:3 25:5,11 26:8
26:24 74:6,13 95:9
123:23
**warranty** 75:2 95:4
**warren** 138:11
**washington** 120:8
135:21 136:8
**watterson** 36:11,16
**way** 3:14 25:18 26:9
60:17 88:11 99:10
116:7 117:15 119:4
132:18 134:12
**ways** 130:19
**we've** 31:4 37:21
77:14 103:15
114:12
**week** 117:24 126:6
**weeks** 45:24
**weiss** 2:9,10 3:6,10
3:12
**welcome** 150:5
**wells** 9:20 48:2,4
98:10 124:25
135:13

**went** 5:6,8,11 22:8
60:17 72:11 81:9
86:12 93:21 139:22
141:5,6
**whereof** 151:13
**wherewithal** 133:25
**whoever's** 17:14
**wholesaler** 86:17
**wide** 43:3
**widely** 18:8
**win** 46:8
**withdraw** 44:17
**witness** 136:19
151:13
**witnesses** 4:4
**wnt** 115:19 116:14
**won** 46:18,22
**word** 90:10 126:24
**words** 119:18
140:17 147:11
**work** 5:9,11 8:12
9:6 25:22 26:9
37:25 40:7 41:9
63:3,6 71:10 121:14
142:4
**worked** 5:18,20
50:5 110:20
**working** 6:2
**works** 120:6,7
**worth** 11:4,5 81:12
147:25
**would've** 49:21
**wrong** 44:18

**x**

**x** 1:2,20 27:3

**y**

**y** 3:3,6
**yeah** 9:12 10:3,9
16:23 23:23 26:22
33:18 37:13,17 39:7
40:13 47:4 50:17
54:5 58:8 59:14
60:15 64:20,23
80:24 84:7,9 96:2

[yeah - z]

96:15 104:22
106:20 109:24
111:23 114:3,23
115:15 116:13
117:8 118:7,9,21
119:11,15 123:19
127:10 135:15
136:11 137:25
138:5 143:12,12
145:4 149:11
**year**  6:4 145:11,11
**years**  5:19 88:22
105:23 136:14,14
145:13 146:13
**yield**  136:25 137:3
**york**  2:11 5:7,19
**young**  5:9

**z**

**z**  30:10,10