# EXHIBIT 124

| | |
|---|---|
| From: | Whitlock, Jo-Karen (Exchange) |
| Sent: | Mon, 17 Oct 2005 12:34:28 GMT |
| To: | Verschleiser, Jeff (Exchange) |
| CC: | Haggerty, Mary (Exchange) |
| Subject: | FW: Tiered Sellers |

**Importance:** High

---

Attached is our list of tiers for our sellers. We are going to reduce diligence based on the tier of the seller.

1st tab include the Sellers, second tab shows loan features based on tier.

All loans will receive a DISSCO & Val Verify. This includes a borrower fraud component and a property value.

Jo




CONFIDENTIAL

EMC-AMB 005341283

DEXDEP00022296

**PLACEHOLDER**
**DOCUMENT PRODUCED IN NATIVE FORMAT**

EMC-AMB 005341285
CONFIDENTIAL
DEXDEP00022298

# Flow Loan ALT A Reduced Purchase Review Criteria

### Reduced Review Criteria 1

| Item | Guideline |
|---|---|
| FICO | >620, if Occupancy = Owner (code 1) |
| Loan Amount | <$650,000, if 1st lien |
| Loan Amount | <$450,000, if 2nd lien |
| CLTV | <100%, if Occupancy = Owner (code1) |
| CLTV | <90%, if Occupancy = Investor |
| DTI | <50% |
| High Cost | No |
| Product Code | ≠ JUMBO, SUBP |
| FTHB | If FTHB and >95% CLTV and >FICO >680 |
| NINA NOO | ≠ NINA and ≠ Non-Owner Occupancy (code 4) |
| Foreign National | Residency ≠ Foreign National (code 3) |
| Dissco | >700 |
| Value Verify | >700 |
| TX C/O | State ≠ TX and loan type ≠ refi - equity take out |

### Reduced Review Criteria 2

| Item | Guideline |
|---|---|
| FICO | >660 |
| Loan Amount | <$650,000, if 1st lien |
| Loan Amount | <$450,000, if 2nd lien |
| CLTV | <90% |
| DTI | <50% |
| Occupancy | ≠ Investment |
| High Cost | No |
| Product Code | ≠ JUMBO, SUBP |
| FTHB | If FTHB and >90% CLTV and >FICO >680 |
| Foreign National | Residency ≠ Foreign National (code 3) |
| Dissco | = Pass |
| Value Verify | = Pass |
| TX C/O | State ≠ TX and loan type ≠ refi - equity take out |

### Reduced Review Criteria 3

| Item | Guideline |
|---|---|
| FICO | >680 |
| Loan Amount | <$359,650, if 1st lien |
| Loan Amount | <$200,000, if 2nd lien |
| CLTV | <90% |
| DTI | <50% |
| Occupancy | ≠ Investment |
| High Cost | No |
| Product Cd | ≠ JUMBO, SUBP |
| Foreign Na | Residency ≠ Foreign National (code 3) |
| Dissco | = Pass |
| Value Verif | = Pass |
| TX C/O | State ≠ TX and loan type ≠ refi - equity take out |

### Review Criteria 4

| Item | Guideline |
|---|---|
| Dissco | = Pass |
| Value Verify | = Pass |
| C&S Market Tolerance of 15% | |
| Reverify Employment | |
| Review income calc | |
| Review asset calc | |

2/2/2010

L:\01A4552\000018\Production\Opposing\Pbwt_Ps_2000775\Prod29Natives\Vol004\0001\EMC-AMB 005341285.xls

CONFIDENTIAL                                                                                                           DEXDEP00022300