# EXHIBIT 127

| | |
|---|---|
| **From:** | Durden, Robert R (Exchange) <rdurden@bear.com> |
| **Sent:** | Wednesday, December 13, 2006 6:40 PM |
| **To:** | Mongelluzzo, John (Exchange) <JMongelluzzo@Bear.com> |
| **Subject:** | |
| **Attach:** | BSABS_2006_HE9_1017_DD_SUMMARY 101806.xls; BSABS 2006-HE8(09-20-2006) prelim collat dd summ.xls; BSABS 2006-HE7 prelim collat dd summ (6).xls |

---

Robert R. Durden
Fixed Income
Mortgage Finance
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, NY 10179
(212) 272-5714 Tel
(917) 849-3950 Fax

Confidential

JPMC_DEX_009096449

**DOCUMENT PRODUCED IN NATIVE FORMAT**

Confidential

JPMC_DEX_009096450

| Collateral Grouped by Source | | | |
|---|---|---|---|
| Collateral Grouped by Source | # | $ | % |
| AU0614 | 15 | 3,090,790.24 | 0.29 |
|     ACT MORTGAGE CAPITAL | 15 | 3,090,790.24 | 0.29 |
| BF0603 | 129 | 27,371,777.24 | 2.59 |
|     FIRST BANC MORTGAGE | 129 | 27,371,777.24 | 2.59 |
| CE0605 | 36 | 10,529,659.05 | 0.99 |
|     COLUMBIA EQUITIES LI | 36 | 10,529,659.05 | 0.99 |
| CK0601 | 29 | 6,067,052.07 | 0.57 |
|     CHERRY CREEK MORTGAG | 29 | 6,067,052.07 | 0.57 |
| EC0601 | 2,141 | 489,341,757.76 | 46.23 |
|     ENCORE | 2,141 | 489,341,757.76 | 46.23 |
| EC0602 | 825 | 207,372,034.39 | 19.59 |
|     ENCORE | 825 | 207,372,034.39 | 19.59 |
| FD0603 | 44 | 9,051,437.17 | 0.86 |
|     FREEDOM MORTGAGE | 44 | 9,051,437.17 | 0.86 |
| FD0604 | 39 | 6,909,010.78 | 0.65 |
|     FREEDOM MORTGAGE | 39 | 6,909,010.78 | 0.65 |
| FS0602 | 1,460 | 211,504,261.45 | 19.98 |
|     FIELDSTONE MORTGAGE | 1,460 | 211,504,261.45 | 19.98 |
| HO0603 | 401 | 56,525,034.33 | 5.34 |
|     HOME LOAN CORP | 401 | 56,525,034.33 | 5.34 |
| OK0606 | 60 | 10,368,489.29 | 0.98 |
|     OAK STREET MORTGAGE | 60 | 10,368,489.29 | 0.98 |
| QL0604 | 158 | 20,476,918.50 | 1.93 |
|     QUICKEN | 158 | 20,476,918.50 | 1.93 |
| TOTAL | 5,337 | 1,058,608,222.27 | 100 |

| SOURCE BY DEAL | DEAL ID | SETTLEMENT DATE | % Credit and Data | % Compl Rev | % Appraisal | Orig # Lns |
|---|---|---|---|---|---|---|
| ACT MORTGAGE CAPITAL | AU0614 | 9/14/2006 | 100% | 100% | 100% | 16 |
| FIRST BANC MORTGAGE | BF0603 | 9/28/2006 | 100% | 100% | 100% | 140 |
| COLUMBIA EQUITIES LI | CE0605 | 9/27/2006 | 100% | 100% | 100% | 40 |
| CHERRY CREEK MORTGAG | CK0601 | 9/21/2006 | 100% | 100% | 100% | 33 |
| ENCORE | EC0601 | 9/29/2006 | 100% | 100% | 100% | 2279 |
| ENCORE | EC0602 | 10/30/2006 | **Due diligence is in progress at** | | | |
| FREEDOM MORTGAGE | FD0603 | 9/8/2006 | 100% | 100% | 100% | 51 |
| FREEDOM MORTGAGE | FD0604 | 9/29/2006 | 100% | 100% | 100% | 62 |
| FIELDSTONE MORTGAGE | FS0602 | 9/28/2006 | 100% | 100% | 100% | 1586 |
| HOME LOAN CORP | HO0603 | 9/18/2006 | 100% | 100% | 100% | 412 |
| OAK STREET MORTGAGE | OK0606 | 9/18/2006 | 100% | 100% | 100% | 71 |
| QUICKEN | QL0604 | 9/15/2006 | 100% | 100% | 100% | 164 |

