UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEXIA SA/NV, et al.,

        Plaintiffs,

v.

BEAR, STEARNS & CO., INC., et al.,

        Defendants.

No. 12 Civ. 4761 (JSR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/13

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the Parties' time to move for reconsideration of the Court's April 2, 2013 order granting Defendants' motion for summary judgment in part and denying the motion in part is extended until 14 days after the entry of the Court's forthcoming written opinion setting forth the Court's reasoning on why Defendants' motion for summary judgment has been granted in part and denied in part.

SO ORDERED.

                                                                       JED S. RAKOFF, U.S.D.J.

Dated:    New York, New York
            April __, 2013