| # U/W | # Loans Deleted in Diligence | | | | End # | Dd Frim |
|---|---|---|---|---|---|---|
| | # Compl | # Value | # guide line | # non delivery | | |
| 16 | 1 | 0 | 0 | 0 | 15 | Watterson |
| 140 | 1 | 2 | 8 | 0 | 129 | Watterson |
| 40 | 4 | 0 | 0 | 0 | 36 | Clayton |
| 33 | 1 | 0 | 3 | 0 | 29 | Clayton |
| 2239 | 5 | 5 | 0 | 43 | 2229 | Clayton |
| **t this time** | | | | | | Clayton |
| 51 | 1 | 0 | 6 | 44 | 44 | Clayton |
| 52 | 11 | 0 | 1 | 10 | 10 | Clayton |
| 1583 | 27 | 1 | 46 | 9 | 1509 | Clayton |
| 429 | 4 | 4 | 9 | 14 | 412 | Clayton |
| 71 | 1 | 1 | 9 | 0 | 60 | Watterson |
| 164 | 1 | 0 | 5 | 0 | 158 | Clayton |

**DOCUMENT PRODUCED IN NATIVE FORMAT**

Confidential

JPMC_DEX_009096451

1

**BSABS 2006-HE8 Preliminary Collateral - Group II**

| SOURCE BY Originator | # | $ | % |
|---|---|---|---|
| QUICK LOAN FUNDING | 366 | $98,082,146 | 33.37% |
| QUICKEN | 281 | $41,308,213 | 14.06% |
| OAK STREET MORTGAGE | 141 | $23,940,096 | 8.15% |
| HOME LOAN CENTER | 112 | $21,510,276 | 7.32% |
| LIBERTY AMERICAN MOR | 69 | $18,714,617 | 6.37% |
| SOUTHTRUST | 84 | $14,613,253 | 4.97% |
| FREEDOM MORTGAGE | 51 | $14,496,750 | 4.93% |
| PLATINUM CAPITAL GRO | 63 | $14,382,224 | 4.89% |
| OPTEUM | 67 | $12,971,782 | 4.41% |
| CAMERON FINANCIAL GR | 40 | $10,937,848 | 3.72% |
| M AND I BANK | 42 | $5,915,822 | 2.01% |
| COLUMBIA EQUITIES LI | 16 | $4,785,802 | 1.63% |
| WEICHERT | 23 | $4,541,669 | 1.55% |
| PINE STATE MORTGAGE | 36 | $3,915,954 | 1.33% |
| UNIMORTGAGE | 10 | $1,553,693 | 0.53% |
| PRINCETON CAPITAL | 4 | $1,218,211 | 0.41% |
| LANDOVER MORTGAGE | 5 | $1,002,548 | 0.34% |
| TOTAL | 1,410 | $293,890,902 | 100.00% |

| SOURCE BY DEAL | DEAL ID | SETTLEMENT DATE | % Credit and Data | % Compl Rev | % Appraisal | Orig # Lns | # U/W | # Loans Deleted in Diligence | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | # Compl | # Value | # guide line | # non delivery |
| QUICK LOAN FUNDING | QF0602 | 7/26/06 | 100% | 100% | 100% | 160 | 160 | 6 | 2 | 7 | 0 |
| QUICK LOAN FUNDING | QF0603 | 7/26/06 | 100% | 100% | 100% | 245 | 232 | 19 | 1 | 14 | 13 |
| QUICKEN | QL0602 | 7/11/06 | 100% | 100% | 100% | 168 | 168 | 0 | 0 | 8 | 0 |
| QUICKEN | QL0603 | 8/25/06 | 100% | 100% | 100% | 194 | 194 | 8 | 5 | 4 | 0 |
| OAK STREET MORTGAGE | OK0604 | 7/20/06 | 100% | 100% | 100% | 73 | 73 | 2 | 0 | 0 | 0 |
| OAK STREET MORTGAGE | OK0605 | 8/25/06 | 100% | 100% | 100% | 76 | 75 | 1 | 3 | 1 | 1 |
| HOME LOAN CENTER | HL0601 | 7/28/06 | 100% | 100% | 100% | 116 | 116 | 0 | 0 | 2 | 0 |
| LIBERTY AMERICAN MOR | LA0605 | 8/29/06 | 100% | 100% | 100% | 70 | 70 | 0 | 0 | 0 | 0 |
| SOUTHTRUST | SR0604 | 8/29/06 | 100% | 100% | 100% | 88 | 88 | 0 | 0 | 0 | 0 |
| FREEDOM MORTGAGE | FD0602 | 8/30/06 | 100% | 100% | 100% | 61 | 61 | 0 | 8 | 0 | 0 |
| PLATINUM CAPITAL GRO | PL0603 | 8/29/06 | 100% | 100% | 100% | 72 | 72 | 0 | 0 | 3 | 0 |
| OPTEUM | OP0609 | 8/30/06 | 100% | 100% | 100% | 72 | 72 | 1 | 2 | 1 | 0 |
| CAMERON FINANCIAL GR | CA0602 | 7/28/06 | 100% | 100% | 100% | 25 | 25 | 0 | 0 | 0 | 0 |
| CAMERON FINANCIAL GR | CA0603 | 8/18/06 | 100% | 100% | 100% | 24 | 24 | 0 | 0 | 3 | 0 |
| M AND I BANK | ME0601 | 8/30/06 | 100% | 100% | 100% | 44 | 44 | 0 | 1 | 0 | 0 |
| COLUMBIA EQUITIES LI | CE0604 | 7/17/06 | 100% | 100% | 100% | 21 | 21 | 3 | 0 | 1 | 0 |
| WEICHERT | WC0605 | 8/10/06 | 100% | 100% | 100% | 27 | 27 | 2 | 0 | 3 | 0 |
| PINE STATE MORTGAGE | PS0609 | 7/20/06 | 100% | 100% | 100% | 60 | 60 | 3 | 0 | 1 | 0 |
| UNIMORTGAGE | UM0606 | 7/28/06 | 100% | 100% | 100% | 12 | 12 | 0 | 0 | 1 | 0 |
| PRINCETON CAPITAL | PE0601 | 8/25/06 | 100% | 100% | 100% | 12 | 10 | 0 | 0 | 0 | 2 |
| LANDOVER MORTGAGE | LM0601 | 8/25/06 | 100% | 100% | 100% | 8 | 8 | 0 | 0 | 2 | 0 |

Credit underwriting, data integrity comparison and compliance work was done by The Clayton Group  or Watterson~Prime LLC on Bulk Transactions

Credit underwriting, data integrity comparison and compliance work on FLOW Production done by EMC/Bear Res Staff Underwriters

Hansen Preview and Hansen PRO Value by Fidelity Hansen Quality on Bulk Transactions

**DOCUMENT PRODUCED IN NATIVE FORMAT**

Confidential

JPMC_DEX_009096452

1

## BSABS 2006-HE7 Preliminary Collateral  - Group I

| SOURCE BY Originator | # | $ | % |
|---|---|---|---|
| BEAR STEARNS RESIDEN | 104 | $18,041,554 | 13.43% |
| BAYROCK MORTGAGE | 122 | $15,651,403 | 11.65% |
| SUNSET DIRECT | 55 | $8,850,127 | 6.59% |
| SUNSET DIRECT | 50 | $7,443,427 | 5.54% |
| CBSK FINANCIAL | 27 | $6,132,889 | 4.57% |
| HOMEFIRST MORTGAGE C | 30 | $6,060,857 | 4.51% |
| M&I BANK/HOME LENDIN | 43 | $5,549,144 | 4.13% |
| PINE STATE MORTGAGE | 47 | $4,809,943 | 3.58% |
| HOME LOAN FUNDING IN | 21 | $4,268,773 | 3.18% |
| METROPLEX INVESTMENT | 25 | $3,969,263 | 2.96% |
| CAPITOL MORTGAGE SER | 28 | $3,647,344 | 2.72% |
| TRIDENT MORTGAGE | 12 | $2,528,955 | 1.88% |
| TRANSNATIONAL | 10 | $2,484,544 | 1.85% |
| CENTURY MORTGAGE COM | 22 | $2,423,131 | 1.80% |
| MID-ATLANTIC FINANCI | 12 | $1,889,793 | 1.41% |
| HOMEFIELD FINANCIAL | 9 | $1,712,079 | 1.27% |
| PRIMARY CAPITAL | 8 | $1,670,843 | 1.24% |
| UNITED FINANCIAL MO | 12 | $1,654,446 | 1.23% |
| MORTGAGE LOAN SPECIA | 7 | $1,562,325 | 1.16% |
| AMTRUST MORTGAGE | 12 | $1,533,222 | 1.14% |
| FIRST GUARANTY MORT | 6 | $1,484,412 | 1.11% |
| EQUITY RESOURCES | 11 | $1,360,380 | 1.01% |
| FIRST CAPITAL MORTGA | 7 | $1,276,683 | 0.95% |
| RMS & ASSOCIATES | 6 | $1,234,250 | 0.92% |
| WESTSTAR MORTGAGE | 7 | $1,157,311 | 0.86% |
| MILLENNIUM BANK NA | 3 | $1,114,949 | 0.83% |
| THE MORTGAGE LINK IN | 4 | $1,061,529 | 0.79% |
| ACADEMY MORTGAGE | 6 | $1,045,783 | 0.78% |
| NV MORTGAGE | 7 | $1,038,004 | 0.77% |
| HOME CAPITAL FUNDING | 5 | $1,019,227 | 0.76% |
| THE LENDING COMPANY | 4 | $1,018,659 | 0.76% |
| SOUTHTRUST | 5 | $928,355 | 0.69% |
| POINT BANK | 7 | $892,681 | 0.66% |
| 4UDIRECT INC | 3 | $851,221 | 0.63% |
| CHERRY CREEK MORTGAG | 6 | $822,228 | 0.61% |
| COASTAL CAPITAL CORP | 8 | $822,171 | 0.61% |
| SEA BREEZE FINANCIAL | 3 | $763,588 | 0.57% |
| JLM DIRECT | 3 | $746,038 | 0.56% |
| PATRIOT FUNDING LLC | 2 | $680,901 | 0.51% |
| HOMEBRIDGE MORTGAGE | 4 | $656,689 | 0.49% |
| CAPITAL MORTGAGE FIN | 4 | $636,209 | 0.47% |
| PRO30 FUNDING | 3 | $582,005 | 0.43% |
| MILESTONE MORTGAGE C | 4 | $566,146 | 0.42% |
| FAIRFIELD FINANCIAL | 2 | $561,140 | 0.42% |
| STONE CREEK FUNDING | 6 | $558,701 | 0.42% |
| HOME LOAN SPECIALIST | 2 | $554,623 | 0.41% |
| PMCC MORTGAGE | 4 | $536,967 | 0.40% |
| MORTGAGE CAPITAL COR | 2 | $499,420 | 0.37% |

| | | | |
|---|---|---|---|
| COMMUNITY RESOURCE M | 2 | $455,305 | 0.34% |
| GREAT NORTHERN FINAN | 2 | $451,764 | 0.34% |
| SOUTHSTAR | 1 | $439,954 | 0.33% |
| COURTESY MORTGAGE CO | 2 | $433,705 | 0.32% |
| BANK OF ENGLAND/ENGL | 4 | $421,490 | 0.31% |
| WACHOVIA | 2 | $380,753 | 0.28% |
| BOTTOMLINE MORTGAGE | 1 | $343,634 | 0.26% |
| PROTOFUND MORTGAGE C | 1 | $320,172 | 0.24% |
| FRANKLIN BANK SSB | 3 | $319,616 | 0.24% |
| HOMEBANC | 1 | $317,250 | 0.24% |
| AMERICAN NATIONAL BA | 1 | $303,828 | 0.23% |
| FRANKLIN FIRST FINAN | 1 | $286,945 | 0.21% |
| NATIONS HOME MORTGAG | 3 | $280,039 | 0.21% |
| INTERMOUNTAIN MORTGA | 1 | $250,000 | 0.19% |
| FINANCIAL MORTGAGE | 1 | $240,000 | 0.18% |
| HOME SOUTH MORTGAGE C | 2 | $236,716 | 0.18% |
| FIDELITY HOME MORTGA | 1 | $234,577 | 0.17% |
| MORTGAGE NETWORK INC | 1 | $233,797 | 0.17% |
| MARKET STREET | 2 | $231,375 | 0.17% |
| EWEB FUNDING | 1 | $229,600 | 0.17% |
| JDB MORTGAGE | 2 | $214,913 | 0.16% |
| UNIMORTGAGE | 3 | $198,894 | 0.15% |
| DIABLO FUNDING GROUP | 2 | $183,534 | 0.14% |
| OAK STREET MORTGAGE | 1 | $153,000 | 0.11% |
| USA FUNDING CORP | 1 | $151,865 | 0.11% |
| PRIMARY RESIDENTIAL | 1 | $121,823 | 0.09% |
| MOUNTAIN VIEW MORTGA | 1 | $115,406 | 0.09% |
| BRIER MORTGAGE CORPO | 2 | $114,857 | 0.09% |
| AMERICAN MORTGAGE EX | 2 | $112,821 | 0.08% |
| DELL FRANKLIN FINANC | 1 | $96,239 | 0.07% |
| 1ST MARINER BANK | 1 | $89,942 | 0.07% |
| TOTAL | 840 | $134,318,147 | 100.00% |

| SOURCE BY DEAL | DEAL ID | SETTLEMENT DATE | % Credit and Data | % Compl Rev | % Appraisal |
|---|---|---|---|---|---|
| BEAR STEARNS RESIDEN | Flow | n/a | 100% | 100% | 100% |
| BAYROCK MORTGAGE | BR0605 | 6/20/06 | 100% | 100% | 100% |
| SUNSET DIRECT | Flow | n/a | 100% | 100% | 100% |
| SUNSET DIRECT | SD0604 | 5/31/06 | 100% | 100% | 100% |
| CBSK FINANCIAL | Flow | n/a | 100% | 100% | 100% |
| HOMEFIRST MORTGAGE C | Flow | n/a | 100% | 100% | 100% |
| M&I BANK/HOME LENDIN | Flow | n/a | 100% | 100% | 100% |
| PINE STATE MORTGAGE | PS0607 | 5/22/06 | 100% | 100% | 100% |
| PINE STATE MORTGAGE | PS0608 | 6/16/06 | 100% | 100% | 100% |
| HOME LOAN FUNDING IN | Flow | n/a | 100% | 100% | 100% |
| METROPLEX INVESTMENT | Flow | n/a | 100% | 100% | 100% |
| CAPITOL MORTGAGE SER | Flow | n/a | 100% | 100% | 100% |
| TRIDENT MORTGAGE | Flow | n/a | 100% | 100% | 100% |
| TRANSNATIONAL | Flow | n/a | 100% | 100% | 100% |
| CENTURY MORTGAGE COM | Flow | n/a | 100% | 100% | 100% |
| MID-ATLANTIC FINANCI | Flow | n/a | 100% | 100% | 100% |

| | | | | | |
|---|---|---|---|---|---|
| **HOMEFIELD FINANCIAL** | Flow | n/a | 100% | 100% | 100% |
| **PRIMARY CAPITAL** | Flow | n/a | 100% | 100% | 100% |
| **UNITED FINANCIAL MO** | Flow | n/a | 100% | 100% | 100% |
| **MORTGAGE LOAN SPECIA** | Flow | n/a | 100% | 100% | 100% |
| **AMTRUST MORTGAGE** | Flow | n/a | 100% | 100% | 100% |
| **FIRST GUARANTY MORT** | Flow | n/a | 100% | 100% | 100% |
| **EQUITY RESOURCES** | Flow | n/a | 100% | 100% | 100% |
| **FIRST CAPITAL MORTGA** | Flow | n/a | 100% | 100% | 100% |
| **RMS & ASSOCIATES** | Flow | n/a | 100% | 100% | 100% |
| **WESTSTAR MORTGAGE** | Flow | n/a | 100% | 100% | 100% |
| **MILLENNIUM BANK NA** | Flow | n/a | 100% | 100% | 100% |
| **THE MORTGAGE LINK IN** | Flow | n/a | 100% | 100% | 100% |
| **ACADEMY MORTGAGE** | Flow | n/a | 100% | 100% | 100% |
| **NV MORTGAGE** | Flow | n/a | 100% | 100% | 100% |
| **HOME CAPITAL FUNDING** | Flow | n/a | 100% | 100% | 100% |
| **THE LENDING COMPANY** | Flow | n/a | 100% | 100% | 100% |
| **SOUTHTRUST** | Flow | n/a | 100% | 100% | 100% |
| **POINT BANK** | Flow | n/a | 100% | 100% | 100% |
| **4UDIRECT INC** | Flow | n/a | 100% | 100% | 100% |
| **CHERRY CREEK MORTGAG** | Flow | n/a | 100% | 100% | 100% |
| **COASTAL CAPITAL CORP** | Flow | n/a | 100% | 100% | 100% |
| **SEA BREEZE FINANCIAL** | Flow | n/a | 100% | 100% | 100% |
| **JLM DIRECT** | Flow | n/a | 100% | 100% | 100% |
| **PATRIOT FUNDING LLC** | Flow | n/a | 100% | 100% | 100% |
| **HOMEBRIDGE MORTGAGE** | Flow | n/a | 100% | 100% | 100% |
| **CAPITAL MORTGAGE FIN** | Flow | n/a | 100% | 100% | 100% |
| **PRO30 FUNDING** | Flow | n/a | 100% | 100% | 100% |
| **MILESTONE MORTGAGE C** | Flow | n/a | 100% | 100% | 100% |
| **FAIRFIELD FINANCIAL** | Flow | n/a | 100% | 100% | 100% |
| **STONE CREEK FUNDING** | Flow | n/a | 100% | 100% | 100% |
| **HOME LOAN SPECIALIST** | Flow | n/a | 100% | 100% | 100% |
| **PMCC MORTGAGE** | Flow | n/a | 100% | 100% | 100% |
| **MORTGAGE CAPITAL COR** | Flow | n/a | 100% | 100% | 100% |
| **COMMUNITY RESOURCE M** | Flow | n/a | 100% | 100% | 100% |
| **GREAT NORTHERN FINAN** | Flow | n/a | 100% | 100% | 100% |
| **SOUTHSTAR** | Flow | n/a | 100% | 100% | 100% |
| **COURTESY MORTGAGE CO** | Flow | n/a | 100% | 100% | 100% |
| **BANK OF ENGLAND/ENGL** | Flow | n/a | 100% | 100% | 100% |
| **WACHOVIA** | WA0602 | 6/30/06 | 100% | 100% | 100% |
| **BOTTOMLINE MORTGAGE** | Flow | n/a | 100% | 100% | 100% |
| **PROTOFUND MORTGAGE C** | Flow | n/a | 100% | 100% | 100% |
| **FRANKLIN BANK SSB** | Flow | n/a | 100% | 100% | 100% |
| **HOMEBANC** | HB0605 | 6/1/06 | 100% | 100% | 100% |
| **AMERICAN NATIONAL BA** | Flow | n/a | 100% | 100% | 100% |
| **FRANKLIN FIRST FINAN** | Flow | n/a | 100% | 100% | 100% |
| **NATIONS HOME MORTGAG** | Flow | n/a | 100% | 100% | 100% |
| **INTERMOUNTAIN MORTGA** | Flow | n/a | 100% | 100% | 100% |
| **FINANCIAL MORTGAGE** | Flow | n/a | 100% | 100% | 100% |
| **HOME SOUTH MORTAGE C** | Flow | n/a | 100% | 100% | 100% |
| **FIDELITY HOME MORTGA** | Flow | n/a | 100% | 100% | 100% |
| **MORTGAGE NETWORK INC** | Flow | n/a | 100% | 100% | 100% |

| | | | | | |
|---|---|---|---|---|---|
| **MARKET STREET** | Flow | n/a | 100% | 100% | 100% |
| **EWEB FUNDING** | Flow | n/a | 100% | 100% | 100% |
| **JDB MORTGAGE** | Flow | n/a | 100% | 100% | 100% |
| **UNIMORTGAGE** | Flow | n/a | 100% | 100% | 100% |
| **DIABLO FUNDING GROUP** | Flow | n/a | 100% | 100% | 100% |
| **OAK STREET MORTGAGE** | Flow | n/a | 100% | 100% | 100% |
| **USA FUNDING CORP** | Flow | n/a | 100% | 100% | 100% |
| **PRIMARY RESIDENTIAL** | Flow | n/a | 100% | 100% | 100% |
| **MOUNTAIN VIEW MORTGA** | Flow | n/a | 100% | 100% | 100% |
| **BRIER MORTGAGE CORPO** | Flow | n/a | 100% | 100% | 100% |
| **AMERICAN MORTGAGE EX** | Flow | n/a | 100% | 100% | 100% |
| **DELL FRANKLIN FINANC** | Flow | n/a | 100% | 100% | 100% |
| **1ST MARINER BANK** | Flow | n/a | 100% | 100% | 100% |

Credit underwriting, data integrity comparison and compliance work was done by The Clayton Group  or Watterson~Prime LLC on
Credit underwriting, data integrity comparison and compliance work on FLOW Production done by EMC/Bear Res Staff Underwriter
Hansen Preview and Hansen PRO Value by Fidelity Hansen Quality on Bulk Transactions

|            |       | # Loans Deleted in Diligence |         |              |                   |
|------------|-------|------------------------------|---------|--------------|-------------------|
| Orig # Lns | # U/W | # Compl                      | # Value | # guide line | # non delivery    |
| 104        | 104   | n/a                          | n/a     | n/a          | n/a               |
| 139        | 138   |                              |         |              | 1                 |
| 55         | 55    | n/a                          | n/a     | n/a          | n/a               |
| 56         | 56    | 0                            | 2       | 4            | 0                 |
| 27         | 27    | n/a                          | n/a     | n/a          | n/a               |
| 30         | 30    | n/a                          | n/a     | n/a          | n/a               |
| 43         | 43    | n/a                          | n/a     | n/a          | n/a               |
| 20         | 20    | 1                            | 0       | 0            | 0                 |
| 28         | 27    | 0                            | 0       | 0            | 1                 |
| 21         | 21    | n/a                          | n/a     | n/a          | n/a               |
| 25         | 25    | n/a                          | n/a     | n/a          | n/a               |
| 28         | 28    | n/a                          | n/a     | n/a          | n/a               |
| 12         | 12    | n/a                          | n/a     | n/a          | n/a               |
| 10         | 10    | n/a                          | n/a     | n/a          | n/a               |
| 22         | 22    | n/a                          | n/a     | n/a          | n/a               |
| 12         | 12    | n/a                          | n/a     | n/a          | n/a               |

| | | | | | |
|---|---|---|---|---|---|
| 9 | 9 | n/a | n/a | n/a | n/a |
| 8 | 8 | n/a | n/a | n/a | n/a |
| 12 | 12 | n/a | n/a | n/a | n/a |
| 7 | 7 | n/a | n/a | n/a | n/a |
| 12 | 12 | n/a | n/a | n/a | n/a |
| 6 | 6 | n/a | n/a | n/a | n/a |
| 11 | 11 | n/a | n/a | n/a | n/a |
| 7 | 7 | n/a | n/a | n/a | n/a |
| 6 | 6 | n/a | n/a | n/a | n/a |
| 7 | 7 | n/a | n/a | n/a | n/a |
| 3 | 3 | n/a | n/a | n/a | n/a |
| 4 | 4 | n/a | n/a | n/a | n/a |
| 6 | 6 | n/a | n/a | n/a | n/a |
| 7 | 7 | n/a | n/a | n/a | n/a |
| 5 | 5 | n/a | n/a | n/a | n/a |
| 4 | 4 | n/a | n/a | n/a | n/a |
| 5 | 5 | n/a | n/a | n/a | n/a |
| 7 | 7 | n/a | n/a | n/a | n/a |
| 3 | 3 | n/a | n/a | n/a | n/a |
| 6 | 6 | n/a | n/a | n/a | n/a |
| 8 | 8 | n/a | n/a | n/a | n/a |
| 3 | 3 | n/a | n/a | n/a | n/a |
| 3 | 3 | n/a | n/a | n/a | n/a |
| 2 | 2 | n/a | n/a | n/a | n/a |
| 4 | 4 | n/a | n/a | n/a | n/a |
| 4 | 4 | n/a | n/a | n/a | n/a |
| 3 | 3 | n/a | n/a | n/a | n/a |
| 4 | 4 | n/a | n/a | n/a | n/a |
| 2 | 2 | n/a | n/a | n/a | n/a |
| 6 | 6 | n/a | n/a | n/a | n/a |
| 2 | 2 | n/a | n/a | n/a | n/a |
| 4 | 4 | n/a | n/a | n/a | n/a |
| 2 | 2 | n/a | n/a | n/a | n/a |
| 2 | 2 | n/a | n/a | n/a | n/a |
| 2 | 2 | n/a | n/a | n/a | n/a |
| 1 | 1 | n/a | n/a | n/a | n/a |
| 2 | 2 | n/a | n/a | n/a | n/a |
| 4 | 4 | n/a | n/a | n/a | n/a |
| 2 | 2 | 0 | 0 | 0 | 0 |
| 1 | 1 | n/a | n/a | n/a | n/a |
| 1 | 1 | n/a | n/a | n/a | n/a |
| 3 | 3 | n/a | n/a | n/a | n/a |
| 6 | 6 | 4 | 0 | 1 | 0 |
| 1 | 1 | n/a | n/a | n/a | n/a |
| 1 | 1 | n/a | n/a | n/a | n/a |
| 3 | 3 | n/a | n/a | n/a | n/a |
| 1 | 1 | n/a | n/a | n/a | n/a |
| 1 | 1 | n/a | n/a | n/a | n/a |
| 2 | 2 | n/a | n/a | n/a | n/a |
| 1 | 1 | n/a | n/a | n/a | n/a |
| 1 | 1 | n/a | n/a | n/a | n/a |

| | | | | | |
|---|---|---|---|---|---|
| 2 | 2 | n/a | n/a | n/a | n/a |
| 1 | 1 | n/a | n/a | n/a | n/a |
| 2 | 2 | n/a | n/a | n/a | n/a |
| 3 | 3 | n/a | n/a | n/a | n/a |
| 2 | 2 | n/a | n/a | n/a | n/a |
| 1 | 1 | n/a | n/a | n/a | n/a |
| 1 | 1 | n/a | n/a | n/a | n/a |
| 1 | 1 | n/a | n/a | n/a | n/a |
| 1 | 1 | n/a | n/a | n/a | n/a |
| 2 | 2 | n/a | n/a | n/a | n/a |
| 2 | 2 | n/a | n/a | n/a | n/a |
| 1 | 1 | n/a | n/a | n/a | n/a |
| 1 | 1 | n/a | n/a | n/a | n/a |

Bulk Transactions

rs